**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

**Eastern District of Missouri**

Case number (*If known*): _____   Chapter __11__

☐ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy     **04/25**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Broadway Ford Truck Sales, Inc.** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names, and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **38- 1774901** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **812 E. Taylor** | |
| Number        Street | Number        Street |
| **Saint Louis        MO    63147** | |
| City        State   Zip Code | City        State   Zip Code |
| | **Location of principal assets, if different from principal place of business** |
| **ST. LOUIS CITY** | |
| County | Number        Street |
| | City        State   Zip Code |

| | | |
|---|---|---|
| 5. | **Debtor's website (URL)** | **https://www.broadwaytruck.net/** |

**6.    Type of debtor**

☑  Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐  Partnership (excluding  LLP)

☐  Other. Specify: _____

**7.    Describe debtor's business:**

A. *Check one:*

☐  Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐  Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐  Railroad (as defined in 11 U.S.C. § 101(44))

☐  Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐  Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐  Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑  None of the above

B. Check all that apply:

☐  Tax-exempt entity (as described in 26 U.S.C. § 501)

☐  Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐  Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C.    NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

_____

**8.    Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐  Chapter 7

☐  Chapter 9

☑  Chapter 11. *Check **all** that apply:*

☐  Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐  The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐  The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐  A plan is being filed with this petition.

☐  Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐  The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐  The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐  Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When _____ Case number _____
MM/DD/YYYY

District _____ When _____ Case number _____
MM/DD/YYYY

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____ Relationship _____

District _____ When _____
MM/DD/YYYY

Case number, if known _____

**11.** **Why is the case filed in *this district*?**

Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?**  (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number        Street

_____

City            State      ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

## Statistical and administrative information

| | | |
|---|---|---|
| **13.** | **Debtor's estimation of available funds** | *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☒ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☒ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☒ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☒ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  05/18/2026
             MM / DD / YYYY

✗ **/s/ Dennis N Phillips**                              **Dennis N Phillips**
Signature of authorized representative of debtor          Printed name

Title    **Owner**

**18.    Signature of attorney**          ✗ **/s/ Thomas H. Riske**          Date  05/18/2026
                                            Signature of attorney for debtor                  MM / DD / YYYY

**Thomas H. Riske**
Printed name

**Carmody MacDonald P.C.**
Firm name

**120 South Central Ave., Ste. 1800**
Number          Street

**Saint Louis**                          **MO**          **63105**
City                                      State          ZIP Code

**(314) 854-8600**                        **thr@carmodymacdonald.com**
Contact Phone                             Email address

**61838**                                 **Missouri**
Bar number                                State

Fill in this information to identify your case:

Debtor Name  **Broadway Ford Truck Sales, Inc.**

United States Bankruptcy Court for the:  **Eastern District of Missouri**

Case number (*If known*): _____

☐ Check if this is an amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Saint Louis Bank 9811 South Forty Drive Saint Louis, MO 63124 | Saint Louis Bank () - kking@stlouisbank.com | Loan | Disputed | | | $8,099,473.00 |
| 2 | CapMax LLC Missouri Registered Agent LLC 117 South Lexington St., Ste. 100 Harrisonville, MO 64701 | CapMax LLC () | | | | | $2,950,000.00 |
| 3 | District No. 9 International Association of Machinists and Aerospace Workers Pension Trust 12365 St. Charles Rock Road Bridgeton, MO 63044 | District No. 9 International Association of Machinists and Aerospace Workers Pension Trust () - | | | | | $2,200,000.00 |
| 4 | Central States S.E. and S.W. Areas Pension Fund 8647 W. Higgins Rd. Chicago, IL 60631 | Central States S.E. and S.W. Areas Pension Fund () - | | | | | $1,400,000.00 |

