**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | **In Proceedings Under Chapter 11** |
| | ) | |
| **Broadway Ford Truck Sales, Inc.,** | ) | **Case No. 26-42179** |
| | ) | |
| **Debtor.** | ) | **Hearing Date: May 21, 2026** |
| | ) | **Hearing Time: 1:30 P.M.** |
| | ) | **Hearing Location: Courtroom 5 North** |
| | ) | **St. Louis, Missouri** |

**<u>NOTICE OF HEARING</u>**

**PLEASE TAKE NOTICE** that on May 18, 2026 (the "**Petition Date**"), Debtor and

Debtor in Possession Broadway Ford Truck Sales, Inc.,("**Debtor**") filed a voluntary petition for

relief under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") with the

United States Bankruptcy Court for the Eastern District of Missouri (the "**Court**") commencing

the above-captioned Chapter 11 case.

**PLEASE TAKE FURTHER NOTICE** that, together with the Chapter 11 petition,

Debtors also requested an expedited hearing before the Court (the "**First Day Hearing**") to

consider certain motions (collectively, the "**First Day Motions**") filed on the Petition Date.

a)     *Application to Employ Debtor's Counsel and for Approval of Compensation Arrangement Related Thereto;*

b)     *Motion for Entry of Interim and Final Order Authorizing (I) Use of Cash Collateral and the Terms of the Stipulation Between Debtor and Ford Motor Credit Company, LLC and (II) Setting Final Hearing for Use of Cash Collateral;*

c)     *Debtor's Emergency Motion for an Order Pursuant to Sections 105(a) and 366(b) of the Bankruptcy Code (I) Prohibiting Utility Companies from Altering, Refusing or Discontinuing Utility Services; (II) Deeming Utility Companies Adequately Assured of Future Performance;*

d)     *Motion for Authority to Perform Obligations Necessary to Maintain Existing Insurance;*

*e)      Motion for Order Authorizing Payment of Prepetition Wages, Salaries, Reimbursable Employee Expenses, and Other Employee Benefits;*

*f)      Debtor's Motion for Entry of an Order Authorizing Debtor to Maintain Cash Management System;* and

*g)      Motion to Expedite Hearing on First Day Motions.*

**PLEASE TAKE FURTHER NOTICE** that the Court has scheduled the First Day Hearing to commence on **May 21, 2026 at 1:30 p.m. (prevailing Central Time**) in Courtroom 5 North of the Thomas F. Eagleton United States Courthouse, 111 South Tenth Street, St. Louis, Missouri.

**PLEASE TAKE FURTHER NOTICE** that your rights may be affected.  You should read the First Day Motions carefully and discuss them with your attorney, if you have one in the Chapter 11 case.  (If you do not have an attorney, you may wish to consult one).

**PLEASE TAKE FURTHER NOTICE** that if you do not want the Court to grant the relief requested in the First Day Motions, or if you want the Court to consider your view on the First Day Motions, then you or your attorney must attend the First Day Hearing.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the First Day Motions and may enter orders granting the relief requested in the First Day Motions.

Respectfully submitted,
CARMODY MACDONALD P.C.

By:      /s/ *Thomas H. Riske*
THOMAS H. RISKE #61838MO
NATHAN R. WALLACE #74890MO
120 S. Central Avenue, Suite 1800
St. Louis, Missouri  63105
(314) 854-8600
(314) 854-8660 – FAX
thr@carmodymacdonald.com
nrw@carmodymacdonald.com
PROPOSED ATTORNEYS FOR DEBTOR