## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF MISSOURI

In re

|  |  |  |
|---|---|---|
| BROADWAY FORD TRUCK SALES, INC. | ) | Case No. 26-42179 |
|  | ) | Chapter 11 |
| Debtor. | ) |  |
|  | ) |  |
|  | ) |  |
|  | ) |  |

### <u>DECLARATION OF TOM EVANS OF FORD MOTOR CREDIT COMPANY LLC CONSENTING TO THE USE OF CASH COLLATERAL ONLY TO THE EXTENT OF THE TERMS SET FORTH IN THE STIPULATION FOR USE OF CASH COLLATERAL DUE TO DEBTOR'S INABILITY TO PROVIDE ADEQUATE PROTECTION</u>

I, Tom Evans, declare under penalty of perjury pursuant to 28 U.S.C. § 1746, as follows:

1. I am over twenty-one (21) years of age. I have personal knowledge of, and I am competent to testify to the matters set forth in this Declaration.

2. I am now, and have been at all relevant times, a Regional Manager for Ford Motor Credit Company LLC ("Ford Credit") and in that capacity and upon review of Ford Credit's books and records concerning Broadway Ford Truck Sales, Inc. ("Debtor" or Broadway") make the statements herein.

3. I have read and reviewed the Stipulation for Interim Use of Cash Collateral [D.I. 3, Ex. A] ("Stipulation") filed in connection with Debtor's Motion for Entry of Interim and Final Orders Authorizing (I) Debtor's Use of Cash Collateral Pursuant to § 363 of the Bankruptcy Code and the Terms of the Stipulation Between Debtor and Ford Motor Credit Company LLC, and (II) Setting Final Hearing for Use of Cash Collateral {D.I. 3] ("Motion") filed in this matter by Debtor and, based on my knowledge, I believe that each of the facts recited in the Stipulation and herein are true and correct.

4. This Declaration is being filed to provide the Court with the facts demonstrating that Ford Credit *is not and will not* be adequately protected by the terms of the Stipulation, but is, by its execution of the Stipulation, consenting to Debtor's use of its Cash Collateral[1] only on the terms set forth in the Stipulation for the Interim Period.

## THE PARTIES

5. Ford Credit is a limited liability company organized under the laws of the State of Delaware, and it is authorized to do business in Missouri.

6. Ford Credit's sole member is Ford Holdings LLC, a limited liability company organized under the laws of the State of Delaware with a principal place of business located at One American Road, Dearborn, Michigan 48126.

7. Ford Holdings LLC is directly and wholly owned by Ford Motor Company, a Delaware corporation with a principal place of business located at One American Road, Dearborn, Michigan 48126.

8. Ford Credit's principal place of business is located at One American Road, Dearborn, Michigan 48126.

9. On or about April 20, 2007, Ford Motor Credit Company converted from a Delaware corporation to a Delaware limited liability company pursuant to Sections 228 and 266 of the Delaware General Corporation Law.

10. This conversion was effective on May 1, 2007, and, pursuant to the relevant statutes, Ford Motor Credit Company LLC is deemed the same entity as Ford Motor Credit Company by operation of law. True copies of Ford Credit's conversion filings with the U.S. Securities and Exchange Commission are available upon request.

---

[1] Capitalized terms not expressly defined herein have the meaning ascribed to them in the Stipulation.

## THE AGREEMENTS BETWEEN FORD CREDIT AND
## THE DEBTOR

11.     Ford Credit provided wholesale floor plan financing to Debtor pursuant to the following agreements and all other documents executed in connection therewith (collectively, the "**Ford Credit Loan Documents**"):

(a)     Automotive Wholesale Plan Application for Wholesale Financing and Security Agreement by Debtor in favor of Ford Credit dated December 18, 1997 pursuant to which Ford Credit agrees to establish and maintain for Debtor, a wholesale line of credit to finance new, used and demonstrator motor vehicles, and other vehicles, equipment, inventory and goods pursuant to the terms and conditions set forth therein ("**Wholesale Agreement**");

