**Broadway Ford Truck Sales, Inc.**
**Preliminary Four Week Cash Flow Forecast**
**Cash Basis**

| | Est Week End 5/31/26 | Est Through Wed 6/3/2026 |
|---|---|---|
| **See cash collateral recap at bottom of page** | | |
| **Sales receipts** | | |
| New truck sales | 852,988 | 511,793 |
| Used truck sales | 40,405 | 24,243 |
| F&I sales | 4,141 | 2,485 |
| Parts sales | 184,101 | 110,460 |
| Service sales | 95,886 | 57,531 |
| **Total sales receipts** | **1,177,521** | **706,512** |
| **Sales related disbursements** | | |
| New truck COGS - to Ford | 831,664 | 498,998 |
| Used truck COGS - to Ford | 38,907 | 23,344 |
| F&I COGS | - | - |
| Parts COGS | 152,235 | 91,341 |
| Service COGS | 20,136 | 12,082 |
| **Total sales related disbursements** | **1,042,941** | **625,765** |
| **Net sales related cash flow** | **134,579** | **80,748** |
| **Operating disbursements** | | |
| Advertising / promotion | - | - |
| Bad debts | - | - |
| Bldg maintenance | - | - |
| Data processing | - | - |
| Deductions | - | - |
| Delivery expenses | 1,422 | 1,422 |
| Demo expense | - | - |
| Depreciation | - | - |
| Discounts | - | - |
| Documentation fees | - | - |
| Employee benefits | 114,000 | - |
| Equip/vehicle maint | 500 | 500 |
| Floor plan interest | - | - |
| Free service | - | - |
| Freight | - | - |
| Fuel | 1,000 | 1,000 |
| Inventory control | - | - |
| Insurance | 34,356 | - |
| Lease payments | 26,794 | - |
| Loaner lease | 349 | 349 |

| | Est Week End 5/31/26 | Est Through Wed 6/3/2026 |
|---|---|---|
| Misc | - | - |
| Mobile unit | 2,318 | 2,318 |
| Office supplies | - | 577 |
| Other | - | - |
| Pension | - | - |
| Policy adj | - | - |
| Postage | - | 157 |
| Prof & service fees | 7,000 | - |
| Rollback | 723 | 723 |
| Payroll & related | 53,000 | - |
| Supplies | - | - |
| Tax | - | - |
| Revolution expense | - | - |
| Telephone | - | - |
| Tools & supplies | - | - |
| Training | - | - |
| Travel & entertainment | - | - |
| Utilities | - | - |
| **Operating disbursements** | **241,463** | **7,047** |
| | | |
| **Bankruptcy specific costs** | | |
| Legal & professional fees | - | - |
| Monthly payment to Ford per stipulation | - | - |
| Interest for vehicles sold - to Ford | 15,722 | 15,722 |
| Profit (pre-commission) split - to Ford | 2,853 | 2,853 |
| **Total bankruptcy specific costs** | **18,575** | **18,575** |
| | | |
| **Operating cash flow** | **(125,458)** | **55,126** |
| | | |
| **Other cash flow** | | |
| Credit card, bank fees, other | (2,918) | (2,918) |
| Net Ford incentives | | |
| Conditional - Return excess RIM inventory | - | - |
| **Other cash flow** | **(2,918)** | **(2,918)** |
| | | |
| **Weekly cash flow activity** | **(128,376)** | **52,209** |
| | | |
| **Cash collateral** | | |
| **Beginning cash collateral** | **160,000** | **31,624** |
| Weekly cash flow activity per above | (128,376) | 52,209 |
| Other funds | - | - |
| Additional Capital | - | 50,000 |
| **Ending cash collateral** | **31,624** | **133,833** |