**Fill in this information to identify the case and this filing:**

Debtor Name **Broadway Ford Truck Sales, Inc.**

United States Bankruptcy Court for the: **Eastern District of Missouri**

Case number (*If known*): **26-42179**

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

**12/15**

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☑ *Schedule H: Codebtors* (Official Form 206H)
- ☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ *Amended Schedule* ____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ *Other document that requires a declaration* ____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 06/12/2026
MM/DD/YYYY

✘ **/s/ Dennis N Phillips**
Signature of individual signing on behalf of debtor

**Dennis N Phillips**
Printed name

**Owner**
Position or relationship to debtor


Copyright © Financial Software Solutions, LLC BlueStylus

Debtor Name **Broadway Ford Truck Sales, Inc.**

United States Bankruptcy Court for the: **Eastern District of Missouri**

Case number (*If known*): **26-42179**

☐ Check if this is an amended filing

# Official Form 206Sum

## Summary of Your Assets and Liabilities for Non-Individuals

**12/15**

### Summary of Assets

1. ***Schedule A/B: Assets–Real and Personal Property*** (Official Form 206A/B)

| | |
|---|---|
| 1a. **Real property:** Copy line 88 from *Schedule A/B* | $ **0.00** |
| 1b. **Total personal property:** Copy line 91A from *Schedule A/B* | $ **66,241.83** |
| 1c. **Total of all property:** Copy line 92 from *Schedule A/B* | $ **66,241.83** |

### Summarize Your Liabilities

| | |
|---|---|
| 2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D) Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of Schedule D | $ **33,675,691.00** |
| 3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F) | |
| 3a. **Total claim amounts of priority unsecured claims:** Copy the total claims from Part 1 from line 5a of *Schedule E/F* | $ **880,594.04** |
| 3b. **Total amount of claims of nonpriority amount of unsecured claims:** Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* | + $ **22,571,703.68** |
| 4. **Total liabilities** Lines 2 + 3a + 3b | $ **57,127,988.72** |


Copyright © Financial Software Solutions, LLC BlueStylus

**Fill in this information to identify your case:**

Debtor Name **Broadway Ford Truck Sales, Inc.**

United States Bankruptcy Court for the: **Eastern District of Missouri**

Case number (*If known*): **26-42179**

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

**12/15**

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.

☑ Yes. Fill in the information below.

| **All cash or cash equivalents owned or controlled by the debtor** | | | | **Current value of debtor's interest** |
|---|---|---|---|---|
| 2. | **Cash on hand** | | | $ **1,755.00** |
| | **Description: Petty Cash** | | | |
| 3. | **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | | |
| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| **3.1** | **Saint Louis Bank - Broadway Ford Truck Sales Inc.** | **Checking Account** | **6767** | $ **0.00** |
| **3.2** | **Saint Louis Bank - Broadway Truck - Operating Acct.** | **Checking Account** | **5256** | $ **64,486.83** |
| 4. | **Other cash equivalents** *(Identify all)* | | | |
| 5. | **Total of Part 1**<br>Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | | | $ **66,241.83** |


Copyright © Financial Software Solutions, LLC BlueStylus

Debtor **Broadway Ford Truck Sales, Inc.** Case number *(if known)* **26-42179**
Name

## Part 2: Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**
   - ☑ No. Go to Part 3.
   - ☐ Yes. Fill in the information below.

**Current value of debtor's interest**

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

9. **Total of Part 2**

   Add lines 7 through 8. Copy the total to line 81. $ **0.00**

## Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**
    - ☑ No. Go to Part 4.
    - ☐ Yes. Fill in the information below.

**Current value of debtor's interest**

11. **Accounts receivable**

| | | | | | |
|---|---|---|---|---|---|
| **11a. 90 days old or less:** | face amount | – | doubtful or uncollectible accounts | = | $ |
| **11b. Over 90 days old:** | face amount | – | doubtful or uncollectible accounts | = | $ |

12. **Total of Part 3**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82. $ **0.00**


Copyright © Financial Software Solutions, LLC BlueStylus

## Part 4: Investments

13. **Does the debtor own any investments?**
- ☑ No. Go to Part 5.
- ☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|
| 14. **Mutual funds or publicly traded stocks not included in Part 1** | | |
| Name of fund or stock: | | |
| 15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture** | | |
| Name of entity: % of ownership: | | |
| 16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1** | | |
| Describe: | | |

17. **Total of Part 4**
Add lines 14 through 16. Copy the total to line 83. $ **0.00**

## Part 5: Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**
- ☐ No. Go to Part 6.
- ☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale** | | | | |
| 22. **Other inventory or supplies** | | | | |
| **SEE ATTACHMENT "A"** | MM / DD / YYYY | $ **0.00** | | $ **0.00** |

23. **Total of Part 5**
Add lines 19 through 22. Copy the total to line 84. $ **0.00**


Copyright © Financial Software Solutions, LLC BlueStylus

24. **Is any of the property listed in Part 5 perishable?**
    ☑ No
    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
    ☑ No
    ☐ Yes.

    Book value $ ________ Valuation method ________ Current Value $ ________

26 **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**
    ☑ No. Go to Part 7.
    ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | | | |
| | $ | | $ |
| 29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| | $ | | $ |
| 30. **Farm machinery and equipment (Other than titled motor vehicles)** | | | |
| | $ | | $ |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| | $ | | $ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |
| | $ | | $ |


Copyright © Financial Software Solutions, LLC BlueStylus

33. **Total of Part 6.**
Add lines 28 through 32. Copy the total to line 85. $ **0.00**

34. **Is the debtor a member of an agricultural cooperative?**
- ☑ No
- ☐ Yes. Is any of the debtor's property stored at the cooperative?
  - ☑ No
  - ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
- ☑ No
- ☐ Yes

Book value $ ________ Valuation method ________ Current Value $ ________

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
- ☑ No
- ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
- ☑ No
- ☐ Yes

## Part 7: Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**
- ☐ No. Go to Part 8.
- ☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| **SEE ATTACHMENT "B"** | $ **0.00** | | $ **0.00** |
| 40. **Office fixtures** | | | |
| | $ | | $ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| **SEE ATTACHMENT "C"** | $ **0.00** | | $ **0.00** |


Copyright © Financial Software Solutions, LLC BlueStylus

42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

| | | | |
|---|---|---|---|
| | $ | | $ |

43. **Total of Part 7.**

Add lines 38 through 42. Copy the total to line 86. $ **0.00**

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

45 **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 8: Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| **General description**<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | **Net book value of debtor's interest**<br>(Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| **47.1** **2019 Transit - 1FTYR2CMXKKB67346** | $ **0.00** | | $ **0.00** |
| **47.2** **2023 Transit - 1FTBW3XK0PKA30551** | $ **0.00** | | $ **0.00** |
| **47.3** **2023 Transit - 1FTBW3XK7PKA30692** | $ **0.00** | | $ **0.00** |
| **47.4** **2025 F750 - 1FDWW7DC6SDF06364** | $ **0.00** | | $ **0.00** |
| **47.5** **2025 Transit - 1FTRU8UG8SKA10719** | $ **0.00** | | $ **0.00** |


Copyright © Financial Software Solutions, LLC BlueStylus

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

______ $ ______ ______ $ ______

49. **Aircraft and accessories**

______ $ ______ ______ $ ______

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

______ $ ______ ______ $ ______

51. **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87. $ **0.00**

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No

☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 9: Real property

54. **Does the debtor own or lease any real property?**

☑ No. Go to Part 10.

☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| **Description and location of property** Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | **Nature and extent of debtor's interest in property** | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|---|

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88. $ **0.00**

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes


Copyright © Financial Software Solutions, LLC BlueStylus

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
- ☑ No
- ☐ Yes

## Part 10: Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**
- ☐ No. Go to Part 11.
- ☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| | $ | | $ |
| 61. **Internet domain names and websites** | | | |
| **www.broadwaytruck.com** | $ **0.00** | | $ **0.00** |
| **www.directfactoryparts.com** | $ **0.00** | | $ **0.00** |
| 62. **Licenses, franchises, and royalties** | | | |
| | $ | | $ |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| | $ | | $ |
| 64. **Other intangibles, or intellectual property** | | | |
| | $ | | $ |
| 65. **Goodwill** | | | |
| | $ | | $ |

66. **Total of Part 10.**
Add lines 60 through 65. Copy the total to line 89. $ **0.00**

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?
- ☑ No
- ☐ Yes


Copyright © Financial Software Solutions, LLC BlueStylus

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
- ☑ No
- ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
- ☑ No
- ☐ Yes

## Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.
- ☐ No. Go to Part 12.
- ☑ Yes. Fill in the information below.

**Current value of debtor's interest**

71. **Notes receivable**
Description (include name of obligor)

_______ _______ Total face amount – _______ doubtful or uncollectible accounts = $ _______

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

_______ Tax Year _______ $ _______

73. **Interests in insurance policies or annuities**

**American Road Insurance Company, New & Demo vehicle inventory, used inventory floor-planned with Ford Motor Credit** $ **0.00**

**Federated Insurance Policy -- General Commercial, non-floor-planned used inventory** $ **0.00**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_______ $ _______

**Nature of claim** _______

**Amount requested** $ _______


Copyright © Financial Software Solutions, LLC BlueStylus

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

$ ____________

**Nature of claim** ____________

**Amount requested** $ ____________

76. **Trusts, equitable or future interests in property**

$ ____________

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

$ ____________

78. **Total of Part 11.**
Add lines 71 through 77. Copy the total to line 90. $ **0.00**

79 **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No
☐ Yes

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ **66,241.83** | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ **0.00** | |
| 82. **Accounts receivable**. *Copy line 12, Part 3.* | $ **0.00** | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ **0.00** | |
| 84 **Inventory.** *Copy line 23, Part 5.* | $ **0.00** | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ **0.00** | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ **0.00** | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ **0.00** | |


Copyright © Financial Software Solutions, LLC BlueStylus

88. **Real property.** *Copy line 56, Part 9.* ........................................................................... ➔ $ 0.00

89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* $ 0.00

90. **All other assets**. *Copy line 78, Part 11.* + $ 0.00

91. **Total.** Add lines 80 through 90 for each column..................... 91a. $ 66,241.83 + 91b. $ 0.00

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ........................................................................................ $ 66,241.83


Copyright © Financial Software Solutions, LLC BlueStylus

**Broadway Ford Truck Sales, Inc.**

**Case No.**

## Attachment "A" - Other Inventory or Supplies

| Description | In Svc Date | Basis | Thru Date | (-) Current Accum Depreciation | (=) Net Book Value |
|---|---|---|---|---|---|
| 66 WHITE PARTS | 05/01/75 | $ 5,170.00 | 05/18/26 | $ 5,170.00 | $ 0.00 |
| HEAVY DUTY PAR | 05/01/75 | 715.00 | 05/18/26 | 715.00 | 0.00 |
| COUNTER SECTI | 03/05/76 | 271.45 | 05/18/26 | 271.45 | 0.00 |
| 31 USED PARTS B | 12/05/77 | 1,935.00 | 05/18/26 | 1,935.00 | 0.00 |
| PARTS BINS | 06/25/79 | 20,622.01 | 05/18/26 | 20,622.01 | 0.00 |
| 8 PARTS BINS | 09/27/79 | 801.95 | 05/18/26 | 801.95 | 0.00 |
| BULK BINS WHITE | 08/20/81 | 331.66 | 05/18/26 | 331.66 | 0.00 |
| PARTS MEZZANIN | 04/01/82 | 5,160.38 | 05/18/26 | 5,160.38 | 0.00 |
| PARTS BINS-SIGG | 07/01/87 | 1,344.04 | 05/18/26 | 1,344.04 | 0.00 |
| STAINLESS STEE | 11/01/87 | 1,000.00 | 05/18/26 | 1,000.00 | 0.00 |
| PARTS BINS | 09/01/93 | 1,737.54 | 05/18/26 | 1,737.54 | 0.00 |
| MEYER 36007 MIN | 02/01/04 | 1,099.84 | 05/18/26 | 1,099.84 | 0.00 |
| TEXA-TRUCK-LAP | 09/01/18 | 8,095.57 | 05/18/26 | 6,206.62 | 1,888.95 |
| WINONA FLYWHE | 11/01/18 | 14,565.23 | 05/18/26 | 14,565.23 | 0.00 |
| 150 TON DAKE PR | 10/01/18 | 20,485.50 | 05/18/26 | 20,485.50 | 0.00 |
| PRODEMAND TR | 12/01/18 | 13,333.38 | 05/18/26 | 13,333.38 | 0.00 |
| SNAP ON APOLLO | 06/01/18 | 9,793.23 | 05/18/26 | 9,793.23 | 0.00 |
| ROTUNDA TECH | 06/01/18 | 2,896.98 | 05/18/26 | 2,896.98 | 0.00 |
| DETROIT DIESEL | 06/01/18 | 35,535.31 | 05/18/26 | 35,535.31 | 0.00 |
| ROTUNDA TOOLS | 06/01/18 | 14,554.37 | 05/18/26 | 14,554.37 | 0.00 |
| ROTUNDA TOOLS | 06/01/18 | 5,599.73 | 05/18/26 | 5,599.73 | 0.00 |
| ROTUNDA RED B | 06/01/18 | 15,896.55 | 05/18/26 | 15,896.55 | 0.00 |
| CUMMMINS TOOL | 06/01/18 | 3,229.67 | 05/18/26 | 3,229.67 | 0.00 |
| DETROIT DIESEL | 06/01/18 | 45,681.78 | 05/18/26 | 45,681.78 | 0.00 |
| CAT TOOLS | 06/01/18 | 2,635.66 | 05/18/26 | 2,635.66 | 0.00 |
| CUMMINS FLASH | 06/01/18 | 5,588.06 | 05/18/26 | 5,588.06 | 0.00 |
| ROTUNDA EQUIP | 06/01/18 | 25,949.60 | 05/18/26 | 25,949.60 | 0.00 |
| GRACO FLUID MA | 06/01/18 | 5,260.00 | 05/18/26 | 5,260.00 | 0.00 |
| 120 LB PORTABL | 06/01/18 | 2,916.00 | 05/18/26 | 2,916.00 | 0.00 |
| DOUBLE WALL ST | 06/01/18 | 1,617.00 | 05/18/26 | 1,617.00 | 0.00 |
| GRACO 25M317 O | 06/01/18 | 8,916.00 | 05/18/26 | 8,916.00 | 0.00 |
| SUPPLY PUMP EQ | 06/01/18 | 5,194.00 | 05/18/26 | 5,194.00 | 0.00 |
| DOLLY BASE WID | 06/01/18 | 2,061.00 | 05/18/26 | 2,061.00 | 0.00 |
| R1234YF REFRIG | 06/01/18 | 6,030.00 | 05/18/26 | 6,030.00 | 0.00 |
| COOLTECH COO | 06/01/18 | 2,022.00 | 05/18/26 | 2,022.00 | 0.00 |

| | | | | | |
|---|---|---|---|---|---|
| 15,000 LB ROLLIN | 06/01/18 | 14,062.00 | 05/18/26 | 14,062.00 | 0.00 |
| RJ7000 ROLLING | 06/01/18 | 5,962.00 | 05/18/26 | 5,962.00 | 0.00 |
| 30,000 LB DRIVE | 06/01/18 | 15,689.22 | 05/18/26 | 15,689.22 | 0.00 |
| 14,000 LB DRIVE | 06/01/18 | 5,940.00 | 05/18/26 | 5,940.00 | 0.00 |
| 12,000 LB SYMME | 06/01/18 | 7,604.00 | 05/18/26 | 7,604.00 | 0.00 |
| A10 WARTHOG O | 06/01/18 | 15,836.00 | 05/18/26 | 15,836.00 | 0.00 |
| WRANGLER FLO | 06/01/18 | 10,041.00 | 05/18/26 | 10,041.00 | 0.00 |
| 3 TON AIR HYDRA | 06/01/18 | 6,302.00 | 05/18/26 | 6,302.00 | 0.00 |
| SMART PRESSUR | 06/01/18 | 3,697.00 | 05/18/26 | 3,697.00 | 0.00 |
| ULTIIMATE SPICE | 06/01/18 | 1,319.00 | 05/18/26 | 1,319.00 | 0.00 |
| ROTUNDA 201-A1 | 06/01/18 | 24,275.16 | 05/18/26 | 24,275.16 | 0.00 |
| FLYWHEEL GRIN | 06/01/18 | 14,565.23 | 05/18/26 | 14,565.23 | 0.00 |
| KING PIN PRESS | 06/01/18 | 2,369.02 | 05/18/26 | 2,369.02 | 0.00 |
| TOOL DISCOUNT | 06/01/18 | 2,049.89 | 05/18/26 | 2,049.89 | 0.00 |
| CLEAN SOLUTION | 06/01/18 | 9,913.94 | 05/18/26 | 9,913.94 | 0.00 |
| ROTUNDA TOOLS | 04/01/19 | 8,477.64 | 05/18/26 | 8,477.64 | 0.00 |
| BNP55S-600 GLA | 03/01/19 | 10,031.96 | 05/18/26 | 10,031.96 | 0.00 |
| ROTUNDA TIRE S | 07/01/19 | 1,969.25 | 05/18/26 | 1,969.25 | 0.00 |
| PRODIGY ICE MA | 08/01/19 | 2,949.40 | 05/18/26 | 2,949.40 | 0.00 |
| COOLANT EXCHA | 01/01/19 | 2,129.46 | 05/18/26 | 2,129.46 | 0.00 |
| INGERSOLL CYC | 11/01/19 | 2,743.45 | 05/18/26 | 2,743.45 | 0.00 |
| 7000 LB ROLLING | 01/01/19 | 5,962.00 | 05/18/26 | 5,962.00 | 0.00 |
| RFE12 WHEEL LI | 05/01/19 | 16,686.00 | 05/18/26 | 16,686.00 | 0.00 |
| TC39WBLK BLK C | 05/01/19 | 15,220.00 | 05/18/26 | 15,220.00 | 0.00 |
| UNIVERSAL MD C | 05/01/19 | 1,525.00 | 05/18/26 | 1,525.00 | 0.00 |
| PULSE OILMETER | 01/01/19 | 6,078.00 | 05/18/26 | 6,078.00 | 0.00 |
| TRUCK HAND (5) | 01/01/19 | 2,170.00 | 05/18/26 | 2,170.00 | 0.00 |
| PULSE EXTENDE | 01/01/19 | 5,161.98 | 05/18/26 | 5,161.98 | 0.00 |
| SUPPLY PUMP 16 | 01/01/19 | 5,231.00 | 05/18/26 | 5,231.00 | 0.00 |
| PULSE JUB 160-2 | 01/01/19 | 5,977.00 | 05/18/26 | 5,977.00 | 0.00 |
| I-R COMPRESSO | 12/01/19 | 1,755.81 | 05/18/26 | 1,755.81 | 0.00 |
| VCM II KIT 164-R9 | 02/01/20 | 981.11 | 05/18/26 | 981.11 | 0.00 |
| ACES SQDFA340 | 04/01/20 | 688.90 | 05/18/26 | 688.90 | 0.00 |
| GRS APPRISALS | 04/01/20 | 757.68 | 05/18/26 | 757.68 | 0.00 |
| SCISSOR LIFT RO | 09/01/20 | 6,803.37 | 05/18/26 | 6,803.37 | 0.00 |
| BAR, ENGINE SUP | 10/01/20 | 882.83 | 05/18/26 | 882.83 | 0.00 |
| TRUCK CLUTCH & | 10/01/20 | 863.66 | 05/18/26 | 863.66 | 0.00 |
| 10 TON AIR HYD J | 10/01/20 | 2,925.73 | 05/18/26 | 2,925.73 | 0.00 |
| 3/4 'IMPACT WRE | 11/01/20 | 605.01 | 05/18/26 | 605.01 | 0.00 |
| SCAFFOLD EQUI | 11/01/20 | 649.44 | 05/18/26 | 649.44 | 0.00 |
| FORD SIDE-MILL | 03/01/21 | 799.15 | 05/18/26 | 799.15 | 0.00 |
| STUD KIT | 02/01/21 | 1,362.36 | 05/18/26 | 1,362.36 | 0.00 |
| RESCUE CHARGE | 01/01/21 | 4,828.05 | 05/18/26 | 4,828.05 | 0.00 |
| SIGN - PROGRAM | 04/01/21 | 9,800.00 | 05/18/26 | 9,800.00 | 0.00 |

