**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **In re:** | ) | **Case No. 26-42179-357** |
| | ) | **Chapter 11** |
| **BROADWAY FORD TRUCK SALES, INC.,** | ) | |
| | ) | |
| **Debtor.** | ) | |
| | ) | |
| | ) | **Related to Doc. 77** |

**NOTICE OF DEFAULT**

Ford Motor Credit Company LLC ("**Ford Credit**"), by its attorneys, Spencer Fane LLP and Phillips Lytle LLP, files this Notice of Default ("**Notice**") under the terms of that certain *Second Interim Order (I) Authorizing Debtor's Use of Cash Collateral Pursuant to § 363 of the Bankruptcy Code and the Terms of the Stipulation Between Debtor and Ford Motor Credit Company LLC, and (II) Setting Final Hearing for Use of Cash Collateral* entered in the Chapter 11 case of the Debtor on June 4, 2026 at docket number 77 ("**Cash Collateral Order**") and respectfully represents as follows:

1.      Pursuant to Paragraph 14 of the *Stipulation for Entry of an Interim Order Authorizing Debtor's Limited Use of Cash Collateral and Scheduling a Final Hearing,* attached as Exhibit A to the Cash Collateral Order (as amended and approved by the Cash Collateral Order, the "**Stipulation**"), as of 12:01 a.m. CST on the 2nd business day after the date the Secured Creditor[1] files a notice of an Event of Default, the automatic stay under Bankruptcy Code § 362 will be automatically lifted without further order of the

---

[1] Capitalized terms used but not defined herein shall have the meanings assigned to them in the Stipulation.

Court to allow the Secured Creditor to take any and all actions permitted by law, as if

no case were pending under the Bankruptcy Code, and Debtor shall voluntarily

surrender the Ford Credit Collateral to Ford Credit.

2.      As of the date hereof, the following Events of Default have occurred:

a.  The Debtor failed to timely provide Ford Credit a completed schedule of
    Offsite Vehicles, as required by Paragraph 4.k of the Stipulation[2];

b.  The Debtor has failed to provide to Ford Credit copies of applicable
    customer contracts for Customer Contracted Vehicles and information
    regarding deposits paid by customers in connection with Customer
    Contracted Vehicles, as required by Paragraph 4.k of the Stipulation;

c.  The Debtor has made minimal attempts to date to recover the remaining
    approximately 100 Offsite Vehicles valued at no less than $9M, which
    Offsite Vehicles are required to be returned to the dealership or such other
    location acceptable to Ford Credit by June 11, 2026, pursuant to Paragraph
    5 of the Cash Collateral Order.

d.  The Debtor has failed to timely provide certain financial reporting to Ford
    Credit, including weekly variance reporting required by Paragraph 4.o(i)
    of the Stipulation, proof of payoff of balances due on all Trade-In vehicles
    required by Paragraph 4.o(v) of the Stipulation, and proof of payment of
    post-petition sales tax, as required by Paragraph 4.o(vi) of the Stipulation.

e.  The Debtor failed to obtain and file with the Court an asset purchase
    agreement or binding letter of intent ("LOI")[3] for the sale of the Debtor's
    dealership and assets in form and content reasonably acceptable to Ford
    Credit.

f.  As of the date hereof, the Debtor and Ford Credit have failed to agree to
    the terms of a Budget reasonably acceptable to Ford Credit prior to the
    expiration of the Interim Period on June 17, 2026, pursuant to Paragraph

---

[2] Ford Credit acknowledges that it was provided an incomplete marked up list of "Offsite Vehicles" from Debtor's counsel on June 9, 2026 at 1:31pm. To date the debtor has no action plan in place to deal with the Offsite Vehicles.

[3] Ford Credit acknowledges receiving (A) (4) non-binding letters, spreadsheets, and/or indications of interest from parties interested in purchasing anywhere between three and forty-six vehicles from the Debtor with offer prices between 49-68% of the retail sale price required pursuant to the terms of the Stipulation, and (B) (1) non-binding letter of intent from a party interested in purchasing a slightly less than 50% of the Debtor's vehicle inventory, a portion of the parts, and offering $250,000 for the goodwill/franchise value of dealership ("Non-Complying Offers").

13 of the Stipulation.[4]

3.      Accordingly, multiple Events of Defaults have occurred under Paragraph 14 of the Stipulation and, as early as 12:01 a.m. CST on June 18, 2026, Ford Credit may exercise any and all of its rights to the Ford Credit Collateral, including but not limited to the Ford Credit Vehicles, enforcing terms of the Stipulation which require the Debtor to surrender the Ford Credit Collateral to Ford Credit.

4.      Ford Motor Credit hereby reserves any and all rights (a) under the Bankruptcy Code or under applicable non-bankruptcy law with respect to the Ford Credit Collateral and (b) to seek any other or supplemental relief in respect of the Debtor and/or the Ford Collateral.

Dated: June 15, 2026

SPENCER FANE LLP

By:     /s/ Ryan C. Hardy
        Ryan C. Hardy, MO62926
        Spencer Fane LLP
        1 North State Street, Suite 1500
        Chicago, IL  60602
        Phone: (314) 746-0047
        E-mail: rhardy@spencerfane.com

        and

---

[4] Ford Credit acknowledges that the on June 13, 2026, the Debtor provided Ford Credit a proposed thirteen week Budget, which Budget does not maintain positive cash flow and requires the infusion of no less than $702,000 in debtor in possession financing, capital infusion, equity infusion prepetition claim repayment (which is Ford Credit Collateral); and the Debtor admittedly has no committed source of the needed $575,000.  In addition, the Budget does not include any amount for professional fees for proposed counsel to the Committee of Unsecured Creditors.

Eric C. Peterson          MO62429
Spencer Fane LLP
1 North Brentwood Blvd, Ste 1200
St. Louis, Missouri  63105
Phone: (314) 863-7733
E-mail: epeterson@spencerfane.com


and


PHILLIPS LYTLE LLP
Angela Z. Miller Esq. (pro hac)
Craig Leslie, Esq. (pro hac pending)
Phillips Lytle LLP
125 Main Street
Buffalo, NY  14203
Phone: (716) 847-7060
Fax: (716) 852-6100
E-mail: amiller@phillipslytle.com

*Attorneys for Ford Motor Credit Company LLC*


### CERTIFICATE OF SERVICE

The undersigned certifies that on this 15th day of June 2026, a true and correct copy of the foregoing was served on all counsel of record via the Court's ECF system, with notice of case activity generated.


_____/s/ Ryan C. Hardy_____
*Counsel for Ford Motor Credit Company LLC*