**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| **In re:** | **Case No. 26-42179-357** |
| **BROADWAY FORD TRUCK SALES, INC.,** | **Chapter 11** |
| **Debtor.** | **Related to Doc. 127** |

### PRELIMINARY ORDER ON APPLICATION TO EMPLOY FOLEY & LARDNER LLP AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS AND FOR APPROVAL OF COMPENSATION ARRANGEMENTS RELATED THERETO

On June 29, 2026, the Official Committee of Unsecured Creditors filed the Application to Employ Foley & Lardner LLP as Counsel to the Official Committee of Unsecured Creditors and for Approval of Compensation Arrangements Related Thereto (the "Application").

Federal Rule of Bankruptcy Procedure 2014 requires that any application to employ an attorney pursuant to Section 1103 of the Bankruptcy Code include a "verified statement of the person to be employed." Fed. R. Bankr. P. 2014(a)(3). Although there is a statement attached to the Application that is styled as a declaration, it does not comply with 28 U.S.C. § 1746. If Foley & Lardner LLP would like to submit an amended declaration that has the required language, it may do so no later than **July 21, 2026**.

IT IS SO ORDERED.

Dated:  July 17, 2026
St. Louis, Missouri
cjs

_____
Brian C. Walsh
United States Bankruptcy Judge

Serve:

**David A. Sosne**
Summers Compton Wells LLC
903 S. Lindbergh
Suite 200
St. Louis, MO 63131-2934

**Geoffrey S. Goodman**
Foley & Lardner LLP
321 N. Clark Street, Ste. 2800
Chicago, IL 60654

**Timothy C Mohan**
Foley & Lardner LLP
1144 15th Street, Suite 2200
Denver, CO 80202