UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No. 26-42179 |
| | ) | Chapter 7 |
| BROADWAY FORD TRUCK SALES, INC., | ) | |
| | ) | **AMENDED** |
| | ) | **TRUSTEE'S MOTION FOR APPROVAL** |
| Debtor | ) | **OF EMPLOYMENT OF ATTORNEYS** |

COMES NOW Tracy A. Brown, Chapter 7 Trustee herein ("Trustee Brown") pursuant to 11 U.S.C. §§330 files this Amended Motion for Approval of Employment of Attorneys and in support thereof respectfully states as follows:

1. Tracy A. Brown is the duly appointed, qualified and acting Chapter 7 Trustee herein.

2. The Court has jurisdiction in regard to this matter pursuant to 28 U.S.C. §151, §1334, and Local Rule 9.01(B) of the United States District Court for the Eastern District of Missouri. This is a core proceeding pursuant to 28 U.S.C. §157(b)(2). Venue is proper pursuant to U.S.C. §1409.

3. Debtor filed a Voluntary Petition for Relief under the provisions of Chapter 11 of Title 11 of the United States Code on May 18, 2026.

4. The matter was converted to a case under Chapter 7 on July 30, 2026. ECF. No. 160.

5. Trustee Brown moves the Court to allow her to employ Sonette T. Magnus and Thompson Coburn, LLP to assist Trustee Brown in carrying out the Trustee's duties under Title 11 of the United States Code.

6. Trustee Brown requires the assistance of Counsel to investigate funds on hand, analyze all transfers which occurred during the preference period, file necessary motions, commence necessary adversary proceedings, negotiate settlement and to provide such other advice and assistance on matters which may arise during the administration of this estate.

7. Legal services are also required to assist the Trustee in the negotiation and drafting of legal documents, the prosecution of objections to exemptions, objections to claims, and other matters arising in the administration of this bankruptcy estate.

8. Trustee Brown has made careful and diligent inquiry into the qualifications, Firm resources and competence of Sonette T. Magnus and Thompson Coburn, LLP.

9. Trustee Brown has been advised that Sonette T. Magnus has been admitted to practice in the United States District Court for the Eastern District of Missouri and believes that Sonette T. Magnus and Thompson Coburn, LLP are capable of providing proper legal counsel to Trustee Brown.

10. Sonette T. Magnus states that subsequent attorneys and paraprofessionals will be screened or reviewed to ensure that they are disinterested parties and have no adverse connections connection with any creditor or interested party herein, the United States Trustee or any employee of the United States Trustee, and represent no interest adverse to the estate or to the Debtor.

11. The rate which Sonette T. Magnus charges is currently $735 per hour. Other attorneys and paraprofessionals may render services to the Trustee as needed, whose rate will be $365-735 per hour for attorneys, and $265 per hour to $390 per hour for paraprofessionals. These rates are subject to annual review.

12. Except as disclosed in the attached affidavit of Sonette T. Magnus concerning a prior but now terminated representation of an unsecured creditor by Thompson Coburn LLP, neither Sonette T. Magnus nor Thompson Coburn, LLP have any connection with any creditor or interested party herein, the United States Trustee or any employee of the United States Trustee, and hold no adverse interest to the estate or to the Debtor. Sonette T. Magnus and Thompson Coburn, LLP qualify as disinterested parties in this Bankruptcy case under 11 U.S.C. § 327(a).

13. Trustee Brown has engaged Sonette T. Magnus and Thompson Coburn, LLP as attorneys for Trustee Brown subject to the approval and confirmation of said employment by the United States Bankruptcy Court.

WHEREFORE, Trustee Brown prays that the United States Bankruptcy Court approve and confirm the employment of Sonette T. Magnus and Thompson Coburn, LLP as Counsel for Trustee Brown, and that the Court's Order relate back to the earlier of the date of the underlying Application or when the attorneys first performed work in the case.

Respectfully submitted,

The Law Office of Tracy A. Brown, P.C.

By: /s/ Tracy A. Brown
Tracy A. Brown, #47074MO
Chapter 7 Trustee
1034 South Brentwood, Suite 1850
St. Louis, MO 63117
(314) 644-0303
(314) 644-0333 fax
tab7@bktab.com

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was filed electronically on August 11, 2026, with the United States Bankruptcy Court, and has been served on the parties in in interest via e-mail by the Court's CM/ECF System as listed on the Court's Electronic Mail Notice List.

I certify that a true and correct copy of the foregoing document was filed electronically with the United States Bankruptcy Court, and has been served by Regular United States Mail Service, postage fully pre-paid, addressed to those parties listed on August 11, 2026:

Sonette T. Magnus
Thompson Coburn, LLP
One US Bank Plaza
St. Louis, MO 63101

/s/ Debbie Gibson

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No. 26-42179-357 |
| | ) | Chapter 7 |
| BROADWAY FORD TRUCK SALES, INC., | ) | |
| | ) | **ORDER CONFIRMING TRUSTEE'S** |
| Debtor | ) | **MOTION FOR APPROVAL OF** |
| | ) | **EMPLOYMENT OF ATTORNEYS** |

The Chapter 7 Trustee Tracy A. Brown has filed her Motion for Approval of Employment of Sonette T. Magnus and Thompson Coburn, LLP as Attorneys for Trustee. Upon careful review of the record in this case, it is accordingly

ORDERED, that the Motion for Approval of Employment of Attorneys for Trustee be and it is hereby GRANTED in that the employment of Sonette T. Magnus and Thompson Coburn, LLP by the Trustee is hereby approved and confirmed pursuant to 11 U.S.C. §§327(a) effective as of the earlier of the date of the underlying Application or when the attorneys first performed work in the case and that all compensation is subject to further Order of the Court.

Order Prepared by:

Tracy A. Brown
Chapter 7 Trustee
1034 S. Brentwood Blvd., Suite 725
St. Louis, MO 63117
(314) 644-0303
(314) 644-0333 fax

Copies Mailed to:

Sonette T. Magnus
Thompson Coburn, LLP
One US Bank Plaza
St. Louis, MO 63101

Office of the United States Trustee
111 S. 10th Street, Suite 6353
St. Louis, MO 63102