**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**

| | | |
|---|---|---|
| In Re: | ) | Case No. 26-42179 |
| | ) | Chapter 11 |
| BROADWAY FORD TRUCK SALES, INC. | ) | |
| | ) | |
| | ) | |
| Debtor. | | |

**DECLARATION OF JESSICA WILDE IN SUPPORT OF MOTION FOR RELIEF FROM AUTOMATIC STAY**

---

I, Jessica Wilde, hereby declare as follows in support of *Varilease Finance, Inc. and VFI TR SPE I, LLC's Motion for Relief from Automatic Stay* (the "**Motion**"):

1. I am General Counsel for Varilease Finance, Inc., the servicing agent for VFI TR SPE I, LLC, as assignee of Varilease Finance, Inc. (together, "**Varilease**"). Varilease is a bank-backed, investment-grade rated commercial equipment lessor, and I am involved with Varilease's lease transactions in the course of my duties as General Counsel. Therefore, I have knowledge of the matters which are the subject of this Declaration, including the material terms of the relevant agreements and the leased property.

2. I have reviewed and am familiar with the Motion and I make this Declaration in support of the Motion.

3. On or about June 13, 2025, Varilease and Broadway Ford Truck Sales, Inc. (the "**Debtor**") entered into a Master Lease Agreement ("**Master Lease**") and Schedule No. 01 ("**Schedule**"; together with the Master Lease, the "**Lease**"), each dated as of June 13, 2025. Copies of the Master Lease and the Schedule are attached as **Exhibit A** and **Exhibit B**, respectively.

4. Without limitation, the following agreements and documents further evidence the lease transaction between Varilease and the Debtor:

a. Nineteen (19) funding authorizations (each titled "Authorization for Progress Payment") executed by Varilease and the Debtor which direct disbursements for the "Equipment" described in each authorization (collectively referred to in this Declaration and the Motion as the "**Varilease Equipment**"). A complete list of the Varilease Equipment is attached as **Exhibit C**.

b. Thirteen (13) bills of sale executed by the Debtor, as seller, and a Sale Leaseback Agreement dated as of June 13, 2025 which confer title of a portion of the Varilease Equipment to Varilease.

c. The Lease is a "true lease" and expressly provides that "[Debtor] has no interest in the Equipment except as expressly set forth in the Lease, and that interest is a lease-hold interest." Ex. A, § 8(b). But as is customary in these transactions, Varilease filed a precautionary UCC financing statement as to the Varilease Equipment with the Delaware Department of State on May 15, 2025, Filing No. 2025 3539571, a copy of which is attached as **Exhibit D**.

d. The Debtor granted Varilease a blanket security interest in substantially all of the Debtor's assets as additional collateral for the Debtor's obligations to Varilease under the Lease. Ex. A, § 2(b). Varilease perfected its security interest in the Debtor's assets as evidenced by, without limitation, a UCC financing statement filed with the Delaware Department of State on June 20, 2025 as Filing No: 2025 4456007, a copy of which is attached as **Exhibit E**.

e. The Debtor's obligations to Varilease under the Lease are personally guaranteed by Dennis Phillips as evidenced by a Guarantee dated June 13, 2025, and by Dineen Phillips as evidenced by a Guarantee dated June 13, 2025. Copies of these Guarantees are attached as **Exhibit F**.

5. Additionally, Varilease entered into agreements with the Debtor's primary secured creditors, Ford Motor Credit Company LLC and St. Louis Bank, to recognize and memorialize Varilease's superior interest in the Varilease Equipment. These agreements are:

a. An Intercreditor Agreement dated as of September 4, 2025 (the between Varilease and Ford Motor Credit which provides, among other things, that Varilease has a "priority security interest in, and Ford Credit subordinates to [Varilease] any security interest Ford Credit may have in [Debtor's]

presently-owned or hereafter-acquired Property" as described at Exhibit A to the Intercreditor Agreement. A copy of the Intercreditor Agreement is attached as **Exhibit G**.

b. A Mortgagee Acknowledgment dated as of July 28, 2025 between Varilease and St. Louis Bank which provides, among other things, that St. Louis Bank "disclaims any and all interest, lien, claim or right in and to the [Varilease Equipment] whether now existing or arising in the future." And further, that this acknowledgment of Varilease's rights applies "whether or not the [Varilease Equipment] may be affixed to the [Property] and that the [Varilease Equipment] is to remain personal property and that title shall remain at all times in [Varilease]." A copy of the Mortgagee Acknowledgment is attached as **Exhibit H**.

6. Varilease is aware that the Debtor filed a case under Chapter 11 of the Bankruptcy Code on May 18, 2026 (the "**Petition Date**"), but that the case was converted to a case under Chapter 7 of the Bankruptcy Code on July 30, 2026. Under the terms of the Lease, if the Debtor/Lessee ceases to operate as a going concern, Varilease immediately becomes entitled to take possession of the VFI Equipment. Ex. A, § 16.(a)(v).

7. Through counsel, Varilease has made numerous attempts to contact the Debtor and its representatives in order to make arrangements for Varilease to have access to the Property to inspect and inventory the Varilease Equipment. Until recently, those efforts were not successful; it has taken multiple phone calls and emails to try to gain access to the Property.

8. As of August 1, 2026, the Debtor has failed to make the regular payments due under the Lease for the months of May through August 2026. The Stipulated Loss Value under the Lease, which represents the amount owed to Varilease in the event of default, is $3,423,008.28, which does not include Varilease's attorneys' fees and costs to date.

9. I declare, under penalty of perjury under the law of the United States of America, that the foregoing statements are true and correct to the best of my knowledge, information, and belief.

Dated: August 18, 2026.

By: */s/ Jessica Wilde*______
Jessica Wilde
General Counsel
Varilease Finance, Inc.
2800 E Cottonwood Pkwy
Salt Lake City, UT 84121