# Exhibit C

## Equipment List

Equipment List


**Lessee:** Broadway Ford Truck Sales, Inc.
**ML dated:** June 13, 2025
**Schedule No:** 01
**Location:** 812 East Taylor Avenue, Saint Louis, MO 63147

| Vendor | Invoice No. | Qty | Description | Serial Numbers |
|---|---|---|---|---|
| | | | | |
| The Edelen Company, Inc | 44124 | 1 | One (1) Amarr 2732 insulated rolling steel door, four (4) C.H.I. 3285 insulated rolling steel doors, four (4) Liftmaster H751L5 industrial-duty hoist door operators, one (1) Liftmaster T501IL5 industrial-duty hoist door operator, and related equipment | |
| Borroughs | INV00270369 | 1 | Pallet rack conveyor | |
| The Edelen Company, Inc | 43082 | 1 | Tell 8300 panic bars, standard entry levers, exit device trims and related equipment | |
| Arconic Architectural Products | 145411 | 130 | Arconic 4HC panels | |
| Uline, Inc. | 194094546 | 16 | Uline H-6522BL vinyl stackable chair | |
| Arconic Architectural Products | 145411 | 1 | Arconic AS1000-48 48" flat sheet | |
| Evans Facility Consultants | 1353 | 8 | Steelcase Avenir 54"H x 42"W panels w/connectors | |
| Signarama | INV-35359 | 1 | Assorted signage | |
| Evans Facility Consultants | 1353 | 2 | PL177L extended bowfront desk shells | |
| Evans Facility Consultants | 1353 | 2 | PL177R extended bowfront desk shells | |
| Evans Facility Consultants | 1353 | 4 | Herman Miller white metal BBF locking pedestals | |
| Uline, Inc. | 194094546 | 4 | Uline H-9176GR cafe tables | |
| Evans Facility Consultants | 1353 | 4 | Steelcase Avenir wall starts | |
| Evans Facility Consultants | 1353 | 4 | Steelcase Avenir 65"H x 42"W panels w/connectors | |
| Borroughs | INV00270130 | 72 | Waterfall wire decking | |

| Vendor | Invoice No. | Qty | Description | Serial Numbers |
|---|---|---|---|---|
| | | | | |
| The Sherwin Williams Co. | 0695-5 | 1 | Titan Impact X 440 airless paint sprayer skid | 2365623943 |
| Uline, Inc. | 194094546 | 1 | Uline heavy duty gription gloves | |
| The Sherwin Williams Co. | 1425-6 | 1 | Titan Impact X 440 airless paint sprayer skid | 2365626371 |
| Reinhold Electric Inc | 321907, 323960, 326173, 330647, 332836 and 337522 | 5 | LED spotlight fixtures and parking lot pole lights | |
| Reinhold Electric Inc | 304261 | 1 | 800 Amp cabinet and electrical panel, 150kva transformer, and 400 amp main breaker panel | |
| Borroughs | INV00269706 | 1 | Assorted small parts storage bins, shelves and supports | |
| Ford Rotunda | 735441 | 3 | Ford Pro 80A AC charging station with RFID and OLED | |
| Ford Rotunda | 735441 | 2 | Ford Pro 120 kW DC charging station with credit card reader | |
| Galmiche & Sons | 204480 | 1 | Daikin DSG1204B roof top HVAC unit | 10191441L |
| Galmiche & Sons | 212664 | 3 | Three (3) Cambridge direct-fired units and gas piping | V20/214223A0145<br>V20/214223A0146<br>V20/214223A0147 |
| Galmiche & Sons | 208251 | 1 | Amana DCP153A50XX PTAC air conditioner | |
| Galmiche & Sons | 199171 | 1 | Daikin DFG1024DH roof top HVAC unit | |
| MH Equipment Company | ESA017443-1 | 1 | Hyster H50XT forklift | A380V15569X |