# Exhibit G

## Intercreditor Agreement

# INTERCREDITOR AGREEMENT

The Intercreditor Agreement (this "Agreement"), dated 9/4/2025, 2025, between Ford Motor Credit Company LLC ("Ford Credit"), with an address at 14039 Puritas Ave #35140 Cleveland, OH 44135, and Varilease Finance, Inc. ("Creditor"), with an address at 2800 East Cottonwood Parkway, 2nd Floor Salt Lake City, UT 84121.

## Recitals

Ford Credit provides or may provide credit, loans and other financing accommodations to Broadway Ford Truck Sales, Inc. ("Dealer"), with its principal place of business at 812 E Taylor Ave, St. Louis, MO 63147, and Dealer has granted or may grant Ford Credit a security interest in some or all of Dealer's personal property (the "Property").

Creditor provides or may provide credit, loans and other financing accommodations to Dealer, and Dealer has granted or may grant Creditor a security interest in some or all of Dealer's Property.

Ford Credit and Creditor desire to agree upon the priority of their respective security interests in Dealer's Property.

## Agreement

Ford Credit and Creditor agree as follows:

1. Creditor Collateral. Creditor will have a priority security interest in, and Ford Credit subordinates to Creditor any security interest Ford Credit may have in Dealer's presently-owned or hereafter-acquired Property, consisting of the following (the "Creditor Collateral"):

   (a) The property and the Proceeds of such property described in Exhibit A attached to this Agreement.

2. Proceeds. Proceeds has the meaning defined in the Uniform Commercial Code, which includes identifiable, traceable cash proceeds deposited by Dealer into its deposit account, and non-cash proceeds received by Dealer upon the sale or disposition of its property whether at wholesale or retail, including any credits, holdbacks, incentives, rebates, refunds or allowances pertaining to or arising out of Dealer's acquisition or disposition of the property, insurance proceeds, vehicles taken in trade, instruments, general intangibles, accounts, chattel paper and contract rights arising from the sale, lease or other disposition of the property.

3. UCC Priority. Except as specifically stated in this Agreement, the priority of the security interest of the parties to this Agreement will be pursuant to the Uniform Commercial Code of the State of Dealer's principal place of business, as enacted and amended.

4. Priority of Rights in Dealer's Property. The priorities, rights and interests of Ford Credit and Creditor in Dealer's Property and the Creditor Collateral are governed by this Agreement regardless of the time, order, manner, or nature of attachment or perfection of security interests in Dealer's Property or the Creditor Collateral (including the giving or failure to give any purchase money security interest or other notice, or the time or order of filing financing statements) or any provision of the federal Bankruptcy Code, or other applicable law. If either party to this Agreement exercises its rights to and obtains possession of any of the Dealer's Property of the Creditor Collateral by virtue of a security interest in the Dealer's Property or the Creditor Collateral, the party whose security interest has priority under this Agreement will be entitled to immediate possession of the Dealer's Property or the Creditor Collateral as between the parties to this Agreement.

5. Effect of Bankruptcy. Unless terminated pursuant to its terms, this Agreement continues in full force and effect after the filing of any petition by or against the Dealer under the federal Bankruptcy Code and all converted or succeeding cases in respect thereof. In such instance, the term "Dealer" as used in this Agreement includes Dealer as debtor-in-possession and a trustee for the Dealer. Nothing contained in this Agreement will be construed as limiting any security interest of either party in the Property or the Creditor Collateral as to anyone except each other. If a third party, including Dealer's trustee in bankruptcy, should assert a security interest or other right in any item of Property or the Creditor Collateral and have, under any applicable rule of law, priority over the senior party, but not over the junior party, then as to such item of Property or Creditor Collateral this Agreement will be null and void.

6. No Other Beneficiaries or Limitation. This Agreement is solely for the benefit of Ford Credit and Creditor, and their respective successors and/or assigns, and neither the Dealer nor any other third parties are intended to be benefited, in any way whatsoever, by this Agreement. This Agreement does not create, perfect, assign or transfer any security interest in any of Dealer's Property or the Creditor Collateral. Absent a written amendment to this Agreement, the priorities set forth in this Agreement remain in full force and effect regardless of whether Ford Credit or Creditor in the future seek to rescind, amend, terminate or reform, by litigation or otherwise, its respective agreements with the Dealer.

