# Exhibit H

## Mortgagee Acknowledgment

Review and complete

Finish

Docusign Envelope ID: DAB73680-E163-436A-8350-8097A0571B90

Start

VFI CORPORATE FINANCE

2800 E. Cottonwood Parkway, 2nd Floor, Salt Lake City, UT 84121
www.vfi.net | 801.733.8100

# MORTGAGEE ACKNOWLEDGMENT

VARILEASE FINANCE, INC., 2800 East Cottonwood Parkway, 2nd Floor, Salt Lake City, UT 84121 (together with its agents, the "Lessor") is about to lease to Broadway Ford Truck Sales, Inc., 812 East Taylor Avenue, St. Louis, Missouri 63147 (the "Lessee") pursuant to the terms of the Master Lease Agreement dated June 13, 2025 ("Master Agreement") certain property consisting of various equipment, signage, automotive repair equipment, and related equipment, as more particularly described in the Master Agreement, accompanying Schedule(s) and related documents ("Personal Property").

Some or all of the Personal Property may now or hereafter be located at 812 East Taylor Avenue, St. Louis, MO 63147 (the "Premises") in which ST. LOUIS BANK (the "Mortgagee") may have an interest by virtue of a lease, deed, mortgage or other instrument.

For good and valuable consideration, Mortgagee hereby unconditionally disclaims any and all interest, lien, claim or right in and to the Personal Property whether existing now or arising in the future. Mortgagee agrees that whether or not the Personal Property may be affixed to the Premises and that the Personal Property is to remain personal property and that title shall remain at all times in Lessor. Subject to the terms of this waiver, Mortgagee agrees not to restrain or interfere with Lessor's removal and disposition of the Personal Property for any reason.

This acknowledgment constitutes the entire agreement between the parties and its terms may not be modified except in writing signed by Mortgagee and Lessor. Each party represents it has the authority to enter into this agreement. This acknowledgment is binding upon the assigns, representatives and successors of Mortgagee (including any mortgagees, sublessees and parties claiming an interest in the Premises through Mortgagee), and inures to the benefit of Lessor's assigns, affiliates, representatives and successors.

MORTGAGEE:
ST. LOUIS BANK

By: [signature]

Name: Brian McNamara

Title: Senior Vice President

Date: 7/28/2025

LESSOR:
VARILEASE FINANCE, INC.

By: DocuSigned by: Amanda Christensen
53A3655B405E43D...

Name: Amanda Christensen

Title: Vice President

COPY VIEW

## LESSEE'S CONSENT

The undersigned, Lessee, hereby consents to the foregoing in its entirety, and waives any claims against the parties for complying with the terms of the foregoing acknowledgment.

LESSEE:
BROADWAY FORD TRUCK SALES, INC.

By: Signed by: Dennis N. Phillips
FB9FFCF8C20B423...

Name: Dennis N. Phillips

Title: President, Chief Executive Officer, and Secretary

100%

Powered by docusign

English (US) Terms of Use Privacy

Copyright © 2025 Docusign, Inc. All rights reserved