**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| **In re:**<br><br>**BROADWAY FORD TRUCK SALES, INC.,**<br><br>**Debtor.** | **Case No. 26-42179-357**<br><br>**Chapter 7**<br><br>**Related to Doc. 176** |

**ORDER GRANTING TRUSTEE'S AMENDED APPLICATION**
**FOR APPROVAL OF EMPLOYMENT OF PROFESSIONAL**

This matter is before the Court on the amended application of Tracy A. Brown (the "Trustee") for approval of the employment of Sonette T. Magnus and Thompson Coburn, LLP (the "Professional"), filed on August 11, 2026 (the "Application"). It appears that the Trustee seeks to employ the Professional under standard compensation rates. Consideration of the Application without a hearing is thus appropriate under Local Rule 9062.

Upon consideration of the Application and the record of this case, IT IS HEREBY ORDERED THAT:

1. The Application (Doc. 176) is GRANTED.

2. The Trustee is authorized to employ the Professional on the terms set forth in the Application.

3. The Professional's compensation will be approved only upon the filing of a separate application for compensation under Section 330 of the Bankruptcy Code.

Dated: August 21, 2026
St. Louis, Missouri
cjs

Brian C. Walsh
United States Bankruptcy Judge

Serve:

**Broadway Ford Truck Sales, Inc.**
812 E. Taylor
Saint Louis, MO 63147

**Thomas H Riske**
**Nathan R. Wallace**
Carmody MacDonald P.C.
120 South Central Ave., Ste. 1800
St. Louis, MO 63105

**Tracy A. Brown**
Tracy A. Brown Chapter 7 Trustee
1034 South Brentwood Blvd
Suite 1850
St Louis, MO 63117

**Office of US Trustee**
111 S Tenth St, Ste 6.353
St. Louis, MO 63102

**Joseph Richard Schlotzhauer**
United States Trustee Program
111 South 10th Street
Suite 6.353
St. Louis, MO 63102

**Sonette T. Magnus**
Thompson Coburn, LLP
One US Bank Plaza
St. Louis, MO 63101