**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF MISSOURI**

**Chapter 7**

**In re: Broadway Ford Truck Sales, Inc.**

**Case Number: 26-42179**

**Claim Number: 22-1 for $208,395.75**

**NOTICE OF WITHDRAWAL OF CLAIM**

Please take notice that based upon further information provided by the debtor, Katie E. Hankard, Office Manager for Zwicker & Associates, P.C., herby withdraws the Proof of Claim filed by American Express.

Respectfully submitted,

/s/Katie Elizabeth Hankard

Katie E. Hankard
Zwicker & Associates, P.C.
Office Manager
80 Minuteman Road
P.O. Box 9043
Andover, MA 01810-1041
P: 1.866.367.9942 ext. 3832
E-Mail: khankard@zwickerpc.com

**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF MISSOURI**

**In re: Broadway Ford Truck Sales, Inc.** **Chapter 7**

**Case Number: 26-42179**

**CERTIFICATE OF SERVICE**

I, Katie Elizabeth Hankard, hereby certify that I have caused a copy of the Notice of Withdrawal of Claim by American Express, to be served by electronic filing.

Thomas H Riske
Carmody MacDonald P.C.
120 South Central Ave., Ste. 1800.
St. Louis, MO 63105
thr@carmodymacdonald.com

Nathan R Wallace
Carmody MacDonald P.C.
120 South Central Ave., Ste. 1800.
St. Louis, MO 63105
nrw@carmodymacdonald.com

Sonette T. Magnus
Thompson Coburn LLP
One US Bank Plaza
St. Louis, MO 63101
smagnus@thompsoncoburn.com

Joseph Richard Schlotzhauer
United States Trustee Program
111 South 10th Street
Suite 6.353
St. Louis, MO 63102
joseph.schlotzhauer@usdoj.gov

Geoffrey S. Goodman
Foley & Lardner LLP
321 N. Clark Street, Ste. 2800
Chicago, IL 60654
ggoodman@foley.com

**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF MISSOURI**

**In re: Broadway Ford Truck Sales, Inc.** **Chapter 7**

**Case Number: 26-42179**

Timothy C Mohan
Foley & Lardner LLP
1144 15th Street, Suite 2200
Denver, CO 80202
tmohan@foley.com

Anthony Napoli
Central States Funds Law Department
West Higgins Road
8th Floor
Chicago, IL 60631
tnapoli@centralstates.org

David A. Sosne
Summers Compton Wells LLC
903 S. Lindbergh
Suite 200
St. Louis, MO 63131-2934
dasattymo@summerscomptonwells.com

/s/Katie Elizabeth Hankard

Katie Elizabeth Hankard

Dated 8/31/2026