FOLEY

FOLEY & LARDNER LLP

**FOLEY & LARDNER LLP**
321 NORTH CLARK STREET
SUITE 3000
CHICAGO, IL 60654-4762
TELEPHONE (312) 832-4500
FACSIMILE (312) 832-4700
WWW.FOLEY.COM

Central States, Southeast & Southwest Areas Pension Fund
8647 W. Higgins Road, 8th Floor
Chicago, IL 60631

Date: September 11, 2026
Invoice No.: 51373806
Our Ref. No.: 148680-0101

## Remittance Advice

Re: Broadway Truck Sales Chapter 11

**Current Invoice:**

| | |
|---|---|
| 09/11/26 - 51373806 | $93,356.91 |
| **Total Amount Due:** | **$93,356.91** |

**Please mail check payments to:**

**Foley & Lardner LLP**
**P.O. Box 78470**
**Milwaukee, WI 53278-8470**

**Foley & Lardner LLP's preferred payment method is ACH (CTX or CCD+ transmission) with invoice number(s) included in the addenda of the ACH.**

**Please send electronic payment remittance advice and questions to accountsreceivable@foley.com.**

**Foley & Lardner LLP**
**U.S. Bank, NA**
**777 E. Wisconsin Ave.**
**Milwaukee, WI 53202**
**ABA No.: 075000022**
**Acct No.: 112031389**
**Swift Code: USBKUS44IMT**
**(foreign wires only)**

FOLEY
FOLEY & LARDNER LLP

FOLEY & LARDNER LLP
321 NORTH CLARK STREET
SUITE 3000
CHICAGO, IL 60654-4762
TELEPHONE (312) 832-4500
FACSIMILE (312) 832-4700
WWW.FOLEY.COM

Central States, Southeast & Southwest Areas Pension Fund
8647 W. Higgins Road, 8th Floor
Chicago, IL 60631

Date: September 11, 2026
Invoice No.: 51373806
Our Ref. No.: 148680-0101

Services through August 31, 2026

| | |
|---|---|
| Amount due for professional services rendered regarding Broadway Truck Sales Chapter 11 | $98,946.91 |
| Additional voluntary discount: | ($5,890.00) |
| Total Services: | $93,056.91 |
| Total Expenses: | $300.00 |
| **Total Amount Due:** | **$93,356.91** |

**Please reference your invoice number 51373806 with your remittance payable to Foley & Lardner LLP. Payment is due promptly upon receipt of our invoice.**

Federal Employer Number:
39-0473800

## Professional Services Detail

**B110 B110 - Case Administration**

| | | | | |
|---|---|---|---|---|
| 06/09/26 | JCH | Prepare pro hac vice motions for G. Goodman and T. Mohan (.8); prepare Foley Retention Application and Declaration in Support regarding Broadway Ford Committee (.7). | 1.50 | $630.00 |
| 06/09/26 | TCM | Review and analyze pleadings and upcoming case deadlines (2.1); draft summary of same for Client working group (1.6); correspondences with Debtor and Ford Credit counsel regarding case status and pending hearing (0.6); prepare summary of issues to Cash Collateral order (1.7); draft and revise motion to continue Cash Collateral hearing (1.6). | 7.60 | $7,220.00 |
| 06/10/26 | TCM | Review and analyze various issues regarding case status, upcoming deadlines, and related workstreams (1.4); draft and revise work plan for same (1.9); correspondences with Foley working group regarding same (0.3); analyze potential alternatives to a successful case (1.1). | 4.70 | $4,465.00 |
| 06/10/26 | ZCZA | Review relevant pleadings and prepare due diligence checklist in connection with committee appointment. | 2.10 | $1,417.50 |
| 06/11/26 | JCH | Prepare shell objection to Broadway Ford's Cash Collateral Motion (.5); prepare draft Committee Bylaws (1.0). | 1.50 | $630.00 |
| 06/11/26 | NCW | Draft and prepare Committee Bylaws. | 0.70 | $307.70 |
| 06/11/26 | TCM | Review and analyze potential case administration issues (1.3); correspondences with Foley working group regarding same (0.4); correspondences with Client working group regarding same (0.3); correspondences with Debtor counsel regarding same (0.2); draft and revise case staffing plan (0.7). | 2.90 | $2,755.00 |

