**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **In re:**<br><br>**BROADWAY FORD TRUCK SALES, INC.,**<br><br>**Debtor.** | ) | **Case No. 26-42179-357**<br>**Chapter 7**<br><br>Hearing Date: October 28, 2026<br>Hearing Time: 10:00 a.m. (CST)<br>Objection Deadline: October 15, 2026 |

**APPLICATION OF SUMMERS COMPTON WELLS LLC FOR APPROVAL OF PAYMENT OF FEES AND EXPENSES AS LOCAL COUNSEL FOR THE COMMITTEE FOR THE TIME PERIOD JUNE 9, 2026 THROUGH THE RENDERING OF SERVICES**

COMES NOW Summers Compton Wells LLC ("Applicant"), by David A. Sosne, and respectfully states to the Court as follows:

1. Pursuant to an Order entered by this Bankruptcy Court, Applicant was employed as local counsel for the Unsecured Creditor's Committee. Services of Applicant as attorney for the Committee commenced on June 9, 2026.

2. David A. Sosne, an attorney duly licensed to practice in the United States Bankruptcy Court for the Eastern District of Missouri, and other individuals associated with Applicant, have performed services on behalf of Debtors during the time period covered by this Application. The hourly rates for each of the professionals and paraprofessionals for whom compensation is requested, are:

| | |
|---|---|
| David A. Sosne (Attorney/Principal) | $525.00 |
| Christy L. Hauck (Paralegal) | $275.00 |

5. From June 9, 2026 to the present, approximately 15.20 hours were devoted by Applicant, (including an estimate for the anticipated hearing on this fee application), in rendering services to the Committee, all as more particularly set forth in Exhibit "A", attached hereto. The services included (a) assisting lead counsel for the Committee in dealing with local practice and customs; (b) addressing cash collateral and other initial case issues; (c) addressing issues dealing with Debtor's Motion to Dismiss; (d) appearing at Court hearings; (e) preparing this fee application; and (f) providing such other services as lead counsel for the Committee has requested.

6. Applicant believes that the legal services rendered by it have been valuable and beneficial to this estate. Applicant further states that considering the time and effort expended by Applicant, the skill, reputation and experience of Applicant in bankruptcy matters, the reasonableness of the fees sought by Applicant, and the results obtained by Applicant, the services are reasonably worth $7,130.00.

7. The compensation sought by Applicant is consistent with and comparable to compensation charged by comparably skilled practitioners in cases other than cases under Title 11.

WHEREFORE, Applicant prays that this Court approve the allowance of its fees as a Chapter 11 administrative expenses in the amount of $7,130.00 for services rendered on behalf of the Committee from June 9, 2026 through the rendering of services, and that this Court grant such other and further relief as may be just and proper.

SUMMERS COMPTON WELLS LLC

Date: September 15, 2026

By: /s/ David A. Sosne

David A. Sosne, Esq. #28365MO
903 S. Lindbergh Blvd, Suite 200
St. Louis, MO 63131

Phone: 314-991-4999
Fax: 314-991-2413
Email: dsosne@summerscomptonwells.com
**Local Counsel for Debtors**

CERTIFICATION

The undersigned, certifies under penalty of perjury that the above and foregoing is true and correct to the best of his knowledge, information and belief, and that no agreement has been made and no understanding exists directly or indirectly for a division of fees between the Applicant, or any other person, except with the Applicant's law firm.

/s/ David A. Sosne
DAVID A. SOSNE

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing document was filed electronically on September 15, 2026 with the United States Bankruptcy Court for the Eastern District of Missouri and has been served on the parties in interest via e-mail by the Court's CM/ECF System as listed on the Court's Electronic Mail Notice List. I further certify that a true and correct copy of the foregoing document has also been served by Regular United States Mail Service, first class, postage fully pre-paid, addressed to those parties listed below on September 15, 2026.

| | |
|---|---|
| **Broadway Ford Truck Sales, Inc.**<br>812 E. Taylor<br>Saint Louis, MO 63147 | **Central States, Southeast & Southwest Areas Pension Fund**<br>Attn: Brad Berliner and Anthony Napoli<br>8647 W. Higgins Road, 8th Floor<br>Chicago, IL 60631 |
| **Knapheide Manufacturing Co.**<br>Attn: Tim Fraise<br>1848 Westphalia Strasse<br>Quincy, IL 62305-7140 | **Honda of Frontenac**<br>Attn: Chris Hennekes<br>885 S. Lindbergh Boulevard<br>St. Louis, MO 63131 |
| **Tracy A. Brown**<br>Tracy A. Brown Chapter 7 Trustee<br>1034 South Brentwood Blvd<br>Suite 1850<br>St Louis, MO 63117 | |

/s/ Christina Hauck
Christina Hauck