SUMMERS COMPTON WELLS
ATTORNEYS AT LAW

Exhibit A

903 S. Lindbergh Blvd., Suite 200
St. Louis, Missouri 63131
(314) 991-4999

Broadway Ford Truck Sales
812 E Taylor Ave
St. Louis, MO 63147

| | |
|---|---|
| Invoice Date: | 08/03/2026 |
| Client | 92133-00001 |
| Invoice Number: | 128734 |
| | DAS |

**Matter: Creditor's Committee for Broadway Ford Truck Sales, Inc. / Bankruptcy**

---

**For Professional Services Rendered Through 08/03/2026**

| DATE | ATTY | DESCRIPTION | HOURS | RATE | |
|---|---|---|---|---|---|
| 06/09/2026 | CLH | Review docket; prepare draft Application to Employ SCW as local counsel, affidavit and order for same | 1.00 | $275 | 275.00 |
| 06/09/2026 | CLH | Finalize and file pro hac vice applications and Emergency Motion to Continue Hearing | 0.80 | $275 | 220.00 |
| 06/09/2026 | DAS | Review draft Motion for Continuance, pro hac vice applications and assist in finalizing and coordinating same | 0.30 | $525 | 157.50 |
| 06/09/2026 | DAS | Initial review of file (.3); telephone call and email lead counsel regarding initial issues (.3); conference call with lead counsel and Debtor's counsel regarding June Draft cash collateral hearing (.3); email and telephone call to Deputy Clerk regarding appearance at hearing and follow up regarding same (.3); review and monitor emails regarding request for continuance, objection to cash collateral motion and proposed course of action and respond to lead counsel emails regarding same (.2); commence draft of application to employ firm as local counsel for Committee (,6) | 2.00 | $525 | 1,050.00 |
| 06/10/2026 | DAS | Email to Deputy Clerk advising of evening filing of Motion to Continue Hearing on Cash Collateral | 0.10 | $525 | 52.50 |
| 06/10/2026 | DAS | Prepare for and attend hearing on continued use of cash collateral and other first day motions | 2.30 | $525 | 1,207.50 |
| 06/11/2026 | DAS | Review draft of Third Interim Cash Collateral Stipulation and Budget and related emails | 0.20 | $525 | 105.00 |

| | | | | | |
|---|---|---|---|---|---|
| 06/11/2026 | DAS | Telephone call lead counsel regarding cash collateral order and proposed course of action | 0.20 | $525 | 105.00 |
| 06/12/2026 | DAS | Review and critique stipulation and cash collateral order and follow up regarding same | 0.40 | $525 | 210.00 |
| 06/15/2026 | DAS | Review and critique proposed objection to cash collateral motion and order and follow up regarding same (.3); review Notice of Default and email to lead counsel regarding same (.1) | 0.40 | $525 | 210.00 |
| 06/15/2026 | DAS | Follow up with lead counsel as to all open issues and the upcoming cash collateral hearing | 0.20 | $525 | 105.00 |
| 06/16/2026 | DAS | Review latest pleadings relating to objection to use of cash collateral and follow up with lead counsel regarding same | 0.50 | $525 | 262.50 |
| 06/17/2026 | DAS | Hearing on Cash Collateral and related matters | 1.00 | $525 | 525.00 |
| 06/29/2026 | CLH | Finalize and file Application to Employ Foley and SCW as counsel for the Committee | 0.40 | $275 | 110.00 |
| 06/30/2026 | CLH | Prepare Notice of Hearing for Applications to Employ | 0.30 | $275 | 82.50 |
| 07/01/2026 | CLH | Revise Notice of Hearing; file and serve same | 0.40 | $275 | 110.00 |
| 07/08/2026 | DAS | Telephone call T. Mohan regarding position of committee on motion to dismiss and case status | 0.30 | $525 | 157.50 |
| 07/19/2026 | DAS | Review and critique draft objection to dismiss case and follow up email to lead counsel regarding same | 0.20 | $525 | 105.00 |
| 07/22/2026 | DAS | Prepare for and attend hearing on Motion to Dismiss | 1.50 | $525 | 787.50 |
| 07/28/2026 | DAS | Attend hearing on ruling on Motion to Dismiss case and follow up regarding same | 0.20 | $525 | 105.00 |
| 07/29/2026 | DAS | Prepare for and participate in final conference call with the Committee | 0.50 | $525 | 262.50 |
| 07/29/2026 | DAS | Telephone call T. Mohan regarding final issues regarding case conversion | 0.20 | $525 | 105.00 |
| 08/03/2026 | CLH | Prepare Fee Application, Notice and Order | 0.50 | $275 | 137.50 |
| 08/03/2026 | DAS | Prepare Fee Application | 0.30 | $525 | 157.50 |
| 08/03/2026 | DAS | Anticipated hearing on fee application | 1.00 | $525 | 525.00 |
| | | **Total Fees for this Matter** | | | 7,130.00 |

| | | | | |
|---|---|---|---|---|
| CLH | Christina L Hauck | 3.40 | $275 | 935.00 |
| DAS | David A Sosne | 11.80 | $525 | 6,195.00 |
| | **Total Professional Services** | **15.20 /hrs** | | **$7,130.00** |

**BILLING SUMMARY**

| | |
|---|---|
| Total Fees | $7,130.00 |
| Total Disbursements | $0.00 |
| **TOTAL CURRENT CHARGES** | **$7,130.00** |
| **TOTAL BALANCE DUE** | **$7,130.00** |