**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | **Chapter 7** |
| | ) | |
| **Broadway Ford Truck Sales, Inc.,** | ) | **Case No. 26-42179** |
| | ) | |
| **Debtor.** | ) | **Hearing: October 28, 2026 at 10am (CST)** |
| | ) | **Courtroom 5 North** |
| | ) | **Honorable Brian C. Walsh** |

# NOTICE OF HEARING

**WARNING: THIS MOTION TO APPROVE COMPROMISE SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU. IF YOU OPPOSE THE MOTION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE. IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY. YOU MUST FILE AND SERVE YOUR RESPONSE BY OCTOBER 21, 2026. YOUR RESPONSE MUST STATE WHY THE MOTION SHOULD NOT BE GRANTED. IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU.**

**IF YOU OPPOSE THE MOTION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING. THE DATE IS SET OUT ABOVE. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE MOTION AT THE HEARING.**

**PLEASE TAKE FURTHER NOTICE that a hearing will be held to consider the Motion to Approve Settlement on October 28, 2026 at 10:00 a.m. (Central Time), or as soon thereafter as the matter may be heard, in Courtroom 5 North of the Honorable Brian C. Walsh, located at Thomas F. Eagleton United States Courthouse, 111 South 10th Street, St. Louis, Missouri 63102.**

**PLEASE TAKE FURTHER NOTICE that if you do not want the Court to grant the relief requested in the Motion, or if you want the Court to consider your views on the Motion, then you or your attorney must file a response by deadline as stated above. If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought and may enter an order granting the relief requested in the Motion.**

**TRUSTEE'S MOTION FOR AUTHORIZATION TO REDIRECT DEBTOR'S MAIL AND TO PAY EXPENSES FOR POST OFFICE BOX**

COMES NOW Tracy A. Brown, Chapter 7 Trustee herein ("Trustee Brown" or "Chapter 7 Trustee"), pursuant to 11 U.S.C. §§ 105(a) and 704(a)(1), and files this Motion for Authorization to Redirect Debtor's Mail and to Pay Expenses for Post Office Box, and in support thereof respectfully states as follows:

1. Tracy A. Brown is the duly appointed, qualified and acting Chapter 7 Trustee herein.
2. The Court has jurisdiction in regard to this matter pursuant to 28 U.S.C. §151, §1334, and Local Rule 9.01(B) of the United States District Court for the Eastern District of Missouri. This is a core proceeding pursuant to 28 U.S.C. §157(b)(2). Venue is proper pursuant to 28 U.S.C. §1409.
3. Debtor filed a Voluntary Petition for Relief under the provisions of Chapter 11 of Title 11 of the United States Code on May 18, 2026.
4. The matter was converted to a case under Chapter 7 on July 30, 2026. ECF No. 160.
5. On or about August 11, 2026, Trustee Brown met with Dennis Phillips, the former owner of the Debtor, to discuss the case and Trustee Brown's expectations with respect to Mr. Phillips providing information regarding the Debtor's business and affairs.
6. At that time, it was decided that the best course of action was that every Wednesday, Mr. Phillips would deliver the Debtor's mail, unopened, to the Chapter 7 Trustee's office located at:

Tracy A. Brown
Chapter 7 Trustee
1034 South Brentwood, Suite 1850
St. Louis, MO 63117

7. Mr. Phillips did not deliver the mail as expected on a weekly basis. He has delivered the mail as he is able, however, the system of weekly delivery is not sustainable.

8. Trustee Brown now believes that she needs to proceed independently with respect to obtaining the Debtor's mail. Upon information and belief, certain mail received by the Debtor contains or will contain checks and other funds that belong to the bankruptcy estate, and Trustee Brown would prefer to avoid any doubt as to the receipt of all mailed estate funds.

