IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| Broadway Ford Truck Sales, Inc., | ) | Case No.: 26-42179 |
| | ) | Chapter 7 |
| Debtor. | ) | |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE ON BEHALF OF CREDITOR BRANDT CONTRACTING, INC.**

**PLEASE TAKE NOTICE** that Brandt Contracting, Inc., (hereinafter "Brandt Contracting") a creditor and party in interest, hereby files its appearance in the above-captioned Chapter 7 case (the "Bankruptcy Case"), and that, pursuant to Rule 9010 of the Federal Rules of Bankruptcy Procedure, Aaron G. Weishaar of Swanson, Martin & Bell, LLP located at the address listed below, hereby enters his appearance in the Bankruptcy Case as counsel for Brandt Contracting.

Pursuant to 11 U.S.C. §§ 342 and 1109(b) and Bankruptcy Rule 2002 of the Federal Rules of Bankruptcy Procedure, Brandt Contracting, Inc. requests that all notices, pleadings, motions, orders, and other documents filed in these proceedings, including any documents filed in connection with any adversary proceeding commenced in connection with the above-captioned case, be delivered and served upon the undersigned representative of Brandt Contracting:

Aaron G. Weishaar
Swanson, Martin & Bell, LLP
One Bank of America Plaza
800 Market Street, Suite 2100
Telephone: 314.242.0916
Fax: 314.242.0990
aweishaar@smbtrials.com

**PLEASE TAKE FURTHER NOTICE** that this request includes not only the notices and papers referred to in the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure specified above, but also includes, without limitation, all orders and notices of any application, motion, petition, pleading, request, complaint, or demand, statement of affairs, operating reports, schedules of assets and liabilities, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex, or otherwise filed or made in the Bankruptcy Case.

Pursuant to Bankruptcy Rule 3015, Brandt Contracting specifically requests that copies of all plans and disclosure statements filed herein by any party be served upon it and its attorney at the address indicated above.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and Request for Notice shall not be deemed or construed to be a waiver of Brandt Contracting's right: (1) to have final orders in non-core matters entered only after *de novo* review by a United States District Court Judge; (2) to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases; (3) to have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) any other rights, claims, actions, setoffs, or recoupments to which Brandt Contracting is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments Brandt Contracting expressly reserves.

Respectfully submitted,

*<u>/s/ Aaron G. Weishaar</u>*

Aaron G. Weishaar, #49313
Swanson, Martin & Bell, LLP
One Bank of America Plaza
800 Market Street, Suite 2100
St. Louis, MO 63109
Telephone: 314.242.0916
Fax: 314.242.0990
E-Mail: aweishaar@smbtrials.com

ATTORNEY FOR BRANDT CONTRACTING

September 22, 2026

**CERTIFICATE OF SERVICE**

I, Aaron G. Weishaar, one of the attorneys for Brandt Contracting, certify that on September 22, 2026, I electronically filed the foregoing *Notice of Appearance and Request for Notice* with the Clerk of the Court using the CM/ECF system. The Notice of Electronic Filing indicates that all necessary parties were served with this document via the Court's CM/ECF system.

*/s/ Aaron G. Weishaar*