**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | **Chapter 7** |
| | ) | |
| **Broadway Ford Truck Sales, Inc.,** | ) | **Case No. 26-42179** |
| | ) | |
| Debtor. | ) | |

**DECLARATION OF BRYAN M. KAEMMERER IN SUPPORT OF TRUSTEE'S APPLICATION FOR AUTHORITY TO EMPLOY SPECIAL COUNSEL NUNC PRO TUNC**

1. I, Bryan M. Kaemmerer, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

2. I am a licensed attorney in good standing admitted to practice law in the State of Missouri. I am the principal of the Law Offices of Bryan M. Kaemmerer, LLC, located at 1251 Strassner, Unit 2110, Brentwood, Missouri 63144. I submit this declaration in support of the Trustee's Application for Authority to Employ Special Counsel Nunc Pro Tunc and for Approval of Compensation Pursuant to 11 U.S.C. § 330(a) (the "Application").

3. On or about May 1, 2026, I was engaged by Broadway Ford Truck Sales, Inc. (the "Debtor") to represent the Debtor in connection with collection matters arising from outstanding accounts receivable and other amounts owed to the Debtor by third parties.

4. On May 18, 2026, the Debtor filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Eastern District of Missouri, Eastern Division, Case No. 26-42179. On July 30, 2026, the case was converted to a case under Chapter 7 of the Bankruptcy Code.

5. Tracy A. Brown was duly appointed as the Chapter 7 Trustee (the "Trustee") in this case.

6. I have represented the Debtor in the following three collection matters:

   (a) **Gateway Bronco, LLC.** I represented the Debtor in a collection action against Gateway Bronco, LLC ("Gateway Bronco"). My work included demand correspondence, review of invoices and interest calculations, settlement negotiations, review and revision of a settlement agreement, and related correspondence with opposing counsel. Through these efforts, a settlement was reached on behalf of the Debtor.

(b) **Cenntro Auto.** I represented the Debtor in a breach of warranty and collection action against Cenntro Auto ("Cenntro"). My work included drafting a damages affidavit, filing a motion for default judgment, appearing in court to obtain a default judgment, drafting and filing a garnishment against a JPMorgan Chase account, and drafting a satisfaction of judgment after payment in full was received.

(c) **Daniel Paulino.** I represented the Debtor in a collection action against Daniel Paulino ("Paulino"). Through these efforts, a default judgment and/or settlement was obtained on behalf of the Debtor. No compensation is sought in connection with this matter at this time.

7. My hourly rate for this engagement is $400.00 per hour, which is my customary rate for similarly situated clients for comparable legal services.

8. I seek the following compensation for services rendered and expenses incurred in connection with the matters described above:

(a) **Gateway Bronco, LLC:** Total of $1,160.00, representing 2.9 hours of attorney time at $400.00 per hour. A true and correct copy of my invoice for this matter is attached to the Application for Compensation, filed simultaneously.

(b) **Cenntro Auto:** Total of $1,016.50, representing 2.4 hours of attorney time at $400.00 per hour ($960.00), plus $10.50 in garnishment costs and $46.00 in sheriff costs ($56.50 in total costs). A true and correct copy of my invoice for this matter is attached to the Application for Compensation, filed simultaneously.

The total compensation and expense reimbursement sought is **$2,176.50**.

9. Of the 2.9 hours billed in connection with the Gateway Bronco matter, 0.8 hours ($320.00) were incurred pre-petition, and the remaining 2.1 hours ($840.00) were incurred post-petition. All time entries and costs in connection with the Cenntro Auto matter were incurred post-petition.

10. I did not receive a retainer from the Debtor or from any other party in connection with this engagement.

11. I do not hold or represent any interest adverse to the Debtor or to the estate in the matters for which my employment is sought. I have no connection with the Debtor, creditors, or other parties in interest or their respective attorneys, except as disclosed herein. I am a "disinterested person" as that term is defined in 11 U.S.C. § 101(14). My engagement is limited to the three collection matters described in this declaration.

12. Should I become aware of any additional connections, or additional facts or relationships that may become relevant during the pendency of this bankruptcy case, I will promptly supplement the foregoing disclosures in accordance with Federal Rule of Bankruptcy Procedure 2014.

13. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this 21st day of September, 2026.

B Ke #52993

Bryan M. Kaemmerer
Law Offices of Bryan M. Kaemmerer, LLC
1251 Strassner, Unit 2110
Brentwood, Missouri 63144
Telephone: (314) 323-9883
Email: bkaemmerer.attorney@gmail.com