**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | In Proceedings Under Chapter 11 |
| | ) | |
| | ) | Case No. 26-42179 |
| Broadway Ford Truck Sales, Inc., | ) | |
| | ) | Honorable Brian C. Walsh |
| Debtor. | ) | |

**NOTICE OF WITHDRAWAL OF OBJECTION**

PLEASE TAKE NOTICE that Creditor St. Louis Bank, by and through counsel, hereby withdraws their objection to Varilease Finance, Inc. and VFI TR SPE I, LLC's Motion for Relief from the Automatic Stay (Doc. No. 188), which was filed on September 2, 2026, in light of the jurisdictional issues implicated by the Motion.

Dated: September 23, 2026

Respectfully submitted,

JENKINS & KLING, P.C.

By: */s/ Katherine I. McLaughlin*

Roger W. Pecha, #41853MO
Katherine I. McLaughlin, #69734MO
150 North Meramec Avenue, Ste. 400
St. Louis, Missouri 63105
Telephone: (314) 721-2525
rpecha@jenkinskling.com
kmclaughlin@jenkinskling.com

*Attorneys for St. Louis Bank*

**CERTIFICATE OF SERVICE**

I certify under penalty of perjury pursuant to 28 U.S.C. § 1746 that a true and correct copy of the foregoing document was filed electronically with the Clerk of the United States Bankruptcy Court via the CM/ECF system on September 23, 2026, and that notice of such filing will be sent electronically by the Court to all registered CM/ECF participants as indicated on the Notice of Electronic Filing.

I further certify that I caused service to be made by United States mail, postage prepaid, on all non-CM/ECF participants listed on the Notice of Electronic Filing by depositing same in a post office official depository under the exclusive custody of the United States Postal Service.

/s/ *Katherine I. McLaughlin*