**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | **Chapter 7** |
| | ) | |
| **Broadway Ford Truck Sales, Inc.,** | ) | **Case No. 26-42179** |
| | ) | |
| **Debtor.** | ) | **Hearing: October 28, 2026 at 10am (CST)** |
| | ) | **Courtroom 5 North** |
| | ) | **Honorable Brian C. Walsh** |

# NOTICE OF HEARING

**WARNING: THIS APPLICATION FOR COMPENSATION SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU. IF YOU OPPOSE THE APPLICATION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE. IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY. YOU MUST FILE AND SERVE YOUR RESPONSE BY OCTOBER 21, 2026. YOUR RESPONSE MUST STATE WHY THE APPLICATION SHOULD NOT BE GRANTED. IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU.**

**IF YOU OPPOSE THE MOTION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING. THE DATE IS SET OUT ABOVE. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE MOTION AT THE HEARING.**

**PLEASE TAKE FURTHER NOTICE that a hearing will be held to consider the Application for Compensation on October 28, 2026 at 10:00 a.m. (Central Time), or as soon thereafter as the matter may be heard, in Courtroom 5 North of the Honorable Brian C. Walsh, located at Thomas F. Eagleton United States Courthouse, 111 South 10th Street, St. Louis, Missouri 63102.**

**PLEASE TAKE FURTHER NOTICE that if you do not want the Court to grant the relief requested in the Application, or if you want the Court to consider your views on the Application, then you or your attorney must file a response by deadline as stated above. If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought and may enter an order granting the relief requested in the Application.**

# TRUSTEE'S APPLICATION FOR APPROVAL OF COMPENSATION PURSUANT TO 11 U.S.C. § 330(a)

COMES NOW, Tracy A. Brown, the duly appointed Chapter 7 Trustee (the "Trustee") for the bankruptcy estate of Broadway Ford Truck Sales, Inc. (the "Debtor"), by and through her undersigned counsel, and hereby files this Application for Approval of Compensation and reimbursement of expenses pursuant to 11 U.S.C. § 330(a), and in support thereof, respectfully states as follows:

## JURISDICTION AND VENUE

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding under 28 U.S.C. § 157(b)(2). Venue is proper in this District under 28 U.S.C. §§ 1408 and 1409.

## BACKGROUND

2. On or about May 18, 2026, the Debtor filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code in this Court.
3. On July 30, 2026, the case was converted to a case under Chapter 7 of the Bankruptcy Code.
4. Tracy A. Brown was duly appointed as the Chapter 7 Trustee.

## PREPETITION EMPLOYMENT AND SERVICES OF SPECIAL COUNSEL

5. Prior to the filing of the Debtor's bankruptcy petition, the Debtor employed Mr. Kaemmerer to perform collection work on behalf of the Debtor in connection with outstanding accounts receivable and other amounts owed to the Debtor by third parties.

6. Mr. Kaemmerer has worked diligently in representing the Debtor, prepetition, in the following three matters:

   a. **Gateway Bronco, LLC.** Mr. Kaemmerer represented the Debtor in a collection action against Gateway Bronco, LLC ("Gateway Bronco"). Through his efforts, Mr. Kaemmerer successfully obtained a default judgment and/or settlement on behalf of the Debtor in this matter.

   b. **Cenntro Auto.** Mr. Kaemmerer represented the Debtor in a collection action against Cenntro Auto ("Cenntro"). Through his efforts, Mr. Kaemmerer successfully obtained a default judgment and/or settlement on behalf of the Debtor in this matter.

   c. **Daniel Paulino.** Mr. Kaemmerer represented the Debtor in a collection action against Daniel Paulino ("Paulino"). Through his efforts, Mr. Kaemmerer successfully obtained a default judgment and/or settlement on behalf of the Debtor in this matter.

7. In performing the foregoing services, Mr. Kaemmerer has spent time and incurred expenses that have directly benefited the Debtor, prepetition, and now seeks to complete such work for the bankruptcy estate by preserving, protecting, and recovering assets for the benefit of creditors.

8. Filed simultaneously herewith is Trustee's Application for Authority to Employ Special Counsel Nunc Pro Tunc to the Petition Date.

## REQUEST FOR APPROVAL OF COMPENSATION

9. Pursuant to 11 U.S.C. § 330(a), the Court may award to a professional person employed under Section 327 of the Bankruptcy Code reasonable compensation for actual, necessary services rendered and reimbursement of actual, necessary expenses.

