**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 26-42179-357 |
| | ) | Chapter 7 |
| | ) | |
| **BROADWAY FORD TRUCK SALES, INC.**, | ) | Hearing Date: September 23, 2026 |
| | ) | Hearing Time: 10:00 a.m. |
| Debtor. | ) | |
| | ) | Related to Doc. 183 |

**ORDER GRANTING AMENDED MOTION FOR RELIEF FROM STAY**

The matter before the Court is the Amended Motion for Relief from Stay (the "Amended Motion"), filed by St. Louis Bank (the "Bank") on August 25, 2026. The Bank sought relief from the automatic stay pursuant to 11 U.S.C. § 362(d)(1) to permit it to enforce its rights under certain loan documents and applicable state law with respect to the following property: 812–860 East Taylor Avenue, St. Louis, Missouri 63147 (the "Taylor Property"), with the following legal description:

> **A parcel of land in Biddle's Estate Subdivision, and in City Block 4398 of the City of St. Louis, Missouri, consisting of all of Lot 2 and part of Lots 1, 3 and 4 of said subdivision, and more particularly described as: Commencing at the Southeast corner of Lot 2, which is the intersection of the Northwestern line of Carrie Avenue, 30 feet wide, and the Southwestern line of North Broadway, 108 feet wide; thence Southwesterly along the Northwest line of Carrie Avenue, 411.96 feet to a point; thence in a straight line, in a Westerly direction, to a point (the said point being exactly 221 feet Southeast of the Southeastern line of East Taylor Avenue, as measured along a line at right angles to said East Taylor Avenue and exactly 280 feet Northeast of the West corner of Lot No. 4, as measured along said Southeastern line of East Taylor Avenue); thence generally Westerly along a straight line to a point on the Southwestern line of said Lot 4 (said point being determined by the prolongation of the aforesaid straight line Westwardly to its intersection with the centerline of an unimproved former street, paralleling the aforesaid Southwestern line of Lot 4, and which intersection with said centerline is exactly 122 feet Southeast of the aforesaid Southeastern line of East Taylor Avenue, as measured along said centerline); thence Northwest along said Southwestern line of Lot 4 to its intersection with the Southeastern line of East Taylor Avenue; thence**

**Northeastwardly along said Southeastern line of East Taylor Avenue, 986.00 feet, more or less, to a point; thence leaving said Taylor Avenue in a Southeasterly direction a distance of 178.28 feet to a point; thence Northeastwardly on a line parallel to the Southeast line of Taylor Avenue, a distance of 114.11 feet to the Southwest line of North Broadway; thence Southwardly along North Broadway, 364.83 feet, more or less, to the point of beginning.**

The Amended Motion came before the Court for hearing on September 23, 2026. Katherine I. McLaughlin, counsel for the Bank, Sonette Magnus, counsel for the Trustee, and Erin M. Edelman, counsel for Varilease Finance, Inc. and VFI TR SPE I, LLC, appeared at the hearing. No other parties appeared. The parties advised the Court that the Bank, the Debtor, creditors Varilease Finance, Inc. and VFI TR SPE I, LLC, and Tracy Brown, the duly appointed Chapter 7 Trustee in this case, have reviewed the Amended Motion, reached an agreement resolving the Amended Motion, and consented to the relief granted by this Order.

For the reasons stated on the record at the hearing, and upon careful review of the record in this case, IT IS HEREBY ORDERED THAT:

1. The Amended Motion (Doc. 183) is **GRANTED** as set forth herein.

2. The automatic stay imposed by 11 U.S.C. § 362(a) is modified and terminated with respect to the Bank, the Taylor Property, and the loan documents described herein to permit the Bank to exercise any and all rights and remedies available to it regarding the Taylor Property; the 2021 Note;[1] the 2025 Note; the Philips Note; the Taylor DOT; the respective Assignments of Rents detailed in the Amended Motion; and applicable state law, including without limitation:

[1] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Amended Motion.

i. Commencing or continuing foreclosure proceedings with respect to the Taylor DOT or otherwise for the Taylor Property, whether by exercise of the power of sale or by judicial foreclosure, in accordance with applicable Missouri law;

ii. Collecting rents and enforcing the Assignments of Rents with respect to the Taylor Property, including directing tenants to make rental payments directly to the Bank;

iii. Taking possession of and managing the Taylor Property; and

iv. Taking any and all other actions permitted under the applicable loan documents and Missouri law to enforce and realize upon the Bank's security interests in the Taylor Property.

3. This Order shall not be stayed for fourteen (14) days pursuant to Federal Rule of Bankruptcy Procedure 4001(a)(4), and this Order shall be immediately effective and enforceable upon entry.

4. This Order shall survive any subsequent conversion of this case to another chapter of the Bankruptcy Code and shall remain in full force and effect notwithstanding any such conversion.

5. The Bank is authorized to communicate directly with the Debtor, any co-borrowers, guarantors, and third parties, including without limitation, tenants of the Taylor Property, as necessary to enforce its rights under this Order and applicable law.

6. Nothing in this Order shall be construed to limit the Bank's rights to seek allowance or recovery of its reasonable attorneys' fees, costs, and expenses as provided in the loan documents, the Bankruptcy Code, and applicable law, and all such rights are expressly reserved.

7. Nothing in this Order shall be construed as a waiver by the Bank, the Debtor, the Chapter 7 Trustee, or any other party of any claim, right, or defense not expressly addressed herein.

8. The Court shall retain jurisdiction to enforce the terms of this Order.

Dated: September 24, 2026
St. Louis, Missouri
cjs

Brian C. Walsh
United States Bankruptcy Judge

Order Prepared by:

Katherine I. McLaughlin, #69734MO
JENKINS & KLING, P.C.
150 North Meramec Avenue, Ste. 400
St. Louis, Missouri 63105
Attorney for St. Louis Bank

Copies to:

**Broadway Ford Truck Sales, Inc.**
812 E. Taylor
Saint Louis, MO 63147

**Thomas H Riske**
**Nathan R. Wallace**
Carmody MacDonald P.C.
120 South Central Ave., Ste. 1800
St. Louis, MO 63105

**Tracy A. Brown**
Tracy A. Brown Chapter 7 Trustee
1034 South Brentwood Blvd Suite 1850
St Louis, MO 63117

**Office of US Trustee**
111 S Tenth St, Ste 6.353
St. Louis, MO 63102

**Joseph Richard Schlotzhauer**
United States Trustee Program
111 South 10th Street Suite 6.353
St. Louis, MO 63102

**Sonette T. Magnus**
Thompson Coburn, LLP
One US Bank Plaza St. Louis, MO 63101

**Erin Edelman**
Armstrong Teasdale LLP
7700 Forsyth Boulevard, Suite 1800
St. Louis, MO 63105

**Christopher Schreiber**
Michael Best & Friedrich LLP
790 N Water Street, Suite 2500
Milwaukee, WI 53202