**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**

| | | |
|---|---|---|
| **In re:** | ) | Case No. 26-42179-357 |
| | ) | Chapter 7 |
| **BROADWAY FORD TRUCK SALES, INC.** | ) | |
| | ) | Hearing Date: September 23, 2026 |
| | ) | Hearing Time: 10:00 a.m. |
| Debtor. | ) | |
| | ) | Related to Doc. 177 |

**CONSENT ORDER GRANTING MOTION OF VARILEASE FINANCE, INC. AND VFI TR SPE I, LLC FOR RELIEF FROM THE AUTOMATIC STAY**

This matter is before the Court on the motion of Varilease Finance, Inc. and VFI TR SPE I, LLC, as assignee of Varilease Finance, Inc. (together, "**Varilease**"). for relief from the automatic stay (the "**Motion**"), which came before the Court for an initial hearing on September 9, 2023, and for an adjourned hearing on September 23, 2026.

St. Louis Bank (the "**Bank**") filed a limited objection to the Motion on September 2, 2026 (Doc. 188) which was withdrawn by its counsel on September 23, 2026 (Doc. 198).

For the reasons stated on the record at the hearing, and upon careful review of the record in this case, IT IS HEREBY ORDERED THAT:

A. The Motion (Doc. 177) is **GRANTED** as set forth herein.

B. For the reasons set forth in the Motion and substantiated by the Declaration of Jessica Wilde in support of the Motion, sufficient cause exists to grant relief from the automatic stay pursuant to 11 U.S.C. § 362(d)(1), and relief is also warranted under § 362(d)(2) because the Debtor has no equity in the Varilease Equipment and it is not necessary for the Debtor's reorganization.

C. Therefore, the automatic stay imposed by 11 U.S.C. § 362(a) is modified and terminated with respect to the Varilease Equipment and the Lease, as both are defined in the Motion.

D. Varilease has the present right to exercise any and all rights and remedies available to it as to the Varilease Equipment under the Lease and applicable state law.

E. As of the date of the Motion, the Stipulated Loss Value under the Lease, which represents the amount owed to Varilease in the event of default, was $3,423,008.28, which does not include Varilease's attorneys' fees and costs to date. With respect to the amounts owed to Varilease, nothing in this Order shall be construed to limit (a) Varilease's rights or remedies as to Dennis Phillips and Deneen Phillips, the guarantors of the Lease, or (b) to seek payment of the amounts owed to it by filing a proof of claim in this case, with all such rights expressly reserved to Varilease.

F. The Bank and the Chapter 7 Trustee (through counsel) consent to the entry of this Order.

G. The fourteen-day stay of this Order imposed by Federal Rule of Bankruptcy Procedure 4001(a)(4) is hereby waived, and this Order shall be immediately effective and enforceable upon entry.

H. The Court shall retain jurisdiction to enforce the terms of this Order.

**IT IS SO ORDERED**.

Dated: September 30, 2026
St. Louis, Missouri
cjs

Brian C Walsh

Brian C. Walsh
United States Bankruptcy Judge

**CONSENTED TO AND AGREED BY:**

/s/ *Christopher J. Schreiber*
Christopher J. Schreiber, Esq. (admitted pro hac vice)
Michael Best & Friedrich LLP
790 N. Water Street, Suite 2500
Milwaukee, WI 53202
cjschreiber@michaelbest.com

*Counsel to Varilease Finance, Inc. and VFI TR SPE I, LLC*

/s/ *Sonette T. Magnus*
Sonette T. Magnus
Thompson Coburn, LLP
One US Bank Plaza St. Louis, MO 63101
smagnus@thompsoncoburn.com

*Counsel to the Chapter 7 Trustee*

/s/ *Katherine I. McLaughlin*
Katherine I. McLaughlin
JENKINS & KLING, P.C.
150 N. Meramec Avenue
Suite 400
St. Louis, Missouri 63105
kmclaughlin@jenkinskling.com

*Counsel to St. Louis Bank*

Order Prepared by:

Christopher J. Schreiber, Esq. (admitted *pro hac vice*)
Michael Best & Friedrich LLP
790 N. Water Street, Suite 2500
Milwaukee, WI 53202

*Attorneys for Varilease Finance, Inc. and VFI TR SPE I, LLC*

Copies to:

**Tracy A. Brown**
Tracy A. Brown Chapter 7 Trustee
1034 South Brentwood Blvd Suite 1850
St Louis, MO 63117

**Sonette T. Magnus**
Thompson Coburn, LLP
One US Bank Plaza St. Louis, MO 63101

**Katherine I. McLaughlin**
JENKINS & KLING, P.C.
150 N. Meramec Avenue, Suite 400
St. Louis, Missouri 63105

**Thomas H Riske**
**Nathan R. Wallace**
Carmody MacDonald P.C.
120 South Central Ave., Ste. 1800
St. Louis, MO 63105

**Office of US Trustee**
111 S Tenth St, Ste 6.353
St. Louis, MO 63102

**Christopher J. Schreiber**
Michael Best & Friedrich LLP
790 N Water Street, Suite 2500
Milwaukee, WI 53202

**Erin M. Edelman**
Armstrong Teasdale LLP
7700 Forsyth Blvd, Suite 1800
St. Louis, MO 63105