# UNITED STATES BANKRUPTCY COURT

Eastern District of Missouri
Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street, Fourth Floor
St. Louis, MO 63102

---

## NOTICE OF FILING OF CLAIM FOR CLAIM NO. 51

Case No.: 26−42179
Chapter:7

IN RE (NAME OF DEBTOR)
Broadway Ford Truck Sales, Inc. SSN:

NAME/ADDRESS OF CREDITOR
Ken Linton
736 Troy Road
Collinsville, IL 62234
62234

ADDRESS OF DEBTOR
812 E. Taylor
Saint Louis, MO 63147

NAME/ADDRESS OF ATTORNEY FOR DEBTOR
Thomas H Riske
120 South Central Ave., Ste. 1800
St. Louis, MO 63105

NAME/ADDRESS OF TRUSTEE
Tracy A. Brown
1034 South Brentwood Blvd
Suite 1850
St Louis, MO 63117

Comes now the Trustee or Debtor(s) through his/her Attorney and files a proof of claim.

Notice is hereby given in accordance with the provisions of Bankruptcy Rule 3004 that a proof of claim in your name was FILED ON **10/01/2026** by the Debtor or Trustee in the above referenced case pursuant to Section 501(c) of Title 11, United States Code, setting forth the following to be owed to you by the Debtors

**Claim TOTAL $ 171150.00**

You are further notified that you may file a proof of claim pursuant to Bankruptcy Rule 3002 or Bankruptcy Rule 3003 within the time prescribed therein, which proof when filed shall supersede the proof of claim filed by the Debtor or Trustee.

This proof of claim is not intended to supersede any claim previously filed by this creditor and shall be void and of no effect if the creditor has previously filed a proof of claim.

For the Court:

Dana C. McWay
Clerk of the Bankruptcy Court

10/01/2026
Date