**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br><br>BROADWAY FORD TRUCK SALES, INC.,<br><br>Debtor. | Case No. 26-42179<br>Chapter 7 |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICE**

**PLEASE TAKE NOTICE** that, pursuant to Rules 2002, 3017, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure, Miranda Swift hereby appears on behalf of the Ford Motor Company ("Creditor") in the above-referenced chapter 7 case and requests copies of all notices, pleadings, orders, and other documents brought before this Court with respect to the above-captioned proceeding, whether formal or informal, be served on Creditor by and through its counsel as follows:

Miranda Swift
**STINSON LLP**
140 Broadway, Suite 2330
New York, NY 10005
Telephone: (646) 825-6245
Email: miranda.swift@stinson.com

**PLEASE TAKE FURTHER NOTICE** that this request includes, without limitation (i) all notices and papers referred to in Bankruptcy Rules 2002, 3017, 9007, 9010, and 1109(b); (ii) all notices of hearings and entry of orders; (iii) every order signed in this case; and (iv) every pleading or report filed in this case, including, without limitation, schedules, statements of affairs, operating reports, motions, applications, complaints, demands, requests, petitions, plans of reorganization, disclosure statements, answering or reply papers, and memorandum briefs in support of any of the foregoing.

Dated: October 5, 2026

Respectfully submitted,

**STINSON LLP**

By: */s/ Miranda Swift*
Miranda Swift (MO 75782)
140 Broadway, Suite 2330
New York, NY 10005
Telephone: (646) 825-6245
Email: miranda.swift@stinson.com

*Counsel to Ford Motor Company*



CORE/3547885.0290/251513778.1

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on October 5, 2026, the foregoing document was electronically filed with the Court using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system.

*/s/ Miranda Swift*
Counsel for Ford Motor Company