**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br><br>BROADWAY FORD TRUCK SALES, INC.,<br><br>Debtor. | Chapter 11<br><br>Case No. 26-42179 |

## NOTICE OF WITHDRAWAL OF COUNSEL

**COMES NOW** Edward Jeong, and pursuant to L.R. 2091(A)(1), gives notice of withdrawal of counsel for Ford Motor Company ("Client"). I affirmatively state as follows:

1. I do not represent the Debtor(s), a Trustee or any official committees.
2. The Client does not have any matters pending that are associated with this case.
3. The Client gives informed consent to withdrawal of counsel.
4. No attorney is being substituted as the Client remains represented by Donald H. Cram, admitted *pro hac vice*. *See Order on Motion for Admission Pro Hac Vice* (Docket No. 26).

Dated: October 5, 2026

Respectfully submitted,

**STINSON LLP**

By: */s/ Edward Jeong*
Edward Jeong (77292MO)
1201 Walnut, St. 2900
Kansas City, MO 64106
Telephone: (816) 842-8600
Facsimile: (816) 691-3495
Email: edward.jeong@stinson.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on October 5, 2026, the foregoing document was electronically filed with the Court using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system.

*/s/ Edward Jeong*
Edward Jeong (77292MO)
1201 Walnut, St. 2900
Kansas City, MO 64106
Telephone: (816) 842-8600
Facsimile: (816) 691-3495
Email: edward.jeong@stinson.com