**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | **Chapter 7** |
| | ) | |
| **Broadway Ford Truck Sales, Inc.,** | ) | **Case No. 26-42179** |
| | ) | |
| **Debtor.** | ) | **Hearing: October 28, 2026 at 10am (CST)** |
| | ) | **Courtroom 5 North** |
| | ) | **Honorable Brian C. Walsh** |

**NOTICE OF HEARING**

**PLEASE TAKE NOTICE** that a **final hearing** on the below listed motion **(the "Motions")** is scheduled for October 28, 2026 at 10:00 a.m. (Central Time) in Courtroom 5-North at the United States Bankruptcy Court for the Eastern District of Missouri, Thomas F. Eagleton United States Courthouse, 111 South Tenth Street, St. Louis, Missouri:

**1. Debtor's Motion to Use Cash Collateral [Docket No. 3]**

**PLEASE TAKE NOTICE** that all objections to the motion were due to be filed with the Court and served prior to this Notice, specifically, were due to be field with the Court and served by e-mail no later than June 1, 2026 upon Counsel for the Debtor: Thomas Riske, Carmody MacDonald, P.C., 120 South Central Ave., Suite 1800, St. Louis, MO 63105 (e-mail: thr@carmodymacdonald.com); Joseph Schlotzhauer, Office of the U.S. Trustee, 111 S Tenth St, Ste 6.353 St. Louis, MO 63102 (email joseph.schlotzhauer@usdoj.gov ); Counsel to Ford Credit: Angela Z. Miller, Phillips Lytle, LLP, One Canalside, 121 Main Street, Buffalo, NY 14203 (email: AMiller@phillipslytle.com) and Eric C. Peterson, Spencer Fane LLP, 1 N. Brentwood Boulevard, Suite 1200, Saint Louis, MO 63105 (email: epeterson@spencerfane.com).

**PLEASE TAKE FURTHER NOTICE** that your rights may be affected. You should read the Motions carefully and discuss them with your attorney, if you have one in this chapter 7 case. (If you do not have an attorney, you may wish to consult one).

**PLEASE TAKE FURTHER NOTICE** that if you do not want the Court to grant the relief requested in the Motions, or if you want the Court to consider your views on the Motions, then you or your attorney must attend the Hearing. If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter orders granting the relief requested in the Motions.

**Dated: October 16, 2026**

Respectfully submitted,

**THOMPSON COBURN LLP**



By: ________________________________________

Sonette T. Magnus, #68606
One US Bank Plaza
St. Louis, Missouri 63101
Tel: 314-552-6500
Fax: 314-552-7000
smagnus@thompsoncoburn.com

*Attorneys for Chapter 7 Trustee Tracy A. Brown*

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was filed electronically on October 16, 2026, with the United States Bankruptcy Court, and has been served on the parties in interest via e-mail by the Court's CM/ECF System as listed on the Court's Electronic Mail Notice List.



Sonette T. Magnus, #68606