**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **BROADWAY FORD TRUCK SALES INC.,** | § | **CASE NO. 26-42179** |
| | § | |
| | § | |
| **Debtor.** | § | |

**NOTICE OF SUBSTITUTION OF COUNSEL**

COME NOW Larry E. Parres and John J. Hall by and through Lewis Rice LLC and hereby withdraw as counsel for Creditor Dennis Phillips ("Phillips") in the above-captioned matter.

FURTHER, Larry E. Parres by and through the law firm of Parres Law LLC and hereby enters his appearance as counsel for Creditor Phillips in the above-captioned matter.

Respectfully Submitted,

**LEWIS RICE, LLC**

By: /s/ *John J. Hall*
John J. Hall, #41419
600 Washington Ave., Suite 2500
St. Louis, MO 63101
Telephone: (314) 444-7600
Fax: (314) 612-1308
Email: jhall@lewisrice.com

-and-

**PARRES LAW LLC**

By: /s/ *Larry E. Parres*
Larry E. Parres, #35597
2240 S. Brentwood Blvd.
St. Louis, MO 63144
Telephone: (314) 228-9191
Email: LParres@parreslaw.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 19th day of October 2026, a copy of the above and foregoing was electrically filed with the United States Bankruptcy Court, Eastern District of Missouri, pursuant to the Case Management/Electronic Case Filing system of the Court, and electronic notice of such filing was served by the Office of the Clerk upon parties in interest registered in such Case Management/Electronic Case Filing system with respect to this case.

/s/ John J. Hall