**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **In re:** | ) | **Case No. 26-42179-357** |
| | ) | **Chapter 7** |
| | ) | |
| **BROADWAY FORD TRUCK SALES, INC.,** | ) | **Hearing Date: October 28, 2026** |
| | ) | **Hearing Time: 10:00 a.m.** |
| **Debtor.** | ) | |
| | ) | **Related to Doc. 190** |

**ORDER GRANTING FIRST AND FINAL FEE APPLICATION OF FOLEY & LARDNER LLP FOR COMPENSATION OF PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES INCURRED AS COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE FINAL PERIOD FROM JUNE 9, 2026, THROUGH JULY 30, 2026**

---

The matter before the Court is the *First and Final Fee Application of Foley & Lardner LLP for Compensation of Professional Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred as Counsel for the Official Committee of Unsecured Creditors for the Final Period of June 9, 2026, Through July 30, 2026* (the "Application")[1] filed by Foley & Lardner LLP ("Foley"). No responses having been filed, and upon careful review of the record in this case, IT IS HEREBY ORDERED THAT:

1. The Application (Doc. 190) is **GRANTED BY DEFAULT**.

2. Compensation of fees to Foley for professional services rendered during the Final Fee Period is allowed in the amount of $93,056.91 on a final basis.

3. Reimbursement to Foley for expenses incurred during the Final Fee Period is allowed in the amount of $300.00 on a final basis.

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Application.

4. The compensation and reimbursement of expenses allowed pursuant to this Order and all other previous allowances of compensation and reimbursement of expenses are approved on a final basis.

5. The fees in the amount of $93,056.91 and reimbursement of expenses in the amount of $300.00 incurred by Foley for legal services to the Committee are approved as Chapter 11 administrative expenses entitled to priority under Section 503 of the Bankruptcy Code.

6. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

7. This Court shall retain jurisdiction with respect to all matters arising from or relating to the interpretation or implementation of this Order.

Dated: October 29, 2026
St. Louis, Missouri
cjs

Brian C Walsh

Brian C. Walsh
United States Bankruptcy Judge

Order Prepared by:

**SUMMERS COMPTON WELLS LLC**

David A. Sosne (28365 MO)
903 South Lindbergh Blvd., Suite 200
St. Louis, MO 63131
Telephone: (314) 991-4999
Email: dsosne@scw.law

-and-

**FOLEY & LARDNER LLP**

Geoffrey S. Goodman (admitted *pro hac vice*)
321 North Clark Street, Suite 3000
Chicago, IL 60654
Telephone: (312) 832-4514
Email: ggoodman@foley.com

-and-

Tim Mohan (admitted *pro hac vice*)
1144 15th Street, Suite 2200
Denver, CO 80202
Telephone: (720) 437-2014
Email: tmohan@foley.com

*Counsel for the Official Committee of Unsecured Creditors*

Copies to:

**David A. Sosne**
903 South Lindbergh Blvd., Suite 200
St. Louis, MO 63131

**Geoffrey S. Goodman**
321 North Clark Street, Suite 3000
Chicago, IL 60654

**Tim Mohan**
1144 15th Street, Suite 2200
Denver, CO 80202

**Broadway Ford Truck Sales, Inc.**
812 E. Taylor
Saint Louis, MO 63147

**Thomas H Riske**
**Nathan R Wallace**
Carmody MacDonald P.C.
120 South Central Ave., Ste. 1800
St. Louis, MO 63105

**Tracy A. Brown**
Tracy A. Brown Chapter 7 Trustee
1034 South Brentwood Blvd, Suite 1850
St Louis, MO 63117

**Sonette T. Magnus**
Thompson Coburn LLP
One US Bank Plaza
St. Louis, MO 63101

**Joseph Richard Schlotzhauer**
United States Trustee Program
111 South 10th Street
Suite 6.353
St. Louis, MO 63102