**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 26-42179-357 |
| | ) | Chapter 7 |
| **BROADWAY FORD TRUCK SALES, INC.**, | ) | Hearing Held: October 28, 2026 |
| | ) | Hearing Time: 10:00 a.m. |
| Debtor. | ) | Related to Doc. 194 |

## ORDER GRANTING MOTION FOR APPROVAL OF COMPROMISE AND SETTLEMENT

The matter before the Court is the Motion for Approval of Compromise and Settlement and Memorandum in Support (the "Motion") filed by Tracy A. Brown, the duly appointed Chapter 7 Trustee (the "Trustee") for the bankruptcy estate of Broadway Ford Truck Sales, Inc. (the "Debtor"), pursuant to Federal Rule of Bankruptcy Procedure 9019 and 11 U.S.C. § 105(a), seeking approval of the Settlement and Release Agreement (the "Settlement Agreement") between the Trustee and Blue Water Innovations, LLC d/b/a Gateway Broncos, LLC ("Gateway"). No responses having been filed, and upon careful review of the record in this case, IT IS HEREBY ORDERED THAT:

1. The Motion (Doc. 194) is **GRANTED BY DEFAULT**.

2. The Settlement Agreement between the Trustee and Gateway, a copy of which is attached to the Motion as Exhibit 1, is APPROVED pursuant to Federal Rule of Bankruptcy Procedure 9019.

3. The Trustee is authorized to execute any and all documents and to take such other actions as may be necessary to effectuate the terms of the Settlement Agreement.

Dated: November 3, 2026
St. Louis, Missouri
cjs

Brian C. Walsh
Brian C. Walsh
United States Bankruptcy Judge

Order Prepared by:

Sonette T. Magnus, #68606
THOMPSON COBURN LLP
One US Bank Plaza
St. Louis, Missouri 63101
Tel: 314-552-6500
Fax: 314-552-7000
smagnus@thompsoncoburn.com
Attorneys for Chapter 7 Trustee Tracy A. Brown

Copies to:

**Broadway Ford Truck Sales, Inc.**
812 E. Taylor
Saint Louis, MO 63147

**Thomas H Riske**
**Nathan R Wallace**
Carmody MacDonald P.C.
120 South Central Ave., Ste. 1800
St. Louis, MO 63105

**Tracy A. Brown**
Tracy A. Brown Chapter 7 Trustee
1034 South Brentwood Blvd
Suite 1850
St Louis, MO 63117

**Sonette T. Magnus**
Thompson Coburn LLP
One US Bank Plaza
St. Louis, MO 63101

**Office of US Trustee**
111 S Tenth St, Ste 6.353
St. Louis, MO 63102

**Joseph Richard Schlotzhauer**
United States Trustee Program
111 South 10th Street
Suite 6.353
St. Louis, MO 63102