**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 26-42179-357 |
| | ) | Chapter 7 |
| | ) | |
| **BROADWAY FORD TRUCK SALES, INC.**, | ) | Hearing Held: October 28, 2026 |
| | ) | Hearing Time: 10:00 a.m. |
| Debtor. | ) | |
| | ) | Related to Doc. 195 |

**ORDER GRANTING MOTION FOR AUTHORIZATION TO REDIRECT DEBTOR'S MAIL AND TO PAY EXPENSES FOR POST OFFICE BOX**

The matter before the Court is the Motion for Authorization to Redirect Debtor's Mail and to Pay Expenses for Post Office Box (the "Motion") filed by Tracy A. Brown, the duly appointed Chapter 7 Trustee (the "Trustee") for the bankruptcy estate of Broadway Ford Truck Sales, Inc. (the "Debtor"), pursuant to 11 U.S.C. §§ 105(a) and 704(a)(1). No responses having been filed, and upon careful review of the record in this case, IT IS HEREBY ORDERED THAT:

1. The Motion (Doc. 195) is **GRANTED BY DEFAULT**.

2. The United States Postal Service is authorized and directed to redirect all mail addressed to Broadway Ford Truck Sales, Inc. to a post office box designated by the Trustee.

3. This Order applies only to the business mail of the Debtor and does not authorize redirection of the personal mail of Dennis Phillips or any other individual.

4. The Trustee is authorized to open a post office box for the purpose of receiving mail addressed to the Debtor and to pay the costs of opening and maintaining such post office box for a period of one year as an administrative expense of the estate pursuant to 11 U.S.C. § 503(b)(1)(A).

Dated: November 3, 2026
St. Louis, Missouri
cjs

Brian C Walsh

Brian C. Walsh
United States Bankruptcy Judge

Order Prepared by:

Sonette T. Magnus, #68606
THOMPSON COBURN LLP
One US Bank Plaza
St. Louis, Missouri 63101
Tel: 314-552-6500
Fax: 314-552-7000
smagnus@thompsoncoburn.com
Attorneys for Chapter 7 Trustee Tracy A. Brown

Copies to:

**Broadway Ford Truck Sales, Inc.**
812 E. Taylor
Saint Louis, MO 63147

**Thomas H Riske**
**Nathan R Wallace**
Carmody MacDonald P.C.
120 South Central Ave., Ste. 1800
St. Louis, MO 63105

**Tracy A. Brown**
Tracy A. Brown Chapter 7 Trustee
1034 South Brentwood Blvd, Suite 1850
St Louis, MO 63117

**Sonette T. Magnus**
Thompson Coburn LLP
One US Bank Plaza
St. Louis, MO 63101

**Office of US Trustee**
111 S Tenth St, Ste 6.353
St. Louis, MO 63102

**Joseph Richard Schlotzhauer**
United States Trustee Program
111 South 10th Street, Suite 6.353
St. Louis, MO 63102