**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 26-42179-357 |
| | ) | Chapter 7 |
| **BROADWAY FORD TRUCK SALES, INC.**, | ) | |
| | ) | Hearing Held: October 28, 2026 |
| | ) | Hearing Time: 10:00 a.m. |
| Debtor. | ) | |
| | ) | Related to Doc. 197 |

**ORDER GRANTING APPLICATION FOR AUTHORITY**
**TO EMPLOY SPECIAL COUNSEL**

The matter before the Court is the Application for Authority to Employ Special Counsel Nunc Pro Tunc (the "Application") filed by Tracy A. Brown, the duly appointed Chapter 7 Trustee (the "Trustee") for the bankruptcy estate of Broadway Ford Truck Sales, Inc. (the "Debtor"), seeking authority under 11 U.S.C. § 327(e) to employ Bryan Kaemmerer ("Special Counsel") as special counsel to the estate effective as of May 18, 2026, the date of the filing of the bankruptcy petition. No responses having been filed, and upon careful review of the record in this case, IT IS HEREBY ORDERED THAT:

1. The Application (Doc. 197) is **GRANTED BY DEFAULT**.

2. The Trustee is authorized to employ Bryan Kaemmerer as special counsel to the estate pursuant to 11 U.S.C. § 327(e), effective as of May 18, 2026, for the limited purpose of completing the collection matters described in the Application involving Gateway Bronco, LLC, Cenntro Auto, and Daniel Paulino.

3. Special Counsel shall be compensated at his customary hourly rate of $400.00 per hour, subject to application(s) filed with, and approval by, this Court pursuant to 11 U.S.C. §§ 330 and 331, the Federal Rules of Bankruptcy Procedure, and the Local Rules of this Court.

4. Should Special Counsel become aware of any additional connections or relationships relevant to this case, he shall promptly file a supplemental disclosure in accordance with Federal Rule of Bankruptcy Procedure 2014.

Dated: November 3, 2026
St. Louis, Missouri
cjs

Brian C. Walsh
United States Bankruptcy Judge

Order Prepared by:

Sonette T. Magnus, #68606
THOMPSON COBURN LLP
One US Bank Plaza
St. Louis, Missouri 63101
Tel: 314-552-6500
Fax: 314-552-7000
smagnus@thompsoncoburn.com
Attorneys for Chapter 7 Trustee Tracy A. Brown

Copies to:

**Broadway Ford Truck Sales, Inc.**
812 E. Taylor
Saint Louis, MO 63147

**Thomas H Riske**
**Nathan R Wallace**
Carmody MacDonald P.C.
120 South Central Ave., Ste. 1800
St. Louis, MO 63105

**Tracy A. Brown**
Tracy A. Brown Chapter 7 Trustee
1034 South Brentwood Blvd
Suite 1850
St Louis, MO 63117

**Sonette T. Magnus**
Thompson Coburn LLP
One US Bank Plaza
St. Louis, MO 63101

**Office of US Trustee**
111 S Tenth St, Ste 6.353
St. Louis, MO 63102

**Joseph Richard Schlotzhauer**
United States Trustee Program
111 South 10th Street
Suite 6.353
St. Louis, MO 63102

**Bryan M. Kaemmerer**
Law Offices of Bryan M. Kaemmerer, LLC
1251 Strassner, Unit 2110
Brentwood, MO 63144