**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 26-42179-357 |
| | ) | Chapter 7 |
| | ) | |
| **BROADWAY FORD TRUCK SALES, INC.**, | ) | Hearing Held: October 28, 2026 |
| | ) | Hearing Time: 10:00 a.m. |
| Debtor. | ) | |
| | ) | Related to Doc. 199 |

**ORDER GRANTING APPLICATION FOR APPROVAL OF COMPENSATION PURSUANT TO 11 U.S.C. § 330(a)**

The matter before the Court is the Application for Approval of Compensation Pursuant to 11 U.S.C. § 330(a) (the "Application") filed by Tracy A. Brown, the duly appointed Chapter 7 Trustee (the "Trustee") for the bankruptcy estate of Broadway Ford Truck Sales, Inc. (the "Debtor"), seeking approval of compensation and reimbursement of expenses for Bryan Kaemmerer ("Special Counsel"), special counsel to the estate employed pursuant to 11 U.S.C. § 327(e). No responses having been filed, and upon careful review of the record in this case, IT IS HEREBY ORDERED THAT:

1. The Application (Doc. 199) is **GRANTED BY DEFAULT**.

2. Compensation to Special Counsel is approved pursuant to 11 U.S.C. § 330(a) in the total amount of $2,176.50, consisting of (a) $1,160.00 in fees in connection with the Gateway Bronco, LLC matter; and (b) $1,016.50 in connection with the Cenntro Auto matter, comprising $960.00 in fees and $56.50 in expenses.

3. The compensation and expenses approved herein are allowed as an administrative expense of the estate pursuant to 11 U.S.C. § 503(b)(2).

4. The Trustee is authorized to pay the compensation and expenses approved herein in the ordinary course of the administration of the estate.

Dated: November 3, 2026
St. Louis, Missouri
cjs

Brian C. Walsh
United States Bankruptcy Judge

Order Prepared by:

Sonette T. Magnus, #68606
THOMPSON COBURN LLP
One US Bank Plaza
St. Louis, Missouri 63101
Tel: 314-552-6500
Fax: 314-552-7000
smagnus@thompsoncoburn.com
Attorneys for Chapter 7 Trustee Tracy A. Brown

Copies to:

**Broadway Ford Truck Sales, Inc.**
812 E. Taylor
Saint Louis, MO 63147

**Thomas H Riske**
**Nathan R Wallace**
Carmody MacDonald P.C.
120 South Central Ave., Ste. 1800
St. Louis, MO 63105

**Tracy A. Brown**
Tracy A. Brown Chapter 7 Trustee
1034 South Brentwood Blvd
Suite 1850
St Louis, MO 63117

**Sonette T. Magnus**
Thompson Coburn LLP
One US Bank Plaza
St. Louis, MO 63101

**Office of US Trustee**
111 S Tenth St, Ste 6.353
St. Louis, MO 63102

**Joseph Richard Schlotzhauer**
United States Trustee Program
111 South 10th Street
Suite 6.353
St. Louis, MO 63102

**Bryan M. Kaemmerer**
Law Offices of Bryan M. Kaemmerer, LLC
1251 Strassner, Unit 2110
Brentwood, MO 63144