Form errfilpc

**UNITED STATES BANKRUPTCY COURT**
Eastern District of Missouri

***In Re:*** Broadway Ford Truck Sales, Inc.
***Debtor***

***Case No.:*** 26−42179 − B357

***Chapter:*** 7

**NOTICE TO FILER OF INCONSISTENCIES IN ELECTRONICALLY FILED PROOF OF CLAIM**

***Proof of Claim No.72 filed on 11/17/2026:***

☑ PDF is: ☐ illegible ☑ incomplete ☐ filed in wrong case

***Action Required By the Filer***

☑ Claim Must Be Re−Filed. Go to Bankruptcy>File Claims

***Go to www.moeb.uscourts.gov for ECF Procedures or call the Help Desk at (866) 803−9517***
***For additional details please review the "Remarks" section on the Claims Register.***

Dated: 11/17/26

/S/ Dana C. McWay
Clerk of Court

Copy to: Rev. 10/10