Copyright © Financial Software Solutions, LLC                    BlueStylus

| 5 | CSTK St. Louis<br>10983 Granada Lane #210<br>Kansas City, KS 66211 | CSTK St. Louis | | | | | $1,022,165.00 |
|---|---|---|---|---|---|---|---|
| 6. | Moneywell Group, LLC<br>323 Sunny Isles Blvd.<br>North Miami Beach, FL 33160 | Moneywell Group, LLC<br>uw@moneywellgroup.com | Disputed | | | | $635,581.68 |
| 7 | Ocean Funding Corp.<br>2941 NW 62nd St., Ste. 101<br>Fort Lauderdale, FL 33309 | Ocean Funding Corp.<br>admin@ocean-funding.com | | | | | $328,275.00 |
| 8 | Great America Financial Services<br>P.O. Box 660831<br>Dallas, TX 75266 | Great America Financial Services<br>() | | | | | $176,526.00 |
| 9 | American Express Company<br>P.O. Box 650448<br>Dallas, TX 75265 | American Express Company<br>() | | | | | $171,802.00 |
| 10 | AER Technologies, Inc.<br>P.O. Box 8558<br>Pasadena, CA 91109 | AER Technologies, Inc.<br>() | | | | | $169,776.00 |
| 11 | Knapheide Truck Equipment Co.<br>10101 Mid Rivers Mall Drive<br>Saint Peters, MO 63376 | Knapeheide Truck Equipment Co.<br>() | | | | | $158,125.00 |
| 12 | Kranz Body Co LLC<br>300 Russell Blvd<br>St. Louis, MO 63104 | Kranz Body Co LLC<br>() | | | | | $144,081.00 |
| 13 | Four Sevens Company LLC<br>205 Howell Rd.<br>Defiance, MO 63341 | Four Sevens Company LLC<br>() | | | | | $97,655.00 |
| 14 | HONDA OF FRONTENAC<br>885 LINDBERGH BLVD<br>ST LOUIS, MO 63131 | HONDA OF FRONTENAC<br>() | | | | | $75,953.00 |
| 15 | BMG Fleet Installations & Signs<br>1082 Cool Springs Industrial Drive<br>O'Fallon, MO 63366 | BMG Fleet Installations & Signs<br>() | | | | | $73,389.00 |

Copyright © Financial Software Solutions, LLC                                                    BlueStylus

| 16 | Bo Beuckman Quality Ford<br>15675 Manchester Rd.<br>Ballwin, MO 63011 | Bo Beuckman Quality<br>Ford<br>() | | | | | $66,041.00 |
|----|---|---|---|---|---|---|---|
| 17 | Enterprise Fleet<br>Management, Inc.<br>29 Hunter Ave.<br>St. Louis, MO 63124 | Enterprise Fleet<br>Management, Inc.<br>() | | | | | $64,999.00 |
| 18 | Joe Sind<br>7360 Stream Valley Ct.<br>St. Louis, MO 63129 | Joe Sind<br>() | | | | | $64,435.00 |
| 19 | Cummins Inc.<br>P.O. Box 772639<br>Detroit, MI 48277 | Cummins Inc.<br>() | | | | | $60,939.00 |
| 20 | UnitedHealthcare Inc.<br>P.O. Box 94017<br>Palatine, IL 60094 | UnitedHealthcare Inc.<br>() | | | | | $60,000.00 |

# United States Bankruptcy Court

## Eastern District of Missouri

In re  **Broadway Ford Truck Sales, Inc.**　　　　Case No. _____

　　　　　　　　　　　　　Debtor(s)　　　　Chapter　　**11**　_____

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:　　05/18/2026　_____　　　　**/s/ Dennis N Phillips**　_____