(b)     Security Agreement by Debtor in favor of Ford Credit dated November 15, 2011 ("**Security Agreement**") pursuant to which Debtor grants Ford Credit a security interest in all of the following assets of Debtor now owned or hereafter acquired and all products and proceeds thereof:  equipment, furniture, fixtures, motor vehicles,  accounts, instruments, chattel paper, general intangibles, contract rights, documents, service parts, goods and inventory (collectively, the "**Ford Credit Collateral**").  Ford Credit's security interest in the Ford Credit Collateral was (and remains) perfected by the filing of a UCC-1 financing statement with the Delaware Secretary of State on

- 3 -

March 14, 2002 at number 20020873806 as amended and continued from time to time; and

(c)　　All other documents executed in connection therewith.

## THE DEBTOR'S MULTIPLE DEFAULTS

12.　　Ford Credit conducted a routine 2-day physical audit of the Debtor's vehicle inventory on or about April 7 and 8, 2026.

13.　　During that audit, Ford Credit identified 26 violations for vehicles that the Debtor had sold but had not paid for within the permitted days for it to do so pursuant to the Ford Credit Loan Documents. As a result, the Debtor owed to Ford Credit, and Ford Credit demanded that the Debtor immediately pay $1.5 million.

14.　　The Debtor initiated an electronic funds transfer ("DEFT") to Ford Credit for that amount, but that DEFT was returned due to insufficient funds.

15.　　The Debtor subsequently claimed that its bank had a daily wire limit of $1 million and made arrangements to pay the $1.5 million that was due over the course of the next week.

16.　　As part of Ford Credit's containment in response to the default, and to permit the Debtor to continue to operate ("Containment"): (i) Ford Credit took possession of all keys, title and MSO's to all Vehicles, (ii) keys were released to a representative designated by the Debtor and approved by Ford Credit to allow for test drives of the vehicles, after which the keys were immediately returned to the Ford Credit representative; and (iii) keys and the MSO or certificate of title to a vehicle which was sold were released to a representative designated by the Debtor upon (1) proof that a contract of sale was signed by the buyer and seller, (2) proof that the amount of funds payable as a result of the sale

- 4 -

were acceptable to Ford Credit, and (3) presentment of a certified check payable to Ford Credit being delivered to the Ford Credit representative in the sale price.

17.     In the meantime, Ford Credit scheduled an emergency, 2-day physical audit of the Debtor's inventory on or about April 15 and 16, 2026.

18.     As a result of that emergency audit, Ford Credit identified additional violations for vehicles that the Debtor had sold but had not paid for within the permitted days for it to do so.  As a result, the Debtor owed to Ford Credit, and Ford Credit demanded that it immediately pay an additional $1.4 million.

19.     The Debtor was unable to pay that amount and, as a result, Ford Credit declared a default under its agreements with the Debtor.

20.     Ford Credit subsequently discovered that the Debtor also had failed to pay for numerous vehicles that it had sold to customers pursuant to Assignments of Proceeds – despite the Debtor having received payments from those customers (a portion of which should have been remitted to Ford Credit upon receipt) (the "AOP Sales").

21.     Specifically, Ford Credit had previously permitted the Debtor to sell commercial vehicles to certain customers (primarily municipal entities such as police or fire departments) with the understanding that the Debtor would make payment for those vehicles to Ford Credit after those vehicles were upfit with additional equipment required by the end users and those end users had actually paid the Debtor for the upfitted vehicles.

22.     In numerous instances, however, the Debtor received payments for those AOP Sales and failed to remit amounts due to Ford Credit as a result.

- 5 -

23.    As a result of the AOP Sales, the Debtor owed Ford Credit a further $2 million, in addition to the $1.4 million that it owed to Ford Credit because of the emergency audit.

24.    Ford Credit demanded that the Debtor immediately pay the amounts due for the AOP Sales, but the Debtor failed to do so.

25.    Further investigation revealed still further units that the Debtor had sold without paying amounts due to Ford Credit as and when those amounts were due to Ford Credit.