| | | | | | |
|---|---|---|---|---|---|
| WHEEL BALANCE | 05/01/21 | 6,070.40 | 05/18/26 | 6,070.40 | 0.00 |
| COMPUTERS | 04/01/21 | 3,486.12 | 05/18/26 | 3,486.12 | 0.00 |
| 1 TON HOIST - RO | 10/01/21 | 1,910.09 | 05/18/26 | 1,750.92 | 159.17 |
| HEAD MOUNTED | 10/01/21 | 6,830.31 | 05/18/26 | 6,261.11 | 569.20 |
| 20000 LB JACK ST | 10/01/21 | 3,657.15 | 05/18/26 | 3,352.38 | 304.77 |
| BENCH-TRANS M | 11/01/21 | 902.49 | 05/18/26 | 812.24 | 90.25 |
| NORCO ENGINE | 11/01/21 | 1,541.90 | 05/18/26 | 1,387.71 | 154.19 |
| MECHANIC LOCK | 02/01/22 | 4,097.60 | 05/18/26 | 3,482.96 | 614.64 |
| LOCKERS-CLOTH | 03/01/22 | 912.94 | 05/18/26 | 760.79 | 152.15 |
| GOLF CART USED | 04/01/22 | 3,950.00 | 05/18/26 | 3,950.00 | 0.00 |
| ACF ALARM AND | 05/01/22 | 12,911.58 | 05/18/26 | 10,329.27 | 2,582.31 |
| RED BOXES CAR | 05/01/22 | 4,500.00 | 05/18/26 | 4,500.00 | 0.00 |
| 2 STORAGE CON | 05/01/22 | 9,021.04 | 05/18/26 | 7,216.84 | 1,804.20 |
| ROTUNDA HIGH V | 06/01/22 | 4,675.30 | 05/18/26 | 3,662.31 | 1,012.99 |
| USED GOLF CAR | 06/01/22 | 2,000.00 | 05/18/26 | 2,000.00 | 0.00 |
| TENNANT FLOOR | 06/01/22 | 17,900.00 | 05/18/26 | 14,021.66 | 3,878.34 |
| EQUIPMENT MOB | 07/01/22 | 16,317.34 | 05/18/26 | 12,509.96 | 3,807.38 |
| LIFTMASTER GAT | 07/01/22 | 6,165.00 | 05/18/26 | 4,726.50 | 1,438.50 |
| MAGIC CHEF 7.0 | 07/01/22 | 242.52 | 05/18/26 | 232.42 | 10.10 |
| FUEL TANK | 07/01/22 | 688.66 | 05/18/26 | 527.97 | 160.69 |
| SECURITY GATE | 09/01/22 | 505.44 | 05/18/26 | 370.66 | 134.78 |
| ENHANCED BREA | 09/01/22 | 926.60 | 05/18/26 | 679.50 | 247.10 |
| AC DUAL TANK 2 | 09/01/22 | 3,208.00 | 05/18/26 | 2,352.53 | 855.47 |
| TRANSMISSION J | 09/01/22 | 423.83 | 05/18/26 | 310.82 | 113.01 |
| TRANSMISSION J | 09/01/22 | 397.18 | 05/18/26 | 291.28 | 105.90 |
| ELECTRIC VEH A | 09/01/22 | 1,017.70 | 05/18/26 | 746.31 | 271.39 |
| AVDX 14 FAN 288 | 09/01/22 | 7,448.12 | 05/18/26 | 5,461.94 | 1,986.18 |
| AVDX 14 FAN 288 | 09/01/22 | 7,448.13 | 05/18/26 | 5,461.97 | 1,986.16 |
| FUEL TANK | 10/01/22 | 688.66 | 05/18/26 | 493.53 | 195.13 |
| ENGINE BAR SUP | 10/01/22 | 966.82 | 05/18/26 | 346.43 | 620.39 |
| DYNAMIC DIAGN | 10/01/22 | 3,796.32 | 05/18/26 | 2,720.68 | 1,075.64 |
| 138-RS20SYL 20,0 | 10/01/22 | 3,232.00 | 05/18/26 | 2,316.26 | 915.74 |
| KEY SYSTEM MA | 05/01/22 | 27,160.66 | 05/18/26 | 21,728.52 | 5,432.14 |
| BALL JOINT REM | 10/01/22 | 552.92 | 05/18/26 | 396.25 | 156.67 |
| IP POE SURFACE | 02/01/23 | 1,806.02 | 05/18/26 | 1,173.90 | 632.12 |
| LIFTMASTER #H7 | 02/01/23 | 5,617.75 | 05/18/26 | 3,651.53 | 1,966.22 |
| L11AC190TVA512 | 01/01/23 | 11,555.91 | 05/18/26 | 7,703.93 | 3,851.98 |
| 399-90000 PARTS | 01/01/23 | 10,261.61 | 05/18/26 | 6,841.06 | 3,420.55 |
| 288-06001344 OV | 01/01/23 | 37,101.31 | 05/18/26 | 24,734.20 | 12,367.11 |
| 138MCHM414 MO | 01/01/23 | 49,638.01 | 05/18/26 | 33,092.00 | 16,546.01 |
| SPO16 16000 LB L | 01/01/23 | 37,757.70 | 05/18/26 | 25,171.80 | 12,585.90 |
| R9865 VCM3 SCA | 01/01/23 | 2,178.08 | 05/18/26 | 1,452.06 | 726.02 |
| DUAL POST CHAR | 01/01/23 | 7,759.74 | 05/18/26 | 5,173.16 | 2,586.58 |
| GAUGE TUBE 205 | 02/01/23 | 516.84 | 05/18/26 | 335.94 | 180.90 |

| | | | | | |
|---|---|---|---|---|---|
| 219-00082 AC FLU | 01/01/23 | 509.18 | 05/18/26 | 33.93 | 475.25 |
| 219-00083 AC FLU | 01/01/23 | 438.90 | 05/18/26 | 292.60 | 146.30 |
| 219-00084 AC FLU | 01/01/23 | 2,038.25 | 05/18/26 | 1,358.83 | 679.42 |
| 082-cfl100edg OIL | 01/01/23 | 343.39 | 05/18/26 | 228.93 | 114.46 |
| 082-CHWS-250 O | 01/01/23 | 574.35 | 05/18/26 | 382.90 | 191.45 |
| 331-6001a Volt me | 01/01/23 | 798.92 | 05/18/26 | 532.60 | 266.32 |
| AMANDA WALL H | 03/01/23 | 2,650.00 | 05/18/26 | 1,678.33 | 971.67 |
| ROTUNDA MINI-D | 03/01/23 | 496.03 | 05/18/26 | 289.99 | 206.04 |
| G-TEC HEATER K | 03/01/23 | 595.65 | 05/18/26 | 377.25 | 218.40 |
| FORDTOOLKIT N | 03/01/23 | 4,502.17 | 05/18/26 | 2,851.36 | 1,650.81 |
| 300 KITMSKITS M | 04/01/23 | 19,582.70 | 05/18/26 | 12,076.00 | 7,506.70 |
| CPX 900 PFORDK | 04/01/23 | 1,493.40 | 05/18/26 | 920.93 | 572.47 |
| LAWN MOWER | 05/01/23 | 589.14 | 05/18/26 | 589.14 | 0.00 |
| 2 HVLS FANS | 06/01/23 | 15,218.62 | 05/18/26 | 8,877.52 | 6,341.10 |
| NORCO ENGINE | 09/01/23 | 568.13 | 05/18/26 | 303.01 | 265.12 |
| NORCO ENGINE | 09/01/23 | 537.75 | 05/18/26 | 286.80 | 250.95 |
| 10R80 TRANSMIS | 09/01/23 | 483.54 | 05/18/26 | 257.89 | 225.65 |
| TRAILER | 09/01/23 | 4,032.50 | 05/18/26 | 2,150.66 | 1,881.84 |
| MOBILE UNIT EQ | 09/01/23 | 2,930.56 | 05/18/26 | 1,562.96 | 1,367.60 |
| VCM3 MOBILE | 08/01/23 | 1,198.05 | 05/18/26 | 658.93 | 539.12 |
| DCA 8000P FORD | 10/01/23 | 4,264.36 | 05/18/26 | 2,203.25 | 2,061.11 |
| DC CHARGING ST | 03/01/24 | 92,655.60 | 05/18/26 | 40,150.76 | 52,504.84 |
| DC CHARGING ST | 03/01/24 | 92,655.60 | 05/18/26 | 40,150.76 | 52,504.84 |
| AC CHARGING ST | 03/01/24 | 5,445.20 | 05/18/26 | 2,359.58 | 3,085.62 |
| AC CHARGING ST | 03/01/24 | 5,445.20 | 05/18/26 | 2,359.58 | 3,085.62 |
| AC CHARGING ST | 03/01/24 | 5,445.20 | 05/18/26 | 2,359.58 | 3,085.62 |
| HV BATTERY DOL | 03/01/24 | 1,757.57 | 05/18/26 | 761.61 | 995.96 |
| RING MASTER CO | 03/01/24 | 325.00 | 05/18/26 | 140.83 | 184.17 |
| SMART WHEELED | 04/01/24 | 679.15 | 05/18/26 | 282.97 | 396.18 |
| ALGO PAGING SP | 04/01/24 | 524.70 | 05/18/26 | 218.63 | 306.07 |

| | | | | | |
|---|---|---|---|---|---|
| VEH COMMUNICA | 05/01/24 | 3,594.16 | 05/18/26 | 1,437.66 | 2,156.50 |
| FLEX MAX WIREL | 05/01/24 | 54,336.51 | 05/18/26 | 21,734.60 | 32,601.91 |
| HEAVY DUTY FLE | 07/01/24 | 760.45 | 05/18/26 | 278.83 | 481.62 |
| 2200LB LOW-LIFT | 07/01/24 | 2,796.18 | 05/18/26 | 1,025.27 | 1,770.91 |
| CAB OFF ADAPTE | 09/01/24 | 679.30 | 05/18/26 | 226.43 | 452.87 |
| DELL LAPTOP LA | 11/01/24 | 1,042.45 | 05/18/26 | 521.21 | 521.24 |
| FORK LIFT HYST | 03/01/25 | 32,574.90 | 05/18/26 | 7,600.81 | 24,974.09 |
| PALLET RACK BO | 06/01/25 | 25,200.00 | 05/18/26 | 4,620.00 | 20,580.00 |
| TIRE GAGE MISP | 06/01/25 | 885.91 | 05/18/26 | 162.42 | 723.49 |
| BRAKE BLEEDER | 06/01/25 | 547.76 | 05/18/26 | 100.42 | 447.34 |
| AC/HEATER AMA | 06/01/25 | 1,392.00 | 05/18/26 | 255.20 | 1,136.80 |
| 5 TON JACK -14-H | 07/01/25 | 1,298.50 | 05/18/26 | 216.41 | 1,082.09 |
| MYCANIC-IOT LIT | 05/01/25 | 2,203.10 | 05/18/26 | 440.62 | 1,762.48 |
| MOBILE UNIT SER | 09/01/25 | 21,340.48 | 05/18/26 | 2,845.40 | 18,495.08 |
| ULINE H2FLOR E | 08/01/25 | 1,944.59 | 05/18/26 | 291.69 | 1,652.90 |
| ULINE SECURITY | 08/01/25 | 553.73 | 05/18/26 | 83.06 | 470.67 |
| FOLDING SECUR | 08/01/25 | 729.87 | 05/18/26 | 109.47 | 620.40 |
| SHIPPING TABLE | 09/01/25 | 940.62 | 05/18/26 | 125.41 | 815.21 |
| KEYPER MX128 S | 09/01/25 | 6,489.72 | 05/18/26 | 865.29 | 5,624.43 |
| KEYPER MX128 S | 09/01/25 | 15,311.73 | 05/18/26 | 2,041.56 | 13,270.17 |
| Floor Crane Folda | 10/01/25 | 8,463.43 | 05/18/26 | 987.40 | 7,476.03 |
| ONE TON UNDER | 10/01/25 | 2,902.32 | 05/18/26 | 338.60 | 2,563.72 |
| FLEX PROBE KIT | 02/01/26 | 533.86 | 05/18/26 | 26.69 | 507.17 |
| VCMM | 02/01/26 | 8,007.01 | 05/18/26 | 400.35 | 7,606.66 |
| ROBINAR | 02/01/26 | 6,854.48 | 05/18/26 | 342.72 | 6,511.76 |
| BATTERY TESTE | 02/01/26 | 1,744.65 | 05/18/26 | 87.23 | 1,657.42 |
| TRANSMISSION A | 02/01/26 | 991.88 | 05/18/26 | 49.59 | 942.29 |
| 1 TON UNDERHO | 02/01/26 | 1,804.01 | 05/18/26 | 90.20 | 1,713.81 |
| TRANSMISSION J | 02/01/26 | 1,455.45 | 05/18/26 | 72.77 | 1,382.68 |
| OIL WATER SEPA | 02/01/26 | 1,106.13 | 05/18/26 | 55.30 | 1,050.83 |
| AIR COMPESSSO | 02/01/26 | 16,441.84 | 05/18/26 | 822.09 | 15,619.75 |
| DCA8000P FORD | 02/01/26 | 6,536.54 | 05/18/26 | 326.82 | 6,209.72 |
| 12 FT HVLS FAN ( | 02/01/26 | 11,191.99 | 05/18/26 | 559.60 | 10,632.39 |
| 14 FT HVLS FAN ( | 02/01/26 | 17,102.11 | 05/18/26 | 855.10 | 16,247.01 |
| 18 FT HVLS FANS | 02/01/26 | 11,817.75 | 05/18/26 | 590.88 | 11,226.87 |
| L4517 4 POST | 02/01/26 | 44,743.59 | 05/18/26 | 2,237.17 | 42,506.42 |
| BLK QCD WITH D | 02/01/26 | 59,210.02 | 05/18/26 | 2,960.50 | 56,249.52 |
| TCX58W TIRE CH | 02/01/26 | 35,091.33 | 05/18/26 | 1,754.56 | 33,336.77 |
| LIGHT KIT AND D | 02/01/26 | 3,633.79 | 05/18/26 | 181.69 | 3,452.10 |
| WIRELESS MOBIL | 02/01/26 | 125,511.94 | 05/18/26 | 6,275.59 | 119,236.35 |
| 12K LIFT TRANSI | 02/01/26 | 24,756.85 | 05/18/26 | 1,237.84 | 23,519.01 |
| 20000 TWO POST | 02/01/26 | 57,630.81 | 05/18/26 | 2,881.54 | 54,749.27 |
| FUTURA FORD P | 02/01/26 | 9,727.86 | 05/18/26 | 486.39 | 9,241.47 |
| SPO16N0A0 CAR | 02/01/26 | 26,105.93 | 05/18/26 | 1,305.29 | 24,800.64 |

| | | | | | |
|---|---|---|---|---|---|
| HD ELITE BALAN | 02/01/26 | 25,960.79 | 05/18/26 | 1,298.04 | 24,662.75 |
| HAWKEYE XL ALI | 02/01/26 | 26,769.74 | 05/18/26 | 1,338.48 | 25,431.26 |
| L494HDPS 4 POS | 02/01/26 | 81,981.53 | 05/18/26 | 4,099.07 | 77,882.46 |
| TCX600 TIRE CHA | 02/01/26 | 24,272.45 | 05/18/26 | 1,213.62 | 23,058.83 |
| HD ALIGNER 27IN | 02/01/26 | 29,906.50 | 05/18/26 | 1,495.32 | 28,411.18 |
| TURNPLATE KIT | 02/01/26 | 9,450.38 | 05/18/26 | 472.51 | 8,977.87 |
| ALIGNLIGHTS | 02/01/26 | 1,505.95 | 05/18/26 | 75.29 | 1,430.66 |
| APPROACH RAM | 02/01/26 | 3,904.32 | 05/18/26 | 195.21 | 3,709.11 |
| HDE SUPER SET | 02/01/26 | 4,828.12 | 05/18/26 | 241.40 | 4,586.72 |
| SECONDARY HAW | 02/01/26 | 1,097.07 | 05/18/26 | 54.85 | 1,042.22 |
| HAWKEY XL STO | 02/01/26 | 1,356.84 | 05/18/26 | 67.84 | 1,289.00 |
| TIRE MEASURING | 02/01/26 | 1,114.42 | 05/18/26 | 55.72 | 1,058.70 |
| (2) HD SCISSOR J | 02/01/26 | 27,152.47 | 05/18/26 | 1,357.62 | 25,794.85 |
| 4 POST W/EXT LG | 02/01/26 | 43,873.85 | 05/18/26 | 2,193.69 | 41,680.16 |
| HARVEY EXH SYS | 02/01/26 | 68,518.05 | 05/18/26 | 3,425.90 | 65,092.15 |
| MOBILE UNIT CO | 03/01/26 | 7,246.46 | 05/18/26 | 241.54 | 7,004.92 |
| JUMP PACK VARI | 05/01/26 | 3,231.50 | | 0.00 | 3,231.50 |
| 2014 TRANSIT CO | 02/01/16 | $ 21,639.00 | 05/18/26 | $ 21,639.00 | $ 0.00 |
| 2015 FORD TRAN | 12/01/20 | 19,032.96 | 05/18/26 | 19,032.96 | 0.00 |
| 7722 2011 F250 | 01/01/22 | 16,121.13 | 05/18/26 | 16,121.13 | 0.00 |
| 7735 MOBILE UNI | | 0.00 | | 0.00 | 0.00 |
| 7662 2019 TRANS | 09/01/22 | 40,902.00 | 05/18/26 | 37,493.50 | 3,408.50 |
| 7736 MOBILE UNI | | 0.00 | | 0.00 | 0.00 |
| LEASE UNIT 2025 | 04/24/24 | 0.00 | 05/18/26 | 0.00 | 0.00 |
| 2023 F150 FMCC | 10/01/24 | 0.00 | 05/18/26 | 0.00 | 0.00 |
| KAUFMAN TRAIL | 11/01/24 | 21,522.87 | 05/18/26 | 6,456.85 | 15,066.02 |
| MOBILE UNIT202 | 12/01/24 | 55,344.00 | 05/18/26 | 19,601.00 | 35,743.00 |
| 220107 2022 ESC | 03/11/25 | 0.00 | 05/18/26 | 0.00 | 0.00 |
| GATORMADE | 07/01/25 | 51,315.36 | 05/18/26 | 8,552.56 | 42,762.80 |
| F750 CRW 2025 | 07/01/25 | 177,339.40 | 05/18/26 | 29,556.56 | 147,782.84 |
| 2025 FORD F250 | 10/01/25 | 0.00 | 05/18/26 | 0.00 | 0.00 |
| MOBILE TRANSIT | 12/01/25 | 126,624.75 | 05/18/26 | 13,190.08 | 113,434.67 |
| MOBILE TIRE LEA | | 0.00 | | 0.00 | 0.00 |
| TRAILER INTERS | 03/01/26 | 7,202.35 | 05/18/26 | 171.48 | 7,030.87 |
| EV CHARGER ST | 07/01/24 | $ 104,720.00 | 05/18/26 | $ 12,799.11 | $ 91,920.89 |
| GALMICHE CK 11 | 09/01/24 | 18,575.00 | 05/18/26 | 3,095.83 | 15,479.17 |
| AMEREN | 09/01/24 | 3,945.78 | 05/18/26 | 657.63 | 3,288.15 |
| ARCONIC SIGN P | 03/01/25 | 21,016.46 | 05/18/26 | 1,634.61 | 19,381.85 |
| REMODEL PRO B | 03/01/25 | 342,839.74 | 05/18/26 | 9,999.49 | 332,840.25 |
| REMODEL PRO B | 04/01/25 | 264,730.92 | 05/18/26 | 7,169.80 | 257,561.12 |
| REMODEL PRO B | 06/01/25 | 337,130.96 | 05/18/26 | 7,725.91 | 329,405.05 |
| REMODEL PRO B | 07/01/25 | 12,788.24 | 05/18/26 | 266.42 | 12,521.82 |
| REMODEL PRO B | 08/01/25 | 23,222.43 | 05/18/26 | 435.42 | 22,787.01 |
| REMODEL PRO B | 08/01/25 | 23,591.04 | 05/18/26 | 442.33 | 23,148.71 |

| | | | | | |
|---|---|---|---|---|---|
| FORD PRO ELITE | 09/01/25 | 284,303.96 | 05/18/26 | 4,442.26 | 279,861.70 |
| REMODEL PRO B | 03/01/25 | 51,472.13 | 05/18/26 | 1,501.27 | 49,970.86 |
| NEW STEPS 812 E | 03/01/26 | 25,000.00 | 05/18/26 | 104.16 | 24,895.84 |

**Broadway Ford Truck Sales, Inc.**
**Case No.**

**Attachment "B" -**
**Office Furniture**

| Description | In Svc Da | Basis | Thru Da | (-) Current Accum Deprec | (=) Net Book Value |
|---|---|---|---|---|---|
| LATERAL 36 IN. 2 | 01/01/88 | $ 507.37 | 05/18/26 | $ 507.37 | $ 0.00 |
| 36 IN. LATERAL F | 06/01/88 | 564.45 | 05/18/26 | 564.45 | 0.00 |
| WALNUT DESK | 06/01/88 | 254.59 | 05/18/26 | 254.59 | 0.00 |
| BOOK CASES, SA | 09/01/89 | 680.64 | 05/18/26 | 550.96 | 129.68 |
| FURNITURE & FIX | 09/01/89 | 24,957.62 | 05/18/26 | 24,957.62 | 0.00 |
| 16 MI-2A SIDE CH | 12/01/89 | 2,072.91 | 05/18/26 | 2,072.91 | 0.00 |
| TILT DESK CHAIR | 02/01/90 | 1,817.65 | 05/18/26 | 1,817.65 | 0.00 |
| FILING CABINET | 10/01/90 | 760.47 | 05/18/26 | 760.47 | 0.00 |
| FILING CABINETS | 07/01/91 | 2,280.49 | 05/18/26 | 2,280.49 | 0.00 |
| FILE, 36" LATERIA | 09/01/92 | 422.82 | 05/18/26 | 422.82 | 0.00 |
| BINDER MAKER | 04/01/92 | 496.70 | 05/18/26 | 496.70 | 0.00 |
| FILE, 5 DRAWER | 07/01/93 | 638.80 | 05/18/26 | 638.80 | 0.00 |
| FILE, 2 DRAWER | 07/01/93 | 298.50 | 05/18/26 | 298.50 | 0.00 |
| FURNITURE, OVE | 08/01/93 | 242.80 | 05/18/26 | 242.80 | 0.00 |
| FILE CABINET-FIR | 03/01/65 | 269.86 | 05/18/26 | 269.86 | 0.00 |
| FIRE FILE-SHAW | 08/26/68 | 423.64 | 05/18/26 | 423.64 | 0.00 |
| SIGGINS BINS | 03/19/69 | 203.94 | 05/18/26 | 203.94 | 0.00 |
| A/C COMPUTER R | 10/12/77 | 1,788.00 | 05/18/26 | 1,788.00 | 0.00 |
| LIBRARY UNIT | 05/18/78 | 717.33 | 05/18/26 | 717.33 | 0.00 |
| 2 DR. BLACK FILE | 06/15/79 | 481.46 | 05/18/26 | 481.46 | 0.00 |
| 5 DR GREEN FILE | 07/31/79 | 180.48 | 05/18/26 | 180.48 | 0.00 |
| 1 ARM, 1 GUEST C | 09/10/79 | 681.89 | 05/18/26 | 681.89 | 0.00 |
| OAK DESK & 2 CR | 09/06/79 | 2,620.33 | 05/18/26 | 2,620.33 | 0.00 |
| COMPUTER REP | 08/01/95 | 397.77 | 05/18/26 | 397.77 | 0.00 |
| WORK STATION-C | 11/01/95 | 1,219.40 | 05/18/26 | 1,219.40 | 0.00 |
| CHAIRS-PNEUMA | 09/01/96 | 1,490.56 | 05/18/26 | 1,490.56 | 0.00 |
| OFFICE FURNITU | 11/01/96 | 8,855.32 | 05/18/26 | 8,855.32 | 0.00 |
| FURNITURE-F&I | 01/01/97 | 2,130.19 | 05/18/26 | 2,130.19 | 0.00 |

| | | | | | |
|---|---|---|---|---|---|
| WORKSTATION-C | 09/01/98 | 475.71 | 05/18/26 | 475.71 | 0.00 |
| CHAIRS 2 SECRE | 07/01/99 | 480.78 | 05/18/26 | 480.78 | 0.00 |
| HONEYWELL AIR | 04/01/00 | 1,634.93 | 05/18/26 | 1,634.93 | 0.00 |
| HON 4DR 36" CAB | 07/01/00 | 407.32 | 05/18/26 | 407.32 | 0.00 |
| NETWORK 24 PO | 09/01/01 | 732.25 | 05/18/26 | 732.25 | 0.00 |
| FILE CABINETS S | 09/01/02 | 347.68 | 05/18/26 | 347.68 | 0.00 |
| 6 FIVE DRAWER F | 04/01/03 | 320.55 | 05/18/26 | 320.55 | 0.00 |
| CHAIR PARTS RE | 08/01/03 | 186.42 | 05/18/26 | 186.42 | 0.00 |
| STORAGE CABIN | 02/01/04 | 721.51 | 05/18/26 | 721.51 | 0.00 |
| GLOBAL 3 DRAW | 07/01/05 | 421.95 | 05/18/26 | 421.95 | 0.00 |
| VARIOUS FILING | 07/01/05 | 450.27 | 05/18/26 | 450.27 | 0.00 |
| LYN CHITWOOD C | 12/01/05 | 341.84 | 05/18/26 | 341.84 | 0.00 |
| CHAIR DESK JAC | 05/01/06 | 364.82 | 05/18/26 | 364.82 | 0.00 |
| SPIN WHEEL | 03/01/07 | 325.98 | 05/18/26 | 325.98 | 0.00 |
| STOVE AND MICR | 03/01/08 | 800.26 | 05/18/26 | 800.26 | 0.00 |
| CREDIT CARD RE | 05/16/11 | 322.28 | 05/18/26 | 322.28 | 0.00 |
| CHAIR-MAYLINE | 08/01/12 | 430.30 | 05/18/26 | 430.30 | 0.00 |
| CHAR-BROIL GAS | 09/01/08 | 321.25 | 05/18/26 | 321.25 | 0.00 |
| OFFICE FURNITU | 12/01/15 | 2,433.29 | 05/18/26 | 2,433.29 | 0.00 |
| DESK-SALES CO | 09/01/21 | 477.10 | 05/18/26 | 445.29 | 31.81 |
| FURNITURE | 02/01/22 | 2,040.03 | 05/18/26 | 1,734.04 | 305.99 |
| FURNITURE PAR | 04/01/22 | 1,004.66 | 05/18/26 | 1,004.66 | 0.00 |
| FIREKING 2 DRAW | 07/01/22 | 763.08 | 05/18/26 | 585.04 | 178.04 |
| TREX OUTDOOR | 05/01/23 | 333.85 | 05/18/26 | 200.30 | 133.55 |
| PICNIC TABLE | 05/01/23 | 1,038.86 | 05/18/26 | 311.67 | 727.19 |