7. Assigns. This Agreement binds and inures to the benefit of the successors and/or assigns of Ford Credit and Creditor.

8. Cooperation. Ford Credit and Creditor will cooperate with one another to share essential information for the purpose of effectuating audits and inspection of their respective collateral. Ford Credit and Creditor will, to the extent circumstances warrant, use commercially reasonable efforts to provide advance notice to each other prior to or concurrent with commencing any judicial or non-judicial action to enforce its security interest in Dealer's Property or the Creditor Collateral; provided that the failure to do so does not limit or affect the validity of such action or give rise to any claim or defense regarding such notice.

9. Exclusive Agreement. This Agreement evidences the entire agreement between Ford Credit and Creditor with respect to the priority of their respective interest in the Dealer's Property and the Creditor Collateral described in this Agreement. Oral agreement, course of dealing, or usage of trade does not alter, amend, or supersede this Agreement, or operate to permit or cause an amendment of this Agreement. The validity of this Agreement will not be affected by any increase, extension, renewal, or other change in the time of payment of any indebtedness of the Dealer to either party, or any change in the manner, place or terms of payment of Dealer's indebtedness, or the release, settlement or compromise of or with any party liable for the payment of the Dealer's indebtedness or the release of any security under Dealer's indebtedness. Waiver of any right or interest does not arise by the delay or failure of Ford Credit or Creditor to exercise it. Any alteration, amendment, or displacement of this Agreement will be void and of no effect unless in writing, signed by Ford Credit and Creditor and dated after the date of this Agreement. This Agreement supersedes and replaces any other similar intercreditor or collateral subordination agreement regarding to Property of the Dealer and the Creditor Collateral described in this Agreement and previously executed among Ford Credit and Creditor. All rights, interests, and duties not governed by this Agreement will be determined under the Uniform Commercial Code or other applicable law.

10. Modification of Certain Enforcement Rights. In the event either Ford Credit or Creditor enforce(s) its respective security interest in Dealer's Property, then as between them, the party having by reason of this Agreement the junior, subordinate, and inferior interest in an item of Dealer's Property:

    (a) Will not assert any claim for marshaling.

(b) Consents to the disposition of such item of Dealer's Property free of the subordinate interest, provided the Proceeds are applied in conformity with the Uniform Commercial Code.

(c) Without the necessity of demand, will turn over to the other party the Proceeds of such item of Dealer's Property.

11. Notice of Sale. Ford Credit and Creditor agree to give written notice to each other, and to Dealer, unless Dealer waives it, of any public or private sale or other disposition or retention of Dealer's Property or the Creditor Collateral in which both Ford Credit and Creditor have any perfected security interest.

12. Notices. All notices under this Agreement, unless otherwise provided above, must be in writing and will be properly given if sent by U.S. first class mail postage prepaid or overnight delivery addressed to the party for whom it is intended at its address set forth above. Ford Credit or Creditor may designate a change of address by written notice to the other. This paragraph will constitute the request for notice and a written notice of claim by Ford Credit and Creditor to the other party in accordance with the provisions of the Uniform Commercial Code.

13. Right to Set Off. Creditor expressly warrants that if Dealer subsequently defaults under its obligations to it, Creditor will not exercise any right of set-off against any funds that represent the proceeds of collateral in which Ford Credit has priority under the terms of this Agreement.

14. Termination. This Agreement shall be a continuing one and may be terminated only by notice hand delivered or sent to Ford Credit or Creditor by certified or registered mail, return receipt requested, at the above address, stating an effective date of not less than thirty (30) days after the receipt of such notice by Creditor. However, no notice of termination shall impair the rights, obligations, or priorities of the parties with respect to obligations of the Dealer created prior to the notice of termination.

15. Applicable Law. This Agreement will be governed and construed in all respects by the law of the state where the Dealer's principal place of business is located.

16. Paragraph Titles. The paragraph titles contained in this Agreement are for convenience only and are without substantive meaning or content of any kind and must not be considered part of this Agreement.

17. Counterparts. This Agreement may be executed in one or more counterparts, each of which shall be deemed an original, but all of which together shall constitute one and the same instrument.

FORD MOTOR CREDIT COMPANY LLC

By: DocuSigned by: David Sellmayer AA3FB69306AC4EC...