| | | | | |
|---|---|---|---|---|
| 06/12/26 | TCM | Review and revise draft Committee bylaws (0.6); correspondences with Committee working group regarding same (0.2); review and revise document request list (0.6); correspond with Debtor counsel regarding same (0.1); review and analyze upcoming deadlines and hearings (0.4); correspond with Foley working group regarding same (0.1). | 2.00 | $1,900.00 |
| 06/15/26 | GSG | Participate in UCC call. | 0.30 | $352.50 |
| 06/15/26 | TCM | Telephone conference with Committee working group regarding case status, bylaws, and other administrative tasks (0.5); review and analyze same (0.3); correspondences with D. Sosne regarding same (0.4); review and analyze comments to Committee bylaws (0.3). | 1.50 | $1,425.00 |
| 06/17/26 | TCM | Telephone conference with Committee working group regarding recent filings, case status, and upcoming hearing (0.2); review and analyze issues regarding potential conversion of case (0.7); correspondences with Committee working group regarding same (0.4). | 1.30 | $1,235.00 |
| 06/23/26 | NCW | Review and revise application to employ and the declaration thereto. | 1.90 | $835.18 |
| 06/23/26 | TCM | Telephone conference with Debtor counsel and Ford Motor Credit counsel regarding final cash collateral order and next steps (0.5); review and analyze issues regarding same (0.7); correspondences with G. Goodman regarding same (0.2). | 1.40 | $1,330.00 |
| 06/24/26 | TCM | Review correspondences from Committee members regarding case status (0.2); draft summary correspondence to same regarding same (0.4); review and analyze potential next steps in case (0.3). | 0.90 | $855.00 |
| 07/08/26 | TCM | Telephone conference with Committee members regarding case status, Debtor's motion to dismiss, and next steps (0.5); prepare for same (0.3); review and analyze same (0.8); telephone conference with D. Sosne regarding same (0.3). | 2.10 | $1,995.00 |

| | | | | |
|---|---|---|---|---|
| 07/10/26 | TCM | (No Charge) Review and analyze status of objection to Motion to Dismiss (0.8); analyze issues to sale (0.4); correspond with Committee members regarding same (0.1). | 1.30 | $0.00 |
| 07/21/26 | JCH | Follow up email to Court regarding Webex appearances for hearing. | 0.20 | $84.00 |
| 07/23/26 | TCM | (No Charge) Correspondences with Client working group regarding next steps (0.2); analyze same (0.2). | 0.40 | $0.00 |
| 07/29/26 | TCM | Telephone conference with Committee working group regarding bench ruling and next steps (0.5); telephone conference with D. Sosne regarding same (0.3); correspond with G. Goodman regarding same (0.1). | 0.90 | $855.00 |
| | | Task Total: | 35.20 | $28,291.88 |

**B120 B120 - Asset Analysis and Recovery**

| | | | | |
|---|---|---|---|---|
| 06/16/26 | GSG | Address dismissal and conversion issues. | 0.20 | $235.00 |
| 06/16/26 | TCM | Review and analyze potential case alternatives regarding the potential for an unsuccessful case (0.7); research regarding same (1.6); correspondences with Client working group regarding same (0.4). | 2.70 | $2,565.00 |
| 06/18/26 | TCM | Research case issues and alternatives to current Ch. 11 case due to non-consensual cash collateral (1.6); correspondences with Client working group regarding same (0.2). | 1.80 | $1,710.00 |
| 06/22/26 | TCM | Review and analyze issues regarding next steps in case, including dismissal or conversion (0.9); research regarding same (0.7); correspond with Ford Credit and Debtor counsel regarding same (0.2). | 1.80 | $1,710.00 |

| | | | | |
|---|---|---|---|---|
| 06/29/26 | TCM | Correspondences with Ford Credit and Debtor counsel regarding next steps in case (0.3); review and analyze same (0.4); correspond with D. Sosne regarding same (0.1). | 0.80 | $760.00 |
| | | Task Total: | 7.30 | $6,980.00 |

**B130 B130 - Asset Disposition**

| | | | | |
|---|---|---|---|---|
| 06/12/26 | GSG | Review IOI issue; next steps. | 0.20 | $235.00 |
| 06/12/26 | TCM | Review and analyze issues related to LOIs, sale timeline, and other sale-related matters. | 1.20 | $1,140.00 |
| | | Task Total: | 1.40 | $1,375.00 |

**B150 B150 - Meetings of and Communications with Creditors**

| | | | | |
|---|---|---|---|---|
| 06/17/26 | GSG | Participate in UCC call. | 0.20 | $235.00 |
| | | Task Total: | 0.20 | $235.00 |