9. Pursuant to 11 U.S.C. § 704(a)(1), the Chapter 7 Trustee "shall collect and reduce to money the property of the estate for which such trustee serves, and close such estate as expeditiously as is compatible with the best interests of parties in interest." Mail addressed to the Debtor may contain checks, correspondence, and other items that constitute property of the estate under 11 U.S.C. § 541.

10. Redirection of the Debtor's mail is necessary to ensure compliance with the turnover provisions of the Bankruptcy Code. 11 U.S.C. § 542.

11. Pursuant to 11 U.S.C. § 105(a), the Court may issue any order, process, or judgment that is necessary or appropriate to carry out the provisions of the Bankruptcy Code. Courts have routinely authorized mail redirection as a necessary tool for chapter 7 trustees to fulfill their statutory duties of collecting estate property. *See In re Crabtree,* 37 B.R. 426 (Bank. E.D. Tenn. 1984);

12. In order to ensure the orderly collection of estate property, Chapter 7 Trustee seeks an order (a) directing the United States Postal Service to redirect all mail addressed to the Debtor, Broadway Ford Truck Sales, Inc., to a post office box to be established by Trustee Brown, and (b) authorizing Trustee Brown to pay the expenses associated with opening and

maintaining such post office box as an administrative expense of the estate under 11 U.S.C. § 503(b)(1)(A) for one year.

13. The cost of a post office box is a modest but necessary administrative expense to preserve estate assets. Such expenses are allowable as actual, necessary costs and expenses of preserving the estate pursuant to 11 U.S.C. § 503(b)(1)(A).

14. Trustee Brown does not seek redirection of the personal mail of Mr. Phillips, but is limiting this motion to the redirection of business mail related to Debtor, only, as is permissible. See *In re Toft,* 453 B.R. 186, 199-200 (Bankr. S.D.N.Y. 2011) ("trustee's powers under 11 U.S.C. § 704 include authority to seize and control business-related mail of the debtor, the trustee did not have authority to redirect he mail of an individual debtor…without notice to the debtor and an opportunity to object") (citing *In re Benny,* 29 B.R. 754 (N.D.Cal. 1983).

15. In the alternative, Trustee Brown requests that the Court enter an order directing the principal of Debtor, Mr. Dennis Phillip to complete a mail forwarding form with U.S.P.S. so that the mail of Debtor is sent directly to Trustee Brown.

**WHEREFORE**, Chapter 7 Trustee respectfully requests that this Court enter an Order:

(a) Authorizing and directing the United States Postal Service to redirect all mail addressed to Broadway Ford Truck Sales, Inc. to a post office box designated by the Chapter 7 Trustee;

(b) Authorizing Trustee Brown to open a post office box for the purpose of receiving mail addressed to the Debtor and to pay the costs associated therewith as an administrative expense of the estate pursuant to 11 U.S.C. § 503(b)(1)(A);

(c) In the alternative, entering an order directing the former owner of Debtor, Mr. Dennis Phillips to execute a change of address with the U.S.P.S. in order to ensure that mail is properly forwarded to Trustee Brown.

(d) Granting such other and further relief as this Court deems just and proper.

Respectfully submitted,

**THOMPSON COBURN LLP**

By: ______________________________

Sonette T. Magnus, #68606
One US Bank Plaza
St. Louis, Missouri 63101
Tel: 314-552-6500
Fax: 314-552-7000
smagnus@thompsoncoburn.com

*Attorneys for Chapter 7 Trustee Tracy A. Brown*

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was filed electronically on September 21, 2026, with the United States Bankruptcy Court, and has been served on the parties in interest via e-mail by the Court's CM/ECF System as listed on the Court's Electronic Mail Notice List.

I certify that a true and correct copy of the foregoing document was filed electronically with the United States Bankruptcy Court, and has been served by Regular United States Mail Service, postage fully pre-paid, addressed to those parties listed on September 22, 2026:

Office of the United States Trustee
111 S. 10th Street, Suite 6353
St. Louis, MO 63102

Sonette T. Magnus, #68606