10. Mr. Kaemmerer seeks the following compensation for services rendered and expenses incurred in connection with the matters described above, from May 1, 2026 to present, for time expended at an hourly rate of $400 per hour:

| **Matter** | **Compensation Requested** |
|---|---|
| Gateway Bronco, LLC | $ 1,160.00[1] |
| Cenntro Auto | $1,016.50[2] |
| TOTAL | $2,176.50 |

11. All compensation sought for the Gateway Bronco matter comprises attorney time. For the Cenntro Auto matter, the sought compensation comprises a $10.50 cost for obtaining the garnishment and a $46.00 sheriff cost. As such, $56.50 sought is for costs, and $960.00 is for attorney time.

| **Matter: Cenntro Auto** | **Compensation Requested** |
|---|---|
| Attorney Time | $ 960.00 |
| Costs | $56.50 |
| TOTAL | $1,016.50 |

12. The Trustee submits that the compensation and expenses sought by Mr. Kaemmerer are reasonable and necessary, and that the services rendered by Mr. Kaemmerer have directly and materially benefited the estate through the recovery of assets which Trustee may herself complete.

[1] 0.8 of Mr. Kaemmerer's time (or $320.00) was incurred pre-petition.
[2] All entries are post-petition

13. The Trustee requests authority to pay Mr. Kaemmerer's approved compensation and expenses in the ordinary course of the administration of the estate as an administrative expense pursuant to 11 U.S.C. § 503(b)(2).

14. Attached hereto as Exhibit 1 is the Declaration of Mr. Kaemmerer, attesting to his disinterestedness pursuant to Bankruptcy Rule 2014(a) and to compensation sought. Mr. Kaemmerer has represented the Debtor before in various collection matters, including the two matter set forth in this application, and he seeks solely to complete that representation for the limited purposes described in this Application and as authorized under section 327(e). The attorney time spent includes services such as (a) confirming and reconciling accounts receivable that may lawfully be sought, (b) sending demands for payment on behalf of Debtor, (c) sending correspondence related to the demand, (d) commencing to prepare settlement documents. This list is not exhaustive. No compensation is sought for the Paulino matter at this time.

## CONCLUSION

WHEREFORE, the Trustee respectfully requests that this Court enter an order:

A. Approving compensation to Mr. Kaemmerer in the amount of $1,160 in connection with the Gateway Bronco, LLC matter, $1,016.50 in connection with the Cenntro Auto matter, and such additional amounts as may be supported by supplemental filings, as an administrative expense of the estate pursuant to 11 U.S.C. §§ 330(a) and 503(b)(2);

B. Authorizing the Trustee to pay such approved compensation and expenses in the ordinary course of the administration of the estate; and

D. Granting such other and further relief as this Court deems just and proper.

Respectfully submitted,

**THOMPSON COBURN LLP**

By: ______________________________________

Sonette T. Magnus, #68606
One US Bank Plaza
St. Louis, Missouri 63101
Tel: 314-552-6500
Fax: 314-552-7000
smagnus@thompsoncoburn.com

*Attorneys for Chapter 7 Trustee Tracy A. Brown*

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was filed electronically on September 23, 2026, with the United States Bankruptcy Court, and has been served on the parties in interest via e-mail by the Court's CM/ECF System as listed on the Court's Electronic Mail Notice List.

I certify that a true and correct copy of the foregoing has been served by Regular United States Mail Service, postage fully pre-paid, addressed to those parties listed on September 23, 2026 as a creditor in this matter as set forth below in the attached matrix:

______________________________________

Sonette T. Magnus, #68606

Label Matrix for local noticing
0865-4
Case 26-42179
Eastern District of Missouri
St. Louis
Tue Sep 22 10:42:32 CDT 2026

Ally Bank c/o AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

American Express Travel Related Services Com
c/o Zwicker & Associates, P.C.
Attorneys/Agents for Creditor
P.O. Box 9043
Andover, MA 01810-0943

Broadway Ford Truck Sales, Inc.
812 E. Taylor
Saint Louis, MO 63147-2819

Central States, Southeast & Southwest Areas
Attn: Brad Berliner and Anthony Napoli
8647 W. Higgins Road, 8th Floor
Chicago, IL 60631-2803

Central States, Southeast and Southwest Area
8647 W Higgins Rd, 8th Floor
8647 West Higgins Road, 8th Floor
Chicago, IL 60631-2803

Ford Motor Company
c/o Stinson LLP
1201 Walnut St
Suite 2900
Kansas City, MO 64106-2178

Ford Motor Credit Company LLC, c/o AIS Portf
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Honda of Frontenac
Attn: Chris Hennekes
885 S. Lindbergh Boulevard
St. Louis, MO 63131-2824

Knapheide Manufacturing Co.
Attn: Tim Fraise
1848 Westphalia Strasse
Quincy, IL 62305-7604

Lowe Automotive Warehouse, Inc.
1000 Camera Avenue
Suite D
ST. LOUIS, MO 63126-1037

Midwest Motors
1400 South Outer Road
Eureka, MO 63025-1915

St. Louis Bank
St. Louis Bank d/b/a Saint Louis Bank
9811 South Forty Drive
Ladue, MO 63124-1103