　　　　　　　　　　　　　　　　　　　　　　**Dennis N Phillips**
　　　　　　　　　　　　　　　　　　　　　　Signature of Debtor

Copyright © Financial Software Solutions, LLC

**Central States S.E. and S.W. Areas Pension Fund**
PO Box 5109
Des Plaines, IL 60017


**700Credit**
PO BOX 101015
Pasadena, CA 91189


**ABBEY GLASS INC**
**11617 GRAVOIS RD**
**ST LOUIS, MO 63126**


**ACF ALARM CO**
**9021 RIVERVIEW DR**
**ST LOUIS, MO 63137**


**ADMIN AMERICA**
**1720 WINDWARD CONC**
**ALPHARETTA, GA 30005**


**ADP PAYROLL**
**3726 SOLUTIONS CEN**
**CHICAGO, IL 60677-3007**


**ADVANCE AUTO PARTS**
**PO BOX 742063**
**ATLANTA, GA 30374-2063**


**AER Technologies, Inc.**
**PO BOX 8558**
**PASADENA, CA 91109- 860**


**AIRGAS USA LLC**
**PO BOX 734672**
**DALLAS, TX 75373-4672**

Copyright © Financial Software Solutions, LLC

**AMAROK**
**PO BOX 60089**
**CHARLOTTE, NC 28260**


**American Express Company**
**P.O. Box 650448**
**Dallas, TX 75265- 044**


**AMERICAN RADIATOR**
**7236 ST CHARLES RO**
**ST LOUIS, MO 63133**


**Americas Saint Louis**
**721 S. 4th Street**
**East St Louis, IL 62207**


**AT&T**
**PO BOX 5019**
**Carol Stream, IL 60197-5019**


**AT&T MOBILITY**
**PO BOX 6463**
**CAROL STRE, IL 60197-6463**


**AUFFENBERG BELLEVILLE**
**901 S ILLINOIS ST**
**BELLEVILLE, IL 62220**


**AUFFENBERG FORD NORTH**
**115 REGENCY PARK**
**O'FALLON, IL 62269**


**AUTHORIZED ELECTRIC AEC LLC**
**1314 OLD STATE ROAD**
**BARNHART, MO 63012**

Copyright © Financial Software Solutions, LLC

**AUTOMOTIVE TECHNOLOGY I**
544 MAE COURT
FENTON, MO 63026


**AUTOTRADER**
PO BOX 932207
ATLANTA, GA 31193-2207


**AWRS Missouri 1 LLC**
3020 S. Jackson Drive
Independence, MO 64057


**AXIS WORLDWIDE SUPPLY C**
2638 Hwy 109 Suite
Wildwood, MO 64057


**BATTLE MOTORS F/D/B/ CR**
PO BOX 780478
PHILADELPH, PA 19178-0478


**BLACK BOOK**
PO BOX 404040
ATLANTA, GA 30384-4040


**BMG Fleet Installations & Signs**
1082 Cool Springs Industrial Drive
O'Fallon, MO 63366


**Bo Beuckman Quality Ford**
15675 Manchester Rd.
Ballwin, MO 63011


**BOMMARITO FORD INC /TOY**
PO BOX 2208
DECATUR, AL 35609-2208

Copyright © Financial Software Solutions, LLC

**BRUCE MOORE**
**1464 NOCHE LANE**
**FENTON, MO 63026**


**BUGOUT**
**P O BOX 740608**
**CINCINNATI, OH 45274-0608**


**CapMax LLC**
**Missouri Registered Agent LLC**
**117 South Lexington St., Ste. 100**
**Harrisonville, MO 64701**


**Car Biz Done Better**
**N8082 Woody Lane**
**Ixonia, WI 53036**


**CARCHEM**
**398 KING OAK STREE**
**TRENTON, IL 62293**


**CARSFORSALE.COM**
**PO BOX 91537**
**SIOUX FALL, SD 57109**


**CARTER TRUCKING, INC.**
**3490 OLD SOUTHMAYD**
**SHERMAN, TX 75092**


**CDK GLOBAL**
**PO BOX 88921**
**CHICAGO, IL 60695-1921**


**CENTRAL STATES BUS SALE**
**1200 SUGAR CREEK S**
**FENTON, MO 63026**

Copyright © Financial Software Solutions, LLC

Central States S.E. and S.W. Areas Pension Fund
8647 W. Higgins Rd.
Chicago, IL 60631