26.    Failing to pay off amounts financed for floor-planned vehicles is an event of default under the Debtor's Wholesale Agreement and is commonly referred to as being "out of trust." A sale which is made "out of trust" is referred to as a "sale out of trust" or "SOT."

27.    Attached as Exhibit D is a schedule of all Ford Credit financed Vehicles which are SOT as of April 28, 2026, which resulted in a $4,640,169.39 loss of collateral to Ford Credit. Since April 28, 2026 Ford Credit has identified additional SOT vehicles that increased the value of lost collateral to over $5,000,000. Additional details are being compiled.

28.    As a result, Ford Credit accelerated and demanded payment of all amounts due to it from the Debtor by letter dated April 26, 2026.

### THE COMMENCEMENT OF A CHAPTER 11 BANKRUPTCY

29.    It is my understanding that on May 18, 2026 ("**Petition Date**"), Debtor filed a bankruptcy petition pursuant to Chapter 11 of Title 11 of the United States Code.

## THE FORD CREDIT INDEBTEDNESS

30.     As of the April 24, 20206, Debtor owes Ford Credit not less than $33,675,691.06 pursuant to the Ford Credit Loan Documents, which amount includes floor plan principal of $32,869,483.72 as of April 24, 2026, plus outstanding wholesale charges in the amount of $220,092.29 as of April 1, 2026, plus TRAC lease buyouts in the amount of $586,115.05 as of April 16, 2026 (collectively, with all additional costs, expenses, and all other amounts due and owing under the Ford Credit Loan Documents as of the Petition Date[2] and all additional interest and expenses accruing thereafter, the "**Ford Credit Indebtedness**"). Attached as Exhibit A is Broadway's Daily Statement evidencing the principal balance as of April 24, 2026.  Attached as Exhibit B is the April 1, 2026 Wholesale Statement evidencing the wholesale charges due as of April 1, 2026.  Attached as Exhibit C is a schedule of indebtedness due on the TRAC leases as of April 16, 2026.

31.     The Ford Credit Indebtedness is secured by a first priority properly perfected security interest and/or lien on the Ford Credit Collateral as provided for in the Ford Credit Loan Documents, including, without limitation, the Cash Collateral.

## DEBTOR'S LACK OF EQUITY IN ITS ASSETS

32.     Ford Credit has extensive experience liquidating vehicle inventory from distressed dealerships, and Ford Credit's processes and procedures for liquidating its vehicle collateral include a standard and reliable process for determining the anticipated liquidation value of such collateral.

---

[2] Including but not limited additional floor plan principal, interest, costs and expenses for vehicles in transit which are delivered to the Debtor.

33. Specifically, Ford Credit's valuation processes and procedures anticipate— on average—a five percent loss on all current model year vehicles, a twenty percent loss on all prior model year vehicles, and a thirty percent loss on all used vehicles.

34. Utilizing the foregoing benchmarks, Ford Credit estimates that the value of the floor planned Vehicles is no more than $24,412,000 (rounded to the nearest $1,000) as of April 21, 2026 ("Floored Vehicle Collateral") more specifically set forth as follows:

| Financed Vehicle Type | Number of Units | Value | Sold out of Trust | Remaining Vehicles | Estimated Loss on Recovery | Ford Credit Collateral Valuation |
|---|---|---|---|---|---|---|
| New-Current | 200 | $12,977,000.00 | $602,000.00 | $12,375,000.00 | $619,000.00 | $11,756,000.00 |
| New Prior Year | 151 | $14,503,000.00 | $826,000.00 | $13,677,000.00 | $2,735,000.00 | $10,942,000.00 |
| In-Transit | 7 | $398,000.00 | | $398,000.00 | $0.00 | $398,000.00 |
| Demo-Current | 1 | $61,000.00 | | $61,000.00 | $12,000.00 | $49,000.00 |
| Demp - Prior Year | 8 | $553,000.00 | $56,000.00 | $497,000.00 | $149,000.00 | $348,000.00 |
| P-Cars | 16 | $713,000.00 | | $713,000.00 | $214,000.00 | $499,000.00 |
| Used | 14 | $600,000.00 | | $600,000.00 | $180,000.00 | $420,000.00 |
| DPP | 63 | $3,453,000.00 | $3,453,000.00 | $0.00 | | |
| | | | | | | |
| Total Financed Vehicles | | $33,258,000.00 | $4,937,000.00 | $28,321,000.00 | $3,909,000.00 | $24,412,000.00 |