**Broadway Ford Truck Sales**
**Case No.**

**Attachment "C" - Office equipment, including all computer equipment and communication systems equipment and software.**

| Description | In Svc Date | Basis | Thru Date | (-) Current Accum Depreciation | (=) Net Book Value |
|---|---|---|---|---|---|
| SAMSUNG 50 IN T | 04/01/24 | 585.77 | 05/18/26 | 244.07 | 341.70 |
| DELL LAPTOP | 04/01/24 | 902.18 | 05/18/26 | 469.89 | 432.29 |
| DELL LAPTOP | 04/01/24 | 902.18 | 05/18/26 | 469.89 | 432.29 |
| DELL LAPTOP | 04/01/24 | 902.18 | 05/18/26 | 469.89 | 432.29 |
| DELL LAPTOP | 04/01/24 | 902.18 | 05/18/26 | 469.89 | 432.29 |
| DELL LAPTOP | 04/01/24 | 902.18 | 05/18/26 | 469.89 | 432.29 |
| DELL LAPTOP | 04/01/24 | 902.18 | 05/18/26 | 469.89 | 432.29 |
| DELL LAPTOP | 04/01/24 | 902.18 | 05/18/26 | 469.89 | 432.29 |
| DELL LAPTOP | 04/01/24 | 902.18 | 05/18/26 | 469.89 | 432.29 |
| IPAD | 04/01/24 | 329.00 | 05/18/26 | 171.35 | 157.65 |
| IPAD | 04/01/24 | 329.00 | 05/18/26 | 171.35 | 157.65 |
| IPAD | 04/01/24 | 329.00 | 05/18/26 | 171.35 | 157.65 |
| IPAD | 04/01/24 | 329.00 | 05/18/26 | 171.35 | 157.65 |
| IPAD | 04/01/24 | 329.00 | 05/18/26 | 171.35 | 157.65 |
| IPAD | 04/01/24 | 329.00 | 05/18/26 | 171.35 | 157.65 |
| KODAK EXPANSI | 06/01/99 | 845.37 | 05/18/26 | 845.37 | 0.00 |
| DELL 500K CRED | 04/01/00 | 1,255.91 | 05/18/26 | 1,255.91 | 0.00 |
| HP LASERJET 6P | 05/01/02 | 287.50 | 05/18/26 | 287.50 | 0.00 |
| ADP 400 PRINTER | 07/01/02 | 704.69 | 05/18/26 | 704.69 | 0.00 |
| NETWORK UPGR | 09/01/02 | 6,644.97 | 05/18/26 | 6,644.97 | 0.00 |
| NETWORK CABLI | 09/01/02 | 2,313.85 | 05/18/26 | 2,313.85 | 0.00 |
| DELL 1.8GHZ 512 | 11/01/02 | 1,418.51 | 05/18/26 | 1,418.51 | 0.00 |
| 12" BROADWAY L | 12/01/02 | 731.79 | 05/18/26 | 731.79 | 0.00 |
| DIGITAL CAMERA | 02/01/03 | 251.37 | 05/18/26 | 251.37 | 0.00 |
| DELL 1.8GHZ SAL | 04/01/03 | 1,198.43 | 05/18/26 | 1,198.43 | 0.00 |
| DELL 2.40 GHZ O | 09/01/03 | 1,275.26 | 05/18/26 | 1,275.26 | 0.00 |
| DELL 2.40 GHZ | 10/10/03 | 1,275.26 | 05/18/26 | 1,275.26 | 0.00 |

| | | | | | |
|---|---|---|---|---|---|
| DELL - LYN CHITW | 04/01/04 | 1,096.15 | 05/18/26 | 1,096.15 | 0.00 |
| ADDITIONAL TEL | 01/01/05 | 5,664.76 | 05/18/26 | 5,664.76 | 0.00 |
| TELEPHONE HEA | 04/01/06 | 333.66 | 05/18/26 | 333.66 | 0.00 |
| DELL COMPUTER | 07/01/07 | 1,080.60 | 05/18/26 | 1,080.60 | 0.00 |
| OPTOMA 771 PRO | 09/01/07 | 1,284.97 | 05/18/26 | 1,284.97 | 0.00 |
| APC 700 XL BATT | 04/01/08 | 725.00 | 05/18/26 | 725.00 | 0.00 |
| ADP GET WIRED | 09/01/08 | 4,654.84 | 05/18/26 | 4,654.84 | 0.00 |
| ADP 400 PRINTER | 09/01/08 | 804.81 | 05/18/26 | 614.78 | 190.03 |
| ADP 400 PRINTER | 09/01/08 | 804.80 | 05/18/26 | 804.80 | 0.00 |
| WHIRLPOOL 9.6 C | 06/01/09 | 506.23 | 05/18/26 | 506.23 | 0.00 |
| DELL I560 E6700 | 03/01/12 | 653.34 | 05/18/26 | 653.34 | 0.00 |
| PROBOOK4540s | 05/01/13 | 656.57 | 05/18/26 | 656.57 | 0.00 |
| PRINTER-KYOCE | 09/01/13 | 412.02 | 05/18/26 | 412.02 | 0.00 |
| PRINTER-KYOCE | 09/01/13 | 412.02 | 05/18/26 | 412.02 | 0.00 |
| BROTHER FAX 28 | 11/08/13 | 140.41 | 05/18/26 | 140.41 | 0.00 |
| DENNIS PHILLIPS | 01/01/14 | 743.98 | 05/18/26 | 743.98 | 0.00 |
| HP COMPUTER M | 01/01/14 | 743.98 | 05/18/26 | 743.98 | 0.00 |
| HP COMPUTER -C | 03/01/14 | 759.18 | 05/18/26 | 759.18 | 0.00 |
| HP COMPUTER-B | 04/01/14 | 645.76 | 05/18/26 | 645.76 | 0.00 |
| HP COMPUTER -S | 05/01/14 | 532.36 | 05/18/26 | 532.36 | 0.00 |
| COLOR COPIER M | 03/01/15 | 7,923.32 | 05/18/26 | 7,923.32 | 0.00 |
| FAX SERVER | 04/01/15 | 1,936.00 | 05/18/26 | 1,936.00 | 0.00 |
| DELL POWEREDG | 09/01/15 | 9,294.30 | 05/18/26 | 9,294.30 | 0.00 |
| LANIER COPIER M | 11/01/15 | 3,470.19 | 05/18/26 | 3,470.19 | 0.00 |
| MICROSOFT SUR | 12/01/15 | 1,549.37 | 05/18/26 | 1,549.37 | 0.00 |
| AT&T 2 Handset C | 12/13/17 | 97.49 | 03/31/18 | 2.43 | 95.06 |
| COPIER PRINTER | 01/01/18 | 4,700.59 | 05/18/26 | 4,700.59 | 0.00 |
| PARTS SCANNER | 05/01/19 | 9,693.32 | 05/18/26 | 9,693.32 | 0.00 |
| CDK ETT SOFTW | 06/01/19 | 6,146.00 | 05/18/26 | 6,146.00 | 0.00 |
| DELL 5500 LAPTO | 11/01/19 | 1,385.68 | 05/18/26 | 1,385.68 | 0.00 |

| | | | | | |
|---|---|---|---|---|---|
| DELL OPTIPLEX 5 | 11/01/19 | 1,109.56 | 05/18/26 | 1,109.56 | 0.00 |
| DELL 3070 COMP | 02/01/21 | 1,284.48 | 05/18/26 | 1,284.48 | 0.00 |
| DELL 3070SFF CO | 02/01/21 | 730.87 | 05/18/26 | 730.87 | 0.00 |
| DELL 3070SFF CO | 02/01/21 | 730.87 | 05/18/26 | 730.87 | 0.00 |
| DELL 3070SFF CO | 02/01/21 | 730.87 | 05/18/26 | 730.87 | 0.00 |
| MICRO CENTER | 05/01/21 | 898.08 | 05/18/26 | 898.08 | 0.00 |
| LAPTOP DELL LA | 08/01/21 | 1,553.23 | 05/18/26 | 1,553.23 | 0.00 |
| DELL LATITUDE 3 | 09/01/21 | 1,552.23 | 05/18/26 | 1,552.23 | 0.00 |
| NETWORK SWITC | 03/01/22 | 5,459.05 | 05/18/26 | 4,549.20 | 909.85 |
| MCCANN SYSTEM | 05/01/22 | 44,715.61 | 05/18/26 | 35,772.48 | 8,943.13 |
| ZEBRA GK420D D | 04/01/22 | 538.99 | 05/18/26 | 440.18 | 98.81 |
| DELL OPTIPLEX C | 05/01/22 | 773.44 | 05/18/26 | 773.44 | 0.00 |
| KEY FOB READE | 06/01/22 | 564.93 | 05/18/26 | 442.54 | 122.39 |
| COMPUTER- ANG | 08/01/22 | 886.81 | 05/18/26 | 831.38 | 55.43 |
| MONITORS 3 | 08/01/22 | 429.10 | 05/18/26 | 402.30 | 26.80 |
| 3 LAPTOPS | 06/01/22 | 2,539.62 | 05/18/26 | 2,486.72 | 52.90 |
| 2 MONITORS | 06/01/22 | 476.48 | 05/18/26 | 466.55 | 9.93 |
| 2 HEADSETS | 06/01/22 | 218.24 | 05/18/26 | 170.96 | 47.28 |
| NETWORK EQUIP | 06/01/22 | 339.51 | 05/18/26 | 265.94 | 73.57 |
| WIFI ACCESS PO | 06/01/22 | 1,245.05 | 05/18/26 | 975.29 | 269.76 |
| SCANNERS DESK | 09/01/22 | 1,735.47 | 05/18/26 | 1,272.66 | 462.81 |
| MONITORS 4 DEL | 09/01/22 | 632.24 | 05/18/26 | 463.65 | 168.59 |
| BROTHER PRINT | 02/01/23 | 272.52 | 05/18/26 | 272.52 | 0.00 |
| DELL LATITUDE 3 | 02/01/23 | 764.45 | 05/18/26 | 764.45 | 0.00 |
| DELL LAPTOP | 02/01/23 | 760.46 | 05/18/26 | 760.46 | 0.00 |
| MAC LAPTOP | 02/01/23 | 879.89 | 05/18/26 | 879.89 | 0.00 |
| DELL LAPTOP DE | 04/01/23 | 1,073.82 | 05/18/26 | 1,073.82 | 0.00 |
| BROTHER MFCL2 | 04/01/23 | 272.52 | 05/18/26 | 272.52 | 0.00 |
| DELL OPTIPLEX 3 | 06/01/23 | 673.77 | 05/18/26 | 393.02 | 280.75 |
| DELL LAPTOP SE | 06/01/23 | 915.06 | 05/18/26 | 889.64 | 25.42 |
| 5 DELL LAPTOPS | 06/01/23 | 4,523.43 | 05/18/26 | 4,397.78 | 125.65 |
| 1 DELL DESKTOP | 06/01/23 | 794.79 | 05/18/26 | 463.63 | 331.16 |
| 2 DELL LAPTOPS | 06/01/23 | 1,245.71 | 05/18/26 | 1,211.11 | 34.60 |
| DEKK DESKTOP | 06/01/23 | 1,589.58 | 05/18/26 | 1,545.43 | 44.15 |

| | | | | | |
|---|---|---|---|---|---|
| DELL PARTS COM | 09/01/23 | 1,234.45 | 05/18/26 | 1,234.45 | 0.00 |
| DELL PARTS COM | 09/01/23 | 1,234.45 | 05/18/26 | 1,234.45 | 0.00 |
| DELL LAPTOPS | 09/01/23 | 1,718.71 | 05/18/26 | 1,718.71 | 0.00 |
| DELL LAPTOPS | 09/01/23 | 1,718.71 | 05/18/26 | 1,718.71 | 0.00 |
| DELL LAPTOPS | 09/01/23 | 1,718.71 | 05/18/26 | 1,718.71 | 0.00 |
| DELL LAPTOPS | 09/01/23 | 1,718.71 | 05/18/26 | 1,718.71 | 0.00 |
| DELL LATITUDE 5 | 08/01/24 | 1,034.97 | 05/18/26 | 603.73 | 431.24 |
| DELL LATITUDE 5 | 08/01/24 | 1,034.97 | 05/18/26 | 603.73 | 431.24 |
| PEPLINK MAX RO | 08/01/24 | 1,357.23 | 05/18/26 | 791.72 | 565.51 |
| DELL OPTIPLEX 7 | 03/01/25 | 978.90 | 05/18/26 | 380.68 | 598.22 |
| DELL DOCK WD1 | 03/01/25 | 207.12 | 05/18/26 | 80.54 | 126.58 |
| DELL DOCK WD1 | 03/01/25 | 207.12 | 05/18/26 | 80.54 | 126.58 |
| DELL LATITUDE 5 | 03/01/25 | 967.19 | 05/18/26 | 376.12 | 591.07 |
| DELL LATITUDE 5 | 03/01/25 | 967.19 | 05/18/26 | 376.12 | 591.07 |
| CAFE 42" GRAY T | 06/01/25 | 2,966.19 | 05/18/26 | 543.80 | 2,422.39 |
| DELL LAPTOP | 09/01/25 | 1,455.62 | 05/18/26 | 323.47 | 1,132.15 |
| DELL LAPTOP | 09/01/25 | 1,455.62 | 05/18/26 | 323.47 | 1,132.15 |
| DELL LAPTOP | 09/01/25 | 1,145.05 | 05/18/26 | 254.45 | 890.60 |
| DELL LAPTOP | 09/01/25 | 1,145.05 | 05/18/26 | 254.45 | 890.60 |
| DELL PRO 16 PLU | 11/01/25 | 551.66 | 05/18/26 | 91.94 | 459.72 |
| DELL PRO MICRO | 11/01/25 | 621.11 | 05/18/26 | 103.52 | 517.59 |
| DELL PRO 16 PLU | 12/01/25 | 884.38 | 05/18/26 | 92.13 | 792.25 |
| DELL PRO 16 PLU | 12/01/25 | 884.38 | 05/18/26 | 92.13 | 792.25 |
| DELL PRO 16 PLU | 12/01/25 | 884.38 | 05/18/26 | 92.13 | 792.25 |
| DELL PRO 16 PLU | 12/01/25 | 884.38 | 05/18/26 | 92.13 | 792.25 |
| DELL PRO SLIM Q | 12/01/25 | 706.72 | 05/18/26 | 58.89 | 647.83 |
| LAPTOP DOCKIN | 12/01/25 | 327.03 | 05/18/26 | 45.42 | 281.61 |
| | | **209,752.55** | | | |

**Fill in this information to identify your case:**

Debtor Name **Broadway Ford Truck Sales, Inc.**

United States Bankruptcy Court for the: **Eastern District of Missouri**

Case number (*If known*): **26-42179**

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

**Be as complete and accurate as possible**

1. **Do any creditors have claims secured by debtor's property?**
   - ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   - ☑ Yes. Fill in all of the information below.

**Part 1: List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

*Column A* **Amount of claim** Do not deduct the value of collateral.

*Column B* **Value of collateral that supports this claim**

**2.1** **Creditor's Name**

**Ford Motor Credit Company, LLC**

**Describe debtor's property that is subject to a lien**

Column A: $ **33,675,691.00**  Column B: $ **0.00**

**Creditor's mailing address**
**P.O. Box 650573**
**Dallas, TX 75265-0573**

**Creditor's email address, if known**
**amiller@phillipslytle.com**

**Describe the lien**
**Loan**

**Description**
**Loan**

**Date debt was incurred**

**Last 4 digits of account number**

**Is the creditor an insider or related party?**
- ☑ No
- ☐ Yes

**Do multiple creditors have an interest in the same property?**
- ☑ No
- ☐ Yes. Have you already specified the relative priority?
  - ☐ No. Specify each creditor, including this creditor, and its relative priority.
  - ☐ Yes. The relative priority of creditors is specified on lines

**Is anyone else liable on this claim?**
- ☑ No
- ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed


Copyright © Financial Software Solutions, LLC BlueStylus

Debtor **Broadway Ford Truck Sales, Inc.** Case number *(if known)* **26-42179**
Name

**2.2** **Creditor's Name**

**Gulfstream Capital Solutions LLC**

**Creditor's mailing address**
**350 Northern Blvd., Ste. 324-1253**
**Albany, NY 12204**

**Creditor's email address, if known**
**info@gulfstreamcapital.io**

**Date debt was incurred** **02/09/2026**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
☐ No. Specify each creditor, including this creditor, and its relative priority.
☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**

$ **0.00** $ **0.00**

**Describe the lien**
**Business Loan**

**Description**
**Business Loan**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any** $ **33,675,691.00**

## Part 2: List Others to Be Notified for a Debt That You Already Listed in Part 1

**List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.**

**If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

| Name and Address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|


Copyright © Financial Software Solutions, LLC BlueStylus

**Fill in this information to identify your case:**

Debtor **Broadway Ford Truck Sales, Inc.**

United States Bankruptcy Court for the: **Eastern District of Missouri**

Case number *(If known)*: **26-42179**

☐ Check if this is an amended filing

# Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   - ☐ No. Go to Part 2.
   - ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1

| | Total Claim | Priority Amount |
|---|---|---|
| **2.1** | $ **64,390.00** | $ **64,390.00** |

**Priority creditor's name and mailing address**

**Gregory F.X. Daly, Collector of Revenue**
**City Hall**
**1200 Market Street**
**Saint Louis, MO 63103**

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**
**2026**

**Basis for the claim:**
**Real Estate Tax**

**Last 4 digits of account number** ____________

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( ________ )

**Description**
**Real Estate Tax**


Copyright © Financial Software Solutions, LLC BlueStylus

**2.2** **Priority creditor's name and mailing address**

**Gregory F.X. Daly, Collector of Revenue**

**City Hall**
**1200 Market Street**

**Saint Louis, MO 63103**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ **26,200.00** $ **26,200.00**

**Date or dates debt was incurred**

**2026**

**Basis for the claim:**

**Personal Property**

**Last 4 digits of account number** ________

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _______)

**Description**

**Personal Property**

---

**2.3** **Priority creditor's name and mailing address**

**Illinois Department of Revenue**

**PO Box 19034**

**Springfield, IL 62794- 903**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ **16,050.00** $ **16,050.00**

**Date or dates debt was incurred**

**Basis for the claim:**

**Taxes**

**Last 4 digits of account number** ________

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _______)

**Description**

**Taxes**

---

**2.4** **Priority creditor's name and mailing address**

**Internal Revenue Service**

**Centralized Insolvency Operation**
**P.O. Box 7346**

**Philadelphia, PA 19101-7346**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ **750,000.00** $ **750,000.00**

**Date or dates debt was incurred**

**2024**

**Basis for the claim:**

**Federal Income Tax**

**Last 4 digits of account number** ________

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _______)

**Description**

**2024 Income Tax for Broadway Sales Holding Co.**


Copyright © Financial Software Solutions, LLC BlueStylus

**2.5** **Priority creditor's name and mailing address**

**Missouri Department of Revenue**
**Attn: Bankruptcy Unit**
**P.O. Box 475**
**Jefferson City, MO 65105**

**As of the petition filing date, the claim is:** *Check all that apply.*

$ **2,607.29** $ **2,607.29**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
**1st Quarter - 2026**

**Basis for the claim:**
**Missouri Statewide Contract**

**Last 4 digits of account number** ______

**Is the claim subject to offset?**
☑ No
☐ Yes

**Description**
**Missouri Statewide Contract**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _______)

---

**2.6** **Priority creditor's name and mailing address**

**Missouri Department of Revenue**
**Attn: Bankruptcy Unit**
**P.O. Box 475**
**Jefferson City, MO 65105**

**As of the petition filing date, the claim is:** *Check all that apply.*

$ **145.00** $ **145.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
**1st Quarter 2026**

**Basis for the claim:**
**Tire and Battery Fee**

**Last 4 digits of account number** ______

**Is the claim subject to offset?**
☑ No
☐ Yes

**Description**
**Tire and Battery Fee**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _______)

---

**2.7** **Priority creditor's name and mailing address**

**Missouri Department of Revenue**
**Attn: Bankruptcy Unit**
**P.O. Box 475**
**Jefferson City, MO 65105**

**As of the petition filing date, the claim is:** *Check all that apply.*

$ **21,201.75** $ **21,201.75**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
**4/2026**