Print Name: David Sellmayer

Title: Operations Manager - Dealer Credit

VARILEASE FINANCE, INC.

By: DocuSigned by: Alex Conner FA9C2B4AE45E432...

Print Name: Alex Conner

Title: Assistant Vice President

ACKNOWLEDGMENT AND CONSENT OF DEALER

The undersigned Dealer hereby acknowledges and agrees to this Agreement. Dealer agrees to be bound by the terms and provisions of the Agreement as they relate to the relative rights of the parties with respect to each other. However, nothing in this Agreement will be deemed to amend, modify, supersede or otherwise alter the terms of the respective agreements between the Dealer and each party (the "Loan Agreements"), and in the event of any inconsistency or conflict between the terms of the Loan Agreements and this Agreement, the Loan Agreements will govern as between Dealer and each party. The Dealer agrees that each party holding collateral may serve as bailee for the other party and each party is hereby authorized to turn such collateral over to such other party pursuant to this Agreement. Dealer further agrees that this Agreement is solely for the benefit of the parties and does not give the Dealer, its successor and assigns, or any other person, any rights through either party.

BROADWAY FORD TRUCK SALES, INC.

By: DocuSigned by: Dennis Phillips FB9FFCF8C20B423...

Print Name: Dennis Phillips

Title: Dealer Principal

# <u>Exhibit A</u>

The leased equipment described below located at 812 East Taylor Avenue, Saint Louis, MO 63147, excluding all motor vehicles regardless of whether such motor vehicles are considered equipment or inventory.