**B160 B160 - Fee/Employment Applications**

| | | | | |
|---|---|---|---|---|
| 06/17/26 | TCM | Review and analyze precedent regarding Foley retention application (0.4); correspondences with Foley working group regarding same (0.3); review and analyze issues regarding same and potential conversion of case (0.4). | 1.10 | $1,045.00 |
| 06/18/26 | TCM | Telephone conference with N. Walsh regarding Foley retention application (0.3); review and analyze open items regarding same (0.4). | 0.70 | $665.00 |
| 06/22/26 | NCW | Draft and prepare application to employ Foley & Lardner and the declaration thereto. | 2.30 | $1,011.01 |
| 06/23/26 | NCW | Draft and prepare proposed order granting application to employ Foley & Lardner. | 0.70 | $307.70 |
| 06/23/26 | TCM | (No Charge) Review and revise Foley retention application (2.6); review precedent regarding same (0.4); correspondences with Foley working group regarding same (0.2). | 3.20 | $0.00 |

| | | | | |
|---|---|---|---|---|
| 06/24/26 | GSG | Review application to employ Foley and my declaration in support of thereof (.3); edit same (.2). | 0.50 | $587.50 |
| 06/24/26 | NCW | (No Charge) Continue revising application to employ Foley & Lardner and the declaration thereto. | 2.30 | $0.00 |
| 06/24/26 | TCM | Review and revise Foley retention application (1.6); correspond with N. Walsh regarding same (0.2); review and analyze open items regarding same (0.5); review and revise proposed order approving same (0.3). | 2.60 | $2,470.00 |
| 06/25/26 | GSG | Final review of employment application and revised declaration. | 0.10 | $117.50 |
| 06/25/26 | NCW | Continue revising application to employ Foley & Lardner and the declaration thereto. | 1.20 | $527.48 |
| 06/25/26 | TCM | Review and analyze open items in Foley retention application (0.3); correspond with Foley working group regarding same (0.1). | 0.40 | $380.00 |
| 06/25/26 | TCM | (No Charge) Review and revise Foley retention application pleadings (0.7); correspondences with Foley working group regarding same (0.2). | 0.90 | $0.00 |
| 06/26/26 | TCM | Correspondences with Client working group regarding Foley retention application (0.2); correspondences with local counsel regarding same (0.2); analyze open items to same (0.3). | 0.70 | $665.00 |
| 06/29/26 | TCM | Finalize Foley retention application (0.4); correspondences with Client working group regarding same (0.2); review local counsel retention application (0.3); correspond with same regarding same (0.2). | 1.10 | $1,045.00 |
| 07/01/26 | JCH | Calendar hearing on Application to Employ Foley as Committee Counsel (.2); email to Court regarding WebEx appearance for same (.2). | 0.40 | $168.00 |
| 07/01/26 | TCM | (No Charge) Review and analyze issues regarding Foley retention application and hearing date (0.5); correspondences with Foley working group and local counsel regarding same (0.2). | 0.70 | $0.00 |
| 07/17/26 | JCH | Prepare Amended Declaration of G. Goodman in support of Foley retention application. | 0.50 | $210.00 |

| | | | | |
|---|---|---|---|---|
| 07/17/26 | TCM | Review and analyze Court's preliminary order (0.2); correspondences with Foley working group regarding next steps (0.2). | 0.40 | $380.00 |
| 07/20/26 | TCM | Finalize and file amended declaration in support of Foley's retention application. | 0.30 | $285.00 |
| 07/28/26 | JCH | Prepare Foley First and Final Fee Application. | 2.50 | $1,050.00 |
| 07/29/26 | JCH | Finalize draft of Foley First and Final Fee Application and proposed order. | 0.80 | $336.00 |
| | | Task Total: | 23.40 | $11,250.19 |

**B190 B190 - Other Contested Matters (excluding assumption/rejecti**

| | | | | |
|---|---|---|---|---|
| 07/07/26 | TCM | Review and analyze Debtor's motion to dismiss case (1.2); correspondences with Committee members regarding same (0.2); correspondences with Foley working group regarding same (0.2); analyze issues regarding same and conversion alternatives (1.1); correspond with Foley working group regarding same (0.2). | 2.70 | $2,565.00 |
| 07/08/26 | NCW | Review Debtor's motion to dismiss Ch. 11 case. | 0.90 | $395.61 |
| 07/08/26 | NCW | (No Charge) Telephone conference with T. Mohan regarding Debtor’s motion to dismiss. | 0.30 | $0.00 |
| 07/09/26 | TCM | Review and analyze issues regarding motion to dismiss (0.6); correspondences with Client working group regarding same (0.2). | 0.80 | $760.00 |
| 07/13/26 | NCW | Conduct legal research and analysis regarding issues related to objection to Debtor’s motion to dismiss. | 1.40 | $615.40 |
| 07/13/26 | NCW | Draft and prepare objection to Debtor’s motion to dismiss. | 2.60 | $1,142.88 |
| 07/13/26 | TCM | Review research and analysis related to Debtor's motion to dismiss (1.1); correspond with N. Walsh regarding same (0.1). | 1.20 | $1,140.00 |
| 07/14/26 | NCW | Continue drafting and preparing objection to Debtor’s motion to dismiss. | 1.30 | $571.44 |