111 South Tenth Street
Fourth Floor
St. Louis, MO 63102-1125

700Credit
PO BOX 101015
Pasadena, CA 91189-0003

ABBEY GLASS INC
11617 GRAVOIS RD
ST LOUIS, MO 63126-3013

ACF ALARM CO
9021 RIVERVIEW DR
ST LOUIS, MO 63137-2415

ADMIN AMERICA
1720 WINDWARD CONC
ALPHARETTA, GA 30005-2291

ADP PAYROLL
3726 SOLUTIONS CEN
CHICAGO, IL 60677-3007

ADVANCE AUTO PARTS
PO BOX 742063
ATLANTA, GA 30374-2063

AER Technologies, Inc.
PO BOX 8558
PASADENA, CA 91109-8603

AIRGAS USA LLC
PO BOX 734672
DALLAS, TX 75373-4672

AMAROK
PO BOX 60089
CHARLOTTE, NC 28260-0089

AMERICAN RADIATOR
7236 ST CHARLES RO
ST LOUIS, MO 63133-1758

AT&T
PO BOX 5019
Carol Stream, IL 60197-5019

AT&T MOBILITY
PO BOX 6463
CAROL STRE, IL 60197-6463

AUFFENBERG BELLEVILLE
901 S ILLINOIS ST
BELLEVILLE, IL 62220-2145

AUFFENBERG FORD NORTH
115 REGENCY PARK
O'FALLON, IL 62269-1865

AUTHORIZED ELECTRIC AEC LLC
1314 OLD STATE ROAD
BARNHART, MO 63012

AUTOMOTIVE TECHNOLOGY I
544 MAE COURT
FENTON, MO 63026-7439

AUTOMOTIVE TECHNOLOGY INC
544 MAE CT
FENTON, MO 63026-7439

AUTOTRADER
PO BOX 932207
ATLANTA, GA 31193-2207

AWRS Missouri 1 LLC
3020 S. Jackson Drive
Independence, MO 64057-1570

AXIS WORLDWIDE SUPPLY C
2638 Hwy 109 Suite
Wildwood, MO 63040-1182

American Express Company
P.O. Box 650448
Dallas, TX 75265-0448

Americas Saint Louis
721 S. 4th Street
East St Louis, IL 62207

BATTLE MOTORS F/D/B/ CR
PO BOX 780478
PHILADELPH, PA 19178-0478

BLACK BOOK
PO BOX 404040
ATLANTA, GA 30384-4040

BMG Fleet Installations
1082 Cool Springs Industrial Dr.
O'Fallon, MO 63366-2781

BMG Fleet Installations & Signs
1082 Cool Springs Industrial Drive
O'Fallon, MO 63366-2781

BOMMARITO FORD INC /TOY
PO BOX 2208
DECATUR, AL 35609-2208

BRUCE MOORE
1464 NOCHE LANE
FENTON, MO 63026-3657

BUGOUT
P O BOX 740608
CINCINNATI, OH 45274-0608

Bo Beuckman Quality Ford
15675 Manchester Rd.
Ballwin, MO 63011-2274

CARCHEM
398 KING OAK STREE
TRENTON, IL 62293-1600

CARFAX
BARR Credit Services
3444 N Country Club Rd Ste 200
BARR Credit Services
TUCSON, AZ 85716-0815