CENTRE STATE INT'L TRUC
1314 W MORTON AVE
JACKSONVILLE, IL 62650


CHART DISTRIBUTION GROU
8801 FROST AVE
ST LOUIS, MO 63134-1001


City of St. Louis ARFAM
1200 Market Street room 401
St Louis, MO 63103


CLARKE POWER SERVICES I
PO BOX 710157
CINCINNATI, OH 45271-0157


CLEAN SOLUTIONS
16000 JAEGER DRIVE
WRIGHT CITY, MO 63390


Clean Store
1316 S. 7th Street
St Louis, MO 63104


CLEAN THE UNIFORM CO ST
PO BOX 840140
KANSAS CIT, MO 64184-0140


CLEMENT FORD
1075 W TERRA LN
OFALLON, MO 63366

**Creditor Matrix**                    **page 6 of 28**

Copyright © Financial Software Solutions, LLC

COLLISION CENTERS
12990 ST CHARLES R
BRIDGETON, MO 63044


COMMERCIAL VAN INTERIOR
8840 ST CHARLES RO
ST. LOUIS, MO 63114


COMPUFACT RESEARCH INC
1236 JUGERMANN RD
ST PETERS, MO 63376


CONCENTRA MEDICAL CENTE
PO BOX 369
LOMBARD, IL 60148


Cookie Advantage
2079 E. Santa Fe
Olathe, KS 66062


CORP BILLING LOU FUSZ
DEPT 100 PO BOX 83
BIRMINGHAM, AL 35283


CRAFTSMEN TRAILER LLC
PO BOX 804922
KANSAS CIT, MO 64180-4922


CRAFTSMEN UTILITY TRAIL
PO BOX 804922
KANSAS CIT, MO 64180-4922


CREST INDUSTRIES
PO BOX 772807
CHICAGO, IL 60677-2807

Copyright © Financial Software Solutions, LLC

**CSTK St. Louis**
**10983 Granada Lane #210**
**Kansas City, KS 66211**

**CUMMINGS SIGNS**
**PO BOX 980070**
**LOUISVILLE, KY 40298-0070**

**Cummins Inc.**
**PO Box 772639**
**Detroit, MI 48277- 263**

**DA-COM**
**PO BOX 660831**
**DALLAS, TX 75266-0831**

**DA-COM DIGITAL OFFICE S**
**COLUMBUS DR**
**ST LOUIS, MO 63119**

**DALY,GREGORY FX**
**PO BOX 66787**
**ST LOUIS, MO 63166-6787**

**DAVE SINCLAIR FORD**
**7466 S LINDBERGH**
**ST LOUIS, MO 63125**

**Dave Sinclair Lincoln**
**7466 S. Lindbergh**
**St Louis, MO 63125**

**DEALER SPECIALTIES**
**1643 S. Breiel Blvd**
**Middletown, OH 45044**

Copyright © Financial Software Solutions, LLC

**Dealeron**
**7361 Calhoun Place Ste 250**
**Derwood, MD 20855**

**DEFLECTO LLC**
**7035 East 86th St.**
**Indianapolis, IN 46250**

**Dennis Phillips**
**3616 Tripoli Blvd**
**Punta Gorda, FL 33950**

**DIRECTV**
**PO BOX 5006**
**Carol Stream, IL 60197-5006**

**District No. 9 International Association of Machinists and Aerospace**
**Workers Pension Trust**
**12365 St. Charles Rock Road**
**Bridgeton, MO 63044**