35. The Ford Credit Collateral also includes non-floored used Vehicles valued at approximately $735,000 utilizing rough NADA valuation, and eleven TRAC lease vehicles valued $342,600. A schedule of the non-floored used Vehicles is attached as Exhibit E. A list of the TRAC vehicles is set forth on Exhibit C.

36. Based on the foregoing, Ford Credit values Ford Credit's total Vehicle Ford Credit Collateral at no more than $27,765,600.

37. Attached as Exhibit F is Broadway's March 2026 Financial Statement, which was provided to Ford Credit by Broadway as required by the Ford Credit Loan Documents. Broadway's March Financial Statement includes valuations for Debtor's non-vehicle Ford Credit Collateral as of March 31, 2025.

- 8 -

38.     Ford Credit also has extensive experience liquidating non-vehicle assets of distressed dealerships, and Ford Credit's processes and procedures for liquidating its non-vehicle collateral include a standard and reliable process for determining the anticipated liquidation value of such collateral as follows:

(a)     55 percent of parts and accessories,

(b)     45 percent of equipment and fixtures,

(c)     75 percent of factory receivables, and

(d)     generally, 60 percent of accounts receivable.

39.     Based on all of the foregoing, Debtor's non-vehicle Ford Credit Collateral is worth, at most, $2,276,000.00.

40.     Assuming *zero* loss on sale for the non-floored Vehicle Ford Credit Collateral and *zero* dissipation of Broadway's non-vehicle assets since March, Ford Credit calculates that the total value of the Ford Credit Collateral to be *no more than* $27,765,600.00, as more specifically set forth below:

| | Number of Units | Value | Sold out of Trust | Remaining Vehicles | Estimated Loss on Recovery | Ford Credit Collateral Valuation |
|---|---|---|---|---|---|---|
| New-Current | 200 | $12,977,000.00 | $602,000.00 | $12,375,000.00 | $619,000.00 | $11,756,000.00 |
| New Prior Year | 151 | $14,503,000.00 | $826,000.00 | $13,677,000.00 | $2,735,000.00 | $10,942,000.00 |
| In-Transit | 7 | $398,000.00 | | $398,000.00 | $0.00 | $398,000.00 |
| Demo-Current | 1 | $61,000.00 | | $61,000.00 | $12,000.00 | $49,000.00 |
| Demp - Prior Year | 8 | $553,000.00 | $56,000.00 | $497,000.00 | $149,000.00 | $348,000.00 |
| P-Cars | 16 | $713,000.00 | | $713,000.00 | $214,000.00 | $499,000.00 |
| Used | 14 | $600,000.00 | | $600,000.00 | $180,000.00 | $420,000.00 |
| DPP | 63 | $3,453,000.00 | $3,453,000.00 | $0.00 | | |
| Total Financed Vehicles | | $33,258,000.00 | $4,937,000.00 | $28,321,000.00 | $3,909,000.00 | $24,412,000.00 |
| TRAC Vehicle Values | | | | | | $342,600.00 |
| Non-Floored Vehicles | | | | | | $735,000.00 |
| Non-Vehicle Collateral Based Upon Dealer March 30, 2026 Financial Statement | | | | | | $2,276,000.00 |
| Total Ford Credit Collateral Valuation | | | | | | $27,765,600.00 |

41.    Therefore, the value of all of the Ford Credit Collateral is approximately $5,910,091.06 less than the Ford Credit Indebtedness.

42.    The Debtor cannot adequately protect Ford Credit under the circumstances.

_____
Tom Evans

Doc No. 13390153.2