**Basis for the claim:**
**Missouri Sales Tax**

**Last 4 digits of account number** ______

**Is the claim subject to offset?**
☑ No
☐ Yes

**Description**
**Missouri Sales Tax**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( _______)


Copyright © Financial Software Solutions, LLC BlueStylus

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1** **Nonpriority creditor's name and mailing address**

**700Credit**
**PO BOX 101015**
**Pasadena, CA 91189**

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ **216.00**

**Date or dates debt was incurred**

**Basis for the claim:** **Vendor**

**Description**
**Vendor**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**3.2** **Nonpriority creditor's name and mailing address**

**ABBEY GLASS INC**
**11617 GRAVOIS RD**
**ST LOUIS, MO 63126**

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ **2,066.00**

**Date or dates debt was incurred**

**Basis for the claim:** **Vendor**

**Description**
**Vendor**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes


Copyright © Financial Software Solutions, LLC BlueStylus

**3.3** **Nonpriority creditor's name and mailing address**

**ACF ALARM CO**
**9021 RIVERVIEW DR**
**ST LOUIS, MO 63137**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ **376.00**

**Date or dates debt was incurred**

**Basis for the claim:** **Vendor**

**Description**
**Vendor**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.4** **Nonpriority creditor's name and mailing address**

**ADMIN AMERICA**
**1720 WINDWARD CONC**
**ALPHARETTA, GA 30005**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ **500.00**

**Date or dates debt was incurred**

**Basis for the claim:** **Vendor**

**Description**
**Vendor**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.5** **Nonpriority creditor's name and mailing address**

**ADP PAYROLL**
**3726 SOLUTIONS CEN**
**CHICAGO, IL 60677- 300**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ **1,000.00**

**Date or dates debt was incurred**

**Basis for the claim:** **Vendor**

**Description**
**Vendor**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes


Copyright © Financial Software Solutions, LLC BlueStylus

**3.6** **Nonpriority creditor's name and mailing address**

**ADVANCE AUTO PARTS**
**PO BOX 742063**
**ATLANTA, GA 30374- 206**

**As of the petition filing date, the claim is:** *Check all that apply.* $ **1,509.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:** **Vendor**

**Description**
**Vendor**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.7** **Nonpriority creditor's name and mailing address**

**AER Technologies, Inc.**
**PO BOX 8558**
**PASADENA, CA 91109- 860**

**As of the petition filing date, the claim is:** *Check all that apply.* $ **169,776.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:** **Vendor**

**Description**
**Vendor**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.8** **Nonpriority creditor's name and mailing address**

**AIRGAS USA LLC**
**PO BOX 734672**
**DALLAS, TX 75373- 467**

**As of the petition filing date, the claim is:** *Check all that apply.* $ **926.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:** **Vendor**

**Description**
**Vendor**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---


Copyright © Financial Software Solutions, LLC BlueStylus

**3.9** **Nonpriority creditor's name and mailing address**

**AMAROK**
**PO BOX 60089**
**CHARLOTTE, NC 28260**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ **6,000.00**

**Date or dates debt was incurred**

**Basis for the claim:** **Vendor**

**Description**
**Vendor**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.10** **Nonpriority creditor's name and mailing address**

**American Express Company**
**P.O. Box 650448**
**Dallas, TX 75265- 044**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ **174,802.00**

**Date or dates debt was incurred**

**Basis for the claim:** **Vendor**

**Description**
**Vendor**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.11** **Nonpriority creditor's name and mailing address**

**AMERICAN RADIATOR**
**7236 ST CHARLES RO**
**ST LOUIS, MO 63133**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ **1,120.00**

**Date or dates debt was incurred**

**Basis for the claim:** **Vendor**

**Description**
**Vendor**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---


Copyright © Financial Software Solutions, LLC BlueStylus

**3.12** **Nonpriority creditor's name and mailing address**

**Americas Saint Louis**
**721 S. 4th Street**
**East St Louis, IL 62207**

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ **161.00**

**Date or dates debt was incurred**

**Basis for the claim:** **Vendor**

**Description:** **Vendor**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

---

**3.13** **Nonpriority creditor's name and mailing address**

**AT&T**
**PO BOX 5019**
**Carol Stream, IL 60197- 501**

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ **1,400.00**

**Date or dates debt was incurred**

**Basis for the claim:** **Vendor**

**Description:** **Vendor**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

---

**3.14** **Nonpriority creditor's name and mailing address**

**AT&T MOBILITY**
**PO BOX 6463**
**CAROL STRE, IL 60197- 646**

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ **365.00**

**Date or dates debt was incurred**

**Basis for the claim:** **Vendor**

**Description:** **Vendor**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes


Copyright © Financial Software Solutions, LLC BlueStylus

**3.15** **Nonpriority creditor's name and mailing address**

AUFFENBERG BELLEVILLE
901 S ILLINOIS ST
BELLEVILLE, IL 62220

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 18.00

**Date or dates debt was incurred**

**Basis for the claim:** Vendor

**Description:** Vendor

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.16** **Nonpriority creditor's name and mailing address**

AUFFENBERG FORD NORTH
115 REGENCY PARK
O'FALLON, IL 62269

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 57.00

**Date or dates debt was incurred**

**Basis for the claim:** Vendor

**Description:** Vendor

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.17** **Nonpriority creditor's name and mailing address**

AUTHORIZED ELECTRIC AEC LLC
1314 OLD STATE ROAD
BARNHART, MO 63012

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 3,887.00

**Date or dates debt was incurred**

**Basis for the claim:** Vendor

**Description:** Vendor

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---


Copyright © Financial Software Solutions, LLC BlueStylus

Debtor **Broadway Ford Truck Sales, Inc.** Case number *(if known)* **26-42179**
Name

**3.18** **Nonpriority creditor's name and mailing address**

**AUTOMOTIVE TECHNOLOGY I**
**544 MAE COURT**
**FENTON, MO 63026**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ **8,616.00**

**Date or dates debt was incurred**

**Basis for the claim:** **Vendor**

**Description**
**Vendor**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.19** **Nonpriority creditor's name and mailing address**

**AUTOTRADER**
**PO BOX 932207**
**ATLANTA, GA 31193- 220**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ **57,527.00**

**Date or dates debt was incurred**

**Basis for the claim:** **Vendor**

**Description**
**Vendor**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.20** **Nonpriority creditor's name and mailing address**

**AWRS Missouri 1 LLC**
**3020 S. Jackson Drive**
**Independence, MO 64057**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ **385.00**

**Date or dates debt was incurred**

**Basis for the claim:** **Vendor**

**Description**
**Vendor**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---


Copyright © Financial Software Solutions, LLC BlueStylus

Debtor **Broadway Ford Truck Sales, Inc.** Case number *(if known)* **26-42179**
Name

**3.21** **Nonpriority creditor's name and mailing address**

**AXIS WORLDWIDE SUPPLY C**
**2638 Hwy 109 Suite**
**Wildwood, MO 64057**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ **5,610.00**

**Date or dates debt was incurred**

**Basis for the claim:** **Vendor**

**Description**
**Vendor**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.22** **Nonpriority creditor's name and mailing address**

**BATTLE MOTORS F/D/B/ CR**
**PO BOX 780478**
**PHILADELPH, PA 19178- 047**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ **18,719.00**

**Date or dates debt was incurred**

**Basis for the claim:** **Vendor**

**Description**
**Vendor**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.23** **Nonpriority creditor's name and mailing address**

**BLACK BOOK**
**PO BOX 404040**
**ATLANTA, GA 30384- 404**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ **1,188.00**

**Date or dates debt was incurred**

**Basis for the claim:** **Vendor**

**Description**
**Vendor**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---


Copyright © Financial Software Solutions, LLC BlueStylus

**3.24** **Nonpriority creditor's name and mailing address**

BMG Fleet Installations & Signs
1082 Cool Springs Industrial Drive
O'Fallon, MO 63366

**As of the petition filing date, the claim is:** *Check all that apply.*

$ 73,389.00

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:** Vendor

**Description:** Vendor

**Last 4 digits of account number**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

---

**3.25** **Nonpriority creditor's name and mailing address**

Bo Beuckman Quality Ford
15675 Manchester Rd.
Ballwin, MO 63011

**As of the petition filing date, the claim is:** *Check all that apply.*

$ 66,041.00

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:** Vendor

**Description:** Vendor

**Last 4 digits of account number**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

---

**3.26** **Nonpriority creditor's name and mailing address**

BOMMARITO FORD INC /TOY
PO BOX 2208
DECATUR, AL 35609- 220

**As of the petition filing date, the claim is:** *Check all that apply.*

$ 2,034.00

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:** Vendor

**Description:** Vendor

**Last 4 digits of account number**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

---


Copyright © Financial Software Solutions, LLC BlueStylus

**3.27** **Nonpriority creditor's name and mailing address**

**BRUCE MOORE**
**1464 NOCHE LANE**
**FENTON, MO 63026**

**As of the petition filing date, the claim is:** *Check all that apply.*

$ **1,153.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:** **Vendor**

**Description**
**Vendor**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.28** **Nonpriority creditor's name and mailing address**

**BUGOUT**
**P O BOX 740608**
**CINCINNATI, OH 45274- 060**

**As of the petition filing date, the claim is:** *Check all that apply.*

$ **2,128.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:** **Vendor**

**Description**
**Vendor**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.29** **Nonpriority creditor's name and mailing address**

**CapMax LLC**
**Missouri Registered Agent LLC**
**117 South Lexington St., Ste. 100**
**Harrisonville, MO 64701**

**As of the petition filing date, the claim is:** *Check all that apply.*

$ **2,950,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:** **Vendor**

**Description**
**Vendor**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes


Copyright © Financial Software Solutions, LLC BlueStylus

**3.30** **Nonpriority creditor's name and mailing address**

**Car Biz Done Better**
**N8082 Woody Lane**
**Ixonia, WI 53036**

**As of the petition filing date, the claim is:** *Check all that apply.*

$ **5,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:** **Vendor**

**Description**
**Vendor**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.31** **Nonpriority creditor's name and mailing address**

**CARCHEM**
**398 KING OAK STREE**
**TRENTON, IL 62293**

**As of the petition filing date, the claim is:** *Check all that apply.*

$ **381.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:** **Vendor**

**Description**
**Vendor**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.32** **Nonpriority creditor's name and mailing address**

**CARSFORSALE.COM**
**PO BOX 91537**
**SIOUX FALL, SD 57109**

**As of the petition filing date, the claim is:** *Check all that apply.*

$ **694.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:** **Vendor**

**Description**
**Vendor**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes


Copyright © Financial Software Solutions, LLC BlueStylus

**3.33** **Nonpriority creditor's name and mailing address**

**CARTER TRUCKING, INC.**
**3490 OLD SOUTHMAYD**
**SHERMAN, TX 75092**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ **4,000.00**

**Date or dates debt was incurred**

**Basis for the claim:** **Vendor**

**Description** **Vendor**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.34** **Nonpriority creditor's name and mailing address**

**CDK GLOBAL**
**PO BOX 88921**
**CHICAGO, IL 60695- 192**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ **28,361.00**

**Date or dates debt was incurred**

**Basis for the claim:** **Vendor**

**Description** **Vendor**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.35** **Nonpriority creditor's name and mailing address**

**CENTRAL STATES BUS SALE**
**1200 SUGAR CREEK S**
**FENTON, MO 63026**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ **263.00**

**Date or dates debt was incurred**

**Basis for the claim:** **Vendor**

**Description** **Vendor**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes


Copyright © Financial Software Solutions, LLC BlueStylus

**3.36** **Nonpriority creditor's name and mailing address**

**Central States S.E. and S.W. Areas Pension Fund**
**8647 W. Higgins Rd.**
**Chicago, IL 60631**

**As of the petition filing date, the claim is:** *Check all that apply.*

$ **1,400,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:** **Vendor**

**Description** **Vendor**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.37** **Nonpriority creditor's name and mailing address**

**CENTRE STATE INT'L TRUC**
**1314 W MORTON AVE**
**JACKSONVILLE, IL 62650**

**As of the petition filing date, the claim is:** *Check all that apply.*

$ **8,447.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:** **Vendor**

**Description** **Vendor**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.38** **Nonpriority creditor's name and mailing address**

**CHART DISTRIBUTION GROU**
**8801 FROST AVE**
**ST LOUIS, MO 63134- 100**

**As of the petition filing date, the claim is:** *Check all that apply.*

$ **17,172.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:** **Vendor**

**Description** **Vendor**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes


Copyright © Financial Software Solutions, LLC BlueStylus

**3.39** **Nonpriority creditor's name and mailing address**

**City of St. Louis ARFAM**
**1200 Market Street room 401**
**St Louis, MO 63103**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ **50.00**

**Date or dates debt was incurred**

**Basis for the claim:** **Vendor**

**Description:** **Vendor**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.40** **Nonpriority creditor's name and mailing address**

**CLARKE POWER SERVICES I**
**PO BOX 710157**
**CINCINNATI, OH 45271- 015**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ **1,293.00**

**Date or dates debt was incurred**

**Basis for the claim:** **Vendor**

**Description:** **Vendor**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.41** **Nonpriority creditor's name and mailing address**

**CLEAN SOLUTIONS**
**16000 JAEGER DRIVE**
**WRIGHT CITY, MO 63390**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ **4,180.00**

**Date or dates debt was incurred**

**Basis for the claim:** **Vendor**

**Description:** **Vendor**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---


Copyright © Financial Software Solutions, LLC BlueStylus

**3.42** **Nonpriority creditor's name and mailing address**

**Clean Store**
**1316 S. 7th Street**
**St Louis, MO 63104**

**As of the petition filing date, the claim is:** *Check all that apply.*

$ **760.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:** **Vendor**

**Description**
**Vendor**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.43** **Nonpriority creditor's name and mailing address**

**CLEAN THE UNIFORM CO ST**
**PO BOX 840140**
**KANSAS CIT, MO 64184- 014**

**As of the petition filing date, the claim is:** *Check all that apply.*

$ **9,258.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:** **Vendor**

**Description**
**Vendor**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.44** **Nonpriority creditor's name and mailing address**

**CLEMENT FORD**
**1075 W TERRA LN**
**OFALLON, MO 63366**

**As of the petition filing date, the claim is:** *Check all that apply.*

$ **1,065.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:** **Vendor**

**Description**
**Vendor**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---


Copyright © Financial Software Solutions, LLC BlueStylus

**3.45** **Nonpriority creditor's name and mailing address**

**COLLISION CENTERS**
**12990 ST CHARLES ROCK ROAD**
**Bridgeton, MO 63044**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ **240.00**

**Date or dates debt was incurred**

**Basis for the claim:** **Vendor**

**Description**
**Vendor**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.46** **Nonpriority creditor's name and mailing address**

**COMMERCIAL VAN INTERIOR**
**8840 ST CHARLES RO**
**ST. LOUIS, MO 63114**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ **12,115.00**

**Date or dates debt was incurred**

**Basis for the claim:** **Vendor**

**Description**
**Vendor**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.47** **Nonpriority creditor's name and mailing address**

**COMPUFACT RESEARCH INC**
**1236 JUGERMANN RD**
**ST PETERS, MO 63376**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ **798.00**

**Date or dates debt was incurred**

**Basis for the claim:** **Vendor**

**Description**
**Vendor**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes


Copyright © Financial Software Solutions, LLC BlueStylus

**3.48** **Nonpriority creditor's name and mailing address**

**CONCENTRA MEDICAL CENTE**
**PO BOX 369**
**LOMBARD, IL 60148**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ **1,483.00**

**Date or dates debt was incurred**

**Basis for the claim:** **Vendor**

**Description**
**Vendor**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.49** **Nonpriority creditor's name and mailing address**

**Cookie Advantage**
**2079 E. Santa Fe**
**Olathe, KS 66062**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ **2,256.00**

**Date or dates debt was incurred**

**Basis for the claim:** **Vendor**

**Description**
**Vendor**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.50** **Nonpriority creditor's name and mailing address**

**CORP BILLING LOU FUSZ**
**DEPT 100 PO BOX 83**
**BIRMINGHAM, AL 35283**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ **788.00**

**Date or dates debt was incurred**

**Basis for the claim:** **Vendor**

**Description**
**Vendor**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---


Copyright © Financial Software Solutions, LLC BlueStylus

**3.51** **Nonpriority creditor's name and mailing address**

**CRAFTSMEN TRAILER LLC**
**PO BOX 804922**
**KANSAS CIT, MO 64180- 492**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ **1,531.00**

**Date or dates debt was incurred**

**Basis for the claim:** **Vendor**

**Description**
**Vendor**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.52** **Nonpriority creditor's name and mailing address**

**CRAFTSMEN UTILITY TRAIL**
**PO BOX 804922**
**KANSAS CIT, MO 64180- 492**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ **41,184.00**

**Date or dates debt was incurred**

**Basis for the claim:** **Vendor**

**Description**
**Vendor**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.53** **Nonpriority creditor's name and mailing address**

**CREST INDUSTRIES**
**PO BOX 772807**
**CHICAGO, IL 60677- 280**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ **2,174.00**

**Date or dates debt was incurred**

**Basis for the claim:** **Vendor**

**Description**
**Vendor**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---


Copyright © Financial Software Solutions, LLC BlueStylus

Debtor **Broadway Ford Truck Sales, Inc.** Case number *(if known)* **26-42179**
Name

**3.54** **Nonpriority creditor's name and mailing address**

**CSTK St. Louis**
**10983 Granada Lane #210**
**Kansas City, KS 66211**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ **1,022,165.00**

**Date or dates debt was incurred**

**Basis for the claim:** **Vendor**

**Description**
**Vendor**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.55** **Nonpriority creditor's name and mailing address**

**CUMMINGS SIGNS**
**PO BOX 980070**
**LOUISVILLE, KY 40298- 007**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ **17.00**

**Date or dates debt was incurred**

**Basis for the claim:** **Vendor**

**Description**
**Vendor**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.56** **Nonpriority creditor's name and mailing address**

**Cummins Inc.**
**PO Box 772639**
**Detroit, MI 48277- 263**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ **60,939.00**

**Date or dates debt was incurred**

**Basis for the claim:** **Vendor**

**Description**
**Vendor**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---


Copyright © Financial Software Solutions, LLC BlueStylus

**3.57** **Nonpriority creditor's name and mailing address**

**DA-COM**
**PO BOX 660831**
**DALLAS, TX 75266- 083**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ **3,371.00**

**Date or dates debt was incurred**

**Basis for the claim:** **Vendor**

**Description**
**Vendor**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.58** **Nonpriority creditor's name and mailing address**

**DA-COM DIGITAL OFFICE S**
**COLUMBUS DR**
**ST LOUIS, MO 63119**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ **1,000.00**

**Date or dates debt was incurred**

**Basis for the claim:** **Vendor**

**Description**
**Vendor**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.59** **Nonpriority creditor's name and mailing address**

**DALY,GREGORY FX**
**PO BOX 66787**
**ST LOUIS, MO 63166- 678**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ **1,600.00**

**Date or dates debt was incurred**

**Basis for the claim:** **Taxes**

**Description**
**Taxes**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---


Copyright © Financial Software Solutions, LLC BlueStylus

**3.60** **Nonpriority creditor's name and mailing address**

**DAVE SINCLAIR FORD**
**7466 S LINDBERGH**
**ST LOUIS, MO 63125**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ **191.00**

**Date or dates debt was incurred**

**Basis for the claim:** **Vendor**

**Description**
**Vendor**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.61** **Nonpriority creditor's name and mailing address**

**Dave Sinclair Lincoln**
**7466 S. Lindbergh**
**St Louis, MO 63125**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ **5.00**

**Date or dates debt was incurred**

**Basis for the claim:** **Vendor**

**Description**
**Vendor**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.62** **Nonpriority creditor's name and mailing address**

**DEALER SPECIALTIES**
**1643 S. Breiel Blvd**
**Middletown, OH 45044**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ **1,279.00**

**Date or dates debt was incurred**

**Basis for the claim:** **Vendor**

**Description**
**Vendor**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes


Copyright © Financial Software Solutions, LLC BlueStylus

**3.63** **Nonpriority creditor's name and mailing address**

**Dealeron**
**7361 Calhoun Place Ste 250**
**Derwood, MD 20855**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ **299.00**

**Date or dates debt was incurred**

**Basis for the claim:** **Vendor**

**Description**
**Vendor**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.64** **Nonpriority creditor's name and mailing address**

**DEFLECTO LLC**
**7035 East 86th St.**
**Indianapolis, IN 46250**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ **3,950.00**

**Date or dates debt was incurred**

**Basis for the claim:** **Vendor**

**Description**
**Vendor**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.65** **Nonpriority creditor's name and mailing address**

**Dennis Phillips**
**3616 Tripoli Blvd**
**Punta Gorda, FL 33950**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ **169,000.00**

**Date or dates debt was incurred**

**Basis for the claim:** **Vendor**

**Description**
**Vendor**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---


Copyright © Financial Software Solutions, LLC BlueStylus

**3.66** **Nonpriority creditor's name and mailing address**

**DIRECTV**
**PO BOX 5006**
**Carol Stream, IL 60197- 500**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ **200.00**

**Date or dates debt was incurred**

**Basis for the claim:** **Vendor**

**Description**
**Vendor**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.67** **Nonpriority creditor's name and mailing address**

**District No. 9 International Association of Machinists and Aerospace Workers Pension Trust**
**12365 St. Charles Rock Road**
**Bridgeton, MO 63044**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ **2,200,000.00**

**Date or dates debt was incurred**

**Basis for the claim:** **Vendor**

**Description**
**Vendor**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.68** **Nonpriority creditor's name and mailing address**

**DYNAMIC SURFACE TECHLOGIES**
**7784 RONDA DR**
**CANTON TWP, MI 48187**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ **4,240.00**

**Date or dates debt was incurred**

**Basis for the claim:** **Vendor**

**Description**
**Vendor**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---


Copyright © Financial Software Solutions, LLC BlueStylus

**3.69** **Nonpriority creditor's name and mailing address**

**DYNATRON SOFTWARE INC**
**PO BOX 677160**
**DALLAS, TX 75267- 716**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ **5,907.00**

**Date or dates debt was incurred**

**Basis for the claim:** **Vendor**

**Description:** **Vendor**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.70** **Nonpriority creditor's name and mailing address**

**ED MORSE CHEV GMC**
**1450 WEST MARKET S**
**RED BUD, IL 62278**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ **1,077.00**

**Date or dates debt was incurred**

**Basis for the claim:** **Vendor**

**Description:** **Vendor**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.71** **Nonpriority creditor's name and mailing address**

**ED MORSE CHRYSLER DODGE**
**PO BOX 9**
**REDBUD, IL 62278**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ **4,815.00**