**EXHIBIT A**



| Vendor Name | Quote Number | Equipment Description | Location |
|---|---|---|---|
| Amazon.com | Order No. 111-1346646-4542622 | Sales tax<br>Perfect Equipment wheel balancing weights | 812 East Taylor Avenue, St Louis, MO 63147 |
| Amazon.com | Order No. 111-2337722-1165048 | Vaper non-aerosol sprayer and related equipment<br>Sales tax | 812 East Taylor Avenue, St Louis, MO 63147 |
| Amazon.com | Order No. 111-2734066-0317858 | Branick G300 brake bleeder<br>Sales tax | 812 East Taylor Avenue, St Louis, MO 63147 |
| Amazon.com | Order No. 111-4007777-7206616 | A2Z Tire Supplies wheel weights<br>Sales tax | 812 East Taylor Avenue, St Louis, MO 63147 |
| Amazon.com | Order No. 111-4008767-1934605 | Sales tax<br>Assorted wheel weights, disposable gloves, and related equipment | 812 East Taylor Avenue, St Louis, MO 63147 |
| Amazon.com | Order No. 111-4785644-2773861 | Sales tax<br>Sisesol metal storage cabinet | 812 East Taylor Avenue, St Louis, MO 63147 |
| Amazon.com | Order No. 111-4948879-5577820 | Specialty Products Company 23185 1-1/4° camber/caster sleeve<br>Sales tax | 812 East Taylor Avenue, St Louis, MO 63147 |
| Amazon.com | Order No. 111-7306060-6404269 | Specialty Products Company 23183 3/4° camber/caster sleeve<br>Sales tax | 812 East Taylor Avenue, St Louis, MO 63147 |
| Amazon.com | Order No. 114-0793407-0347403 | Four (4) Tukailai leather dining chalrs<br>Sales tax | 812 East Taylor Avenue, St Louis, MO 63147 |
| Amazon.com | Order No. 114-7508879-1364254 | Sales tax<br>Two (2) YDN electric standing desks | 812 East Taylor Avenue, St Louis, MO 63147 |
| Arconic Architectural Products | 145411 | Additional skid fees<br>Assorted panels<br>Freight<br>Sales tax | 812 East Taylor Avenue, St Louis, MO 63147 |
| Beasley's Gutters & Roofing | Bid dated 3/17/25 | Aluminum break work | 812 East Taylor Avenue, St Louis, MO 63147 |
| Borroughs | INV00269706 | Professional installation services<br>Freight<br>Assorted parts storage equipment | 812 East Taylor Avenue, St Louis, MO 63147 |
| Borroughs | INV00270130 | Freight<br>Waterfall wire decking | 812 East Taylor Avenue, St Louis, MO 63147 |
| Borroughs | INV00270369 | Pallet rack conveyor<br>Freight | 812 East Taylor Avenue, St Louis, MO 63147 |
| Broadway Ford Truck Sales, Inc. | Summary of expenses | Assorted expenses as more fully described in the Summary of expenses | 812 East Taylor Avenue, St Louis, MO 63147 |
| Evans Facility Consultants | 1353 | Assorted Steelcase Avenir panels, desk shells, and related equipment<br>Professional installation services<br>Sales tax | 812 East Taylor Avenue, St Louis, MO 63147 |
| Ford Rotunda | FQ-118192 | Professional installation services<br>Assorted vehicle lifts and related autoshop equipment<br>Equipment warranty | 812 East Taylor Avenue, St Louis, MO 63147 |
| Ford Rotunda | FQ-120253 | Hunter Engineering HD scissor jack<br>Sales tax | 812 East Taylor Avenue, St Louis, MO 63147 |
| Ford Rotunda | FQ-120452 | Sales tax<br>Hunter Engineering high capacity lift rack | 812 East Taylor Avenue, St Louis, MO 63147 |
| Ford Rotunda | FQ-120477 | Sales tax<br>Rotary SPO16 Cargo 16k 2-post lift | 812 East Taylor Avenue, St Louis, MO 63147 |
| Ford Rotunda | 735441 | Ford Pro 80A AC charging station with RFID and OLED<br>Ford Pro 120 kW DC charging station with credit card reader<br>Sales tax | 812 East Taylor Avenue, St Louis, MO 63147 |
| Galmiche & Sons | 202937 | Daikin DSG1204B roof top unit (S/N 10191441L) | 812 East Taylor Avenue, St Louis, MO 63147 |
| Galmiche & Sons | 208251 | Amana DCP153A50XX PTAC air conditioner | 812 East Taylor Avenue, St Louis, MO 63147 |
| Galmiche & Sons | 199171 | Daikin DFG1024DH roof top unit | 812 East Taylor Avenue, St Louis, MO 63147 |
| Galmiche & Sons | 207615 | Seal roof curb | 812 East Taylor Avenue, St Louis, MO 63147 |
| Galmiche & Sons | 212664 | Three (3) Cambridge direct-fired units and gas piping<br>(S/Ns V20/214223A0145, V20/214223A0146, V20/214223A0147) | 812 East Taylor Avenue, St Louis, MO 63147 |
| GutterPros & Exteriors | GP-2728-1 | Labor and materials to install aluminum gutters and endcaps | 812 East Taylor Avenue, St Louis, MO 63147 |
| John Henry Foster | INV-00730722 | Compressed air tubing and related equipment<br>Sales tax<br>Freight | 812 East Taylor Avenue, St Louis, MO 63147 |
| John Henry Foster | INV-00731019 | Sales tax<br>Straight male adapter<br>Freight | 812 East Taylor Avenue, St Louis, MO 63147 |
| John Henry Foster | INV-00732095 | Freight<br>Sales tax<br>Outlet reducing tee | 812 East Taylor Avenue, St Louis, MO 63147 |
| John Henry Foster | INV-00732413 | Freight<br>Sales tax<br>Equal junction tee | 812 East Taylor Avenue, St Louis, MO 63147 |
| John Henry Foster | INV-00732494 | Compressed air tubing and related equipment<br>Sales tax<br>Freight | 812 East Taylor Avenue, St Louis, MO 63147 |
| John Henry Foster | INV-00733147 | Ball valve<br>Freight<br>Sales tax | 812 East Taylor Avenue, St Louis, MO 63147 |
| John Henry Foster | INV-00733653 | Freight<br>Union elbows and outlet reducing tee<br>Sales tax | 812 East Taylor Avenue, St Louis, MO 63147 |
| John Henry Foster | INV-00734037 | Sales tax<br>Freight<br>Compressed air tubing and related equipment | 812 East Taylor Avenue, St Louis, MO 63147 |