| | | | | |
|---|---|---|---|---|
| 07/14/26 | NCW | (No Charge) Continue conducting legal research and analysis regarding issues related to objection to Debtor's motion to dismiss. | 1.20 | $0.00 |
| 07/14/26 | TCM | Review and analyze recent pleadings filed in case (0.3); analyze next steps and motion for dismissal (0.3); telephone conference with US Trustee regarding same (0.2); correspondences with Foley working group regarding same (0.1). | 0.90 | $855.00 |
| 07/15/26 | NCW | (No Charge) Review and revise draft objection to Debtor's motion to dismiss. | 1.40 | $0.00 |
| 07/15/26 | TCM | Review and analyze issues regarding Debtor's motion to dismiss case (.3); research regarding same (0.4); correspond with Foley working group regarding same (0.2). | 0.90 | $855.00 |
| 07/16/26 | TCM | Review and revise objection to Debtor's motion to dismiss (2.6); review documents in support of same (0.5). | 3.10 | $2,945.00 |
| 07/17/26 | NCW | (No Charge) Continue reviewing and revising draft objection to Debtor's motion to dismiss. | 0.90 | $0.00 |
| 07/17/26 | TCM | Review and analyze case law regarding Debtor's motion to dismiss case and potential conversion (1.4); review and revise objection to Debtor's motion (1.7); correspond with Foley working group regarding same (0.2). | 3.30 | $3,135.00 |
| 07/20/26 | NCW | (No Charge) Revise draft objection to Debtor's motion to dismiss to incorporate client comments. | 0.30 | $0.00 |
| 07/20/26 | TCM | Review and analyze comments to Committee's objection to Debtor's motion to dismiss (0.1); correspond with Foley working group regarding same (0.2); review local counsel's analysis regarding same (0.2); correspond with same regarding same (0.1); draft and revise talking points in preparation for contested hearing (1.2). | 1.80 | $1,710.00 |
| 07/21/26 | TCM | Finalize and file Committee's objection to Debtor's Motion to Dismiss (0.2); research potential issues related to same (0.3); review and revise talking points in preparation for hearing (0.4); analyze logistics for hearing (0.3); review St. Louis Bank objection to Motion to Dismiss (0.3). | 1.50 | $1,425.00 |

| | | | | |
|---|---|---|---|---|
| 07/22/26 | TCM | Attend hearing on Debtor's motion to dismiss (1.0); draft correspondence to Committee members following same (0.3); review and analyze materials and case law with respect to same (1.2); review and revise talking points for same (0.6). | 3.10 | $2,945.00 |
| 07/24/26 | TCM | Review Court's notice regarding bench ruling (0.1); correspondences with Client working group regarding same (0.1); review and analyze questions from same regarding potential next steps (0.2). | 0.40 | $380.00 |
| 07/28/26 | TCM | Attend bench ruling regarding motion to dismiss case and order directing conversion (0.5); draft summary email to Client working group regarding same (0.5); correspondences with D. Sosne regarding same (0.1); analyze potential next steps (0.2). | 1.30 | $1,235.00 |
| | | Task Total: | 31.30 | $22,675.33 |

**B230 B230 - Financing/cash Collections**

| | | | | |
|---|---|---|---|---|
| 06/09/26 | GSG | Review cash collateral objections (.3); edit motion to continue cash collateral hearing (.2). | 0.50 | $587.50 |
| 06/10/26 | TCM | Attend hearing on Cash Collateral Motion and Committee's motion to continue (1.8); review materials in preparation for same (1.9); conferences and correspondences with Ford Credit and Debtor counsel regarding same and potential resolution to Committee's continuance motion (0.7); draft correspondence to Committee working group following completion of hearing (0.7). | 5.10 | $4,845.00 |
| 06/11/26 | TCM | Telephone conference with Debtor and Ford Credit counsel regarding Cash Collateral issues, potential DIP financing, and next steps (0.8); draft summary of items for Committee members (1.1); correspondences with G. Goodman regarding same (0.2); correspondences with Committee working group regarding same (0.2); review and revise objection to Cash Collateral motion (1.4); correspond with N. Walsh regarding same (0.1). | 3.80 | $3,610.00 |