(p)CARSFORSALE COM INC
ATTN ACCOUNTING
PO BOX 91537
SIOUX FALLS SD 57109-1537

CARTER TRUCKING, INC.
3490 OLD SOUTHMAYD
SHERMAN, TX 75092-4987

CDK GLOBAL
PO BOX 88921
CHICAGO, IL 60695-1921

CENTRAL STATES BUS SALE
1200 SUGAR CREEK S
FENTON, MO 63026-4401

CENTRE STATE INT'L TRUC
1314 W MORTON AVE
JACKSONVILLE, IL 62650-2712

CHART DISTRIBUTION GROU
8801 FROST AVE
ST LOUIS, MO 63134-1001

CLARKE POWER SERVICES I
PO BOX 710157
CINCINNATI, OH 45271-0157

CLEAN SOLUTIONS
16000 JAEGER DRIVE
WRIGHT CITY, MO 63390-5875

CLEAN THE UNIFORM CO ST
PO BOX 840140
KANSAS CIT, MO 64184-0140

CLEMENT FORD
1075 W TERRA LN
OFALLON, MO 63366-2317

COLLISION CENTERS
12990 ST CHARLES R
BRIDGETON, MO 63044-2418

COMMERCIAL VAN INTERIOR
8840 ST CHARLES RO
ST. LOUIS, MO 63114-4340

COMPUFACT RESEARCH INC
1236 JUGERMANN RD
ST PETERS, MO 63376-6962

CONCENTRA MEDICAL CENTE
PO BOX 369
LOMBARD, IL 60148-0369

CORP BILLING LOU FUSZ
DEPT 100 PO BOX 83
BIRMINGHAM, AL 35201-0083

CRAFTSMEN TRAILER LLC
PO BOX 804922
KANSAS CIT, MO 64180-4922

CRAFTSMEN UTILITY TRAIL
PO BOX 804922
KANSAS CIT, MO 64180-4922

CREST INDUSTRIES
PO BOX 772807
CHICAGO, IL 60677-2807

CSTK St. Louis
10983 Granada Lane #210
Kansas City, KS 66211-1401

CUMMINGS SIGNS
PO BOX 980070
LOUISVILLE, KY 40298-0070

CapMax LLC
Missouri Registered Agent LLC
117 South Lexington St., Ste. 100
Harrisonville, MO 64701-2443

Car Biz Done Better
N8082 Woody Lane
Ixonia, WI 53036-9490

Cellco Partnership d/b/a Verizon Wireless
William M Vermette
22001 Loudoun County PKWY
Ashburn, VA 20147-6122

Central States S.E. and S.W. Areas Pension F
8647 W. Higgins Rd.
Chicago, IL 60631-2803

Central States S.E. and S.W. Areas Pension F
PO Box 5109
Des Plaines, IL 60017-5109

Centre State International Trucks Inc
1314 W. Morton
Jacksonville, IL 62650-2712

Christopher Koehnke
411 E Wisconsin Ave, Suite 1000
Milwaukee, WI 53202-4409

City of St. Louis ARFAM
1200 Market Street room 401
St Louis, MO 63103-2807

Clean Solutions & Equipment, LLC
16000 Jaeger Dr
Wright City, MO 63390-5875

Clean Store
1316 S. 7th Street
St Louis, MO 63104-3634

Cookie Advantage
2079 E. Santa Fe
Olathe, KS 66062-1608

Cummins Inc.
PO Box 772639
Detroit, MI 48277-2639

DA-COM
PO BOX 660831
DALLAS, TX 75266-0831

DA-COM DIGITAL OFFICE S
COLUMBUS DR
ST LOUIS, MO 63119

DALY,GREGORY FX
PO BOX 66787
ST LOUIS, MO 63166-6787

DAVE SINCLAIR FORD
7466 S LINDBERGH
ST LOUIS, MO 63125-4898

DEALER SPECIALTIES
1643 S. Breiel Blvd
Middletown, OH 45044-6705

DEFLECTO LLC
7035 East 86th St.
Indianapolis, IN 46250-1547

DIRECTV
PO BOX 5006
Carol Stream, IL 60197-5006

DYNAMIC SURFACE TECHLOGIES
7784 RONDA DR
CANTON TWP, MI 48187-2447

DYNATRON SOFTWARE INC
PO BOX 677160
DALLAS, TX 75267-7160

Dave Sinclair Lincoln
7466 S. Lindbergh
St Louis, MO 63125-4898

Dealeron
7361 Calhoun Place Ste 250
Derwood, MD 20855-2856

Dennis Phillips
3616 Tripoli Blvd
Punta Gorda, FL 33950-7802

District No. 9 International Association of
12365 St. Charles Rock Road
Bridgeton, MO 63044-2503