**DYNAMIC SURFACE TECHLOGIES**
**7784 RONDA DR**
**CANTON TWP, MI 48187**

**DYNATRON SOFTWARE INC**
**PO BOX 677160**
**DALLAS, TX 75267-7160**

**ED MORSE CHEV GMC**
**1450 WEST MARKET S**
**RED BUD, IL 62278**

**ED MORSE CHRYSLER DODGE**
**PO BOX 9**
**REDBUD, IL 62278**

Copyright © Financial Software Solutions, LLC

ED MORSE FORD
PO BOX 69
RED BUD, IL 62278


EDELE & MERTZ HARDWARE
1822 S BROADWAY
ST. LOUIS, MO 63104


EDELEN COMPANY INC
4170 SHORELINE DR
EARTH CITY, MO 63045


EJ EQUIPMENT INC
6949 N 3000E RD
MANTENO, IL 60950


ELITEBDC
1809 E BROADWAY ST
OVIEDO, FL 32765


EMPLOYER SERVICES COMPA
PO BOX 1251
GRANITE CITY, IL 62040


Enterprise Fleet Management, Inc.
29 Hunter Ave.
St. Louis, MO 63124


Equine Media World
1939 NE Lakeshore Dr
Lee's Summit, MO 64086


Eric Rekemper
3325 Fairway Drive
HIGHLAND, IL 62249

Copyright © Financial Software Solutions, LLC

**FABICK POWER SYSTEMS IN**
PO BOX 735199
CHICAGO, IL 60673-5199


**FACTORY MOTOR PARTS COM**
PO BOX 9107
MINNEAPOLI, MN 55480-9107


**FDOT**
605 Suwannee St. MS 57
Tallahassee, FL 32399-0450


**FENTON TRUCK CENTER**
2280 CASSENS DRIVE
FENTON, MO 63026-2521


**FERGUSON ROOFING**
1029 HANLEY INDUSTRIAL CT
BRENTWOOD, MO 63144


**FILLMORE CARQUEST**
6088 ARSENAL STREE
ST LOUIS, MO 63139


**Filter Service of St. Louis**
5035 Highway N
St Charles, MO 63304


**FLEET PRIDE TRUCK & TRA**
PO BOX 847118
DALLAS, TX 75284-7118


**FORD MOTOR COMPANY**
DEPT CH 14290
PALATINE, IL 60055-4290


**Creditor Matrix**

Copyright © Financial Software Solutions, LLC

**Ford Motor Credit**
**Bankruptcy Department**
**P.O. Box 35911**
**Cleveland, OH 44135-0911**


**FORD MOTOR CREDIT**
**PO BOX 650573**
**DALLAS, TX 75265-0573**


**Ford Motor Credit Company, LLC**
**P.O. Box 650573**
**Dallas, TX 75265-0573**


**FOREST RIVER, INC.**
**21814 NETWORK PL**
**CHICAGO, IL 60673-1218**


**Four Sevens Company LLC**
**205 Howell Rd.**
**Defiance, MO 63341**


**FUELMAN**
**PO BOX 70887**
**CHARLOTTE, NC 28272-0887**


**Galmiche & Sons**
**2280 Chaffee Drive**
**St Louis, MO 63146**


**GATEWAY INDUSTRIAL POWE**
**PO BOX 843715**
**KANSAS CIT, MO 64184-3715**


**GATEWAY PROPANE LLC**
**PO BOX 306**
**DUPO, IL 62239**

Copyright © Financial Software Solutions, LLC

GATEWAY UPFITTERS
2012 SIERRA PKWY
ARNOLD, MO 63010


GFL GREEN FOR LIFE ENVI
18927 HICKORY CREE
MOKENA, IL 60448


GRAINGER
DEPT 809392244
KANSAS CIT, MO 64141-6267


GreatAmerica Financial Services
P.O. Box 660831
Dallas, TX 75266- 083


Gregory F.X. Daly, Collector of Revenue
City Hall
1200 Market Street
Saint Louis, MO 63103


GREY DUCK REMODELING
1041 GRAND AVE 206
ST PAUL, MN 55105


Gulfstream Capital Solutions LLC
1811 Silverside Rd
Wilmington, DE 19810


Gulfstream Capital Solutions LLC
350 Northern Blvd., Ste. 324-1253
Albany, NY 12204