**Date or dates debt was incurred**

**Basis for the claim:** **Vendor**

**Description:** **Vendor**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes


Copyright © Financial Software Solutions, LLC BlueStylus

**3.72** **Nonpriority creditor's name and mailing address**

**ED MORSE FORD**
**PO BOX 69**
**RED BUD, IL 62278**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ **21,957.00**

**Date or dates debt was incurred**

**Basis for the claim:** **Vendor**

**Description:** **Vendor**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.73** **Nonpriority creditor's name and mailing address**

**EDELE & MERTZ HARDWARE**
**1822 S BROADWAY**
**ST. LOUIS, MO 63104**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ **556.00**

**Date or dates debt was incurred**

**Basis for the claim:** **Vendor**

**Description:** **Vendor**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.74** **Nonpriority creditor's name and mailing address**

**EDELEN COMPANY INC**
**4170 SHORELINE DR**
**EARTH CITY, MO 63045**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ **4,813.00**

**Date or dates debt was incurred**

**Basis for the claim:** **Vendor**

**Description:** **Vendor**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes


Copyright © Financial Software Solutions, LLC BlueStylus

**3.75** **Nonpriority creditor's name and mailing address**

**EJ EQUIPMENT INC**
**6949 N 3000E RD**
**MANTENO, IL 60950**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ **8,200.00**

**Date or dates debt was incurred**

**Basis for the claim:** **Vendor**

**Description**
**Vendor**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.76** **Nonpriority creditor's name and mailing address**

**ELITEBDC**
**1809 E BROADWAY ST**
**OVIEDO, FL 32765**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ **2,264.00**

**Date or dates debt was incurred**

**Basis for the claim:** **Vendor**

**Description**
**Vendor**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.77** **Nonpriority creditor's name and mailing address**

**EMPLOYER SERVICES COMPA**
**PO BOX 1251**
**GRANITE CITY, IL 62040**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ **350.00**

**Date or dates debt was incurred**

**Basis for the claim:** **Vendor**

**Description**
**Vendor**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---


Copyright © Financial Software Solutions, LLC BlueStylus

**3.78** **Nonpriority creditor's name and mailing address**

**Enterprise Fleet Management, Inc.**
**29 Hunter Ave.**
**St. Louis , MO 63124**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ **64,999.00**

**Date or dates debt was incurred**

**Basis for the claim:** **Vendor**

**Description** **Vendor**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.79** **Nonpriority creditor's name and mailing address**

**Equine Media World**
**1939 NE Lakeshore Dr**
**Lee's Summit, MO 64086**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ **900.00**

**Date or dates debt was incurred**

**Basis for the claim:** **Vendor**

**Description** **Vendor**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.80** **Nonpriority creditor's name and mailing address**

**Eric Rekemper**
**3325 Fairway Drive**
**HIGHLAND, IL 62249**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ **1,605.00**

**Date or dates debt was incurred**

**Basis for the claim:** **Vendor**

**Description** **Vendor**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

---


Copyright © Financial Software Solutions, LLC BlueStylus

**3.81** **Nonpriority creditor's name and mailing address**

**FABICK POWER SYSTEMS IN**
**PO BOX 735199**
**CHICAGO, IL 60673- 519**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ **591.00**

**Date or dates debt was incurred**

**Basis for the claim:** **Vendor**

**Description**
**Vendor**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.82** **Nonpriority creditor's name and mailing address**

**FACTORY MOTOR PARTS COM**
**PO BOX 9107**
**MINNEAPOLI, MN 55480- 910**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ **4,780.00**

**Date or dates debt was incurred**

**Basis for the claim:** **Vendor**

**Description**
**Vendor**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.83** **Nonpriority creditor's name and mailing address**

**FDOT**
**605 Suwannee St. MS 57**
**Tallahassee, FL 32399- 045**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ **78.00**

**Date or dates debt was incurred**

**Basis for the claim:** **Vendor**

**Description**
**Vendor**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes


Copyright © Financial Software Solutions, LLC BlueStylus

**3.84** **Nonpriority creditor's name and mailing address**

**FENTON TRUCK CENTER**
**2280 CASSENS DRIVE**
**FENTON, MO 63026- 252**

**As of the petition filing date, the claim is:** *Check all that apply.*

$ **6.00**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:** **Vendor**

**Description**
**Vendor**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.85** **Nonpriority creditor's name and mailing address**

**FERGUSON ROOFING**
**1029 HANLEY INDUSTRIAL CT**
**BRENTWOOD, MO 63144**

**As of the petition filing date, the claim is:** *Check all that apply.*

$ **38,495.00**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:** **Vendor**

**Description**
**Vendor**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.86** **Nonpriority creditor's name and mailing address**

**FILLMORE CARQUEST**
**6088 ARSENAL STREE**
**ST LOUIS, MO 63139**

**As of the petition filing date, the claim is:** *Check all that apply.*

$ **40.00**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:** **Vendor**

**Description**
**Vendor**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---


Copyright © Financial Software Solutions, LLC BlueStylus

**3.87** **Nonpriority creditor's name and mailing address**

**Filter Service of St. Louis**
**5035 Highway N**
**St Charles, MO 63304**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ **189.00**

**Date or dates debt was incurred**

**Basis for the claim:** **Vendor**

**Description:** **Vendor**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.88** **Nonpriority creditor's name and mailing address**

**FLEET PRIDE TRUCK & TRA**
**PO BOX 847118**
**DALLAS, TX 75284- 711**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ **582.00**

**Date or dates debt was incurred**

**Basis for the claim:** **Vendor**

**Description:** **Vendor**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.89** **Nonpriority creditor's name and mailing address**

**FORD MOTOR COMPANY**
**DEPT CH 14290**
**PALATINE, IL 60055- 429**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ **35,239.00**

**Date or dates debt was incurred**

**Basis for the claim:** **Vendor**

**Description:** **Vendor**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes


Copyright © Financial Software Solutions, LLC BlueStylus

**3.90** **Nonpriority creditor's name and mailing address**

FOREST RIVER, INC.
21814 NETWORK PL
CHICAGO, IL 60673- 121

**As of the petition filing date, the claim is:** *Check all that apply.*

$ 52,153.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:** Vendor

**Description** Vendor

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.91** **Nonpriority creditor's name and mailing address**

Four Sevens Company LLC
205 Howell Rd.
Defiance, MO 63341

**As of the petition filing date, the claim is:** *Check all that apply.*

$ 97,655.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:** Vendor

**Description** Vendor

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.92** **Nonpriority creditor's name and mailing address**

FUELMAN
PO BOX 70887
CHARLOTTE, NC 28272- 088

**As of the petition filing date, the claim is:** *Check all that apply.*

$ 6,000.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:** Vendor

**Description** Vendor

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes


Copyright © Financial Software Solutions, LLC BlueStylus

Debtor **Broadway Ford Truck Sales, Inc.** Case number *(if known)* **26-42179**
Name

**3.93** **Nonpriority creditor's name and mailing address**

**Galmiche & Sons**
**2280 Chaffee Drive**
**St Louis, MO 63146**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ **771.00**

**Date or dates debt was incurred**

**Basis for the claim:** **Vendor**

**Description** **Vendor**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.94** **Nonpriority creditor's name and mailing address**

**GATEWAY INDUSTRIAL POWE**
**PO BOX 843715**
**KANSAS CITY, MO 64184- 371**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ **87.00**

**Date or dates debt was incurred**

**Basis for the claim:** **Vendor**

**Description** **Vendor**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.95** **Nonpriority creditor's name and mailing address**

**GATEWAY PROPANE LLC**
**PO BOX 306**
**DUPO, IL 62239**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ **1,127.00**

**Date or dates debt was incurred**

**Basis for the claim:** **Vendor**

**Description** **Vendor**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes


Copyright © Financial Software Solutions, LLC BlueStylus

**3.96** **Nonpriority creditor's name and mailing address**

**GATEWAY UPFITTERS**
**2012 SIERRA PKWY**
**ARNOLD, MO 63010**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ **1,850.00**

**Date or dates debt was incurred**

**Basis for the claim:** **Vendor**

**Description**
**Vendor**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.97** **Nonpriority creditor's name and mailing address**

**GFL GREEN FOR LIFE ENVI**
**18927 HICKORY CREE**
**MOKENA, IL 60448**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ **1,195.00**

**Date or dates debt was incurred**

**Basis for the claim:** **Vendor**

**Description**
**Vendor**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.98** **Nonpriority creditor's name and mailing address**

**GRAINGER**
**DEPT 809392244**
**KANSAS CITY, MO 64141- 626**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ **303.00**

**Date or dates debt was incurred**

**Basis for the claim:** **Vendor**

**Description**
**Vendor**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes


Copyright © Financial Software Solutions, LLC BlueStylus

**3.99** **Nonpriority creditor's name and mailing address**

**GreatAmerica Financial Services**
**P.O. Box 660831**
**Dallas, TX 75266- 083**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ **176,526.00**

**Date or dates debt was incurred**

**Basis for the claim:** **Vendor**

**Description** **Vendor**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.100** **Nonpriority creditor's name and mailing address**

**GREY DUCK REMODELING**
**1041 GRAND AVE 206**
**ST PAUL, MN 55105**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ **27,993.00**

**Date or dates debt was incurred**

**Basis for the claim:** **Vendor**

**Description** **Vendor**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.101** **Nonpriority creditor's name and mailing address**

**Gulfstream Capital Solutions LLC**
**1811 Silverside Rd**
**Wilmington, DE 19810**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ **868,648.00**

**Date or dates debt was incurred**

**Basis for the claim:** **Vendor**

**Description** **Vendor**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes


Copyright © Financial Software Solutions, LLC BlueStylus

Debtor **Broadway Ford Truck Sales, Inc.** Case number *(if known)* **26-42179**
Name

**3.102** **Nonpriority creditor's name and mailing address**

**HONDA OF FRONTENAC**
**885 LINDBERGH BLVD**
**ST LOUIS, MO 63131**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ **75,953.00**

**Date or dates debt was incurred**

**Basis for the claim:** **Vendor**

**Description:** **Vendor**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.103** **Nonpriority creditor's name and mailing address**

**HUBER FARMS INC**
**533 Peruque Creek Rd**
**O'Fallon, MO 63366**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ **38.00**

**Date or dates debt was incurred**

**Basis for the claim:** **Vendor**

**Description:** **Vendor**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

---


Copyright © Financial Software Solutions, LLC BlueStylus

**3.10 4**

**Nonpriority creditor's name and mailing address**

**Hytech Auto Trim Inc**
**211 w Kunz St**
**Columbia, IL 62236**

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ **12,030.00**

**Date or dates debt was incurred**

**Basis for the claim:** **Vendor**

**Description**
**Vendor**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**3.10 5**

**Nonpriority creditor's name and mailing address**

**IL SECRETARY OF STATE**
**115 S. LaSalle St Ste 300**
**Springfield, IL 62756**

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ **910.00**

**Date or dates debt was incurred**

**Basis for the claim:** **Vendor**

**Description**
**Vendor**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes


Copyright © Financial Software Solutions, LLC BlueStylus

**3.10 6** **Nonpriority creditor's name and mailing address**

**Internet Brands**
**909 North Pacific Coast Highway**
**El Segundo, CA 90245**

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ **950.00**

**Date or dates debt was incurred**

**Basis for the claim:** **Vendor**

**Description**
**Vendor**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

---

**3.10 7** **Nonpriority creditor's name and mailing address**

**IT VOICE**
**514 EARTH CITY EXP**
**EARTH CITY, MO 63045**

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ **2,700.00**

**Date or dates debt was incurred**

**Basis for the claim:** **Vendor**

**Description**
**Vendor**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes


Copyright © Financial Software Solutions, LLC BlueStylus

Debtor **Broadway Ford Truck Sales, Inc.** Case number *(if known)* **26-42179**
Name

**3.108** **Nonpriority creditor's name and mailing address**

**JACK SCHMITT FORD**
**1820 VANDALIA**
**COLLINSVILLE, IL 62234**

**As of the petition filing date, the claim is:**
*Check all that apply.*

$ **76.00**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:** **Vendor**

**Description**
**Vendor**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.109** **Nonpriority creditor's name and mailing address**

**James P. Schaeffer**
**1320 Christmas Valley Dr.**
**Chesterfield, MO 63005**

**As of the petition filing date, the claim is:**
*Check all that apply.*

$ **12,000.00**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:** **Compensation**

**Description**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---


Copyright © Financial Software Solutions, LLC BlueStylus

**3.110**

**Nonpriority creditor's name and mailing address**

**JAN-PRO OF ST LOUIS**
**233 MILLWELL DRIVE**
**Maryland Heights, MO 63043**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ **7,810.00**

**Date or dates debt was incurred**

**Basis for the claim:** **Vendor**

**Description**
**Vendor**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.111**

**Nonpriority creditor's name and mailing address**

**Jason Barrbanell**
**6219 Nottingham Avenue**
**ST LOUIS, MO 63109**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ **586.00**

**Date or dates debt was incurred**

**Basis for the claim:** **Vendor**

**Description**
**Vendor**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes


Copyright © Financial Software Solutions, LLC BlueStylus

**3.112**

**Nonpriority creditor's name and mailing address**

**JASPER ENGINES AND TRAN**
**PO BOX 650**
**JASPER, IN 47547- 065**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ **2,259.00**

**Date or dates debt was incurred**

**Basis for the claim:** **Vendor**

**Description:** **Vendor**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.113**

**Nonpriority creditor's name and mailing address**

**Jeff Houston**
**928 Moye School Road**
**OFALLON, IL 62269**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ **571.00**

**Date or dates debt was incurred**

**Basis for the claim:** **Vendor**

**Description:** **Vendor**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

---


Copyright © Financial Software Solutions, LLC BlueStylus

**3.114** **Nonpriority creditor's name and mailing address**

**JERRY ACKERMAN TOYOTA**
**2020 HAMPTON AVE**
**ST LOUIS, MO 63139**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ **2,354.00**

**Date or dates debt was incurred**

**Basis for the claim:** **Vendor**

**Description**
**Vendor**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.115** **Nonpriority creditor's name and mailing address**

**JMN LOGISTICS**
**2050 Creve Coeur Mill RD N.**
**Maryland Heights, MO 63043**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ **1,990.00**

**Date or dates debt was incurred**

**Basis for the claim:** **Vendor**

**Description**
**Vendor**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes


Copyright © Financial Software Solutions, LLC BlueStylus

Debtor **Broadway Ford Truck Sales, Inc.** Case number *(if known)* **26-42179**
Name

**3.116**

**Nonpriority creditor's name and mailing address**

**Joe Sind**
**7360 Stream Valley Ct,**
**ST LOUIS, MO 63129**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ **64,435.00**

**Date or dates debt was incurred**

**Basis for the claim:** **Vendor**

**Description**
**Vendor**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.117**

**Nonpriority creditor's name and mailing address**

**JOHN HENRY FOSTER**
**PO BOX 419161**
**CREVE COEUR, MO 63141- 916**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ **866.00**

**Date or dates debt was incurred**

**Basis for the claim:** **Vendor**

**Description**
**Vendor**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

---


Copyright © Financial Software Solutions, LLC BlueStylus

**3.118**

**Nonpriority creditor's name and mailing address**

**JOHN HENRY FOSTER CO.**
**PO BOX 419161**
**ST. LOUIS, MO 63141- 916**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ **421.00**

**Date or dates debt was incurred**

**Basis for the claim:** **Vendor**

**Description**
**Vendor**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.119**

**Nonpriority creditor's name and mailing address**

**JOHN ROBERT WALLACE**
**3015 EL CAMINO DEL NORTE**
**ENCINITAS, CA 92024**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ **11,431.00**

**Date or dates debt was incurred**

**Basis for the claim:** **Vendor**

**Description**
**Vendor**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

---


Copyright © Financial Software Solutions, LLC BlueStylus

**3.120**

**Nonpriority creditor's name and mailing address**

**K & D MOTORS INC**

**114 S ILLINOIS**

**MILLSTADT, IL 62260**

**As of the petition filing date, the claim is:**
*Check all that apply.*

$ **227.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:** **Vendor**

**Description**
**Vendor**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.121**

**Nonpriority creditor's name and mailing address**

**K&K JUMP START/S.EAST C**

**STE 136 PMB 506**

**MARIETTA, GA 30068**

**As of the petition filing date, the claim is:**
*Check all that apply.*

$ **405.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:** **Vendor**

**Description**
**Vendor**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes


Copyright © Financial Software Solutions, LLC BlueStylus

**3.122** **Nonpriority creditor's name and mailing address**

**Ken Linton**
**736 Troy Road**
**Collinsville, IL 62234**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ **185,000.00**

**Date or dates debt was incurred**

**Basis for the claim:** **Vendor**

**Description**
**Vendor**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.123** **Nonpriority creditor's name and mailing address**

**KITMASTERS INC.**
**825 FIRST STREET N**
**PERHAM, MN 56573**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ **3,730.00**

**Date or dates debt was incurred**

**Basis for the claim:** **Vendor**

**Description**
**Vendor**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes


Copyright © Financial Software Solutions, LLC BlueStylus

**3.124**

**Nonpriority creditor's name and mailing address**

**Knapheide Truck Equipment Co.**
**10101 Mid Rivers Mall Drive**
**Saint Peters, MO 63376**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ **158,125.00**

**Date or dates debt was incurred**

**Basis for the claim:** **Vendor**

**Description**
**Vendor**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.125**

**Nonpriority creditor's name and mailing address**

**Kranz Body Co LLC**
**300 Russell Blvd**
**St. Louis, MO 63104**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ **144,081.00**

**Date or dates debt was incurred**

**Basis for the claim:** **Vendor**

**Description**
**Vendor**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

---


Copyright © Financial Software Solutions, LLC BlueStylus

**3.126** **Nonpriority creditor's name and mailing address**

**LANDMARK FORD-CLEAR LAK**
**P O BOX 3665**
**SPRINGFIELD, IL 62708**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ **12,755.00**

**Date or dates debt was incurred**

**Basis for the claim:** **Vendor**

**Description**
**Vendor**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.127** **Nonpriority creditor's name and mailing address**

**LATHROP GPM**
**PO BOX 7410148**
**CHICAGO, IL 60674- 014**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ **10,330.00**

**Date or dates debt was incurred**

**Basis for the claim:** **Vendor**

**Description**
**Vendor**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes


Copyright © Financial Software Solutions, LLC BlueStylus

Debtor **Broadway Ford Truck Sales, Inc.** Case number *(if known)* **26-42179**
Name

**3.128**

**Nonpriority creditor's name and mailing address**

**LEAF Capital Funding, LLC and/or Its Assigns**
**2005 Market Street, 14th Floor**
**Philadelphia, PA 19103**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

$ **7,114.00**

**Date or dates debt was incurred**

**Basis for the claim:** **Loan**

**Description**
**Loan**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.129**

**Nonpriority creditor's name and mailing address**

**LEFTHAND PROMOTIONAL**
**2400 S JEFFERSON #**
**ST LOUIS, MO 63104**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ **1,402.00**

**Date or dates debt was incurred**

**Basis for the claim:** **Vendor**

**Description**
**Vendor**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---


Copyright © Financial Software Solutions, LLC BlueStylus

**3.130**

**Nonpriority creditor's name and mailing address**

**Lifesafe Services**
**5971 Power Ave #108**
**Jacksonville, FL 32217**

**As of the petition filing date, the claim is:**
*Check all that apply.*

$ **263.00**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:** **Vendor**

**Description**
**Vendor**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**3.131**

**Nonpriority creditor's name and mailing address**

**LIGHTSSIRENS**
**117 Algana Ct**
**St Peters, MO 63376**

**As of the petition filing date, the claim is:**
*Check all that apply.*

$ **38,219.00**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:** **Vendor**

**Description**
**Vendor**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes


Copyright © Financial Software Solutions, LLC BlueStylus

**3.132**

**Nonpriority creditor's name and mailing address**

**LONG-LEWIS FORD**

**PO BOX 2222**

**DECATUR, AL 35609- 222**

**As of the petition filing date, the claim is:**
*Check all that apply.*

$ **2,241.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:** **Vendor**

**Description**
**Vendor**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.133**

**Nonpriority creditor's name and mailing address**

**LOU FUSZ FORD**

**2 CAPRICE DRIVE**

**CHESTERFIELD, MO 63005**

**As of the petition filing date, the claim is:**
*Check all that apply.*

$ **49,676.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:** **Vendor**

**Description**
**Vendor`**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes


Copyright © Financial Software Solutions, LLC BlueStylus

**3.134**

**Nonpriority creditor's name and mailing address**

**LOWE AUTOMOTIVE WAREHOU**
**1000 CAMERA AVE SU**
**ST LOUIS, MO 63126**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ **33,408.00**

**Date or dates debt was incurred**

**Basis for the claim:** **Vendor**

**Description**
**Vendor**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.135**

**Nonpriority creditor's name and mailing address**

**MARSHFIELD TRANSPORTATI**
**PO BOX 745**
**MARSHFIELD, MO 65706- 074**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ **1,263.00**

**Date or dates debt was incurred**

**Basis for the claim:** **Vendor**

**Description**
**Vendor**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---


Copyright © Financial Software Solutions, LLC BlueStylus

**3.13 6** **Nonpriority creditor's name and mailing address**

**MC MAHON LINCOLN MERCUR**
**3295 SOUTH KINGSHI**
**ST LOUIS, MO 63139**

**As of the petition filing date, the claim is:**
*Check all that apply.*

$ **212.00**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:** **Vendor**

**Description**
**Vendor**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.13 7** **Nonpriority creditor's name and mailing address**

**MCCARTHY LEONARD & KAEM**
**SUITE 300**
**Chesterfield, MO 63017- 594**

**As of the petition filing date, the claim is:**
*Check all that apply.*

$ **8,000.00**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:** **Vendor**

**Description**
**Vendor**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes


Copyright © Financial Software Solutions, LLC BlueStylus

**3.138**

**Nonpriority creditor's name and mailing address**

**MCKAY NAPA AUTO PARTS**
**120 S INDUSTRIAL D**
**LITCHFIELD, IL 62056**

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ **157.00**

**Date or dates debt was incurred**

**Basis for the claim:** **Vendor**

**Description**
**Vendor**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

---

**3.139**

**Nonpriority creditor's name and mailing address**

**METRO ST LOUIS SEWER**
**PO BOX 437**
**ST LOUIS, MO 63166- 043**

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ **200.00**

**Date or dates debt was incurred**

**Basis for the claim:** **Vendor**

**Description**
**Vendor**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

---


Copyright © Financial Software Solutions, LLC BlueStylus

**3.140** **Nonpriority creditor's name and mailing address**

**MID AMERICA TRUCK TOPS**
**501 HOWERTON**
**EUREKA, MO 63025**

**As of the petition filing date, the claim is:** *Check all that apply.*

$ **1,790.00**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:** **Vendor**