| | | | |
|---|---|---|---|
| John Henry Foster | INV-00734743 | Freight<br>Double outlet elbows<br>Sales tax | 812 East Taylor Avenue, St Louis, MO 63147 |
| John Henry Foster | INV-00735125 | Freight<br>Saddle clamp reducers<br>Sales tax | 812 East Taylor Avenue, St Louis, MO 63147 |
| John Henry Foster | INV-00735642 | Freight<br>Pressure gauge<br>Sales tax | 812 East Taylor Avenue, St Louis, MO 63147 |
| John Henry Foster | INV-00736331 | Ball valves and related equipment<br>Sales tax<br>Freight | 812 East Taylor Avenue, St Louis, MO 63147 |
| John Henry Foster | INV-00740090 | Sales tax<br>Compressed air tubing and related equipment | 812 East Taylor Avenue, St Louis, MO 63147 |
| John Henry Foster | INV-00742804 | Sales tax<br>Freight<br>Straight male adapters | 812 East Taylor Avenue, St Louis, MO 63147 |
| John Henry Foster | INV-00742810 | Sales tax<br>Freight<br>Brass 90 street elbows | 812 East Taylor Avenue, St Louis, MO 63147 |
| John Henry Foster | INV-00747709 | Compressed air tubing<br>Sales tax<br>Freight | 812 East Taylor Avenue, St Louis, MO 63147 |
| John Henry Foster | INV-00748106 | Sales tax<br>Freight<br>Ball valves | 812 East Taylor Avenue, St Louis, MO 63147 |
| MH Equipment Company | ESA017443-1 | Hyster H50XT forklift (S/N A380V15569X) | 812 East Taylor Avenue, St Louis, MO 63147 |
| Plasti-Lite Signs | Proposal dated 6/16/25 | Pylon sign reface and retrofit<br>Labor for installation and survey<br>Sales tax | 812 East Taylor Avenue, St Louis, MO 63147 |
| Qmerit Electriciation, LLC | INV18123 | Ford dealership EV certification | 812 East Taylor Avenue, St Louis, MO 63147 |
| R & A Contracting | SR25-0619 | Restoration of roof systems | 812 East Taylor Avenue, St Louis, MO 63147 |
| Reinhold Electric Inc | AW11244 | Five (5) LED spoltlight fixures and parking lot pole lights | 812 East Taylor Avenue, St Louis, MO 63147 |
| Reinhold Electric Inc | AW72319 | EV charging stations | 812 East Taylor Avenue, St Louis, MO 63147 |
| Reinhold Electric Inc | 311766 | Labor for electrical work<br>Equipment rental fee | 812 East Taylor Avenue, St Louis, MO 63147 |
| Reinhold Electric Inc | 322436 | Labor for electrical work | 812 East Taylor Avenue, St Louis, MO 63147 |
| Reinhold Electric Inc | 323480 | Labor for electrical work | 812 East Taylor Avenue, St Louis, MO 63147 |
| Reinhold Electric Inc | Proposal dated 3/24/25 | Labor and materials for electric work | 812 East Taylor Avenue, St Louis, MO 63147 |
| Republic Services | 0346-025709837 | Waste disposal fees | 812 East Taylor Avenue, St Louis, MO 63147 |
| Republic Services | 0346-025714402 | Waste disposal fees | 812 East Taylor Avenue, St Louis, MO 63147 |
| Republic Services | 0346-025936617 | Waste disposal fees | 812 East Taylor Avenue, St Louis, MO 63147 |
| Sielfleisch Roofing, Inc | Bid Confirmation dated 3/16/25 | Labor for flashing of HVAC equipment | 812 East Taylor Avenue, St Louis, MO 63147 |
| Signarama | INV-35359 | Assorted signage<br>Professional installation services<br>Sales tax | 812 East Taylor Avenue, St Louis, MO 63147 |
| SRS Building Products | 0042471389-001 | Assorted roofing materials<br>Sales tax | 812 East Taylor Avenue, St Louis, MO 63147 |
| Sunbelt Rentals, Inc. | 156882453-0001 | Sales tax<br>Equipment rental fees | 812 East Taylor Avenue, St Louis, MO 63147 |
| The Edelen Company, Inc | 43082 | Tell 8300 panic bars, standard entry levers, exit device trims and related equipment | 812 East Taylor Avenue, St Louis, MO 63147 |
| The Edelen Company, Inc | 44124 | Assorted commercial bay doors, LiftMaster jackshaft openers, and related equipment | 812 East Taylor Avenue, St Louis, MO 63147 |
| The Home Depot | Receipt dated 6/16/25 | Sales tax<br>Mulch, lumber, and related equipment | 812 East Taylor Avenue, St Louis, MO 63147 |
| The Sherwin Williams Co. | 0678-1 | Two gallon deck sprayer and assorted painting supplies<br>Sales tax | 812 East Taylor Avenue, St Louis, MO 63147 |
| The Sherwin Williams Co. | 0695-5 | Titan Impact X 440 airless paint sprayer skid (S/N 2365623943)<br>Sales tax | 812 East Taylor Avenue, St Louis, MO 63147 |
| The Sherwin Williams Co. | 0714-4 | Sales tax<br>Assorted painting supplies | 812 East Taylor Avenue, St Louis, MO 63147 |
| The Sherwin Williams Co. | 0840-7 | Paint<br>Sales tax | 812 East Taylor Avenue, St Louis, MO 63147 |
| The Sherwin Williams Co. | 0863-9 | Sales tax<br>Paint | 812 East Taylor Avenue, St Louis, MO 63147 |
| The Sherwin Williams Co. | 1068-4 | Assorted painting supplies<br>Sales tax | 812 East Taylor Avenue, St Louis, MO 63147 |
| The Sherwin Williams Co. | 1185-6 | Paint<br>Sales tax | 812 East Taylor Avenue, St Louis, MO 63147 |
| The Sherwin Williams Co. | 1190-6 | Sales tax<br>Paint | 812 East Taylor Avenue, St Louis, MO 63147 |
| The Sherwin Williams Co. | 1213-6 | Sales tax<br>Paint | 812 East Taylor Avenue, St Louis, MO 63147 |
| The Sherwin Williams Co. | 1224-3 | Paint<br>Sales tax | 812 East Taylor Avenue, St Louis, MO 63147 |
| The Sherwin Williams Co. | 1231-8 | Assorted painting supplies<br>Sales tax | 812 East Taylor Avenue, St Louis, MO 63147 |
| The Sherwin Williams Co. | 1251-6 | Sales tax<br>Paint | 812 East Taylor Avenue, St Louis, MO 63147 |