| | | | | |
|---|---|---|---|---|
| 06/12/26 | NCW | Draft and prepare objection to Debtor's cash collateral motion. | 1.40 | $615.40 |
| 06/12/26 | NCW | Conduct legal research and analysis regarding issues related to Debtor's cash collateral motion. | 2.70 | $1,186.84 |
| 06/12/26 | TCM | Review and analyze third interim cash collateral order (0.8); correspondences with Debtor and Ford Credit regarding same (0.2); correspondences with Committee working group regarding same (0.2); review and analyze supplemental funding to come from affiliated entity (0.6); correspond with Debtor counsel regarding same (0.2); review and analyze proposed short-term budget (0.3); draft and revise proposed final cash collateral order (1.4); correspondences with Committee working group regarding same (0.2); draft correspondences to Debtor and Ford Credit working groups regarding same (0.2). | 4.10 | $3,895.00 |
| 06/14/26 | TCM | Review and revise objection to cash collateral motion (1.7); correspond with N. Walsh regarding same (0.2). | 1.90 | $1,805.00 |
| 06/15/26 | GSG | Review cash collateral order and stipulation and comments to same (.4); review FMC's notice of default (.1). | 0.50 | $587.50 |
| 06/15/26 | NCW | Review and revise objection to Debtor's cash collateral motion. | 1.70 | $747.27 |
| 06/15/26 | NCW | (No Charge) Continue legal research and analysis regarding issues related to Debtor's cash collateral motion. | 2.60 | $0.00 |
| 06/15/26 | TCM | Telephone conference with Foley working group regarding cash collateral objection (0.4); review and analyze issues to same (0.6); correspondences with Ford Credit and Debtor counsel regarding same (0.3); correspond with Committee working group regarding same (0.2); review and revise objection to cash collateral motion (0.6); correspondences with Committee working group regarding same (0.2); review and analyze notice of default filed by Ford Credit (0.8); correspond with Committee working group regarding same (0.2). | 3.30 | $3,135.00 |

| | | | | |
|---|---|---|---|---|
| 06/16/26 | TCM | Telephone conference with Ford Credit and Debtor counsel regarding Ford Credit notice of default, cash collateral hearing, and next steps (0.5); telephone conferences with Ford Credit counsel regarding same (0.5); review and analyze pleading filed by Ford Credit (1.3); draft correspondence to Committee working group regarding same and next steps (0.6); analyze potential conversion of cases without replacement funding (0.7); correspondences with Debtor counsel regarding same (0.3). | 3.90 | $3,705.00 |
| 06/17/26 | TCM | Attend hearing on cash collateral motion (0.7); prepare for same (0.7); analyze pleadings filed by Ford Credit (0.8); correspondences with same regarding same (0.3); draft correspondence to Committee working group following hearing (0.3). | 2.10 | $1,995.00 |
| 06/30/26 | TCM | Review and analyze open issues regarding final cash collateral order (0.6); correspondences with Foley working group and local counsel regarding same (0.1). | 0.70 | $665.00 |
| 07/01/26 | TCM | Review and analyze outstanding issues regarding final cash collateral order (0.6); correspondences with Ford Credit and Debtor counsel regarding same (0.2). | 0.80 | $760.00 |

| | | |
|---|---|---|
| Task Total: | 35.10 | $28,139.51 |
| Subtotal: | | $98,946.91 |
| Additional voluntary discount | | ($5,890.00) |
| Services Total: | 133.90 | $93,056.91 |

## Professional Services Summary

| Service Provider | Initials | Title | Hours | Amount |
|---|---|---|---|---|
| Nathan C. Walsh | NCW | Associate | 27.80 | $8,263.91 |
| Zachary C. Zahn | ZCZA | Associate | 2.10 | $1,417.50 |
| Janelle C. Harrison | JCH | Paralegal | 7.40 | $3,108.00 |

| | | | | |
|---|---|---|---|---|
| Geoffrey S. Goodman | GSG | Partner | 2.50 | $2,937.50 |
| Timothy C. Mohan | TCM | Senior Counsel | 94.10 | $83,220.00 |
| **Totals** | | | **133.90** | **$98,946.91** |

**Expenses Incurred**

| **Description** | **Amount** |
|---|---|
| Certificate of Good Standing--VENDOR: U.S. BANK 06/10/26 Pro hac receipts for Geoff in the Broadway Ford Truck Sales case. -. | $150.00 |
| Certificate of Good Standing--VENDOR: U.S. BANK 06/10/26 Pro hac receipts for Tim in the Broadway Ford Truck Sales case. -. | $150.00 |
| **Expenses Incurred Total** | **$300.00** |