ED MORSE CHEV GMC
1450 WEST MARKET S
RED BUD, IL 62278-1156

ED MORSE CHRYSLER DODGE
PO BOX 9
REDBUD, IL 62278-0009

ED MORSE FORD
PO BOX 69
RED BUD, IL 62278-0069

EDELE & MERTZ HARDWARE
1822 S BROADWAY
ST. LOUIS, MO 63104-4051

EDELEN COMPANY INC
4170 SHORELINE DR
EARTH CITY, MO 63045-1212

EJ EQUIPMENT INC
6949 N 3000E RD
MANTENO, IL 60950-3022

ELITEBDC
1809 E BROADWAY ST
OVIEDO, FL 32765-8597

EMPLOYER SERVICES COMPA
PO BOX 1251
GRANITE CITY, IL 62040-1251

Enterprise Fleet Management, Inc.
29 Hunter Ave.
St. Louis, MO 63124-2008

Equine Media World
1939 NE Lakeshore Dr
Lee's Summit, MO 64086-5318

Eric Rekemper
3325 Fairway Drive
HIGHLAND, IL 62249-2804

FABICK POWER SYSTEMS IN
PO BOX 735199
CHICAGO, IL 60673-5199

FACTORY MOTOR PARTS COM
PO BOX 9107
MINNEAPOLI, MN 55480-9107

FDOT
605 Suwannee St. MS 57
Tallahassee, FL 32399-0450

FENTON TRUCK CENTER
2280 CASSENS DRIVE
FENTON, MO 63026-2521

FERGUSON ROOFING
1029 HANLEY INDUSTRIAL CT
BRENTWOOD, MO 63144-1907

FILLMORE CARQUEST
6088 ARSENAL STREE
ST LOUIS, MO 63139-2623

FLEET PRIDE TRUCK & TRA
PO BOX 847118
DALLAS, TX 75284-7118

FORD MOTOR COMPANY
DEPT CH 14290
PALATINE, IL 60055-4290

FORD MOTOR CREDIT
PO BOX 650573
DALLAS, TX 75265-0573

FOREST RIVER, INC.
21814 NETWORK PL
CHICAGO, IL 60673-1218

FUELMAN
PO BOX 70887
CHARLOTTE, NC 28272-0887

Filter Service of St. Louis
5035 Highway N
St Charles, MO 63304-7124

Ford Motor Credit
Bankruptcy Department
P.O. Box 35911
Cleveland, OH 44135-0911

Ford Motor Credit Company LLC c/o AIS Portfo
4515 N. Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Four Sevens Company LLC
205 Howell Rd.
Defiance, MO 63341-2909

GATEWAY INDUSTRIAL POWE
PO BOX 843715
KANSAS CIT, MO 64184-3715

GATEWAY PROPANE LLC
PO BOX 306
DUPO, IL 62239-0306

GATEWAY UPFITTERS
2012 SIERRA PKWY
ARNOLD, MO 63010-5108

GFL GREEN FOR LIFE ENVI
18927 HICKORY CREE
MOKENA, IL 60448-8590

GRAINGER
DEPT 809392244
KANSAS CIT, MO 64141-6267

GREY DUCK REMODELING
1041 GRAND AVE 206
ST PAUL, MN 55105-3002

Galmiche & Sons
2280 Chaffee Drive
St Louis, MO 63146-3304

(p)GREATAMERICA FINANCIAL SERVICES CORPORATIO
PO BOX 609
CEDAR RAPIDS IA 52406-0609

GreatAmerica Financial Services Corporation
ATTN: Peggy Upton
625 First St. SE
Cedar Rapids, IA 52401-2032

Gregory F.X. Daly, Collector of Revenue
City Hall
1200 Market Street
Saint Louis, MO 63103-2841

Gulfstream Capital Solutions LLC
1811 Silverside Rd
Wilmington, DE 19810-4345

Gulfstream Capital Solutions LLC
350 Northern Blvd., Ste. 324-1253
Albany, NY 12204-1000

HONDA OF FRONTENAC
885 LINDBERGH BLVD
ST LOUIS, MO 63131-2824

HUBER FARMS INC
533 Peruque Creek Rd
O'Fallon, MO 63366-4901

Hoagey LLC
1809 E.Broadway St., Suite 352
Oniedo FL 32765-8597

Hytech Auto Trim Inc
211 w Kunz St
Columbia, IL 62236-1729

IL SECRETARY OF STATE
115 S. LaSalle St Ste 300
Springfield, IL 62756-0001

IT VOICE
514 EARTH CITY EXP
EARTH CITY, MO 63045-1312

Illinois Department of Revenue
PO Box 19034
Springfield, IL 62794-9034

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

Internet Brands
909 North Pacific Coast Highway
El Segundo, CA 90245-2727

JACK SCHMITT FORD
1820 VANDALIA
COLLINSVILLE, IL 62234-4897

JAN-PRO OF ST LOUIS
233 MILLWELL DRIVE
Maryland Heights, MO 63043-2511

JASPER ENGINES AND TRAN
PO BOX 650
JASPER, IN 47547-0650

JERRY ACKERMAN TOYOTA
2020 HAMPTON AVE
ST LOUIS, MO 63139-2934

JMN LOGISTICS
2050 Creve Coeur Mill RD N.
Maryland Heights, MO 63043-4231

JOHN HENRY FOSTER
PO BOX 419161
CREVE COEU, MO 63141-9161

JOHN HENRY FOSTER CO.
PO BOX 419161
ST. LOUIS, MO 63141-9161

JOHN ROBERT WALLACE
3015 EL CAMINO DEL NORTE
ENCINITAS, CA 92024-6916

Jason Barrbanell
6219 Nottingham Avenue
ST LOUIS, MO 63109-3144

Jeff Houston
928 Moye School Road
OFALLON, IL 62269-6840

Jenkins & Kling, P.C.
150 North Meramec Ave.
Suite 400
Saint Louis, MO 63105-3753

Joe Sind
7360 Stream Valley Ct,
ST LOUIS, MO 63129-5291

K & D MOTORS INC
114 S ILLINOIS
MILLSTADT, IL 62260-1312

K&K JUMP START/S.EAST C
STE 136 PMB 506
MARIETTA, GA 30068

KITMASTERS INC.
825 FIRST STREET N
PERHAM, MN 56573-1856

Ken Linton
736 Troy Road
Collinsville, IL 62234-5142

Knapheide Truck Equipment Co.
10101 Mid Rivers Mall Drive
Saint Peters, MO 63376-3975