HONDA OF FRONTENAC
885 LINDBERGH BLVD
ST LOUIS, MO 63131

Copyright © Financial Software Solutions, LLC

**HUBER FARMS INC**
**533 Peruque Creek Rd**
**O'Fallon, MO 63366**


**Hytech Auto Trim Inc**
**211 w Kunz St**
**Columbia, IL 62236**


**IL SECRETARY OF STATE**
**115 S. LaSalle St Ste 300**
**Springfield, IL 62756**


**Illinois Department of Revenue**
**PO Box 19034**
**Springfield, IL 62794-9034**


**Internal Revenue Service**
**Centralized Insolvency Operation**
**P.O. Box 7346**
**Philadelphia, PA 19101-7346**


**Internet Brands**
**909 North Pacific Coast Highway**
**El Segundo, CA 90245**


**IT VOICE**
**514 EARTH CITY EXP**
**EARTH CITY, MO 63045**


**JACK SCHMITT FORD**
**1820 VANDALIA**
**COLLINSVILLE, IL 62234**


**JAN-PRO OF ST LOUIS**
**233 MILLWELL DRIVE**
**Maryland Heights, MO 63043**

Copyright © Financial Software Solutions, LLC

**Jason Barrbanell**
**6219 Nottingham Avenue**
**ST LOUIS, MO 63109**

**JASPER ENGINES AND TRAN**
**PO BOX 650**
**JASPER, IN 47547-0650**

**Jeff Houston**
**928 Moye School Road**
**OFALLON, IL 62269**

**Jenkins & Kling, P.C.**
**150 North Meramec Ave.**
**Suite 400**
**Saint Louis, MO 63105**

**JERRY ACKERMAN TOYOTA**
**2020 HAMPTON AVE**
**ST LOUIS, MO 63139**

**JMN LOGISTICS**
**2050 Creve Coeur Mill RD N.**
**Maryland Heights, MO 63043**

**Joe Sind**
**7360 Stream Valley Ct,**
**ST LOUIS, MO 63129**

**JOHN HENRY FOSTER**
**PO BOX 419161**
**CREVE COEU, MO 63141-9161**

**JOHN HENRY FOSTER CO.**
**PO BOX 419161**
**ST. LOUIS, MO 63141-9161**

Copyright © Financial Software Solutions, LLC

**JOHN ROBERT WALLACE**
**3015 EL CAMINO DEL NORTE**
**ENCINITAS, CA 92024**


**K & D MOTORS INC**
**114 S ILLINOIS**
**MILLSTADT, IL 62260**


**K&K JUMP START/S.EAST C**
**STE 136 PMB 506**
**MARIETTA, GA 30068**


**Ken Linton**
**736 Troy Road**
**Collinsville, IL 62234**


**KITMASTERS INC.**
**825 FIRST STREET N**
**PERHAM, MN 56573**


**Knapheide Truck Equipment Co.**
**10101 Mid Rivers Mall Drive**
**Saint Peters, MO 63376**


**Kranz Body Co LLC**
**300 Russell Blvd**
**St. Louis, MO 63104**


**LANDMARK FORD-CLEAR LAK**
**P O BOX 3665**
**SPRINGFIELD, IL 62708**


**LATHROP GPM**
**PO BOX 7410148**
**CHICAGO, IL 60674-0148**

Copyright © Financial Software Solutions, LLC

**Law Offices of Isaac H. Greenfield, PLLC**
**2 Executive Blvd., Ste. 305**
**Suffern, NY 10901**


**LEAF Capital Funding, LLC and/or Its Assigns**
**2005 Market Street, 14th Floor**
**Philadelphia, PA 19103**


**LEFTHAND PROMOTIONAL**
**2400 S JEFFERSON #**
**ST LOUIS, MO 63104**


**Lifesafe Services**
**5971 Power Ave #108**
**Jacksonville, FL 32217**


**LIGHTSSIRENS**
**117 Algana Ct**
**St Peters, MO 63376**


**LONG-LEWIS FORD**
**PO BOX 2222**
**DECATUR, AL 35609-2222**


**LOU FUSZ FORD**
**2 CAPRICE DRIVE**
**CHESTERFIELD, MO 63005**


**LOWE AUTOMOTIVE WAREHOU**
**1000 CAMERA AVE SU**
**ST LOUIS, MO 63126**


**MARSHFIELD TRANSPORTATI**
**PO BOX 745**
**MARSHFIELD, MO 65706-0745**

Copyright © Financial Software Solutions, LLC