**Description**
**Vendor**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

---

**3.141** **Nonpriority creditor's name and mailing address**

**MIDWAY FORD TRUCK CENTE**
**PO BOX 12656**
**KANSAS CY, MO 64116**

**As of the petition filing date, the claim is:** *Check all that apply.*

$ **8,964.00**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:** **Vendor**

**Description**
**Vendor**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes


Copyright © Financial Software Solutions, LLC BlueStylus

Debtor **Broadway Ford Truck Sales, Inc.** Case number *(if known)* **26-42179**
Name

**3.142** **Nonpriority creditor's name and mailing address**

**MIDWAY FREIGHTLINER INC**
**PO BOX 34754**
**KANSAS CIT, MO 64116**

**As of the petition filing date, the claim is:** *Check all that apply.* $ **59,616.00**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:** **Vendor**

**Description** **Vendor**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

---

**3.143** **Nonpriority creditor's name and mailing address**

**MIDWEST MOTORS**
**1400 SOUTH OUTER R**
**EUREKA, MO 63025**

**As of the petition filing date, the claim is:** *Check all that apply.* $ **5,850.00**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:** **Vendor**

**Description** **Vendor**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

---


Copyright © Financial Software Solutions, LLC BlueStylus

Debtor **Broadway Ford Truck Sales, Inc.** Case number *(if known)* **26-42179**
Name

**3.144** **Nonpriority creditor's name and mailing address**

**MITCHELL INTERNATIONAL,**
**DEPT 6946**
**LOS ANGELE, CA 90084- 694**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ **1,742.00**

**Date or dates debt was incurred**

**Basis for the claim:** **Vendor**

**Description**
**Vendor**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.145** **Nonpriority creditor's name and mailing address**

**MO DEPARTMENT OF REVENU**
**PO BOX 270**
**JEFFERSON, MO 65102- 027**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ **38,515.00**

**Date or dates debt was incurred**

**Basis for the claim:** **Taxes**

**Description**
**Taxes**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---


Copyright © Financial Software Solutions, LLC BlueStylus

Debtor **Broadway Ford Truck Sales, Inc.** Case number *(if known)* **26-42179**
Name

**3.146**

**Nonpriority creditor's name and mailing address**

**Mobile Productivity Inc**
**PO Box 855072**
**Minneapolis, MN 55485**

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ **3,895.00**

**Date or dates debt was incurred**

**Basis for the claim:** **Vendor**

**Description**

**Vendor**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**3.147**

**Nonpriority creditor's name and mailing address**

**MOBILITY WORKS**
**1115 SW OLDHAM PKW**
**LEE'S SUMMIT, MO 64081**

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ **12,610.00**

**Date or dates debt was incurred**

**Basis for the claim:** **Vendor**

**Description**

**Vendor**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes


Copyright © Financial Software Solutions, LLC BlueStylus

**3.148**

**Nonpriority creditor's name and mailing address**

**Moneywell Group, LLC**
**323 Sunny Isles Blvd.**
**North Miami Beach, FL 33160**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

$ **635,581.68**

**Date or dates debt was incurred**

**Basis for the claim:** **Vendor**

**Description**
**Vendor**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.149**

**Nonpriority creditor's name and mailing address**

**MORGAN OLSON**
**88050 EXPEDITE WAY**
**CHICAGO, IL 60695- 000**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ **158.00**

**Date or dates debt was incurred**

**Basis for the claim:** **Vendor**

**Description**
**Vendor**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---


Copyright © Financial Software Solutions, LLC BlueStylus

**3.150** **Nonpriority creditor's name and mailing address**

**MOTOR INFORMATION SYSTE**
**PO BOX 277697**
**ATLANTA, GA 30384- 769**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ **656.00**

**Date or dates debt was incurred**

**Basis for the claim:** **Vendor**

**Description**
**Vendor**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.151** **Nonpriority creditor's name and mailing address**

**NAPA AUTO PARTS-RIVERVI**
**5959 COLLECTIONS C**
**CHICAGO, IL 60693**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ **4,387.00**

**Date or dates debt was incurred**

**Basis for the claim:** **Vendor**

**Description**
**Vendor**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes


Copyright © Financial Software Solutions, LLC BlueStylus

**3.152**

**Nonpriority creditor's name and mailing address**

**NATHAN MCLANE**

**8850 WEST GRAY RD**

**HARRISBURG, MO 65256**

**As of the petition filing date, the claim is:**
*Check all that apply.*

$ **1,645.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:** **Vendor**

**Description**

**Vendor**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.153**

**Nonpriority creditor's name and mailing address**

**NCM ASSOCIATES INC**

**P O BOX 840080**

**KANSAS CIT, MO 64184- 008**

**As of the petition filing date, the claim is:**
*Check all that apply.*

$ **1,612.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:** **Vendor**

**Description**

**Vendor**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes


Copyright © Financial Software Solutions, LLC BlueStylus

**3.15 4**

**Nonpriority creditor's name and mailing address**

**NHC PLACE LAKE ST CHARLES LLC**
**45 HONEY LOCUST LN**
**ST CHARLES, MO 63303**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ **6,000.00**

**Date or dates debt was incurred**

**Basis for the claim:** **Vendor**

**Description**
**Vendor**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.15 5**

**Nonpriority creditor's name and mailing address**

**NOGGIN DIGITAL MARKETIN**
**12460 CAPE COD DRI**
**ST LOUIS, MO 63146**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ **750.00**

**Date or dates debt was incurred**

**Basis for the claim:** **Vendor**

**Description**
**Vendor**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---


Copyright © Financial Software Solutions, LLC BlueStylus

**3.156** **Nonpriority creditor's name and mailing address**

**O'REILLY AUTOMOTIVE INC**

**PO BOX 9464**

**SPRINGFIELD, MO 65801- 946**

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ **2,763.00**

**Date or dates debt was incurred**

**Basis for the claim:** **Vendor**

**Description**
**Vendor**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

---

**3.157** **Nonpriority creditor's name and mailing address**

**Ocean Funding Corp.**

**2941 NW 62nd St., Ste. 101**

**Fort Lauderdale, FL 33309**

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

$ **328,275.00**

**Date or dates debt was incurred**

**Basis for the claim:** **Loan**

**Description**
**Loan**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes


Copyright © Financial Software Solutions, LLC BlueStylus

Debtor **Broadway Ford Truck Sales, Inc.** Case number *(if known)* **26-42179**
Name

**3.158** **Nonpriority creditor's name and mailing address**

**OKLAHOMA TURNPIKE AUTHORITY**
**3500 NORTH MARTIN LUTHER KING AVENUE**
**OKLAHOMA CITY, OK 73111- 422**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ **337.00**

**Date or dates debt was incurred**

**Basis for the claim:** **Vendor**

**Description**
**Vendor**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.159** **Nonpriority creditor's name and mailing address**

**ONE-VIEW INC**
**6270 N SHADELAND A**
**INDIANAPOLIS, IN 46220**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ **229.00**

**Date or dates debt was incurred**

**Basis for the claim:** **Vendor**

**Description**
**Vendor**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes


Copyright © Financial Software Solutions, LLC BlueStylus

Debtor **Broadway Ford Truck Sales, Inc.** Case number *(if known)* **26-42179**
Name

**3.160** **Nonpriority creditor's name and mailing address**

**OPTIMUM DEALER SERVICES**
**13616 MANCHESTER RD**
**ST. LOUIS, MO 63131**

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ **440.00**

**Date or dates debt was incurred**

**Basis for the claim:** **Vendor**

**Description**
**Vendor**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

---

**3.161** **Nonpriority creditor's name and mailing address**

**OTA-PLATEPAY**
**3500 North Martin Luther King Avenue**
**OKLAHOMA CITY, OK 73111- 422**

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ **464.00**

**Date or dates debt was incurred**

**Basis for the claim:** **Vendor**

**Description**
**Vendor**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes


Copyright © Financial Software Solutions, LLC BlueStylus

**3.162**

**Nonpriority creditor's name and mailing address**

**PARTS MIDWEST, INC**
**PO BOX 1084**
**ST CLOUD, MN 56302**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ **7,176.00**

**Date or dates debt was incurred**

**Basis for the claim:** **Vendor**

**Description**
**Vendor**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.163**

**Nonpriority creditor's name and mailing address**

**PHILLIPS66**
**PO BOX 6293**
**Carol Stream, IL 60197- 629**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ **10,000.00**

**Date or dates debt was incurred**

**Basis for the claim:** **Vendor**

**Description**
**Vendor**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

---


Copyright © Financial Software Solutions, LLC BlueStylus

**3.164** **Nonpriority creditor's name and mailing address**

**PICKUP OUTFITTERS INC**
**2848 N LINDBERGH B**
**ST ANN, MO 63074**

**As of the petition filing date, the claim is:**
*Check all that apply.*

$ **15,408.00**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:** **Vendor**

**Description**
**Vendor**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**3.165** **Nonpriority creditor's name and mailing address**

**PLATINUM TOWING & TRANS**
**PO BOX 37088**
**ST LOUIS, MO 63141**

**As of the petition filing date, the claim is:**
*Check all that apply.*

$ **6,799.00**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:** **Vendor**

**Description**
**Vendor**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes


Copyright © Financial Software Solutions, LLC BlueStylus

**3.166**

**Nonpriority creditor's name and mailing address**

**PLAZA F-USE 80575**
**29787 NETWORK PLAC**
**CHICAGO, IL 60673**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ **56.00**

**Date or dates debt was incurred**

**Basis for the claim:** **Vendor**

**Description**
**Vendor**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.167**

**Nonpriority creditor's name and mailing address**

**PTA CO**
**6528 PENNSYLVANIA AVE**
**ST LOUIS, MO 63111**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ **1,357.00**

**Date or dates debt was incurred**

**Basis for the claim:** **Vendor**

**Description**
**Vendor**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---


Copyright © Financial Software Solutions, LLC BlueStylus

**3.168**

**Nonpriority creditor's name and mailing address**

**PUNDMANN FORD**
**PO BOX 936**
**ST CHARLES, MO 63302**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ **1,118.00**

**Date or dates debt was incurred**

**Basis for the claim:** **Vendor**

**Description**
**Vendor**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.169**

**Nonpriority creditor's name and mailing address**

**RAMP VISA CARD**
**28 WEST 23RD STREE**
**NEW YORK, NY 10010**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ **23,136.00**

**Date or dates debt was incurred**

**Basis for the claim:** **Vendor**

**Description**
**Vendor**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes


Copyright © Financial Software Solutions, LLC BlueStylus

**3.170** **Nonpriority creditor's name and mailing address**

**READING TRUCK EQUIPMENT**
**PO BOX 21051**
**NEW YORK, NY 10087- 105**

**As of the petition filing date, the claim is:** *Check all that apply.*

$ **12,395.00**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:** **Vendor**

**Description**
**Vendor**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.171** **Nonpriority creditor's name and mailing address**

**REPUBLIC SERVICES #346**
**PO BOX 677156**
**DALLAS, TX 75267- 715**

**As of the petition filing date, the claim is:** *Check all that apply.*

$ **1,400.00**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:** **Vendor**

**Description**
**Vendor**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes


Copyright © Financial Software Solutions, LLC BlueStylus

**3.172** **Nonpriority creditor's name and mailing address**

**REUNION MARKETING LLC**
**PO BOX 746906**
**ATLANTA, GA 30374**

**As of the petition filing date, the claim is:**
*Check all that apply.*

$ **3,200.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:** **Vendor**

**Description**
**Vendor**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.173** **Nonpriority creditor's name and mailing address**

**RONNOCO BEVERAGE SOLUTI**
**PO BOX 797029**
**ST LOUIS, MO 63179- 700**

**As of the petition filing date, the claim is:**
*Check all that apply.*

$ **3,120.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:** **Vendor**

**Description**
**Vendor**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes


Copyright © Financial Software Solutions, LLC BlueStylus

**3.174** **Nonpriority creditor's name and mailing address**

**ROYAL PAPERS INC**
**PO BOX 39922**
**ST LOUIS, MO 63139- 102**

**As of the petition filing date, the claim is:** *Check all that apply.* $ **1,964.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:** **Vendor**

**Description:** **Vendor**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

**3.175** **Nonpriority creditor's name and mailing address**

**RUSH % INTERSTATE BILLI**
**PO BOX 2208**
**DECATUR, AL 35609- 220**

**As of the petition filing date, the claim is:** *Check all that apply.* $ **210.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:** **Vendor**

**Description:** **Vendor**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes


Copyright © Financial Software Solutions, LLC BlueStylus

**3.176** **Nonpriority creditor's name and mailing address**

**RUXER**
**123 PLACE ROAD**
**JASPER, IN 47546**

**As of the petition filing date, the claim is:** *Check all that apply.*

$ **146.00**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:** **Vendor**

**Description**
**Vendor**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

---

**3.177** **Nonpriority creditor's name and mailing address**

**Saint Louis Bank**
**9811 South Forty Drive**
**Saint Louis, MO 63124**

**As of the petition filing date, the claim is:** *Check all that apply.*

$ **8,099,473.00**

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Date or dates debt was incurred**
**12/28/2021**

**Basis for the claim:** **Loan**

**Description**
**Loan**

**Last 4 digits of account number** **6639**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

---


Copyright © Financial Software Solutions, LLC BlueStylus

**3.178**

**Nonpriority creditor's name and mailing address**

**SCHICKER FORD OF ST LOUIS**
**3300 S KINGSHIGHWA**
**ST. LOUIS, MO 63139- 114**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ **423.00**

**Date or dates debt was incurred**

**Basis for the claim:** **Vendor**

**Description**
**Vendor**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.179**

**Nonpriority creditor's name and mailing address**

**SHERWIN WILLIAMS**
**1608 S BROADWAY**
**ST LOUIS, MO 63104**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ **280.00**

**Date or dates debt was incurred**

**Basis for the claim:** **Vendor**

**Description**
**Vendor**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes


Copyright © Financial Software Solutions, LLC BlueStylus

**3.180**

**Nonpriority creditor's name and mailing address**

**SNAP-ON TOOLS CORP**
**1464 NOCHE LANE**
**FENTON, MO 63026**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ **1,536.00**

**Date or dates debt was incurred**

**Basis for the claim:** **Vendor**

**Description**
**Vendor**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.181**

**Nonpriority creditor's name and mailing address**

**SNOW PRO PARTS, SALES &**
**4631 LEMAY FERRY R**
**ST LOUIS, MO 63129**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ **39,577.00**

**Date or dates debt was incurred**

**Basis for the claim:** **Vendor**

**Description**
**Vendor**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes


Copyright © Financial Software Solutions, LLC BlueStylus

**3.18 2** **Nonpriority creditor's name and mailing address**

**SOLUTIONSMITH LLC**
**1210 MIRALAGO WAY**
**COTTLEVILLE, MO 63376**

**As of the petition filing date, the claim is:** *Check all that apply.* $ **44,043.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:** **Vendor**

**Description:** **Vendor**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.18 3** **Nonpriority creditor's name and mailing address**

**SPEEDTRUCK**
**1060 W SUNRISE BLVD**
**FORT LAUDERDALE, FL 33311**

**As of the petition filing date, the claim is:** *Check all that apply.* $ **23,760.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:** **Vendor**

**Description:** **Vendor**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

---


Copyright © Financial Software Solutions, LLC BlueStylus

**3.18 4**

**Nonpriority creditor's name and mailing address**

**SPIRE**
**DRAWER 2**
**ST LOUIS, MO 63171**

**As of the petition filing date, the claim is:** *Check all that apply.*

$ **1,300.00**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:** **Vendor**

**Description**
**Vendor**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

---

**3.18 5**

**Nonpriority creditor's name and mailing address**

**SPORTCHASSISFEATERLITE TRAILERS OF TX**
**140 FM HIGHWAY 1488**
**SHENANDOAH, TX 77384**

**As of the petition filing date, the claim is:** *Check all that apply.*

$ **40,000.00**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:** **Vendor**

**Description**
**Vendor**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

---


Copyright © Financial Software Solutions, LLC BlueStylus

**3.186** **Nonpriority creditor's name and mailing address**

**SPRINT**
**PO BOX 4181**
**Carol Stream, IL 60197- 418**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ **100.00**

**Date or dates debt was incurred**

**Basis for the claim:** **Vendor**

**Description**
**Vendor**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.187** **Nonpriority creditor's name and mailing address**

**ST LOUIS AUTO DEALER AS**
**13616 MANCHESTER R**
**ST.LOUIS, MO 63131**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ **580.00**

**Date or dates debt was incurred**

**Basis for the claim:** **Vendor**

**Description**
**Vendor**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---


Copyright © Financial Software Solutions, LLC BlueStylus

Debtor **Broadway Ford Truck Sales, Inc.** Case number *(if known)* **26-42179**
Name

**3.188** **Nonpriority creditor's name and mailing address**

**ST LOUIS SPRING & BRAKE**
**3126 SAMUEL SHEPAR**
**ST. LOUIS, MO 63103**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ **860.00**

**Date or dates debt was incurred**

**Basis for the claim:** **Vendor**

**Description**
**Vendor**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.189** **Nonpriority creditor's name and mailing address**

**Steve Bersett**
**12 Big Country Circle**
**OFALLON, MO 63368**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ **261.00**

**Date or dates debt was incurred**

**Basis for the claim:** **Vendor**

**Description**
**Vendor**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

---


Copyright © Financial Software Solutions, LLC BlueStylus

Debtor **Broadway Ford Truck Sales, Inc.** Case number *(if known)* **26-42179**
Name

**3.190**

**Nonpriority creditor's name and mailing address**

**SUN LIFE**
**PO BOX 807009**
**KANSAS CIT, MO 64180**

**As of the petition filing date, the claim is:**
*Check all that apply.*

$ **6,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:** **Vendor**

**Description**
**Vendor**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.191**

**Nonpriority creditor's name and mailing address**

**SUNBELT RENTALS INC**
**P O BOX 409211**
**ATLANTA, GA 30384- 921**

**As of the petition filing date, the claim is:**
*Check all that apply.*

$ **26,592.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:** **Vendor**

**Description**
**Vendor**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes


Copyright © Financial Software Solutions, LLC BlueStylus

**3.192** **Nonpriority creditor's name and mailing address**

**SUNSET FORD-INTERSTATE**
**P O BOX 2208**
**DECATUR, AL 35609- 220**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ **1,044.00**

**Date or dates debt was incurred**

**Basis for the claim:** **Vendor**

**Description**
**Vendor**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.193** **Nonpriority creditor's name and mailing address**

**SUNTRUP FORD, INC.**
**2020 KRATKY ROAD**
**ST. LOUIS, MO 63132**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ **137.00**

**Date or dates debt was incurred**

**Basis for the claim:** **Vendor**

**Description**
**Vendor**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes


Copyright © Financial Software Solutions, LLC BlueStylus

**3.194**

**Nonpriority creditor's name and mailing address**

**SUNTRUP FORD-KIRKWOOD**
**10340 MANCHESTER R**
**KIRKWOOD, MO 63122**

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ **47.00**

**Date or dates debt was incurred**

**Basis for the claim:** **Vendor**

**Description**
**Vendor**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

---

**3.195**

**Nonpriority creditor's name and mailing address**

**SUPERIOR INDUSTRIAL SUP**
**8525 VULCAN ST**
**ST. LOUIS, MO 63111**

**As of the petition filing date, the claim is:**
*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ **205.00**

**Date or dates debt was incurred**

**Basis for the claim:** **Vendor**

**Description**
**Vendor**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

---


Copyright © Financial Software Solutions, LLC BlueStylus

**3.196**

**Nonpriority creditor's name and mailing address**

**SUPPLIERS CHEMICAL**
**1324 CLARKSON CLAY**
**ELLISVILLE, MO 63011**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ **140.00**

**Date or dates debt was incurred**

**Basis for the claim:** **Vendor**

**Description:** **Vendor**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.197**

**Nonpriority creditor's name and mailing address**

**SURE LOCK & KEY**
**11019 MANCHESTER RD**
**ST LOUIS, MO 63122**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ **4,900.00**

**Date or dates debt was incurred**

**Basis for the claim:** **Vendor**

**Description:** **vendor**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

---


Copyright © Financial Software Solutions, LLC BlueStylus

**3.198** **Nonpriority creditor's name and mailing address**

**TAYLOR DIESEL ST PETERS**
**7902 FM 1960 BYPAS**
**HUMBLE, TX 77338**

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ **3,998.00**

**Date or dates debt was incurred**

**Basis for the claim:** **Vendor**

**Description:** **Vendor**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

---

**3.199** **Nonpriority creditor's name and mailing address**

**THE SHRED TRUCK**
**50 CRESTWOOD EXECU**
**ST LOUIS, MO 63126**

**As of the petition filing date, the claim is:** *Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ **951.00**

**Date or dates debt was incurred**

**Basis for the claim:** **Vendor**

**Description:** **Vendor**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

---


Copyright © Financial Software Solutions, LLC BlueStylus

**3.200** **Nonpriority creditor's name and mailing address**

**Trader Interactive**
**PO BOX 842032**
**DALLAS, TX 75284- 203**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ **1,500.00**

**Date or dates debt was incurred**

**Basis for the claim:** **Vendor**

**Description**
**Vendor**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.201** **Nonpriority creditor's name and mailing address**

**TRUCK CENTERS INC**
**2280 FORMOSA ROAD**
**TROY, IL 62294**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ **1,035.00**

**Date or dates debt was incurred**

**Basis for the claim:** **Vendor**

**Description**
**Vendor**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes


Copyright © Financial Software Solutions, LLC BlueStylus

**3.202**

**Nonpriority creditor's name and mailing address**

**UNION 618**
**9040 LACKLAND ROAD**
**ST LOUIS, MO 63114**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ **1,439.00**

**Date or dates debt was incurred**

**Basis for the claim:** **Vendor**

**Description**
**Vendor**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.203**

**Nonpriority creditor's name and mailing address**

**UNION 777 - DIST 9**
**12365 ST CHARLES ROCK ROAD**
**BRIDGETON, MO 63044**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ **29,612.00**

**Date or dates debt was incurred**

**Basis for the claim:** **Vendro**

**Description**
**Vendor**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes


Copyright © Financial Software Solutions, LLC BlueStylus

**3.20 4**

**Nonpriority creditor's name and mailing address**

**UNITED TRANZ ACTIONS**
**P O BOX 260520**
**PEMBROKE P, FL 33026**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ **1,900.00**