**EXHIBIT A**



| | | | |
|---|---|---|---|
| The Sherwin Williams Co. | 1424-9 | Sales tax<br>Assorted painting supplies | 812 East Taylor Avenue, St Louis, MO 63147 |
| The Sherwin Williams Co. | 1425-6 | Titan Impact X 440 airless paint sprayer skid (S/N 2365626371)<br>Sales tax | 812 East Taylor Avenue, St Louis, MO 63147 |
| The Sherwin Williams Co. | 1759-8 | Assorted painting supplies<br>Sales tax | 812 East Taylor Avenue, St Louis, MO 63147 |
| The Sherwin Williams Co. | 2001-4 | Sales tax<br>Assorted painting supplies | 812 East Taylor Avenue, St Louis, MO 63147 |
| The Sherwin Williams Co. | 2269-7 | Assorted painting supplies<br>Sales tax | 812 East Taylor Avenue, St Louis, MO 63147 |
| Uline, Inc. | Order Confirmation No. 37250480 | Freight<br>Cafe tables and chairs<br>Sales tax | 812 East Taylor Avenue, St Louis, MO 63147 |
| United Rentals (North America), Inc. | 241898441-002 | Equipment rental fees<br>Sales tax | 812 East Taylor Avenue, St Louis, MO 63147 |
| United Rentals (North America), Inc. | 241898441-003 | Equipment rental fees<br>Sales tax | 812 East Taylor Avenue, St Louis, MO 63147 |
| Vetter Construction | 1691 | Assorted construction for build out of the service center and parts department | 812 East Taylor Avenue, St Louis, MO 63147 |
| Wayfair | 4385854983 | Sales tax<br>Coffee table base and top | 812 East Taylor Avenue, St Louis, MO 63147 |