Kranz Body Co LLC
300 Russell Blvd
St. Louis, MO 63104-4016

LANDMARK FORD-CLEAR LAK
P O BOX 3665
SPRINGFIELD, IL 62708-3665

LATHROP GPM
PO BOX 7410148
CHICAGO, IL 60674-0148

LEAF Capital Funding, LLC and/or Its Assigns
2005 Market Street, 14th Floor
Philadelphia, PA 19103-7009

LEFTHAND PROMOTIONAL
2400 S JEFFERSON #
ST LOUIS, MO 63104-2306

LIGHTSSIRENS
117 Algana Ct
St Peters, MO 63376-3928

LONG-LEWIS FORD
PO BOX 2222
DECATUR, AL 35609-2222

LOU FUSZ FORD
2 CAPRICE DRIVE
CHESTERFIELD, MO 63005-1309

LOWE AUTOMOTIVE WAREHOU
1000 CAMERA AVE SU
ST LOUIS, MO 63126-1016

Law Offices of Isaac H. Greenfield, PLLC
2 Executive Blvd., Ste. 305
Suffern, NY 10901-8219

Lifesafe Services
5971 Power Ave #108
Jacksonville, FL 32217-2246

MARSHFIELD TRANSPORTATI
PO BOX 745
MARSHFIELD, MO 65706-0745

MC MAHON LINCOLN MERCUR
3295 SOUTH KINGSHI
ST LOUIS, MO 63139

MCCARTHY LEONARD & KAEM
SUITE 300
TOWN & COU, MO 63017-5946

MCKAY NAPA AUTO PARTS
120 S INDUSTRIAL D
LITCHFIELD, IL 62056-3043

METRO ST LOUIS SEWER
PO BOX 437
ST LOUIS, MO 63166-0437

MID AMERICA TRUCK TOPS
501 HOWERTON
EUREKA, MO 63025-1011

MIDWAY FORD TRUCK CENTE
PO BOX 12656
KANSAS CY, MO 64116-0656

MIDWAY FREIGHTLINER INC
PO BOX 34754
KANSAS CIT, MO 64116-1154

MIDWEST MOTORS
1400 SOUTH OUTER R
EUREKA, MO 63025-1915

MITCHELL INTERNATIONAL,
DEPT 6946
LOS ANGELE, CA 90084-6946

MO DEPARTMENT OF REVENU
PO BOX 270
JEFFERSON, MO 65102-0270

MOBILITY WORKS
1115 SW OLDHAM PKW
LEE'S SUMMIT, MO 64081-2477

MORGAN OLSON
88050 EXPEDITE WAY
CHICAGO, IL 60695-0001

MOTOR INFORMATION SYSTE
PO BOX 277697
ATLANTA, GA 30384-7697

(p)METROPOLITAN ST LOUIS SEWER DISTRICT
2350 MARKET STREET
ST LOUIS MO 63103-2555

Missouri Department of Revenue
Attn: Bankruptcy Unit
P.O. Box 475
Jefferson City, MO 65105-0475