**MC MAHON LINCOLN MERCUR**
**3295 SOUTH KINGSHI**
**ST LOUIS, MO 63139**


**MCCARTHY LEONARD & KAEM**
**SUITE 300**
**TOWN & COU, MO 63017-5946**


**MCKAY NAPA AUTO PARTS**
**120 S INDUSTRIAL D**
**LITCHFIELD, IL 62056**


**METRO ST LOUIS SEWER**
**PO BOX 437**
**ST LOUIS, MO 63166-0437**


**MID AMERICA TRUCK TOPS**
**501 HOWERTON**
**EUREKA, MO 63025**


**MIDWAY FORD TRUCK CENTE**
**PO BOX 12656**
**KANSAS CY, MO 64116**


**MIDWAY FREIGHTLINER INC**
**PO BOX 34754**
**KANSAS CIT, MO 64116**


**MIDWEST MOTORS**
**1400 SOUTH OUTER R**
**EUREKA, MO 63025**


**Missouri Department of Revenue**
**Attn: Bankruptcy Unit**
**P.O. Box 475**
**Jefferson City, MO 65105**

Copyright © Financial Software Solutions, LLC

MITCHELL INTERNATIONAL,
DEPT 6946
LOS ANGELE, CA 90084-6946


MO DEPARTMENT OF REVENU
PO BOX 270
JEFFERSON, MO 65102-0270


Mobile Productivity Inc
PO Box 855072
Minneapolis, MN 55485


MOBILITY WORKS
1115 SW OLDHAM PKW
LEE'S SUMMIT, MO 64081


Moneywell Group, LLC
323 Sunny Isles Blvd.
North Miami Beach, FL 33160


MORGAN OLSON
88050 EXPEDITE WAY
CHICAGO, IL 60695-0001


MOTOR INFORMATION SYSTE
PO BOX 277697
ATLANTA, GA 30384-7697


NAPA AUTO PARTS-RIVERVI
5959 COLLECTIONS C
CHICAGO, IL 60693


NATHAN  MCLANE
8850 WEST GRAY RD
HARRISBURG, MO 65256

Copyright © Financial Software Solutions, LLC

**NCM ASSOCIATES INC**
**P O BOX 840080**
**KANSAS CIT, MO 64184-0080**


**NHC PLACE LAKE ST CHARLES LLC**
**45 HONEY LOCUST LN**
**ST CHARLES, MO 63303**


**NOGGIN DIGITAL MARKETIN**
**12460 CAPE COD DRI**
**ST LOUIS, MO 63146**


**O'REILLY AUTOMOTIVE INC**
**PO BOX 9464**
**SPRINGFIELD, MO 65801-9464**


**Ocean Funding Corp.**
**2941 NW 62nd St., Ste. 101**
**Fort Lauderdale, FL 33309**


**OKLAHOMA TURNPIKE AUTHORITY**
**3500 NORTH MARTIN LUTHER KING AVENUE**
**OKLAHOMA CITY, OK 73111-4221**


**ONE-VIEW INC**
**6270 N SHADELAND A**
**INDIANAPOLIS, IN 46220**


**OPTIMUM DEALER SERVICES**
**13616 MANCHESTER RD**
**ST. LOUIS, MO 63131**


**OTA-PLATEPAY**
**3500 North Martin Luther King Avenue**
**OKLAHOMA CITY, OK 73111-4221**

Copyright © Financial Software Solutions, LLC

**PARTS MIDWEST, INC**
**PO BOX 1084**
**ST CLOUD, MN 56302**


**PHILLIPS66**
**PO BOX 6293**
**Carol Stream, IL 60197-6293**


**PICKUP OUTFITTERS INC**
**2848 N LINDBERGH B**
**ST ANN, MO 63074**


**PLATINUM TOWING & TRANS**
**PO BOX 37088**
**ST LOUIS, MO 63141**


**PLAZA F-USE 80575**
**29787 NETWORK PLAC**
**CHICAGO, IL 60673**


**PTA CO**
**6528 PENNSYLVANIA AVE**
**ST LOUIS, MO 63111**


**PUNDMANN FORD**
**PO BOX 936**
**ST CHARLES, MO 63302**


**RAMP VISA CARD**
**28 WEST 23RD STREE**
**NEW YORK, NY 10010**


**READING TRUCK EQUIPMENT**
**PO BOX 21051**
**NEW YORK, NY 10087-1051**

Copyright © Financial Software Solutions, LLC

**REPUBLIC SERVICES #346**
**PO BOX 677156**
**DALLAS, TX 75267-7156**

**REUNION MARKETING LLC**
**PO BOX 746906**
**ATLANTA, GA 30374**

**RONNOCO BEVERAGE SOLUTI**
**PO BOX 797029**
**ST LOUIS, MO 63179-7000**

**ROYAL PAPERS INC**
**PO BOX 39922**
**ST LOUIS, MO 63139-1021**

**RUSH % INTERSTATE BILLI**
**PO BOX 2208**
**DECATUR, AL 35609-2208**

**RUXER**
**123 PLACE ROAD**
**JASPER, IN 47546**

**SAINT LOUIS BANK**
**9811 S FORTY DRIVE**
**LADUE, MO 63124**

**Saint Louis Bank**
**9811 South Forty Drive**
**Saint Louis, MO 63124**

**SCHICKER FORD OF ST LOU**
**3300 S KINGSHIGHWA**
**ST. LOUIS, MO 63139-1144**

Copyright © Financial Software Solutions, LLC