**Date or dates debt was incurred**

**Basis for the claim:** **Vendor**

**Description**
**Vendor**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.20 5**

**Nonpriority creditor's name and mailing address**

**UnitedHealthcare Inc.**
**PO Box 94017**
**Palatine, IL 60094- 401**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ **60,000.00**

**Date or dates debt was incurred**

**Basis for the claim:** **Vendor**

**Description**
**Health Insurance**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes


Copyright © Financial Software Solutions, LLC BlueStylus

**3.206**

**Nonpriority creditor's name and mailing address**

**UTILIMASTER CORP**

**PO BOX 856787**

**MINNEAPOLIS, MN 55485- 678**

**As of the petition filing date, the claim is:**
*Check all that apply.*

$ **1,382.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:** **Vendor**

**Description** **Vendor**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.207**

**Nonpriority creditor's name and mailing address**

**VALLEY, TIM**

**5314 THREE LAKES ESTATES LN**

**EDWARDSVILLE, IL 62025**

**As of the petition filing date, the claim is:**
*Check all that apply.*

$ **51,250.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:** **Vendor**

**Description** **Vendor**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes


Copyright © Financial Software Solutions, LLC BlueStylus

Debtor **Broadway Ford Truck Sales, Inc.** Case number *(if known)* **26-42179**
Name

**3.208**

**Nonpriority creditor's name and mailing address**

**VALLEY, TIM**
**5314 THREE LAKES ESTATES LN**
**EDWARDSVILLE, IL 62025**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ **18,000.00**

**Date or dates debt was incurred**
**2/2026**

**Basis for the claim:**
**Deferred Comp**

**Description**
**Deferred Comp of Consulting Agreement**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.209**

**Nonpriority creditor's name and mailing address**

**VALTEC HYDRAULICS INC**
**1100 PERSHALL ROAD**
**ST LOUIS, MO 63137**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ **7,262.00**

**Date or dates debt was incurred**

**Basis for the claim:**
**Vendor**

**Description**
**Vendor**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes


Copyright © Financial Software Solutions, LLC BlueStylus

**3.210**

**Nonpriority creditor's name and mailing address**

**Varilease Finance, Inc.**
**2800 E COTTONWOOD PKWY, 2ND FL**
**SALT LAKE CITY, UT 84121**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ **1,951,704.00**

**Date or dates debt was incurred**

**Basis for the claim:** **Vendor**

**Description**
**Vendor**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.211**

**Nonpriority creditor's name and mailing address**

**VEHICLE UPFITTING**
**10220 W. RENO**
**OKLAHOMA CITY, OK 73127**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ **1,320.00**

**Date or dates debt was incurred**

**Basis for the claim:** **Vendor**

**Description**
**Vendor**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

---


Copyright © Financial Software Solutions, LLC BlueStylus

Debtor **Broadway Ford Truck Sales, Inc.** Case number *(if known)* **26-42179**
Name

**3.212** **Nonpriority creditor's name and mailing address**

**VERIZON**
**PO BOX 16810**
**NEWARK, NJ 07101- 681**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ **500.00**

**Date or dates debt was incurred**

**Basis for the claim:** **Vendor**

**Description** **Vendor**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.213** **Nonpriority creditor's name and mailing address**

**VESTIS FIRST AID AND SA**
**PO BOX 734514**
**DALLAS, TX 75373- 451**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ **565.00**

**Date or dates debt was incurred**

**Basis for the claim:** **Vendor**

**Description** **Vendor**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

---


Copyright © Financial Software Solutions, LLC BlueStylus

**3.214**

**Nonpriority creditor's name and mailing address**

**VINSOLUTIONS**
**PO BOX 935595**
**ATLANTA, GA 31193- 559**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ **6,000.00**

**Date or dates debt was incurred**

**Basis for the claim:** **Vendor**

**Description**
**Vendor**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.215**

**Nonpriority creditor's name and mailing address**

**VINTAGE PARTS INC**
**PO BOX 88904**
**MILWAUKEE, WI 53288- 890**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ **39.00**

**Date or dates debt was incurred**

**Basis for the claim:** **Vendor**

**Description**
**Vendor**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes


Copyright © Financial Software Solutions, LLC BlueStylus

**3.216**

**Nonpriority creditor's name and mailing address**

**VIP**

**1424 ASHBY ROAD**

**ST LOUIS, MO 63132**

**As of the petition filing date, the claim is:** *Check all that apply.*

$ **3,957.00**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:** **Vendor**

**Description**

**Vendor**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

---

**3.217**

**Nonpriority creditor's name and mailing address**

**Water Doctors of St. Louis**

**PO Box 148**

**TROY, IL 62294**

**As of the petition filing date, the claim is:** *Check all that apply.*

$ **215.00**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:** **Vendor**

**Description**

**Vendor**

**Last 4 digits of account number**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes


Copyright © Financial Software Solutions, LLC BlueStylus

**3.218** **Nonpriority creditor's name and mailing address**

WEBER CHEVROLET
12015 OLIVE BLVD
ST. LOUIS, MO 63141- 900

**As of the petition filing date, the claim is:** *Check all that apply.*

$ 1,128.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:** Vendor

**Description:** Vendor

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.219** **Nonpriority creditor's name and mailing address**

WEBER FORD
3465 PROGRESS PARK
Granite City, IL 62040

**As of the petition filing date, the claim is:** *Check all that apply.*

$ 1,663.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:** Vendor

**Description:** Vendor

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes


Copyright © Financial Software Solutions, LLC BlueStylus

**3.220**

**Nonpriority creditor's name and mailing address**

**WEDGE TIRE**
**PO BOX 3944**
**CHESTERFIELD, MO 63006**

**As of the petition filing date, the claim is:** *Check all that apply.*

$ **1,942.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:** **Vendor**

**Description**
**Vendor**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.221**

**Nonpriority creditor's name and mailing address**

**WEIR CHEV**
**1107 SOUTH MAIN ST**
**Red Bud, IL 62278**

**As of the petition filing date, the claim is:** *Check all that apply.*

$ **53.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:** **Vendor**

**Description**
**Vendor**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes


Copyright © Financial Software Solutions, LLC BlueStylus

Debtor **Broadway Ford Truck Sales, Inc.** Case number *(if known)* **26-42179**
Name

**3.222**

**Nonpriority creditor's name and mailing address**

**WELLER TRUCK PARTS**
**1500 GEZON PARKWAY**
**GRAND RAPIDS, MI 49509**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ **7,262.00**

**Date or dates debt was incurred**

**Basis for the claim:** **Vendor**

**Description**
**Vendor**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.223**

**Nonpriority creditor's name and mailing address**

**WEST COUNTY AUTO BODY R**
**1650 N LINDBERGH**
**ST. LOUIS, MO 63132**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ **17,849.00**

**Date or dates debt was incurred**

**Basis for the claim:** **Vendor**

**Description**
**Vendor**

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No
☐ Yes


Copyright © Financial Software Solutions, LLC BlueStylus

**3.22 4** **Nonpriority creditor's name and mailing address**

**WESTERN RESERVE COACH**
**12347 MARLBORO AVE NE**
**ALLIANCE, OH 44601**

**As of the petition filing date, the claim is:**
*Check all that apply.*

$ **39,557.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:** **Vendor**

**Description**
**Vendor**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.22 5** **Nonpriority creditor's name and mailing address**

**WILSON,TIM**
**16752 CALLE de MAR**
**PACIFIC, CA 90272**

**As of the petition filing date, the claim is:**
*Check all that apply.*

$ **5,845.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:** **Vendor**

**Description**
**Vendor**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes


Copyright © Financial Software Solutions, LLC BlueStylus

**3.226** Nonpriority creditor's name and mailing address

**WORK TRUCK SOLUTIONS**
**PO BOX 718761**
**Chicago, IL 60677**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ **5,598.00**

Date or dates debt was incurred

Basis for the claim: **Vendor**

Description: **Vendor**

Last 4 digits of account number

Is the claim subject to offset?

☑ No
☐ Yes

---

**3.227** Nonpriority creditor's name and mailing address

**WORLDWIDE ENVIRONMENTAL**
**1100 BEACON STREET**
**BREA, CA 92821**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ **864.00**

Date or dates debt was incurred

Basis for the claim: **Vendor**

Description: **Vendor**

Last 4 digits of account number

Is the claim subject to offset?

☑ No
☐ Yes


Copyright © Financial Software Solutions, LLC BlueStylus

**3.228** **Nonpriority creditor's name and mailing address**

**ZONAR**
**821 2nd AVE STE 11**
**SEATTLE, WA 98104**

**As of the petition filing date, the claim is:**
*Check all that apply.*

$ **3,634.00**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:** **Vendor**

**Description**
**Vendor**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

## Part 3: List Others to Be Notified About Unsecured Claims

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number |
|---|---|---|---|
| 4.1 | **Central States S.E. and S.W. Areas Pension Fund<br>PO Box 5109<br>Des Plaines, IL 60017** | Line **3.36**<br>☐ Not listed. Explain | |
| 4.2 | **Jenkins & Kling, P.C.<br>150 North Meramec Ave.<br>Suite 400<br>Saint Louis, MO 63105** | Line **3.177**<br>☐ Not listed. Explain | **6639** |
| 4.3 | **Law Offices of Isaac H. Greenfield, PLLC<br>2 Executive Blvd., Ste. 305<br>Suffern, NY 10901** | Line **3.148**<br>☐ Not listed. Explain | |


Copyright © Financial Software Solutions, LLC BlueStylus

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

| | | | | Total of claim amounts |
|---|---|---|---|---|
| 5. | **Add the amounts of priority and nonpriority unsecured claims.** | | | |
| 5a. | **Total claims from Part 1** | 5a. | | $ **880,594.04** |
| 5b. | **Total claims from Part 2** | 5b. | + | $ **22,571,703.68** |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | | $ **23,452,297.72** |


Copyright © Financial Software Solutions, LLC BlueStylus

**Fill in this information to identify your case:**

Debtor Name **Broadway Ford Truck Sales, Inc.**

United States Bankruptcy Court for the: **Eastern District of Missouri**

Case number (*If known*): **26-42179** Chapter **11**

☐ Check if this is an amended filing

# Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B)*.

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest | **2022 Ford Transit (2)<br>2025 Ford F250<br>2022 Ford Escape<br>2025 Ford F750<br>2023 Ford F150** | **Ford Motor Credit<br>Bankruptcy Department<br>P.O. Box 35911<br>Cleveland, OH 44135-0911** |
| State the term remaining | | |
| List the contract number of any government contract | | |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest | **812 E. Taylor, St. Louis, MO 63147** | **STL Growth Development<br>2345 Grand Blvd., Ste. 2800<br>Kansas City, MO 64108** |
| State the term remaining | | |
| List the contract number of any government contract | | |


Copyright © Financial Software Solutions, LLC BlueStylus

**Fill in this information to identify your case:**

Debtor Name **Broadway Ford Truck Sales, Inc.**

United States Bankruptcy Court for the: **Eastern District of Missouri**

Case number *(If known)*: **26-42179**

☐ Check if this is an amended filing

# Official Form 206H

## Schedule H: Your Codebtors

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name and description** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.2 | **MO Growth QOF LLC** (Name)<br>**Gulfstream Capital Solutions LLC - Receivables Purchase Agreement Moneywell Group - Sale of Future Receipts Agreement** (Description) | **1 Cardinal Way Apt. 1701** (Number Street)<br>**Saint Louis** (City) **MO** (State) **63102** (Zip Code) | **Gulfstream Capital Solutions LLC** (Name) | ☑ D **2.2**<br>☐ E/F<br>☐ G |
| 2.2 | **Phillips Consulting** (Name)<br>**Gulfstream Capital Solutions LLC - Receivables Purchase Agreement** (Description) | **10001 Rolling Glen Ct.** (Number Street)<br>**Las Vegas** (City) **NV** (State) **89117** (Zip Code) | **Gulfstream Capital Solutions LLC** (Name) | ☑ D **2.2**<br>☐ E/F<br>☐ G |



Copyright © Financial Software Solutions, LLC BlueStylus

| | Name / Description | Number Street / City, State, Zip Code | Name | Schedule | Line |
|---|---|---|---|---|---|
| 2.2 | **Huntleigh Bus Sales LLC** | **10611 Country View Dr.** | **Gulfstream Capital Solutions LLC** | ☑ D | **2.2** |
| | | | | ☐ E/F | |
| | **Gulfstream Capital Solutions LLC - Receivables Purchase Agreement Moneywell Group - Sale of Future Receipts Agreement** | **Saint Louis MO 63141** | | ☐ G | |
| 2.2 | **Bottle District Development LLC** | **1506 S. 7th St. S.** | **Gulfstream Capital Solutions LLC** | ☑ D | **2.2** |
| | | | | ☐ E/F | |
| | **Gulfstream Capital Solutions LLC - Receivables Purchase Agreement Moneywell Group - Sale of Future Receipts Agreement** | **Saint Louis MO 63104** | | ☐ G | |
| 2.2 | **Kerry Patch Lofts LLC** | **1506 S. 7th St. S.** | **Gulfstream Capital Solutions LLC** | ☑ D | **2.2** |
| | | | | ☐ E/F | |
| | **Gulfstream Capital Solutions LLC - Receivables Purchase Agreement Moneywell Group - Sale of Future Receipts Agreement** | **Saint Louis MO 63104** | | ☐ G | |
| 2.2 | **STL Growth Developement, LLC** | **2345 Grand Blvd., Ste. 2800** | **Gulfstream Capital Solutions LLC** | ☑ D | **2.2** |
| | | | | ☐ E/F | |
| | **Gulfstream Capital Solutions LLC - Receivables Purchase Agreement** | **Kansas City MO 64108** | | ☐ G | |


Copyright © Financial Software Solutions, LLC BlueStylus

Debtor **Broadway Ford Truck Sales, Inc.** Case number *(if known)* **26-42179**

| | Name / Description | Number Street / City State Zip Code | Name | | |
|---|---|---|---|---|---|
| 2.2 | **CP3 Consulting, LLC - DP3 Consulting, LLC** | **7701 Forsyth Blvd., Ste. 1025** | **Gulfstream Capital Solutions LLC** | ☑ D | **2.2** |
| | | | | ☐ E/F | |
| | **Gulfstream Capital Solutions LLC - Receivables Purchase Agreement** | **Saint Louis MO 63105** | | ☐ G | |
| 2.2 | **DP3 Imagemasters, LLC** | **7701 Forsyth Blvd., Ste. 1025** | **Gulfstream Capital Solutions LLC** | ☑ D | **2.2** |
| | | | | ☐ E/F | |
| | **Gulfstream Capital Solutions LLC - Receivables Purchase Agreement** | **Saint Louis MO 63105** | | ☐ G | |
| 2.2 | **Bottle District Partnership LLC** | **812 E. Taylor Ave.** | **Gulfstream Capital Solutions LLC** | ☑ D | **2.2** |
| | | | | ☐ E/F | |
| | **Gulfstream Capital Solutions LLC - Receivables Purchase Agreement** | **Saint Louis MO 63147** | | ☐ G | |
| 2.2 | **Street Corner Venture LLC** | **812 E. Taylor Ave.** | **Gulfstream Capital Solutions LLC** | ☑ D | **2.2** |
| | | | | ☐ E/F | |
| | **Gulfstream Capital Solutions LLC - Receivables Purchase Agreement** | **Saint Louis MO 63147** | | ☐ G | |


Copyright © Financial Software Solutions, LLC BlueStylus

| | Codebtor | Address | Creditor | Schedules | Line |
|---|---|---|---|---|---|
| 2.2 | **USA Haulers LLC** (Name)<br>**Gulfstream Capital Solutions LLC - Receivables Purchase Agreement Moneywell Group - Sale of Future Receipts Agreement** (Description) | **812 E. Taylor Ave.**<br>**Saint Louis, MO 63147** | **Gulfstream Capital Solutions LLC** | ☑ D<br>☐ E/F<br>☐ G | **2.2** |
| 2.2 | **STL Fleet Services LLC** (Name)<br>**Gulfstream Capital Solutions LLC - Receivables Purchase Agreement Moneywell Group - Sale of Future Receipts Agreement** (Description) | **812 W. Taylor Ave.**<br>**Saint Louis, MO 63147** | **Gulfstream Capital Solutions LLC** | ☑ D<br>☐ E/F<br>☐ G | **2.2** |
| 2.2 | **Dennis Phillips** (Name) | **need**<br>**Saint Louis, MO 63105** | **Gulfstream Capital Solutions LLC** | ☑ D<br>☐ E/F<br>☐ G | **2.2** |
| 3.128 | **Dennis Phillips** (Name) | **need**<br>**Saint Louis, MO 63105** | **LEAF Capital Funding, LLC and/or Its Assigns** | ☐ D<br>☑ E/F<br>☐ G | **3.128** |
| 3.157 | **MO Growth QOF LLC** (Name)<br>**Gulfstream Capital Solutions LLC - Receivables Purchase Agreement Moneywell Group - Sale of Future Receipts Agreement** (Description) | **1 Cardinal Way Apt. 1701**<br>**Saint Louis, MO 63102** | **Ocean Funding Corp.** | ☐ D<br>☑ E/F<br>☐ G | **3.157** |


Copyright © Financial Software Solutions, LLC BlueStylus

| Line | Codebtor Name / Description | Address | Creditor Name | Schedules |
|---|---|---|---|---|
| 3.157 | **Huntleigh Bus Sales LLC**<br>**Gulfstream Capital Solutions LLC - Receivables Purchase Agreement Moneywell Group - Sale of Future Receipts Agreement** | **10611 Country View Dr.**<br>**Saint Louis MO 63141** | **Ocean Funding Corp.** | ☐ D<br>☑ E/F **3.157**<br>☐ G |
| 3.157 | **CP3 Consulting, LLC - DP3 Consulting, LLC**<br>**Gulfstream Capital Solutions LLC - Receivables Purchase Agreement** | **7701 Forsyth Blvd., Ste. 1025**<br>**Saint Louis MO 63105** | **Ocean Funding Corp.** | ☐ D<br>☑ E/F **3.157**<br>☐ G |
| 3.157 | **DP3 Imagemasters, LLC**<br>**Gulfstream Capital Solutions LLC - Receivables Purchase Agreement** | **7701 Forsyth Blvd., Ste. 1025**<br>**Saint Louis MO 63105** | **Ocean Funding Corp.** | ☐ D<br>☑ E/F **3.157**<br>☐ G |
| 3.157 | **USA Haulers LLC**<br>**Gulfstream Capital Solutions LLC - Receivables Purchase Agreement Moneywell Group - Sale of Future Receipts Agreement** | **812 E. Taylor Ave.**<br>**Saint Louis MO 63147** | **Ocean Funding Corp.** | ☐ D<br>☑ E/F **3.157**<br>☐ G |


Copyright © Financial Software Solutions, LLC BlueStylus

| | Codebtor Name / Description | Mailing Address | Creditor Name | Schedules | |
|---|---|---|---|---|---|
| **3.157** | **STL Fleet Services LLC** (Name) | **812 W. Taylor Ave.** (Number Street) | **Ocean Funding Corp.** (Name) | ☐ D | |
| | | | | ☑ E/F | **3.157** |
| | **Gulfstream Capital Solutions LLC - Receivables Purchase Agreement Moneywell Group - Sale of Future Receipts Agreement** (Description) | **Saint Louis** (City) **MO** (State) **63147** (Zip Code) | | ☐ G | |
| **3.157** | **Dennis Phillips** (Name) | **need** (Number Street) | **Ocean Funding Corp.** (Name) | ☐ D | |
| | | | | ☑ E/F | **3.157** |
| | (Description) | **Saint Louis** (City) **MO** (State) **63105** (Zip Code) | | ☐ G | |
| **3.177** | **Dennis Phillips** (Name) | **need** (Number Street) | **Saint Louis Bank** (Name) | ☐ D | |
| | | | | ☑ E/F | **3.177** |
| | (Description) | **Saint Louis** (City) **MO** (State) **63105** (Zip Code) | | ☐ G | |


Copyright © Financial Software Solutions, LLC BlueStylus

**Fill in this information to identify your case:**

Debtor name **Broadway Ford Truck Sales, Inc.**

United States Bankruptcy Court for the: **Eastern District of Missouri**

Case number (If known): 26-42179

☐ Check if this is an amended filing

# Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

**04/25**

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

## Part 1: Income

1. **Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of income Check all that apply. | Gross income (before deductions and exclusions) |
|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From **1/1/2026** MM/DD/YYYY | to Filing date | ☑ Operating a business<br>☐ Other | $ **27,650,055.00** |
| **For prior year:** | From **1/1/2025** MM/DD/YYYY | to **12/31/2025** MM/DD/YYYY | ☑ Operating a business<br>☐ Other | $ **75,911,844.00** |
| **For the year before that:** | From **1/1/2024** MM/DD/YYYY | to **12/31/2024** MM/DD/YYYY | ☑ Operating a business<br>☐ Other | $ **81,939,488.00** |

2. **Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From MM/DD/YYYY | to Filing date | | $ |
| **For prior year:** | From MM/DD/YYYY | to MM/DD/YYYY | | $ |
| **For the year before that:** | From MM/DD/YYYY | to MM/DD/YYYY | | $ |


Copyright © Financial Software Solutions, LLC BlueStylus

## Part 2: List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers–including expense reimbursements–to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1 | Ford Motor Credit<br>Creditor's Name<br>Number Street<br>City State ZIP Code | 2/26-5/18/26 | $ 9,886,045.00 | X Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other |
| 3.1 | Saint Louis Bank<br>Creditor's Name<br>Number Street<br>City State ZIP Code | 2/26-5/18/26 | $ 372,195.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other |
| 3.1 | ADP PAYROLL<br>Creditor's Name<br>Number Street<br>City State ZIP Code | 2/26-5/18/26 | $ 1,827,532.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other |
| 3.1 | GULFSTREAM CAPITAL SOLUTIONS LLC<br>Creditor's Name<br>Number Street<br>City State ZIP Code | 2/26-5/18/26 | $ 4,016,785.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other |


Copyright © Financial Software Solutions, LLC BlueStylus

| Creditor's name and address | Dates | To tal | Re as |
|---|---|---|---|


Copyright © Financial Software Solutions, LLC BlueStylus

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1 MONEYWELL GRP LLC<br>Creditor's Name<br>Number Street<br>City State ZIP Code | 2/26-5/18/26 | $ 1,422,193.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other |
| 3.1 CSTK ST LOUIS PO<br>Creditor's Name<br>Number Street<br>City State ZIP Code | 2/26-5/18/26 | $ 685,687.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other |
| 3.1 FOREST RIVER<br>Creditor's Name<br>Number Street<br>City State ZIP Code | 2/26-5/18/26 | $ 603,276.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other |
| 3.1 FORD MOTOR CO<br>Creditor's Name<br>Number Street<br>City State ZIP Code | 2/26-5/18/26 | $ 452,319.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other |
| 3.1 MIDWEST MOTORS 1<br>Creditor's Name<br>Number Street | 2/26-5/18/26 | $ 430,004.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services |