**together with all additions, alterations, accessions and modifications thereto and replacements of any part thereof, and substitutions therefore, all accessories, and attachments, in whole or in part. Any related software (embedded therein or otherwise), all intangibles and other rights associated with such equipment, including without limitation any licenses to use or own such equipment, any manufacturer's or other warranties with respect to such equipment, all goods, refunds, rebates, remittances, insurance and insurance proceeds, and all rights related thereto, and other property or rights to which the Lessee may be or become entitled by reason of Lessee's interest in the equipment, software or personal property.**

docusign

## Certificate Of Completion

| | | |
|---|---|---|
| Envelope Id: BCFDBEC9-6BC5-4269-9B3B-13D913BD9EAD | | Status: Completed |
| Subject: Complete with Docusign: Full Intercreditor Agreement- Broadway Ford.pdf | | |
| Source Envelope: | | |
| Document Pages: 8 | Signatures: 3 | Envelope Originator: |
| Certificate Pages: 7 | Initials: 0 | Ryan Dozier |
| AutoNav: Enabled | | 1 American Rd |
| EnvelopeId Stamping: Enabled | | Dearborn, MI 48126-2701 |
| Time Zone: (UTC-05:00) Eastern Time (US & Canada) | | |
| | | IP Address: 19.12.77.163 |

## Record Tracking

| | | |
|---|---|---|
| Status: Original<br>9/3/2025 8:51:37 AM | Holder: Ryan Dozier | Location: DocuSign |
| Security Appliance Status: Connected | Pool: Ford Security Pool-Active 2019 Servers | |

| Signer Events | Signature | Timestamp |
|---|---|---|
| Alex Conner<br><br>Security Level: Email, Account Authentication (Optional), Access Code | DocuSigned by:<br>Alex Conner<br>FA9C2B4AE45E432...<br><br>Signature Adoption: Pre-selected Style<br>Using IP Address: 65.112.50.42 | Sent: 9/3/2025 8:57:54 AM<br>Viewed: 9/3/2025 9:03:34 AM<br>Signed: 9/3/2025 9:07:21 AM |

**Electronic Record and Signature Disclosure:**
Accepted: 9/3/2025 9:03:34 AM
ID: 6d9abfc4-8d29-435b-82ce-3e0086dfa6e4

| | | |
|---|---|---|
| Dennis Phillips<br><br>Security Level: Email, Account Authentication (Optional), Access Code | DocuSigned by:<br>Dennis Phillips<br>FB9FFCF8C20B423...<br><br>Signature Adoption: Pre-selected Style<br>Using IP Address: 12.234.175.82 | Sent: 9/3/2025 9:07:22 AM<br>Viewed: 9/3/2025 9:45:29 AM<br>Signed: 9/3/2025 9:46:05 AM |

**Electronic Record and Signature Disclosure:**
Accepted: 9/3/2025 9:45:29 AM
ID: ec0670a6-8228-47ed-9e50-0dadc68a421e

| | | |
|---|---|---|
| David Sellmayer<br><br>OM Dealer Credit<br>Ford Credit<br>Security Level: Email, Account Authentication (Optional) | DocuSigned by:<br>David Sellmayer<br>AA3FB69306AC4EC...<br><br>Signature Adoption: Pre-selected Style<br>Using IP Address: 19.12.77.214 | Sent: 9/3/2025 9:46:06 AM<br>Viewed: 9/3/2025 12:07:27 PM<br>Signed: 9/4/2025 5:17:17 PM |

**Electronic Record and Signature Disclosure:**
Not Offered via Docusign

| In Person Signer Events | Signature | Timestamp |
|---|---|---|

| Editor Delivery Events | Status | Timestamp |
|---|---|---|

| Agent Delivery Events | Status | Timestamp |
|---|---|---|

| Intermediary Delivery Events | Status | Timestamp |
|---|---|---|

| Certified Delivery Events | Status | Timestamp |
|---|---|---|

| Carbon Copy Events | Status | Timestamp |
|---|---|---|

| Witness Events | Signature | Timestamp |
|---|---|---|

| Notary Events | Signature | Timestamp |
|---|---|---|

| Envelope Summary Events | Status | Timestamps |
|---|---|---|
| Envelope Sent | Hashed/Encrypted | 9/3/2025 8:57:54 AM |
| Certified Delivered | Security Checked | 9/3/2025 12:07:27 PM |
| Signing Complete | Security Checked | 9/4/2025 5:17:17 PM |
| Completed | Security Checked | 9/4/2025 5:17:17 PM |

| Payment Events | Status | Timestamps |
|---|---|---|

**Electronic Record and Signature Disclosure**