Mobile Productivity Inc
PO Box 855072
Minneapolis, MN 55485-5072

Moneywell Group, LLC
323 Sunny Isles Blvd.
North Miami Beach, FL 33160-4232

NAPA AUTO PARTS-RIVERVI
5959 COLLECTIONS C
CHICAGO, IL 60693-0001

NATHAN MCLANE
8850 WEST GRAY RD
HARRISBURG, MO 65256-9302

NCM ASSOCIATES INC
P O BOX 840080
KANSAS CIT, MO 64184-0080

NHC PLACE LAKE ST CHARLES LLC
45 HONEY LOCUST LN
ST CHARLES, MO 63303-5719

NOGGIN DIGITAL MARKETIN
12460 CAPE COD DRI
ST LOUIS, MO 63146-4624

O'REILLY AUTOMOTIVE INC
PO BOX 9464
SPRINGFIELD, MO 65801-9464

(p)OKLAHOMA TURNPIKE AUTHORITY
3500 N MARTIN LUTHER KING AVE
OKLAHOMA CITY OK 73111-4221

ONE-VIEW INC
6270 N SHADELAND A
INDIANAPOLIS, IN 46220-4323

OPTIMUM DEALER SERVICES
13616 MANCHESTER RD
ST. LOUIS, MO 63131-1615

Ocean Funding Corp.
2941 NW 62nd St., Ste. 101
Fort Lauderdale, FL 33309-1762

Office of US Trustee
111 S Tenth St, Ste 6.353
St. Louis, MO 63102-1127

Office of US Trustee
111 South 10th Street, Suite 6353
St. Louis, MO 63102-1125

PARTS MIDWEST, INC
PO BOX 1084
ST CLOUD, MN 56302-1084

PHILLIPS66
PO BOX 6293
Carol Stream, IL 60197-6293

PICKUP OUTFITTERS INC
2848 N LINDBERGH B
ST ANN, MO 63074-3210

PLATINUM TOWING & TRANS
PO BOX 37088
ST LOUIS, MO 63141-1588

PLAZA F-USE 80575
29787 NETWORK PLAC
CHICAGO, IL 60673-1297

PTA CO
6528 PENNSYLVANIA AVE
ST LOUIS, MO 63111-2929

PUNDMANN FORD
PO BOX 936
ST CHARLES, MO 63302-0936

RAMP VISA CARD
28 WEST 23RD STREE
NEW YORK, NY 10010-5204

READING TRUCK EQUIPMENT
PO BOX 21051
NEW YORK, NY 10087-1051

REPUBLIC SERVICES #346
PO BOX 677156
DALLAS, TX 75267-7156

REUNION MARKETING LLC
PO BOX 746906
ATLANTA, GA 30374-6906

RONNOCO BEVERAGE SOLUTI
PO BOX 797029
ST LOUIS, MO 63179-7000

ROYAL PAPERS INC
PO BOX 39922
ST LOUIS, MO 63139-8922

RUSH % INTERSTATE BILLI
PO BOX 2208
DECATUR, AL 35609-2208

RUXER
123 PLACE ROAD
JASPER, IN 47546-3298

SAINT LOUIS BANK
9811 S FORTY DRIVE
LADUE, MO 63124-1103

SCHICKER FORD OF ST LOU
3300 S KINGSHIGHWA
ST. LOUIS, MO 63139-1102

SHERWIN WILLIAMS
1608 S BROADWAY
ST LOUIS, MO 63104-3806

SNAP-ON TOOLS CORP
1464 NOCHE LANE
FENTON, MO 63026-3657

SNOW PRO PARTS, SALES &
4631 LEMAY FERRY R
ST LOUIS, MO 63129-1615

SOLUTIONSMITH LLC
1210 MIRALAGO WAY
COTTLEVILLE, MO 63376-3180

SPEEDTRUCK
1060 W SUNRISE BLVD
FORT LAUDERDALE, FL 33311-7100

SPIRE
DRAWER 2
ST LOUIS, MO 63171-0002

SPORTCHASSISFEATERLITE TRAILERS OF TX
140 FM HIGHWAY 1488
SHENANDOAH, TX 77384

(p)JEFFERSON CAPITAL SYSTEM LLC
MAILROOM
200 14TH AVE E
SARTELL MN 56377-4500

ST LOUIS AUTO DEALER AS
13616 MANCHESTER R
ST.LOUIS, MO 63131-1615

ST LOUIS SPRING & BRAKE
3126 SAMUEL SHEPAR
ST. LOUIS, MO 63103-1209

SUN LIFE
PO BOX 807009
KANSAS CIT, MO 64180-7009

SUNBELT RENTALS INC
P O BOX 409211
ATLANTA, GA 30384-9211

SUNSET FORD-INTERSTATE
P O BOX 2208
DECATUR, AL 35609-2208

SUNTRUP FORD, INC.
2020 KRATKY ROAD
ST. LOUIS, MO 63114-1702

SUNTRUP FORD-KIRKWOOD
10340 MANCHESTER R
KIRKWOOD, MO 63122-1521

SUPERIOR INDUSTRIAL SUP
8525 VULCAN ST
ST. LOUIS, MO 63111-3860

SUPPLIERS CHEMICAL
1324 CLARKSON CLAY
ELLISVILLE, MO 63011-2145

SURE LOCK & KEY
11019 MANCHESTER RD
ST LOUIS, MO 63122-1243

Saint Louis Bank
9811 South Forty Drive
Saint Louis, MO 63124-1103

Steve Bersett
12 Big Country Circle
OFALLON, MO 63368-8080

Sunbelt Rentals
1275 West Mound Street
Columbus, OH 43223-2213

Suppliers Chemical
1324 Clarkson Clayton Center, Suite 226
Ellisville, MO 63011-2145