**SHERWIN WILLIAMS**
**1608 S BROADWAY**
**ST LOUIS, MO 63104**

**SNAP-ON TOOLS CORP**
**1464 NOCHE LANE**
**FENTON, MO 63026**

**SNOW PRO PARTS, SALES &**
**4631 LEMAY FERRY R**
**ST LOUIS, MO 63129**

**SOLUTIONSMITH LLC**
**1210 MIRALAGO WAY**
**COTTLEVILLE, MO 63376**

**SPEEDTRUCK**
**1060 W SUNRISE BLVD**
**FORT LAUDERDALE, FL 33311**

**SPIRE**
**DRAWER 2**
**ST LOUIS, MO 63171**

**SPORTCHASSISFEATERLITE TRAILERS OF TX**
**140 FM HIGHWAY 1488**
**SHENANDOAH, TX 77384**

**SPRINT**
**PO BOX 4181**
**Carol Stream, IL 60197-4181**

**ST LOUIS AUTO DEALER AS**
**13616 MANCHESTER R**
**ST.LOUIS, MO 63131**

Copyright © Financial Software Solutions, LLC

ST LOUIS SPRING & BRAKE
3126 SAMUEL SHEPAR
ST. LOUIS, MO 63103


Steve Bersett
12 Big Country Circle
OFALLON, MO 63368


SUN LIFE
PO BOX 807009
KANSAS CIT, MO 64180


SUNBELT RENTALS INC
P O BOX 409211
ATLANTA, GA 30384-9211


SUNSET FORD-INTERSTATE
P O BOX 2208
DECATUR, AL 35609-2208


SUNTRUP FORD, INC.
2020 KRATKY ROAD
ST. LOUIS, MO 63132


SUNTRUP FORD-KIRKWOOD
10340 MANCHESTER R
KIRKWOOD, MO 63122


SUPERIOR INDUSTRIAL SUP
8525 VULCAN ST
ST. LOUIS, MO 63111


SUPPLIERS CHEMICAL
1324 CLARKSON CLAY
ELLISVILLE, MO 63011

Copyright © Financial Software Solutions, LLC

**SURE LOCK & KEY**
**11019 MANCHESTER RD**
**ST LOUIS, MO 63122**

**TAYLOR DIESEL ST PETERS**
**7902 FM 1960 BYPAS**
**HUMBLE, TX 77338**

**THE SHRED TRUCK**
**50 CRESTWOOD EXECU**
**ST LOUIS, MO 63126**

**Trader Interactive**
**PO BOX 842032**
**DALLAS, TX 75284-2032**

**TRUCK CENTERS INC**
**2280 FORMOSA ROAD**
**TROY, IL 62294**

**UNION 618**
**9040 LACKLAND ROAD**
**ST LOUIS, MO 63114**

**UNION 777 - DIST 9**
**12365 ST CHARLES ROCK ROAD**
**BRIDGETON, MO 63044**

**UNITED TRANZ ACTIONS**
**P O BOX 260520**
**PEMBROKE P, FL 33026**

**UnitedHealthcare Inc.**
**PO Box 94017**
**Palatine, IL 60094- 401**

Copyright © Financial Software Solutions, LLC

**UTILIMASTER CORP**
**PO BOX 856787**
**MINNEAPOLI, MN 55485-6787**


**VALLEY, TIM**
**5314 THREE LAKES ESTATES LN**
**EDWARDSVILLE, IL 62025**


**VALTEC HYDRAULICS INC**
**1100 PERSHALL ROAD**
**ST LOUIS, MO 63137**


**Varilease Finance, Inc.**
**2800 E COTTONWOOD PKWY, 2ND FL**
**SALT LAKE CITY, UT 84121**


**VEHICLE UPFITTING**
**10220 W. RENO**
**OKLAHOMA CITY, OK 73127**


**VERIZON**
**PO BOX 16810**
**NEWARK, NJ 07101-6810**


**VESTIS FIRST AID AND SA**
**PO BOX 734514**
**DALLAS, TX 75373-4514**


**VINSOLUTIONS**
**PO BOX 935595**
**ATLANTA, GA 31193-5595**


**VINTAGE PARTS INC**
**PO BOX 88904**
**MILWAUKEE, WI 53288-8904**

Copyright © Financial Software Solutions, LLC

**VIP**
**1424 ASHBY ROAD**
**ST LOUIS, MO 63132**


**Water Doctors of St. Louis**
**PO Box 148**
**TROY, IL 62294**


**WEBER CHEVROLET**
**12015 OLIVE BLVD**
**ST. LOUIS, MO 63141-9009**


**WEBER FORD**
**3465 PROGRESS PARK**
**GRANITE CY, IL 62040**


**WEDGE TIRE**
**PO BOX 3944**
**CHESTERFIELD, MO 63006**


**WEIR CHEV DO NOT USE**
**1107 SOUTH MAIN ST**
**RED BUD, IL 62278**


**WELLER TRUCK PARTS**
**1500 GEZON PARKWAY**
**GRAND RAPIDS, MI 49509**


**WEST COUNTY AUTO BODY R**
**1650 N LINDBERGH**
**ST. LOUIS, MO 63132**


**WESTERN RESERVE COACH**
**12347 MARLBORO AVE NE**
**ALLIANCE, OH 44601**

Copyright © Financial Software Solutions, LLC

**WILSON,TIM**
**16752 CALLE de MAR**
**PACIFIC, CA 90272**


**WORK TRUCK SOLUTIONS**
**PO BOX 718761**
**Chicago, IL 60677**


**WORLDWIDE ENVIRONMENTAL**
**1100 BEACON STREET**
**BREA, CA 92821**


**ZONAR**
**821 2nd AVE STE 11**
**SEATTLE, WA 98104**

Copyright © Financial Software Solutions, LLC