Copyright © Financial Software Solutions, LLC BlueStylus

☐ Other

City State ZIP Code

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1 | VARILEASE<br>Creditor's Name<br>Number Street<br>City State ZIP Code | 2/26-5/18/26 | $ 422,725.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other |
| 3.1 | AMERICAN EXPRESS<br>Creditor's Name<br>Number Street<br>City State ZIP Code | 2/26-5/18/26 | $ 410,765.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other |
| 3.1 | RUSH MEDIUM DUTY<br>Creditor's Name<br>Number Street<br>City State ZIP Code | 2/26-5/18/26 | $ 317,623.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other |
| 3.1 | OCEAN FUND<br>Creditor's Name<br>Number Street<br>City State ZIP Code | 2/26-5/18/26 | $ 291,800.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other |

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|


Copyright © Financial Software Solutions, LLC BlueStylus

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer (Check all that apply) |
|---|---|---|---|
| RAMP VISA CARD<br>Creditor's Name<br>Number Street<br>City State ZIP Code | 2/26-5/18/26 | $ 196,518.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other ______ |
| 3.1 MAESTRO HEALTH<br>Creditor's Name<br>Number Street<br>City State ZIP Code | 2/26-5/18/26 | $ 152,019.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other ______ |
| 3.1 KNAPHEIDE<br>Creditor's Name<br>Number Street<br>City State ZIP Code | 2/26-5/18/26 | $ 151,035.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other ______ |
| 3.1 MONROE TRUCK EQUIPMENT<br>Creditor's Name<br>Number Street<br>City State ZIP Code | 2/26-5/18/26 | $ 141,045.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other ______ |
| 3.1 MONROE 2726 SOLU<br>Creditor's Name<br>Number Street | 2/26-5/18/26 | $ 127,834.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services |


Copyright © Financial Software Solutions, LLC BlueStylus

☐ Other

City State ZIP Code

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1 TRUCK CUSTOMS BY<br>Creditor's Name<br>Number Street<br>City State ZIP Code | 2/26-5/18/26 | $ 122,385.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other |

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1 JIM TRENARY FORD<br>Creditor's Name<br>Number Street<br>City State ZIP Code | 2/26-5/18/26 | $ 113,544.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other |

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1 APAIE HEALTH WELFARE<br>Creditor's Name<br>Number Street<br>City State ZIP Code | 2/26-5/18/26 | $ 105,915.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other |

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1 SCHANTZ MACHINE<br>Creditor's Name<br>Number Street<br>City State ZIP Code | 2/26-5/18/26 | $ 100,100.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other |


Copyright © Financial Software Solutions, LLC BlueStylus

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1 | DISTRICT 9 WELFARE TRUST<br>Creditor's Name<br>Number Street<br>City State ZIP Code | 2/26-5/18/26 | $ 99,372.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other |
| 3.1 | MISSOURI DEPARTMENT OF REVENUE<br>Creditor's Name<br>Number Street<br>City State ZIP Code | 2/26-5/18/26 | $ 81,531.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other |
| 3.1 | LOWE AUTOMOTIVE<br>Creditor's Name<br>Number Street<br>City State ZIP Code | 2/26-5/18/26 | $ 66,602.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other |
| 3.1 | FEDERATED INSURANCE<br>Creditor's Name<br>Number Street<br>City State ZIP Code | 2/26-5/18/26 | $ 66,043.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other |
| 3.1 | AER<br>Creditor's Name | 2/26-5/18/26 | $ 56,455.00 | ☐ Secured debt<br>☐ Unsecured loan repayments |


Copyright © Financial Software Solutions, LLC BlueStylus

Number Street

City State ZIP Code

☐ Suppliers or vendors
☐ Services
☐ Other

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1 CRAFTSMEN<br>Creditor's Name<br>Number Street<br>City State ZIP Code | 2/26-5/18/26 | $ 50,681.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other |
| 3.1 LEWIS RICE<br>Creditor's Name<br>Number Street<br>City State ZIP Code | 2/26-5/18/26 | $ 50,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other |
| 3.1 BANK OF AMERICA<br>Creditor's Name<br>Number Street<br>City State ZIP Code | 2/26-5/18/26 | $ 47,095.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other |
| 3.1 TD AUTO FINANCE<br>Creditor's Name<br>Number Street<br>City State ZIP Code | 2/26-5/18/26 | $ 35,329.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other |


Copyright © Financial Software Solutions, LLC BlueStylus

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| **3.1** | CD DESIGNS<br>Creditor's Name<br>Number Street<br>City State ZIP Code | 2/26-5/18/26 | $ 33,639.00. | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other |
| **3.1** | LOU FUSZ<br>Creditor's Name<br>Number Street<br>City State ZIP Code | 2/26-5/18/26 | $ 33,566.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other |
| **3.1** | HONDA FRONTENAC<br>Creditor's Name<br>Number Street<br>City State ZIP Code | 2/26-5/18/26 | $ 32,609.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other |
| **3.1** | CAVENAUGH FORD<br>Creditor's Name<br>Number Street<br>City State ZIP Code | 2/26-5/18/26 | $ 30,114.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other |
| **3.1** | KARL SESTAK<br>Creditor's Name | 2/26-5/18/26 | $ 30,000 | ☐ Secured debt<br>☐ Unsecured loan repayments |


Copyright © Financial Software Solutions, LLC BlueStylus

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| Number Street<br>City State ZIP Code | | | ☐ Suppliers or vendors<br>☐ Services<br>☐ Other |

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1 CENTRAL STATES UNION<br>Creditor's Name<br>Number Street<br>City State ZIP Code | 2/26-5/18/26 | $ 28,502 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other |

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1 CDK GLOBAL<br>Creditor's Name<br>Number Street<br>City State ZIP Code | 2/26-5/18/26 | $ 28,290 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other |

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1 DISTRICT 9 PENSION<br>Creditor's Name<br>Number Street<br>City State ZIP Code | 2/26-5/18/26 | $ 27,411 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other |

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1 PHILLIPS 66<br>Creditor's Name<br>Number Street<br>City State ZIP Code | 2/26-5/18/26 | $ 26,770 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other |


Copyright © Financial Software Solutions, LLC BlueStylus

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1 | SUN LIFE<br>Creditor's Name<br>Number Street<br>City State ZIP Code | 2/26-<br>5/18/26 | $ 26,418 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other |

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1 | FLEET COR<br>Creditor's Name<br>Number Street<br>City State ZIP Code | 2/26-<br>5/18/26 | $ 25,838 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other |

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1 | GREAT AMERICA<br>Creditor's Name<br>Number Street<br>City State ZIP Code | 2/26-<br>5/18/26 | $ 24,879 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other |

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1 | SNOW PRO PARTS 4<br>Creditor's Name<br>Number Street<br>City State ZIP Code | 2/26-<br>5/18/26 | $ 24,497 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other |

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1 | MERCH BANKCARD<br>Creditor's Name | 2/26-<br>5/18/26 | $ 20,810 | ☐ Secured debt<br>☐ Unsecured loan repayments |


Copyright © Financial Software Solutions, LLC BlueStylus

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| Number Street | | | ☐ Suppliers or vendors |
| | | | ☐ Services |
| City State ZIP Code | | | ☐ Other |

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1 | LIGHTS AND<br>Creditor's Name | 2/26-<br>5/18/26 | $ 19,018 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other |
| | Number Street | | | |
| | City State ZIP Code | | | |

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1 | WIRE WHEEL FABRICATION<br>Creditor's Name | 2/26-<br>5/18/26 | $ 18,868 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other |
| | Number Street | | | |
| | City State ZIP Code | | | |

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1 | CUSTOM PAINTING<br>Creditor's Name | 2/26-<br>5/18/26 | $ 17,544 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other |
| | Number Street | | | |
| | City State ZIP Code | | | |

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1 | RIECHERS<br>Creditor's Name | 2/26-<br>5/18/26 | $ 16,521 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other |
| | Number Street | | | |
| | City State ZIP Code | | | |


Copyright © Financial Software Solutions, LLC BlueStylus

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer (Check all that apply) |
|---|---|---|---|---|
| 3.1 | FABICK POWER SYSTEMS<br>Creditor's Name<br>Number Street<br>City State ZIP Code | 2/26-5/18/26 | $ 16,291 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other |
| 3.1 | DENTS EXPRESS<br>Creditor's Name<br>Number Street<br>City State ZIP Code | 2/26-5/18/26 | $ 15,957 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other |
| 3.1 | DENNIS PHILLIPS<br>Creditor's Name<br>Number Street<br>City State ZIP Code | 2/26-5/18/26 | $ 15,000 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other |
| 3.1 | ROBERT HAGNAUER<br>Creditor's Name<br>Number Street<br>City State ZIP Code | 2/26-5/18/26 | $ 13,185 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other |
| 3.1 | GATEWAY CLASSIC MUSTANG<br>Creditor's Name | 2/26-5/18/26 | $ 13,107 | ☐ Secured debt<br>☐ Unsecured loan repayments |


Copyright © Financial Software Solutions, LLC BlueStylus

☐ Suppliers or vendors
☐ Services
☐ Other

Number Street

City State ZIP Code

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1 AFFINITY AUTOMOT<br>Creditor's Name<br>Number Street<br>City State ZIP Code | 2/26-5/18/26 | $ 13,031 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other |

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1 GEORGE TUCKER<br>Creditor's Name<br>Number Street<br>City State ZIP Code | 2/26-5/18/26 | $ 12,995 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other |

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1 MOBILITY WORKS<br>Creditor's Name<br>Number Street<br>City State ZIP Code | 2/26-5/18/26 | $ 12,194. | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other |

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1 HYTECH AUTO TRIM`<br>Creditor's Name<br>Number Street<br>City State ZIP Code | 2/26-5/18/26 | $ 12,030 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other |


Copyright © Financial Software Solutions, LLC BlueStylus

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| **3.1** ALLY BANK<br>Creditor's Name<br>Number Street<br>City State ZIP Code | 2/26-5/18/26 | $ 11,745 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other |

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| **3.1** MCCLANAHAN<br>Creditor's Name<br>Number Street<br>City State ZIP Code | 2/26-5/18/26 | $ 11,500 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other |

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| **3.1** SANTANDER<br>Creditor's Name<br>Number Street<br>City State ZIP Code | 2/26-5/18/26 | $ 11,470 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other |

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| **3.1** DAVE COPE<br>Creditor's Name<br>Number Street<br>City State ZIP Code | 2/26-5/18/26 | $ 11,350 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other |

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| **3.1** PUGH CATTLE CORP<br>Creditor's Name | 2/26-5/18/26 | $ 9,892.00 | ☐ Secured debt<br>☐ Unsecured loan repayments |


Copyright © Financial Software Solutions, LLC BlueStylus

Number Street

City State ZIP Code

☐ Suppliers or vendors
☐ Services
☐ Other

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| **3.1** TERRY BEASLEY<br>Creditor's Name<br>Number Street<br>City State ZIP Code | 2/26-5/18/26 | $ 9,197 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other |

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| **3.1** FLORIDA DEPT OF<br>Creditor's Name<br>Number Street<br>City State ZIP Code | 2/26-5/18/26 | $ 9,148 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| **4.1** <br>Insider's Name<br>Number Street<br>City State ZIP Code | | $ | |

**Relationship to debtor**


Copyright © Financial Software Solutions, LLC BlueStylus

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| **5.1** | Creditor's Name<br>Number Street<br>City State ZIP Code | | | $ |

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| | Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|---|
| **6.1** | Creditor's Name<br>Number Street<br>City State ZIP Code | Last 4 digits of account number: XXXX– | | $ |

## Part 3: Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| **7.1** | **Broadway Ford Truck Sales v. Cenntro Automotive**<br>Case Number<br>**2522-CC09812** | **Breach of Warranty/Breach of Contract** | **St. Louis City Circuit Court**<br>Creditor's Name<br>**Civil Courts Building**<br>**10 N. Tucker Blvd.**<br>Number Street<br>**Saint Louis** **MO** **63101**<br>City State ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |


Copyright © Financial Software Solutions, LLC BlueStylus

Debtor **Broadway Ford Truck Sales, Inc.** Case number *(if known)*
Name

8. **Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| | Custodian's name and address | Description of the property | Value |
|---|---|---|---|
| **8.1** | Custodian's name | | $ |
| | Number Street | **Case title** | **Court name and address** |
| | City State ZIP Code | | Court's Name |
| | | **Case number** | Number Street |
| | | **Date of order or assignment** | City State ZIP Code |

## Part 4: Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| **9.1** | Recipient's Name | | | $ |
| | Number Street | | | |
| | City State ZIP Code | | | |
| | **Recipient's relationship to debtor** | | | |


Copyright © Financial Software Solutions, LLC BlueStylus

Debtor **Broadway Ford Truck Sales, Inc.** Case number *(if known)* ______
Name

## Part 5: Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| | Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | Date of loss | Value of property lost |
|---|---|---|---|---|
| **10.1** | | | | $ |

## Part 6: Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☑ None

| | Who was paid or received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| **11.1** | Recipient's Name<br>Number Street<br>City State ZIP Code<br>**Email or website address**<br>**Who made the payment, if not debtor?** | | | $ |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None


Copyright © Financial Software Solutions, LLC BlueStylus

| | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| 12.1 | | | | $ |
| | Trustee | | | |

**13. Transfers not already listed on this statement**

List any transfers of money or other property–by sale, trade, or any other means–made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1 | Recipient's Name | | | $ |
| | Number Street | | | |
| | City State ZIP Code | | | |
| | Relationship to debtor | | | |

## Part 7: Previous Locations

14. **Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

## Part 8: Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
— diagnosing or treating injury, deformity, or disease, or
— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.


Copyright © Financial Software Solutions, LLC BlueStylus

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| **15.1** | Facility Name<br>Number Street<br>City State ZIP Code | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?**<br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |

## Part 9: Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained.

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes



Copyright © Financial Software Solutions, LLC BlueStylus

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
☑ Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.
☑ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **1. 401(k) plan - Lincoln Financial Group â€“ 150 N. Radnor-Chester Road, Radnor, PA 19087. Terminated, assets transferred to Voya 10/25/22** | 35-140070 |
| **2. 401(k) plan – Voya Financial – One Orange Way, Windsor, CT 06095 – Terminated, assets transferred to ADP 08/31/25** | 71-0294708 |
| **3. 401(k) plan – ADP Retirement Services – 1610 Des Peres Rd., St. Louis, MO 63131** | 22-1467904 |
| **4. Central States, Southeast and Southwest Areas Pension Fund – 8647 W. Higgins Rd, Chicago, IL 60631** | 36-6044243 |
| **5. District No. 9 International Association of Machinists and Aerospace Workers Pension Trust – 12365 St. Charles Rock Road, Bridgeton, MO 63044** | 43-0736847 |

Has the plan been terminated?

☑ No
☐ Yes

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1 | ______ Name<br>______ Number Street<br>______ City State ZIP Code | XXXX– ______ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other ______ | ______ | $ ______ |


Copyright © Financial Software Solutions, LLC BlueStylus

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| | Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| 19.1 | Name<br>Number Street<br>City State ZIP Code | <br>Address | | ☑ No<br>☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| 20.1 | Name<br>Number Street<br>City State ZIP Code | <br>Address | | ☑ No<br>☐ Yes |

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None



Copyright © Financial Software Solutions, LLC BlueStylus

| | Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|---|
| 21.1 | Owner's Name<br>Number Street<br>City State ZIP Code | | | $ |

## Part 12: Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| | Case title | Court or agency name and address | Nature of case | Status of case |
|---|---|---|---|---|
| 22.1 | Case Number | Name<br>Number Street<br>City State ZIP Code | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.


Copyright © Financial Software Solutions, LLC BlueStylus

| | Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|---|
| **23.1** | Name<br>Number Street<br>City State ZIP Code | Name<br>Number Street<br>City State ZIP Code | | |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes. Provide details below.

| | Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|---|
| **24.1** | Name<br>Number Street<br>City State ZIP Code | Name<br>Number Street<br>City State ZIP Code | | |

## Part 13: Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| **25.1** | Name<br>Number Street<br>City State ZIP Code | | EIN:<br>**Dates business existed**<br>From To **Present** |


Copyright © Financial Software Solutions, LLC BlueStylus

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| | Name and address | Dates of service |
|---|---|---|
| **26a.1** | **Clifton Larson Allen LLP**<br>Name<br>**600 Washington Ave., Ste. 1800**<br>Number Street<br>**Saint Louis** **MO** **63101**<br>City State ZIP Code | From ____ To **Present** |
| **26a.2** | **Curt Linton**<br>Name<br>**303 Monticello Drive**<br>Number Street<br>**Collinsville** **IL** **62234**<br>City State ZIP Code | From ____ To **Present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| | Name and address | Dates of service |
|---|---|---|
| **26b.1** | Name<br>Number Street<br>City State ZIP Code | From ____ To **Present** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| **26c.1** | Name<br>Number Street<br>City State ZIP Code | |


Copyright © Financial Software Solutions, LLC BlueStylus

Debtor **Broadway Ford Truck Sales, Inc.** Case number *(if known)*
Name

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

**Name and address**

**26d.1** **Bank of Missouri**
Name
**916 N. Kingshighway**
Number Street
**Perryville** **MO** **63775**
City State ZIP Code

**Name and address**

**26d.2** **Bank of Springfield**
Name
**3400 Wabash Ave.**
Number Street
**Springfield** **IL** **62711**
City State ZIP Code

**Name and address**

**26d.3** **Economic Development Council of St. Charles County**
Name
**5988 Mid Rivers Mall Drive, Suite 100**
Number Street
**St. Peters** **MO** **63304**
City State ZIP Code

**Name and address**

**26d.4** **Gulfstream Capital Solutions LLC**
Name
**1811 Silverside Rd.**
Number Street
**Wilmington** **DE** **19810**
City State ZIP Code


Copyright © Financial Software Solutions, LLC BlueStylus

**Name and address**

26d.5 **Moneywell GRP LLC**
Name

**323 Sunny Isles Blvd.**
Number Street

**Sunny Isles Beach** **FL** **33160**
City State ZIP Code

**Name and address**

26d.6 **St. Louis Bank**
Name

**9811 South Forty Drive**
Number Street

**St. Louis** **MO** **63124**
City State ZIP Code

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

☑ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | $ 1,500,000.00 |

**Name and address of the person who has possession of inventory records**

27.1 **Jim Schaeffer, Commercial Sales Manager**
Name

**812 E. Taylor**
Number Street

**Saint Louis** **MO** **63147**
City State ZIP Code

**The parts department if conducting cycle counts that should be complete in a few weeks.**


Copyright © Financial Software Solutions, LLC BlueStylus

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | $ **0.00** |

**Name and address of the person who has possession of inventory records**

**27.2** **Ken Linton, Parts Director**
Name
**812 E. Taylor**
Number Street
**Saint Louis** **MO** **63147**
City State ZIP Code

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| | Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|---|
| 28.1 | **Broadway Ford Sales Holding Company** | **1209 Orange St. Corporation Trust Company Wilmington, DE 19801** | **Shareholder** | **100.00** |
| 28.2 | **Dennis Phillips** | **Sole Director/CEO 3616 Tripoli Blvd. Punta Gorda, FL 33950** | **Officer/Director** | **0.00** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
☑ Yes. Identify below.

| | Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|---|
| 29.1 | **Brian Travers** | **10611 Country View Dr. Saint Louis, MO 63141** | **President** | From **09/01/2020** To **4/23/2026** |
| 29.2 | **Curt Lindon** | **303 Monticello Dr. Collinsville, IL 62234** | **Treasurer, and Secretary** | From **03/13/1985** To **4/1/2017** |
| | | | **Director** | **02/14/2011** **4/01/2017** |
| 29.3 | **Eli Linton** | | **President and Director** | From **01/01/1966** To **10/1/2012** |
| 29.4 | **Greg Kelly** | **5 Weldon Spring Heights Dr. Saint Charles, MO 63304** | **General Counsel and CAO** | From **3/3/2025** To **4/23/2026** |


Copyright © Financial Software Solutions, LLC BlueStylus

| | Name | Address | Position | From | To |
|---|---|---|---|---|---|
| 29.5 | **Jack Garland** | **233 West Rose Lane Waterloo, IL 62298** | **Director, President, and Secretary** | **2002** | **6/1/2018** |
| 29.6 | **Ken Linton** | **736 Troy Road Collinsville, IL 62234** | **Director** | **02/14/2011** | **4/1/2017** |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1 | Recipient's Name<br>Number Street<br>City State ZIP Code<br>**Relationship to debtor** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | EIN: |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐ No
☑ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| **Central States Southwest & Southwest Areas Pension Fund, District No. 9 International Association of Machinists and Aerospace Workers Pension Plan** | EIN: **36-6044243 43-0736847** |


Copyright © Financial Software Solutions, LLC BlueStylus

Debtor **Broadway Ford Truck Sales, Inc.** Case number *(if known)*
Name

## Part 14: Signature and Declaration

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 06/12/2026
MM/DD/YYYY

✘ **/s/ Dennis N Phillips**
Signature of individual signing on behalf of the debtor

Printed name **Dennis N Phillips**

Position or relationship to debtor **Owner**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☑ No
☐ Yes


Copyright © Financial Software Solutions, LLC BlueStylus

# United States Bankruptcy Court
## Eastern District of Missouri

In re **BROADWAY FORD TRUCK SALES, INC.** Debtor(s)

Case No. 26-42179-357
Chapter 11

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named Debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case will be on an hourly basis at the rate of $450.00 per hour. Attorney has been paid the sum of $68,673.00 and is currently holding $11,327.00 as a retainer.

2. The source of the compensation paid to me was:

   ☒ Debtor ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ☒ Debtor ☐ Other (specify):

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.
   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. Subject to any applicable local rule or court order, in return for the above-disclosed fee, I have agreed to render legal service for the following aspects of the bankruptcy case, except as excluded in Section 6:
   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   e. [List other services that counsel has agreed to provide]

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated: June 12, 2026

**/s/ Thomas H. Riske**

**Thomas H. Riske, #61838 MO**
**Carmody MacDonald P.C.**
**120 S. Central Avenue, Suite 1800**
**St. Louis, MO 63105**
**314-854-8600 Fax: 314-854-8660**
**thr@carmodymacdonald.com**