TAYLOR DIESEL ST PETERS
7902 FM 1960 BYPAS
HUMBLE, TX 77338-4002

THE SHRED TRUCK
50 CRESTWOOD EXECU
ST LOUIS, MO 63126-1945

TRUCK CENTERS INC
2280 FORMOSA ROAD
TROY, IL 62294-3178

Trader Interactive
PO BOX 842032
DALLAS, TX 75284-2032

UNION 618
9040 LACKLAND ROAD
ST LOUIS, MO 63114-5409

UNION 777 - DIST 9
12365 ST CHARLES ROCK ROAD
BRIDGETON, MO 63044-2503

UNITED TRANZ ACTIONS
P O BOX 260520
PEMBROKE P, FL 33026-7520

UTILIMASTER CORP
PO BOX 856787
MINNEAPOLI, MN 55485-6787

UnitedHealthcare Inc.
PO Box 94017
Palatine, IL 60094-4017

VALLEY, TIM
5314 THREE LAKES ESTATES LN
EDWARDSVILLE, IL 62025-4655

VALTEC HYDRAULICS INC
1100 PERSHALL ROAD
ST LOUIS, MO 63137-3538

VEHICLE UPFITTING
10220 W. RENO
OKLAHOMA CITY, OK 73127-7155

VERIZON
PO BOX 16810
NEWARK, NJ 07101-6810

VESTIS FIRST AID AND SA
PO BOX 734514
DALLAS, TX 75373-4514

VINSOLUTIONS
PO BOX 935595
ATLANTA, GA 31193-5595

VINTAGE PARTS INC
PO BOX 88904
MILWAUKEE, WI 53288-8904

VIP
1424 ASHBY ROAD
ST LOUIS, MO 63132-1211

Varilease Finance, Inc.
2800 E COTTONWOOD PKWY, 2ND FL
SALT LAKE CITY, UT 84121-7295

WEBER CHEVROLET
12015 OLIVE BLVD
ST. LOUIS, MO 63141-6776

WEBER FORD
3465 PROGRESS PARK
GRANITE CY, IL 62040-6817

WEDGE TIRE
PO BOX 3944
CHESTERFIELD, MO 63006-3944

WEIR CHEV DO NOT USE
1107 SOUTH MAIN ST
RED BUD, IL 62278-1348

WELLER TRUCK PARTS
1500 GEZON PARKWAY
GRAND RAPIDS, MI 49509-9585

WEST COUNTY AUTO BODY R
1650 N LINDBERGH
ST. LOUIS, MO 63132-1608

WESTERN RESERVE COACH
12347 MARLBORO AVE NE
ALLIANCE, OH 44601-9355

WILSON,TIM
16752 CALLE de MAR
PACIFIC, CA 90272-1959

WORK TRUCK SOLUTIONS
PO BOX 718761
Chicago, IL 60677-8761

WORLDWIDE ENVIRONMENTAL
1100 BEACON STREET
BREA, CA 92821-2936

Water Doctors of St. Louis
PO Box 148
TROY, IL 62294-0148

Wedge Tire Inc
2011 N Broadway
2011 N Broadway
St. Louis, MO 63102-1303

ZONAR
821 2nd AVE STE 11
SEATTLE, WA 98104-1578

Nathan R Wallace
Carmody MacDonald PC
120 S Central Ave
Ste 1800
St Louis, MO 63105-1726

Thomas H Riske
Carmody MacDonald P.C.
120 South Central Ave., Ste. 1800
St. Louis, MO 63105-1726

Tracy A. Brown
Tracy A. Brown Chapter 7 Trustee
1034 South Brentwood Blvd
Suite 1850
St Louis, MO 63117-1284

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

CARSFORSALE.COM
PO BOX 91537
SIOUX FALL, SD 57109

GreatAmerica Financial Services
P.O. Box 660831
Dallas, TX 75266- 083

Metropolitan St Louis Sewer District
Attn: Bankruptcy
2350 Market St
St. Louis MO 63103

OKLAHOMA TURNPIKE AUTHORITY
3500 NORTH MARTIN LUTHER KING AVENUE
OKLAHOMA CITY, OK 73111-4221

(d)OTA-PLATEPAY
3500 North Martin Luther King Avenue
OKLAHOMA CITY, OK 73111-4221

SPRINT
PO BOX 4181
Carol Stream, IL 60197-4181

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Brandt Contracting, Inc.

(u)Ford Motor Credit Company LLC

(u)VFI TR SPE I, LLC

(u)Varilease Finance, Inc

(d)Ally Bank c/o AIS Portfolio Services, LLC
4515 N. Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

(d)American Express Travel Related Services C
c/o Zwicker and Associates, P.C.
Attorneys/Agents for Creditor
P.O. Box 9043
Andover, MA 01810-0943

(d)BRUCE MOORE
1464 NOCHE LANE
FENTON, MO 63026-3657

(d)Ford Motor Credit Company, LLC
P.O. Box 650573
Dallas, TX 75265-0573

(u)Dennis N Phillips

| | |
|---|---|
| End of Label Matrix | |
| Mailable recipients | 268 |
| Bypassed recipients | 9 |
| Total | 277 |

Aaron G. Weishaar
Swanson, Martin & Bell, LLP
One Bank of America Plaza
800 Market Street, Suite 2100
Telephone: 314.242.0916
Fax: 314.242.0990
aweishaar@smbtrials.com